05-1996 20:39   BELLI LAW OFFICE   P.03

Melvin M. Belli
Melvin Caesar Belli
Law Offices of Melvin M. Belli
421 South Beverly Drive Penthouse Suite
Beverly Hills Ca 90212
(310) 553-1849
Facsimile (310) 553-1854

Attorneys for Certain Direct Action Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 8 1996

at ___ o'clock and ___ min. ___ M
WALTER A. Y. H. CHINN, CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: ESTATE OF FERDINAND E. MARCOS HUMAN RIGHTS LITIGATION | MDL NO. 840<br>FINAL JUDGMENTS |
| Fluellen M. Ortigas, et al.<br>V.<br>Estate of Ferdinand E. Marcos | Case No. CV 90-670-R |
| Vincente Clemente, et al.<br>V.<br>Estate of Ferdinand E. Marcos | Case No. CV 90-671-R |

### FINAL JUDGMENT

This action came on for trial before the Court and a jury, the Honorable Manuel L. Real, presiding, and the issues having been tried, and the jury having rendered its verdict on liability and damages.

The Court enters final judgment pursuant to FRCP 58 in favor of these sixteen action plaintiffs in accordance with the unanimous verdicts of the jury on September 24, 1992, February 23, 1994 and January 20, 1995 and the Court's Judgment on Liability as follows:

ATTEST: A True Copy
SUE BEITIA
Clerk, United States District Court, District of Hawaii
By _____ Deputy

page 1

AUG-05-1996 20:39        BELLI LAW OFFICE                                        P.1

1. The Court incorporates herein its Judgment on Liability entered October 20, 1992 and its Order entered December 17, 1992 denying defendant's post-trial motion re liability.

2. Judgment for compensatory damages is entered for the below named direct action plaintiffs as follows:

| NAME | AMOUNT |
| --- | --- |
| ALFONSO KING | $96,000.00 |
| GEORGE GADDI | $350,000.00 |
| RAMON MAPALLA | $50,00.00 |
| RAMON CASTANEDA | $175,000.00 |
| EMANUEL UMALI | $325,000.00 |
| CRISPIN ARANDA | $425,000.00 |
| FLUELLEN M. ORTIGAS | $425,000.00 |
| RAMON JALIPA | $100,000.00 |
| MARCELINO DELEON | $75,000.00 |
| JOSE E. ASUNCION | $250,000.00 |
| REX T. BROWN | $75,000.00 |
| SUSAN ARANETA | $75,000.00 |
| ESTHER GARCIA | $191,000.00 |
| JERROLD GARCIA | $200,000.00 |
| ESTATE OF ALEX TORRES | $100,000.00 |
| VICENTE CLEMENTE | $150,000.00 |

3. Judgment for exemplary damages, to make an example for the public good, is entered in the aggregate of $1.2 billion to be divided among the members the class and direct action plaintiffs pro rata. Each plaintiff herein included shall receive an additional $132,027.72 for an aggregate amount of $2,112,443.52.

4. Pursuant to FRCP 54(d) (2) (B), the Court orders that direct action plaintiffs (and their attorneys') claim or counsel fees and their submission in su

page 2

                20:39       BELLI LAW OFFICE                                    P.05

...eof be deferred and postponed until further order of the Court.

5. Pursuant to FRCP 54(d)(1), direct action plaintiffs are awarded costs which must now be submitted to be taxed by the Clerk.

6. The permanent injunction entered in the class case, CV 86-0390-R shall be deemed to apply to these direct actions.

7. Any monies collected by settlement or execution on judgments entered in any of the MDL 840 cases against the defendant Estate shall be held and disbursed as directed by the Court.

DATED: 1/4/05

MANUEL L. REAL
MDL 840 Transferee Judge

c:\memos\final.jdg

TOTAL P.05