AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF _____HAWAII_____

IN RE: ESTATE OF FERDINAND E. MARCOS
HUMAN RIGHTS LITIGATION

FLUELLEN M. ORTIGAS, et al,
VICENTE CLEMENTE, et al,
           Plaintiffs
V.
ESTATE OF FERDINAND E. MARCOS,
           Defendant

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: MDL 840
                    CV 90-0670 MLR
                    CV 90-0671 MLR

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of the following plaintiffs: Fluellen Ortigas, Ramon Veluz, Alfonso King, George Gaddi, Ramon Mappala, Emmanuel Umali, Ester Albano-Garcia, Jerrold Garcia, Crispin Aranda, Marcelino de Leon, Ramon Castaneda, Geraldo Socco, Manuel Buncio, Vicente Clemente, Jose E. Asuncion, Susan Araneta, Rex T. Brown, Don Fabic and Alex Torres (by plaintiff Eugenia Torres) and against the defendant.

IT IS ALSO FURTHER ORDERED and ADJUDGED that judgment is entered in favor of the defendant and against plaintiff Wilson Madayag (by plaintiff Apolinario Madayag, Sr.).

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 5 1992

4 o'clock and 30 min. P.M.
WALTER A. Y. H. CHINN, CLERK
                              RWS

cc: all parties

OCT 0 5 1992

Date

Clerk  WALTER A.Y.H. CHINN

(By) Deputy Clerk