AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF HAWAII

IN RE: ESTATE OF FERDINAND E. MARCOS
HUMAN RIGHTS LITIGATION

FLORENTINA SISON, et al,
JAIME S. PIOPONGCO, Plaintiffs

v.

ESTATE OF FERDINAND E. MARCOS,
        Defendant

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   MDL 840
               CV 86-0225 MLR
               CV 87-0138 MLR

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of plaintiffs Jose Maria Sison, Francisco Sison (by plaintiffs Florentina, Ramon and Amalia Sison), and Jaime S. Piopongco and against the defendant.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 5 1992

_4_ o'clock and _30_ min. _P.M._
WALTER A. Y. H. CHINN, CLERK

cc: all parties

OCT 0 5 1992

Date

Clerk   WALTER A.Y.H. CHINN

(By) Deputy Clerk