AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF HAWAII

IN RE: ESTATE OF FERDINAND E. MARCOS
HUMAN RIGHTS LITIGATION

LILIOSA HILAO, et al,
                Plaintiffs
V.
ESTATE OF FERDINAND E. MARCOS,
                Defendant

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: MDL 840
                CV 86-0390-MLR
                CV 86-0333-MLR

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is hereby entered in favor of the class and against the defendant.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 5 1992

4 o'clock and 20 min. P.M.
WALTER A. Y. H. CHINN, CLERK

cc: all parties

OCT 0 5 1992

Date

_(signature)_
Clerk  WALTER A.Y.H. CHINN

(By) Deputy Clerk