ROBERT A. SWIFT
Kohn, Klein, Nast & Graf, P.C.
2400 One Reading Center
1101 Market Street
Philadelphia, PA 19107
Telephone No.: (215) 238-1700

Lead Counsel for Plaintiffs

SHERRY P. BRODER #1880
Grosvenor Center
PRI Tower, Suite 1800
733 Bishop Street
Honolulu, Hawaii 96813
Telephone No.: (808) 531-1411

Liaison Counsel for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 20 1992

at 9 o'clock and 20 min. P M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:    ESTATE OF FERDINAND E. MARCOS HUMAN RIGHTS LITIGATION | MDL NO. 840 |
| CELSA HILAO, et. al.<br><br>Plaintiff,<br><br>v.<br><br>ESTATE of FERDINAND E. MARCOS<br><br>Defendant. | C.A. NO. 86-0390<br><br><br><br>JUDGMENT ON LIABILITY |

## JUDGMENT ON LIABILITY

This action came on for trial before the court and a jury, the Honorable Manuel L. Real, Chief Judge, presiding, and the issues having been tried, and the jury having rendered its verdict on liability,

The Court enters judgment in favor of plaintiffs and the class and against defendant as to liability only in accordance with

the unanimous verdict of the jury on September 24, 1992. It is ordered that costs are awarded to the plaintiffs pursuant to F.R.C.P. 54(d), provided any bill of costs shall be served and filed on or before October 23, 1992.

DATED: Honolulu, Hawaii, _____OCT -7 1992_____, 1992.

**MANUEL L. REAL**
_____
MANUEL L. REAL
MDL 840 Transferee Judge