# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV NO. 97-00289MLR

CASE NAME:       Loretta Rosales, et al. Vs. Credit Suisse, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:    Manuel L. Real            REPORTER:

DATE:     3/24/2006                 TIME:

COURT ACTION:  EO: This Case is hereby Terminated.  This Action was taken care of in CV NO. 03-11111-MLR (In Re: MDL 840-In Re Ferdinand Marcos) No further pleadings will be filed in this action.

Submitted by Leslie L. Sai, Courtroom Manager