## COMPOSITE HOURS AND LODESTAR FOR ALL CLASS COUNSEL

### (Limited to Collection Matters With Realized Revenue)

|  | Total Hours | Hourly Rate | Lodestar |
|---|---|---|---|
| KS&G Attys. & <br> KS&G Paralegals | 2,710.30 <br> 183.10 | Various | $1,268,034.00 <br> 71,547.50 |
| Broder & <br> Broder Paralegal | 495.80 <br> 47.50 | $ 375.00 <br> 95.00 | 185,925.00 <br> 4,512.50 |
| Van Dyke | 211.60 | 375.00 | 79,350.00 |
| Domingo <br> Fruto. | 332.20 <br> 97.35 | 125.00 <br> 125.00 | 41,525.00 <br> 12,168.75 |
| Yamamoto | 108.00 | 250.00 | 27,000.00 |
| von Graffenried | 88.32 | 288.00 | 25,406.00 |
|  |  |  |  |
| TOTAL | 4,274.17 |  | 1,715,468.75 |

## COMPOSITE COSTS FOR ALL CLASS COUNSEL

### (From Inception Thru April 2006)

| | |
|---|---|
| KS&G | $ 1,012,140.24 |
| Broder | 21,152.95 |
| Van Dyke | 129.50 |
| von Graffenried | 477.40 |
| **TOTAL** | $ **1,033,900.09** |

4327_2