# THE MANILA CHRONICLE

Vol. XXXIII No. 368 — Manila, Philippines, Friday, January 15, 1993 — P7.00 in Metro Manila



The car of American human rights lawyer Robert Swift was pelted with eggs and tomatoes by Marcos loyalists

GERRY DEL ROSARIO

SECOND FRONT PAGE

# Daily ✦ Globe
### PHILIPPINE
*The Independent Newspaper*

Friday ☐ January 15, 1993

# Imelda scores rights victims

By PAMELA BALCENA
Globe Staff Writer

THE American lawyer of alleged victims of the Marcos regime yesterday said they will block any move by the government and Imelda Marcos to transfer her $356 million Swiss deposits to Manila even as the former First Lady described the victims as nothing but "card-bearing communists."

Lawyer Robert Swift said he will move to have Mrs. Marcos cited for contempt by the US District Court handling the damage claims filed by torture victims if she inks a deal with the government for the funds transfer.

Swift, who took Mrs. Marcos's deposition in connection with the damage suit, also chided Solicitor General Raul Goco for insisting that the Manila government had a stronger right over the Swiss accounts. He said Goco should stop "his dance in the press."

In a press briefing after her five-hour session with Swift at her house along Ortega Street in San Juan, Mrs. Marcos castigated the Ramos government for allowing Filipinos like her to be "subjected to the jurisdiction of other governments like the US in our own country."

Some 300 Marcos loyalists waved flags and pictures of the former First Couple while chanting "Marcos pa rin." The loyalists pelted tomatoes at former Sen. Rene Saguisag and another lawyer when they entered the Marcos house. The group also hurled mud at Swift's car.

Mrs. Marcos complained that the US court, which ruled last year that her husband's estate is liable for the attrocities committed during tne Martial law years, wanted to distribute her family's wealth to foreigners and Filipino communists.

"They want to give away the Marcos estate to card-bearing communists who claim to be victims. Instead of going to the poor and the development of our country, the money will go to the enemies of the state for whom power comes from the barrel of the gun," she said.