## FEES OF KOHN SWIFT & GRAF, P.C.
### JUNE 1995 THRU NOVEMBER 2004

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| R. Swift | 2445.30 | 480.00 | 1,173,744.00 |
| D. Sheils | 68.00 | 350.00 | 23,800.00 |
| C. Hillwig | 116.50 | 325.00 | 37,862.50 |
| J. Kohn | .30 | 480.00 | 144.00 |
| H. Kohn | 1.10 | 475.00 | 522.50 |
| H. Cohen | 5.80 | 295.00 | 1,711.00 |
| W. Hoese | .50 | 425.00 | 212.50 |
| M. D'Urso | .30 | 425.00 | 127.50 |
| S. Steingard | 6.50 | 425.00 | 2,762.50 |
| N. Ezzelarab | .50 | 200.00 | 100.00 |
| C. Saler | 12.00 | 200.00 | 2,400.00 |
| A. Damen | 3.50 | 185.00 | 647.50 |
| **Total Attorney** | **2,660.30** | | **1,244,034.00** |
| PARALEGAL | HOURS | RATE | TOTAL |
| A. Cohen | 1.50 | 110.00 | 165.00 |
| A. Petranyi | 75.40 | 110.00 | 8,294.00 |
| B. Keilson | 1.50 | 100.00 | 150.00 |
| G. Papa | .80 | 110.00 | 88.00 |
| J. Muspratt | .30 | 105.00 | 31.50 |
| J. Khan | 8.90 | 110.00 | 979.00 |
| J. Neuman-Muro | 4.60 | 105.00 | 483.00 |
| J. Cohen | 42.20 | 115.00 | 4,853.00 |
| M. Cooley | 4.00 | 100.00 | 400.00 |
| S. Rachal | 6.10 | 100.00 | 610.00 |
| W. Marr | 33.40 | 150.00 | 5,010.00 |
| **Total Paralegal** | **178.70** | | **21,063.50** |
| **TOTAL** | **2,839.00** | | **1,265,097.50** |

3441_1