UNREIMBURSED EXPENSES OF
KOHN SWIFT & GRAF, P.C.
MARCH 1986 THROUGH APRIL 2006

| COSTS | 3/86 – 3/99 | 4/99 – 4/30/06 | Total Amount |
|---|---|---|---|
| Court Costs | $ 14,828.96 | $ 535.90 | $ 15,364.86 |
| Transcripts & Depositions | 28,476.46 | 6,289.57 | 34,766.03 |
| Witness Fees | 7,760.47 | 1,561.39 | 9,321.86 |
| Travel | 263,173.74 | 85,670.24 | 348,843.98 |
| Telephone: Conference Calls; Credit Card, etc. | 19,477.85 | 6,301.58 | 25,779.43 |
| Outside Photocopying Costs | 7,122.18 | 193.95 | 7,316.13 |
| Long Distance Telephone & Telecopier | 36,643.66 | 12,865.17 | 49,508.83 |
| Velobind | 382.36 | 755.00 | 1,137.36 |
| Inside Duplicating & Printing | 50,129.87 | 18,972.80 | 69,102.67 |
| Special Postage | 10,873.54 | 2,657.24 | 13,530.78 |
| Federal Express | 9,069.99 | 5,929.28 | 14,999.27 |
| Credit Reports – Other Special Services | 17,438.46 | 233.34 | 17,671.80 |
| Professional Services | 49,358.68 | 25,921.11 | 75,279.79 |
| LEXIS, WESTLAW | 24,173.48 | 7,337.47 | 31,510.95 |
| Payment for Counsel & Litigation Costs in Singapore | | 170,056.87 | 170,056.87 |
| Victim/Class Member Database Costs | 5,811.51 | 10,139.02 | 15,950.53 |
| Expenses of Sullivan & Damen re Collection in NY | 455.56 | | 455.56 |
| Class Notice/Claims Administration/ Communications w/ Class Members | 52,837.32 | | 52,837.32 |
| Meetings w/ Government Officials | 3,269.89 | | 3,269.89 |
| Reimbursement of Non-Governmental Organizations | 54,848.56 | | 54,848.56 |
| Records Storage | 429.43 | 158.34 | 587.77 |
| TOTAL | $ 656,561.97 | $ 355,578.27 | $ 1,012,140.24 |

282_1