**STFDP**

**TASK FORCE DETAINEES OF THE PHILIPPINES**
Established in 1974 by the Association of Major Religious Superiors of the Philippines

March 13, 1999

Atty. Robert Swift
Kohn, Swift & Graf, P.C.
1101 Market Street, Suite 2400
Philadelphia, PA 19107
Fax: 001-215-238-1968

Dear Atty. Swift,

In a discussion between you, Sr. Mariani Dimaranan and Sr. Crescencia Lucero during your visit to the Philippines in 1993, it was agreed that TFDP assist the victims of Marcos atrocities in filing their cases with the Hawaii court. TFDP assisted about 6,000 victims in the making of affidavits, in the documentation of their cases and accessing of supporting documents regarding the human rights violations.

As per our records, there is an account receivable from Atty. Robert Swift in the amount of Two hundred seventy eight thousand three hundred twenty seven & fifty centavos only (Php 278, 327.50). These were expenses incurred by TFDP in assisting the victims of human rights violations in filing their cases in the Hawaii court as part of the human rights litigation against Ferdinand E. Marcos. If need be, a certification by an external auditor maybe sent to you regarding this account.

Should you need further clarification regarding this matter, please inform us.

Very respectfully,

*Aurora A. Parong*
Aurora A. Parong, M.D.
Executive Director

CC: Atty. Rod Domingo

EXHIBIT _____C_____



# SAMAHAN NG MGA EX-DETAINEE LABAN SA DETENSYON AT PARA SA AMNESTIYA

(SOCIETY OF EX-DETAINEES FOR LIBERATION AGAINST DETENTION AND FOR AMNESTY.)
NO. 18 MARUNONG ST., CENTRAL DISTRICT DILIMAN, QUEZON CITY
TELEFAX: 922-40-91

July 5, 1995

ATTYs. ROBERT SWIFT
AND RODRIGO DOMINGO
Counsels for the Class Suit
5th Floor Dominion Bldg.
833 Arnaiz Avenue
Makati City

Dear Attys. Swift and Domingo,

Our warmest greetings!

First we would like to apologize since it is only now that we were able to submit the expenses which we have incurred during the depositions of the victims conducted October and November of last year. Due to the never ending campaigns for the release of the political prisoners, the Flor Contemplacion case, it is only now that we were able to give attention to the financial report with regard to the depositions of the victims.

We hope that this is not so late and can still be given attention.

Thank you very much.

Sincerely yours,

*Isabelita A. Sombillo*
ISABELITA "IRA" SOMBILLO
Projects/Welfare Coordinator


P.S. Can you give us the latest update with regard to the case? Again, thank you.

Expenses incurred during the 1994 depositions:

| Date: | Particulars | Amount |
|---|---|---|
| Oct. 19, 1994 | transportation expenses for Renato Pineda in locating victims in Central Luzon | P 800.00 |
| Oct. 20, 1994 | Transportation expenses to Lopez, Tagkawayan, Guinyangan, Quezon and Labo, Cam. Norte in locating victims for depositions (Venus de Mesa) | P 3,502.90 |
| Oct. 24, 1994 | transpo and food expenses of some claimants during the depositions (Lina Fajardo) | P 2,000.00 |
| Oct. 24, 1994 | transpo and food to Sorsogon and Cam. Sur in locating victims for depositions | P 1,000.00 |
| Oct. 24, 1994 | transpo and food to Laguna and Batangas in locating victims for depositions (Letty Segui) | P 772.75 |
| Oct. 25, 1994 | transpo and food of claimants during the depositions (Lina Fajardo) | P 6,577.27 |
| Oct. 26, 1994 | transpo and food for claimants during the depositions | P 2,602.00 |
| Oct. 27, 1994 | transpo and food for claimants during the depositions | P 3,596.00 |
| Oct. 28, 1994 | transpo and food for claimants in going home to Cam. Norte and Lopez, Quezon | P 1,266.08 |
| Oct. 28, 1994 | transpo and food of claimants in going home to Ilocos Norte | P 3,828.00 |
| Oct. 28, 1994 | transpo for Juanito Ramirez in going back to Guinyangan, Quezon | P 150.00 |
| Oct. 28, 1994 | transpo and reimbursements of expenses of SELDA-Bicol in fetching claimants and going back to Albay and Sorsogon | P 4,187.00 |
| Oct. 28, 1994 | transpo for Marcelino Baez in going back to Quipot, Batangas | P 250.00 |

```
Oct. 28, 1994 - transpo of claimants from Cagayan
                Valley in going back to their
                province                              P  3,906.00

Oct. 29, 1994 - transpo and food of claimants
                from Albay and Cam. Sur
                (c/o Gerry Mercader)                  P  6,010.00

Oct. 31, 1995 - expenses of SELDA-Eastern
                Visayas in locating victims for
                depositions                           P12,158.00

Oct. 31, 1994 - expenses of SELDA-Cebu
                during the depositions                P  5,000.00

Nov. 17, 1994 - reimbursements of TFD-Southern
                Tagalog in bringing victims for
                depositions from Mulanay, Quezon to
                Manila                                P  1,570.00

Nov. 22, 1994 - expenses of SELDA-Iloilo
                during the depositions                P23,436.00
                                                      ---------------
                Total Expenditures                    P82,612.00
```

FROM : R. C. DOMINGO,JR.          PHONE NO. : 632 8192620          Mar. 17 1999 04:19AM P6

# Claimants 1081, Inc.

*49 Durian St, Project 2, Quezon City*
*Tels. No: 436-0516/912-4005*

March 14, 1999

Atty. Robert Swift
Class Lead Counsel
Marcos Human Rights Litigation

Thru: Atty. Rod Domingo
15-B LPL Center
130 Alfaro St., Salcedo Village
Makati City, Philippines

Dear Atty. Swift,

    Warm greetings from the Board of Directors and in behalf of all our claimant-members!

    We would like to convey our appreciation for your continuing and successful handling of the class suit. We appreciate the efforts, especially because we know how difficult it is, to get the Marcoses to settle the case. Sans the objectionable and irrelevant midnight insertions made by the Marcoses, the settlement agreement has our full support.

    The hearing on April 29, 1999 on the final approval of the settlement agreement will include the determination of the expenses incurred in the class suit. In consultation with Atty. Rod Domingo, we are therefore submitting to you our list of expenses in support of the class counsel during the five years that Claimants 1081 has been in existence, including its organizational phase from April 1994.

    Attached herewith is the list of our expenses, amounting to $20,022.20, as culled from our financial records.

    We hope that you can include these in your motion to the court for the determination of expenses in the class suit.

    Regards.

Sincerely yours,

Ramon Casiple
Acting Secretary-General

NOTE:
Details available upon request.

FROM : R. C____INGO, JR.    PHONE NO. : 632 81__    Mar. 17 1999 04:19AM P7

# LIST OF EXPENSES OF CLAIMANTS 1081, INC.
# IN SUPPORT OF THE CLASS COUNSEL
# APRIL 1994-APRIL 1999

| Item | 1994 Expenses | 1995 Expenses | 1996 Expenses | 1997 Expenses | 1998 Expenses | 1999 Expenses | Subtotals for 6 Years | Total Cost |
|---|---|---|---|---|---|---|---|---|
| A. Consultation meetings between claimants and the class counsels (15 meetings) | | | | | | | | P 27,856.85 |
| 1. Communications expenses | P2,120.00 | P2,840.00 | P2,568.00 | P2,200.00 | P3,245.00 | P1,450.00 | P12,303.00 | |
| 2. Transportation expenses | P600.00 | P1,565.00 | P1,875.50 | P1,050.50 | P1,320.00 | P975.00 | P7,386.00 | |
| 3. Reproduction of case materials | P1,600.00 | P1,198.50 | P1,440.00 | P1,507.65 | P1,567.50 | P854.35 | P 8,167.85 | |
| B. Assistance extended to class counsel in sending class notices | | | | | | | | P 34,086.40 |
| 1. Communications expenses (clarifications of class notices) | P6,500.00 | P1,112.65 | P450.00 | P2,525.00 | P7,850.30 | P8,950.75 | P27,388.70 | |
| 2. Meetings with claimants | P1,955.50 | P257.00 | P159.00 | 864.50 | P1,656.70 | P1,805.00 | P6,697.70 | |
| C. Assistance in updating and briefing of claimants | | | | | | | | P 449,733.00 |
| 1. Transportation expenses to various regions (56 trips by a Claimants 1081 officer to various regions for meetings with member-claimants) | P18,950.00 | P36,845.50 | P67,980.70 | P72,502.25 | P69,990.00 | P24,763.45 | P291,031.90 | |
| 2. Board and lodging expenses (for regional trips) | P4,580.00 | P8,539.50 | P17,690.00 | P19,200.00 | P18,890.50 | P5,780.40 | P74,680.40 | |
| 3. Reproduction of case materials | P12,670.00 | P10,570.00 | P7,500.00 | P8,550.00 | P10,240.00 | P4,250.00 | P30,240.70 | |
| 4. Communications expenses | P4,807.40 | P7,360.00 | P4,555.50 | P5,169.30 | P6,368.50 | P1,980.00 | P53,780.00 | |
| D. Assistance in maintaining and updating addresses and other information on class members | | | | | | | | P53,780.00 |
| 1. Reproduction expenses | P2,450.00 | P1,560.00 | P945.00 | P1,666.50 | P730.00 | P1,269.50 | P53,780.00 | |
| E. Assistance in public information on the class suit | | | | | | | | P 184,345.65 |
| 1. Press conferences, statements & releases | P6,700.00 | P5,890.00 | P3,256.50 | P4,173.00 | P4,550.00 | P1,450.00 | P26,019.50 | |

FROM : R. C...MINGO,JR.    PHONE NO. : 632 819...    Mar. 17 1999 04:20AM P8

| | | | | | |
|---|---|---|---|---|---|
| 2. Press kits and hand-outs | P1,750.00 | P2,180.40 | P2,789.50 | P2,256.25 | P1,060.00 | P13,093.15 |
| 3. Media representation | P1,500.00 | P2,165.00 | P2,620.00 | P2,900.00 | P750.00 | P13,435.00 |
| 4. Production of primers, situationers and other similar materials on the class suit | P35,500.00 | P18,500.00 | P23,280.00 | P15,500.00 | P27,500.00 | P11,500.00 | P131,780.00 |
| F. Assistance in consultation with various officials of the Philippine & Swiss government | | | | | | | P 31,063.00 |
| 1. Delegations for dialogue with PCGG, CHR & GRP peace panel and attendance of legislative and court hearings (17 occasions) | P1,300.00 | P6,800.00 | P4,330.00 | P4,980.00 | P6,780.00 | P3,750.00 | P27,960.00 |
| 2. Delegations for dialogue with the Swiss ambassador | | P253.00 | P2,500.00 | P350.00 | | | P3,103.00 |
| 3. Communications | P1,250.50 | P3,435.60 | P3,289.60 | P2,765.50 | P3,905.00 | P1,457.50 | P16,103.70 |
| 4. Reproduction of case materials | P2,750.00 | P2,100.00 | P2,318.50 | P1,930.00 | P2,690.00 | P1,203.00 | P12,991.50 |

Total Cost                                    P 780,864.90
Total Cost in US Dollars (@ $1=P39)           $ 20,022.20



## HÜSSY von GRAFFENRIED & PARTNER

RECHTSANWÄLTE / ATTORNEYS AT LAW

DR. HANS HÜSSY
DR. CHRISTOPH VON GRAFFENRIED
DR. URS SAXER LL.M.

CH-8034 ZÜRICH, POSTFACH
BELLERIVESTRASSE 10

TELEFON:   01 - 383 87 34
TELEFAX:   01 - 383 15 14

MWST-Nr. 295302

Kohn Swift & Graf, P.C.
1101 Market Street
Suite 2400
Philadelphia, PA 19107
USA

March 5, 1999 G/dk

RECHNUNG / STATEMENT / NOTE

Fee for services rendered for Marcos Human Rights Litigation, as per the attached detailed list (i.a. advising on Swiss law, assisting with regard to letters rogatory proceedings in Zurich, Freiburg and Geneva and related appelate proceedings etc.) as from April 19, 1993:

| | | |
|---|---|---|
| Fee | CHF | 37'093.-- |
| Disbursements (as per separate list) | CHF | 696.80 |
| Total | CHF | 37'789.80 |

Please pay the above amount to my account no. R3-569,7691.0, Dr. Christoph von Graffenried, with Swiss Bank Corporation, 8030 Zürich-Hottingen, Switzerland, or by cheque. Thank you.

| Honorar für: Kohn S... & Graf P.C. | | | ab d... as from: 31.03.93 |
|---|---|---|---|
| Klt-Kürzel: KSG | | | |
| erstellt am: 04. Mrz. 99 | Dr. Christoph von Graffenried | | Name des Berichts: "Honorar für bestimmten Klienten" |

| Mandatsbezeichnung | Datum | Leistung | Zeit in Minuten |
|---|---|---|---|
| KSG/marcos | 05.04.93 | Tel. Swift | 24 |
| | 05.04.93 | Tel. Fed.off.of police | 18 |
| | 06.04.93 | Tel. FOP/judge/Distr.atty. | 60 |
| | 06.04.93 | legal research re letters. rog. | 60 |
| | 07.04.93 | Tel. clt. | 30 |
| | 15.04.93 | conf. in Philadelphia | 120 |
| | 19.04.93 | legal research re letters rog. | 90 |
| | 19.04.93 | Tel. clt. | 18 |
| | 28.04.93 | Tel. clt. | 18 |
| | 07.05.93 | Tel. Cosandey, distr. Atty, study doc. | 18 |
| | 10.05.93 | Tel. Swift | 18 |
| | 10.05.93 | Tel. Cosandey, distr. Atty. | 30 |
| | 12.05.93 | legal research re Art.271 CrimCode, Fax | 84 |
| | 23.06.93 | Tel. District court/Fax clt. | 24 |
| | 24.06.93 | Fax send | 6 |
| | 16.07.93 | Fax clt./study court orders | 54 |
| | 20.07.93 | Tel. Honegger | 18 |
| | 20.07.93 | legal research re doc.production | 24 |
| | 22.07.93 | legal research in supr.Court library | 90 |
| | 22.07.93 | Tel Distr.Court | 72 |
| | 30.07.93 | Fax Swift + Atty in Geneva | 48 |
| | 30.07.93 | Tel. an Swift | 18 |
| | 30.07.93 | Tel. judge Geneva | 18 |
| | 17.08.93 | Tel. Swift | 18 |
| | 19.08.93 | legal res. re attachment | 60 |
| | 19.08.93 | Tel. Trib.de Fribourg | 18 |
| | 19.08.93 | Tel. Swift | 6 |
| | 19.08.93 | Tel. Tribunal de Geneva | 24 |
| | 23.08.93 | 2x Tel. und Fax atty.in Geneva | 54 |
| | 03.09.93 | study letter Distr. Court | 12 |
| | 03.09.93 | Fax clt. | 54 |
| | 06.09.93 | Fax clt./study orders sup.Court | 18 |
| | 07.09.93 | study file supr. Court | 60 |
| | 07.09.93 | get docs. from supreme court | 48 |
| | 08.09.93 | 2x letter Supr. Court | 12 |
| | 08.09.93 | copy and contr. file of supr. Court | 30 |
| | 09.09.93 | Fax an Swift | 48 |
| | 27.09.93 | Fax clt. Re contract 22.9.93 | 18 |
| | 28.09.93 | contr. Translation orders | 72 |
| | 29.09.93 | review Fax Swift + reply | 30 |
| | 29.09.93 | study writ of appeal | 60 |
| | 11.10.93 | study order Supr. Court and court file | 204 |
| | 11.10.93 | Tel.court re costs and research | 42 |
| | 11.10.93 | Tel. Swift (2x) | 24 |
| | 12.10.93 | legal research in law inst., Fax | 60 |
| | 13.10.93 | legal research re appeal | 270 |
| | 15.10.93 | draft reply to appeal | 420 |
| | 18.10.93 | draft reply o appeal | 498 |
| | 19.10.93 | write reply to appeal | 450 |
| | 19.10.93 | Tel. clt. | 18 |
| | 20.10.93 | Fax clt. | 18 |
| | 24.11.93 | review order, letter. clt. | 60 |
| | 25.11.93 | research re appeal | 360 |
| | 25.11.93 | Tel. translator + Fax | 18 |
| | 26.11.93 | Tel.Fed.Office of Justice , research | 114 |
| | 29.11.93 | Tel. Fed. Office of Justice, Tel. Swift, RS | 84 |
| | 28.01.94 | study order cass.Court | 48 |
| | 08.02.94 | Tel. Supr.Court | 12 |

1

| Mandatsbezeichnung | Datum | Leistung | Zeit in Minuten |
|---|---|---|---|
| KSG/marcos | 08.02.94 | Swift | 12 |
| | 10.02.94 | study order supreme Court | 24 |
| | 15.03.94 | Tel. clt. | 24 |
| | 17.03.94 | study doc. re Freiburg | 42 |
| | 17.03.94 | Fax clt. | 18 |
| | 30.03.94 | Fax to Swift, study of file and law | 318 |
| | 02.05.94 | Tel. clt. | 12 |
| | 18.02.95 | study of judgement | 24 |
| | 18.02.95 | Tel. from clt. | 42 |
| | 31.03.95 | Tel. clt. | 30 |
| | 02.06.95 | study Fax v. 29.5.95, Tel. Swift | 48 |
| | 28.08.95 | Tel. Swift | 18 |
| | 28.08.95 | Tel. Cosandey Distr. Atty. | 30 |
| | 29.08.95 | Tel. Swift | 20 |
| | 29.08.95 | Fax to Swift | 35 |
| | 29.08.95 | Tel. M.Kurer | 30 |
| | 05.09.95 | Tel. from Swift from Manila | 40 |
| | 14.09.95 | Tel. Swift | 10 |
| | 24.11.95 | Tel. Swift | 15 |
| | 25.01.96 | Tel. Swift | 40 |
| | 26.03.96 | Conf. with Swift | 150 |
| | 05.09.96 | Tel. Distr. Atty. | 15 |

Total Zeit in Minuten: 5299 Minuten
Total Zeit in Stunden: Total hours: 88.32 Stunden / hours

*Honorarberechnung für Mandat :* Marcos

KSG/marcos

Stundensatz:/hourly rate:   SFr. 420.00
Honorar netto:   Fr. 37'093.00

2

## Spesenabrechnung für Klient: KSG

04. Mrz. 99

Name des Berichtes:
"Spesen für einen bestimmten Klienten"
Name der Abfrage:
Spesen für einen bestimmten Klienten

| Mandats-Kurzbezeichnun | Datum | Spesentyp | Spesen-Nr | BetragBrutto | MwSt-Satz | MwSt-Betrag | BetragNetto | Vorsteuer | Konto |
|---|---|---|---|---|---|---|---|---|---|
| KSG/marcos | 05.04.93 | Tel. Swift | 4150 | SFr. 37.00 | 0.00% | Fr. 0.00 | Fr. 37.00 | Fr. 0.00 | |
| | 06.04.93 | Tel. FOP/Sup.C./Distr.C. | 4151 | SFr. 10.00 | 0.00% | Fr. 0.00 | Fr. 10.00 | Fr. 0.00 | |
| | 07.04.93 | Tel. Klt. + Fax | 4152 | SFr. 34.80 | 0.00% | Fr. 0.00 | Fr. 34.80 | Fr. 0.00 | |
| | 19.04.93 | Tel. Klt. | 4153 | SFr. 11.50 | 0.00% | Fr. 0.00 | Fr. 11.50 | Fr. 0.00 | |
| | 28.04.93 | Tel. Klt. | 4154 | SFr. 15.30 | 0.00% | Fr. 0.00 | Fr. 15.30 | Fr. 0.00 | |
| | 10.05.93 | Tel. Swift | 4156 | SFr. 21.40 | 0.00% | Fr. 0.00 | Fr. 21.40 | Fr. 0.00 | |
| | 10.05.93 | Tel. Cosandey | 4155 | SFr. 1.40 | 0.00% | Fr. 0.00 | Fr. 1.40 | Fr. 0.00 | |
| | 23.06.93 | Tel.Distr.C./Fax Klt. | 4157 | SFr. 3.70 | 0.00% | Fr. 0.00 | Fr. 3.70 | Fr. 0.00 | |
| | 16.07.93 | Fax Klt. | 4158 | SFr. 3.50 | 0.00% | Fr. 0.00 | Fr. 3.50 | Fr. 0.00 | |
| | 22.07.93 | Tel. Distr.C., Frau Roth | 4159 | SFr. 5.00 | 0.00% | Fr. 0.00 | Fr. 5.00 | Fr. 0.00 | |
| | 30.07.93 | Fax Swift + T. | 4160 | SFr. 5.70 | 0.00% | Fr. 0.00 | Fr. 5.70 | Fr. 0.00 | |
| | 30.07.93 | Tel. an Swift | 4161 | SFr. 20.00 | 0.00% | Fr. 0.00 | Fr. 20.00 | Fr. 0.00 | |
| | 30.07.93 | Tel. Geneva | 4162 | SFr. 2.00 | 0.00% | Fr. 0.00 | Fr. 2.00 | Fr. 0.00 | |
| | 19.08.93 | Tel. Swift | 4163 | SFr. 4.00 | 0.00% | Fr. 0.00 | Fr. 4.00 | Fr. 0.00 | |
| | 03.09.93 | Fax Klt. | 4164 | SFr. 10.90 | 0.00% | Fr. 0.00 | Fr. 10.90 | Fr. 0.00 | |
| | 06.09.93 | Fax Klt./ord | 4165 | SFr. 8.70 | 0.00% | Fr. 0.00 | Fr. 8.70 | Fr. 0.00 | |
| | 08.09.93 | copies file sup.C. | 4166 | SFr. 60.00 | 0.00% | Fr. 0.00 | Fr. 60.00 | Fr. 0.00 | |
| | 13.09.93 | Fax an Swift | 4168 | SFr. 7.10 | 0.00% | Fr. 0.00 | Fr. 7.10 | Fr. 0.00 | |
| | 27.09.93 | Federal-Express | 4169 | SFr. 40.00 | 0.00% | Fr. 0.00 | Fr. 40.00 | Fr. 0.00 | |
| | 27.09.93 | Fax Klt. betr. Vertrag | 4170 | SFr. 8.10 | 0.00% | Fr. 0.00 | Fr. 8.10 | Fr. 0.00 | |
| | 29.09.93 | Fax an Swift | 4171 | SFr. 7.50 | 0.00% | Fr. 0.00 | Fr. 7.50 | Fr. 0.00 | |
| | 29.09.93 | Fax an Swift + copies | 4172 | SFr. 42.80 | 0.00% | Fr. 0.00 | Fr. 42.80 | Fr. 0.00 | |
| | 30.09.93 | Fax senden | 4173 | SFr. 30.90 | 0.00% | Fr. 0.00 | Fr. 30.90 | Fr. 0.00 | |
| | 11.10.93 | Kopien, Porto | 4174 | SFr. 59.00 | 0.00% | Fr. 0.00 | Fr. 59.00 | Fr. 0.00 | |
| | 11.10.93 | Fax Klt. | 4175 | SFr. 29.00 | 0.00% | Fr. 0.00 | Fr. 29.00 | Fr. 0.00 | |
| | 12.10.93 | Fax | 4176 | SFr. 8.50 | 0.00% | Fr. 0.00 | Fr. 8.50 | Fr. 0.00 | |
| | 19.10.93 | copies apeal reply | 4177 | SFr. 18.00 | 0.00% | Fr. 0.00 | Fr. 18.00 | Fr. 0.00 | |
| | 19.10.93 | Tel. Klt., Porto | 4178 | SFr. 12.00 | 0.00% | Fr. 0.00 | Fr. 12.00 | Fr. 0.00 | |
| | 20.10.93 | Porto, Fax Klt. | 4180 | SFr. 32.20 | 0.00% | Fr. 0.00 | Fr. 32.20 | Fr. 0.00 | |
| | 20.10.93 | Fax Klt. | 4179 | SFr. 9.70 | 0.00% | Fr. 0.00 | Fr. 9.70 | Fr. 0.00 | |
| | 30.11.93 | Fax | 4181 | SFr. 21.20 | 0.00% | Fr. 0.00 | Fr. 21.20 | Fr. 0.00 | |
| | 28.01.94 | Fax Swift | 4182 | SFr. 25.50 | 0.00% | Fr. 0.00 | Fr. 25.50 | Fr. 0.00 | |
| | 08.02.94 | Tel. Obergericht | 4183 | SFr. 1.00 | 0.00% | Fr. 0.00 | Fr. 1.00 | Fr. 0.00 | |
| | 08.02.94 | Tel. Swift | 4184 | SFr. 7.00 | 0.00% | Fr. 0.00 | Fr. 7.00 | Fr. 0.00 | |
| | 15.03.94 | Tel. Klt. | 4185 | SFr. 16.00 | 0.00% | Fr. 0.00 | Fr. 16.00 | Fr. 0.00 | |
| | 02.05.94 | Fax | 4186 | SFr. 6.40 | 0.00% | Fr. 0.00 | Fr. 6.40 | Fr. 0.00 | |
| | 29.08.95 | Fax | 644 | SFr. 11.20 | 6.50% | Fr. 0.68 | Fr. 10.52 | Fr. 0.00 | |
| | 18.09.95 | Fax | 695 | SFr. 5.90 | 6.50% | Fr. 0.36 | Fr. 5.54 | Fr. 0.00 | |
| | 26.03.96 | fotocopies | 1354 | SFr. 20.00 | 6.50% | Fr. 1.22 | Fr. 18.78 | Fr. 0.00 | |
| | 06.05.96 | Fax | 1621 | SFr. 7.70 | 6.50% | Fr. 0.47 | Fr. 7.23 | Fr. 0.00 | |
| | 05.09.96 | Tel. BS | 1885 | SFr. 15.20 | 6.50% | Fr. 0.93 | Fr. 14.27 | Fr. 0.00 | |

*1*

| Mandats-Kurzbezeichnun | Datum Spesentyp | Spesen-Nr | BetragBrutto | MwSt-Satz | MwSt-Betrag | BetragNetto | Vorsteuer | Konto |
|---|---|---|---|---|---|---|---|---|
| Total Mandat: KSG/mar | | | Fr. 696.80 | | Fr. 3.66 | Fr. 693.14 | Fr. 0.00 | |
| **Total Klient: KSG** | | | Fr. 696.80 | | Fr. 3.66 | Fr. 693.14 | Fr. 0.00 | |
| | Endsumme : | | Fr. 696.80 | | Fr. 3.66 | Fr. 693.14 | Fr. 0.00 | |

2