FROM : DOMINGO DIZON AND LEONARDO    PHONE NO. : 812 7997    May. 12 2005 10:48PM P2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| IN RE | } |
| ESTATE OF FERDINAND E. MARCOS | } MDL NO. 840 |
| MARCOS HUMAN RIGHTS LITIGATION | } NO. 86-390 |
| | } NO. 86-330 |
| THIS DOCUMENT RELATES TO: | } |
| | } |
| Hilao, et al. v. | } |
| Estate of Ferdinand E. Marcos | } |
| and | } |
| DeVera, et al. v. | } |
| Estate of Ferdinand E. Marcos | } |

DECLARATION OF RODRIGO C. DOMINGO, JR.
IN SUPPORT OF INTERIM AWARD OF ATTORNEY'S FEES
AND REIMBURSEMENT OF COST DISBURSEMENTS

I, RODRIGO C. DOMINGO, JR., Filipino, of legal age, with office address at LPL Center Unit 15-B, 130 L.P. Leviste Street, Salcedo Village, Makati City, Philippines, declare under penalty of perjury, that:

1. I am a co-counsel for the class plaintiffs in the above-entitled cases.

2. I execute this Declaration in support of the application of Class Counsel for an interim award of attorney's fees for services rendered to the class certified in the above-captioned litigations but limited to time devoted to collection proceedings on the Marcos house and car in Hawaii, the Picasso painting in New York, and the Arelma account. The time expended in preparing this Declaration is not included.

3. The professional fees or compensation for the services rendered is wholly contingent. Any fees and reimbursement of expenses will be limited to such amounts as may be awarded by this Court.

- 2 -

4.   Attached hereto are detailed time records of Ruben O. Fruto and myself.  The total number of hours I devoted to these collection matters is 332.2 hours between August 2000 and November 2004.  The total number of hours devoted by Ruben O. Fruto to these matters is 97.35.

5.   I have been practicing law in the Philippines and specializing in litigation for over 40 years.  The reasonable value of my time and that of Ruben O. Fruto, currently billed to regular clients, is $125 per hour.  For the past several years I have been General Counsel and Chairman of the Board of the Consumer Complaint Center, the Philippine League for Democratic Telecommunications, Inc., the Crusade for Public Safety, Inc. and other consumer and human rights organizations. Ruben O. Fruto is a past president of the Philippine Bar Association and an attorney with over 40 years of experience in civil litigation and appellate practice.   He is a former Undersecretary of Finance and a bar examiner in Taxation and is the retained legal counsel of several corporations.

6.   All of the services I performed in connection with the above-entitled litigations were reasonably necessary in the prosecution of said cases.

7.   There has been no unnecessary duplication of services for which I now seek compensation.  In the instances in which two or more attorneys participated in any matter, this joint participation was necessary because of the complexity of the problems involved and the critical time constraints which existed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

RODRIGO C. DOMINGO, JR.

Executed on: May 12, 2005

**TIME RECORD OF RODRIGO C. DOMINGO, JR.**
**August 1, 2000-November 30, 2004**
**(Re:  Arelma)**

| Date | Time | Description |
|------|------|-------------|
|  |  |  |
| 05 Aug 2000 | 2.00 | Meeting with Claimants 1081 officers. |
| 05 Aug 2000 | .30 | Telcon with Ruben Fruto. |
| 05 Aug 2000 | .50 | Telcon with Bob Swift. |
| 08 Aug 2000 | .50 | Telcon with Bob Swift. |
| 14 Aug 2000 | .30 | Prepared and sent fax to Bob Swift. |
| 17 Aug 2000 | .30 | Telcon with Bob Swift. |
| 18 Aug 2000 | .50 | Telcon with Bob Swift. |
| 19 Aug 2000 | .45 | Travel to Quezon City. |
| 19 Aug 2000 | 2.00 | Meeting with Claimants 1081 officers and members. |
| 19 Aug 2000 | .45 | Travel to Makati. |
| 25 Aug 2000 | .30 | Telcon with Ruben Fruto. |
| 25 Aug  2000 | .40 | Telcon with Cong. Etta Rosales. |
| 25 Aug 2000 | .30 | Telcon with Cong. Edcel Lagman. |
| 26 Aug 2000 | .30 | Travel to Greenhills. |
| 26 Aug 2000 | 3.00 | Conference with Congs. Etta Rosales & Edcel Lagman. |
| 26 Aug 2000 | .30 | Travel to Makati. |
| 30 Aug 2000 | 2.00 | Conference with Rene Saguisag & Ruben Fruto. |
| 01 Sep 2000 | .45 | Travel to Quezon City. |
| 01 Sep 2000 | 3.00 | Meeting with Claimants 1081 Board. |
| 01 Sep 2000 | .45 | Travel to Makati. |

**Time Record - Rod Domingo (Aug 01-Nov 30 2004)**

| 02 Sep 2000 | .30 | Travel to Greenhills. |
|---|---|---|
| 02 Sep 2000 | 3.30 | Meeting with Cong. Rosales, Cong. Lagman & Atty. Bayron. |
| 02 Sep 2000 | .30 | Travel to Makati. |
| 02 Sep 2000 | .35 | Telcon with Ruben Fruto. |
| 03 Sep 2000 | .30 | Telcon with Cong. Rosales. |
| 04 Sep 2000 | 1.30 | Conference with Rudy Britanico. |
| 04 Sep 2000 | .25 | Telcon with Ruben Fruto. |
| 04  Sep 2000 | .40 | Telcon with Bob Swift. |
| 05 Sep 2000 | .30 | Prepared and sent fax to Bob Swift. |
| 06 Sept 2000 | .30 | Telcon with Cong. Etta Rosales. |
| 06 Sep 2000 | 2.00 | Conference with Rudy Britanico. |
| 06 Sep 2000 | .40 | Telcon with Bob Swift. |
| 10 Sep 2000 | 1.00 | Telcon with Bob Swift. |
| 11 Sep 2000 | .50 | Telcon with Bob Swift. |
| 13 Sep 2000 | .45 | Telcon with Ruben Fruto. |
| 13 Sep 2000 | .30 | TV interview by ABS-CBN. |
| 16 Sep 2000 | .30 | Telcon with Bob Swift. |
| 18 Sep 2000 | .50 | Telcon with Bob Swift; then prepared and sent fax to Bob Swift. |
| 19 Sep 2000 | .45 | Travel to Quezon City. |
| 19 Sep 2000 | 2.30 | Conference with Rudy Britanico in Quezon City. |
| 19 Sep 2000 | .45 | Travel to Quezon City. |
| 20 Sep 2000 | .30 | Telcon with Bob Swift |
| 21 Sep 2000 | .30 | Telcon with Cong. Etta Rosales |
| 21 Sep 2000 | .30 | Telcon with Cong. Edcel Lagman |
| 22 Sep 2000 | 1.00 | Telcon with Bob Swift |
| 23 Sep 2000 | .45 | Travel to Quezon City |

**Time Record - Rod Domingo (Aug 01-Nov 30 2004)**

| 23 Sep 2000 | 2.00 | Meeting with Claimants 1081 officers and members |
|---|---|---|
| 23 Sep 2000 | .45 | Travel to Makati |
| 27 Sep 2000 | 1.50 | Discussed Interpleader with Ruben Fruto. |
| 05 Oct 2000 | .20 | Telcon with Cong. Etta Rosales |
| 07 Oct 2000 | .20 | Telcon with Ruben Fruto |
| 07 Oct 2000 | .45 | Travel to Quezon City |
| 07 Oct 2000 | 2.00 | Meeting with Claimants 1081 officers and members |
| 07 Oct 2000 | .45 | Travel to Makati |
| 09 Oct 2000 | .45 | Travel to Quezon City |
| 09 Oct 2000 | 2.30 | Congressional hearing on Committee on Civil, Political & Human Rights, House of Representatives, Quezon City |
| 09 Oct 2000 | .45 | Travel to Makati |
| 13 Oct 2000 | .30 | Telcon with Bob Swift |
| 18 Oct 2000 | 2.00 | Conference with Ramon Casiple of Claimants 1081 |
| 19 Oct 2000 | .30 | Telcon with Bob Swift. |
| 26 Oct 2000 | .30 | Telcon with Cong. Etta Rosales |
| 27 Oct 2000 | .30 | Telcon with Bob Swift |
| 05 Nov 2000 | .50 | Telcon with Bob Swift |
| 06 Nov 2000 | .30 | Telcon with Bob Swift |
| 10 Nov 2000 | 2.00 | Conference with Ruben Fruto |
| 11 Nov 2000 | 2.00 | Conference with Claimants 1081 officers |
| 14 Nov 2000 | .20 | Telcon with Ruben O. Fruto |
| 15 Nov 2000 | .45 | Travel to Quezon City |
| 15 Nov 2000 | 2.00 | Public hearing re: "Status of the Recovery of the Alleged Marcos Ill-gotten Wealth by the PCGG", House of Representatives, Quezon City |
| 15 Nov 2000 | .45 | Travel to Makati |
| 20 Nov 2000 | .30 | Telcon with Cong. Etta Rosales |
| 24 Nov 2000 | .30 | Telcon with Ruben Fruto |

**Time Record - Rod Domingo (Aug 01-Nov 30 2004)**

| 25 Nov 2000 | 2.00 | Meeting with Claimant 1081 officers and members |
| 04 Dec 2000 | .30 | Telcon with Bob Swift. |
| 18 Dec 2000 | .30 | Telcon with bob Swift. |
| 02 Jan 2001 | 1.30 | Prepared and sent fax to Bob Swift. |
| 24 Jan 2001 | 1.00 | Meeting with Greggy Araneta |
| 25 Jan 2001 | 3.00 | Meeting with Claimants 1081 Board. |
| 02 Feb 2001 | 1.00 | Conference with Hilda Narciso of Claimants 1081. |
| 04 Feb 2001 | .30 | Travel to Greenhills. |
| 04 Feb 2001 | 2.00 | Conference with Etta Rosales. |
| 04 Feb 2001 | .30 | Travel to Makati. |
| 08 Feb 2001 | 1.00 | Discussed with Ruben Fruto the letter to Pablito San Diego, Director II, Administrative Services of the Department of Justice, Manila. |
| 12 Feb 2001 | 2.30 | Office meeting with Claimants 1081 Board. |
| 12 Feb 2001 | .30 | Prepared and sent fax to Bob Swift. |
| 14 Feb 2001 | .30 | Telcon with Bob Swift. |
| 15 Mar 2001 | .40 | Telcon with Bob Swift. |
| 16 Mar 2001 | 1.30 | Discussed with Rene Saguisag, Ruben Fruto and Etta Rosales the letter of Bob Swift to Sec. Bert Romulo. |
| 19 Mar 2001 | .45 | Travel to Quezon City. |
| 20 Mar 2001 | 1.00 | Discussed with Ruben Fruto re the discovery of the Merrill Lynch account under the name of Arelma, Inc. |
| 27 Mar 2001 | .50 | Telcon with Bob Swift. |
| 16 Apr 2001 | 1.20 | Discussed with Ruben Fruto the letter of Stephen V. Bomse. |
| 18 Apr 2001 | 1.40 | Discussed with Ruben Fruto the Memorandum of Pimentel. |
| 24 Apr 2001 | .45 | Travel to Quezon City. |
| 24 Apr 2001 | 2.30 | Meeting with Claimants 1081 Board. |
| 24 Apr 2001 | .45 | Travel to Makati. |
| 24 Apr 2001 | .80 | Telcon with Bob Swift. |
| 05 May 2001 | 1.30 | Conference with Rene Saguisag and Ruben Fruto. |

Time Record - Rod Domingo (Aug 01-Nov 30 2004)

| 07 May 2001 | 2.00 | Conference with Crispin Reyes. |
| 10 May 2001 | 2.00 | Conference with Ramon Casiple of Claimants 1081 Board. |
| 17 May 2001 | .30 | Travel to Mandaluyong. |
| 17 May 2001 | 2.30 | Meeting with Comms. Sarmiento & Carranza of PCGG. |
| 17 May 2001 | .30 | Travel to Makati. |
| 22 May 2001 | .30 | Travel to Greenhills. |
| 22 May 2001 | 2.00 | Conference with Etta Rosales. |
| 22 May 2001 | .30 | Travel to Makati. |
| 24 May 2001 | .50 | Telcon with Bob Swift. |
| 30 May 2001 | .20 | Prepared and sent fax to Robert Swift. |
| 01 Jun 2001 | 1.20 | Discussed with Ruben Fruto Reply Memorandum. |
| 06 Jun 2001 | 1.20 | Discussed with Ruben Fruto 2 Orders issued by Judge Real. |
| 07 July 2001 | .45 | Discussed with Ruben Fruto the letter of Bob Swift to Judge Real. |
| 10 Jul 2001 | .50 | Telcon with Ruben Carranza of PCGG. |
| 11 Jul 2001 | .20 | Prepared and sent fax to Bob Swift re telcon with Ruben Carranza of PCGG. |
| 17 Jul 2001 | .30 | Telcon with Bob Swift. |
| 18 Jul 2001 | .20 | Telcon with Bob Swift. |
| 23 Jul 2001 | 2.00 | Discussed with Rene Saguisag, Ruben Fruto and Etta Rosales the letter of Bob Swift dated July 20, 2001 to Chairperson Haydee Yorac of PCGG. |
| 07 Aug 2001 | .30 | Telcon with Bob Swift. |
| 17 Aug 2001 | 2.00 | Discussed with Rene Saguisag, Ruben Fruto and Etta Rosales the letter of Bob Swift dated August 15, 2001 to Chairperson Haydee Yorac of PCGG. |
| 17 Aug 2001 | 2.00 | Conference with Cherry Cobarrubias. |
| 30 Aug 2001 | .30 | Telcon with Bob Swift. |
| 31 Aug 2001 | 2.00 | Conference with Ramon Casiple of Claimants 1081. |
| 06 Sep 2001 | 1.20 | Meeting with Claimants 1081 Board. |

**Time Record - Rod Domingo (Aug 01-Nov 30 2004)**

| 06 Sep 2001 | .30 | Telcon with Bob Swift. |
|---|---|---|
| 11 Sep 2001 | .30 | Telcon with Bob Swift. |
| 14 Sep 2001 | 1.30 | Conference with Mon Casiple of Claimants 1081 Board. |
| 19 Sep 2001 | .50 | Telcon with Bob Swift. |
| 28 Sep 2001 | 2.00 | Conference with Crispin Reyes. |
| 02 Oct 2001 | .20 | Telcon with Bob Swift. |
| 06 Oct 2001 | .45 | Travel to Quezon City. |
| 06 Oct 2001 | 2.00 | Meeting with Claimants 1081 Board. |
| 06 Oct 2001 | .45 | Travel to Makati. |
| 10 Oct 2001 | 1.00 | Telcon with Bob Swift re Merrill Lynch & Picasso settlement. |
| 12 Oct 2001 | .30 | Prepared and sent fax to Bob Swift. |
| 15 Oct 2001 | 2.00 | Office conference with Etta Rosales. |
| 19 Oct 2001 | 2.00 | Telcon with Bob Swift. |
| 23 Oct 2001 | .50 | Telcon with Bob Swift. |
| 16 Nov 2001 | 1.30 | Discussed with Ruben Fruto the letter of Bob Swift to John Bartko dated November 13, 2001. |
| 17 Nov 2001 | 1.45 | Discussed with Ruben Fruto the Response of PNB and Arelma to Defendant Pimentel's Interrogatories. |
| 26 Nov 2001 | .40 | Telcon with Bob Swift. |
| 04 Dec 2001 | 2.30 | Office meeting with Claimants 1081 Board. |
| 05 Dec 2001 | .45 | Prepared and sent fax to Bob Swift. |
| 07 Dec 2001 | 1.30 | Discussed with Ruben Fruto the Renewed Petition for Writ of Mandamus and Motion for Stay of Proceedings. |
| 10 Dec 2001 | .50 | Telcon with Bob Swift. |
| 14 Dec 2001 | .50 | Telcon with Bob Swift. |
| 16 Dec 2001 | 2.00 | Discussed with Ruben Fruto Arelma's Motion for Summary Judgment. |
| 17 Dec 2001 | 1.30 | Conference with Ruben Fruto. |
| 29 Dec 2001 | 1.00 | Telcon with Ruben Fruto. |
| 08 Jan 2002 | 2.30 | Conference with Comm. Ruben Carranza of PCGG. |

Time Record - Rod Domingo (Aug 01-Nov 30 2004)

| 08 Jan 2002 | 2.00 | Conference with Cherry Cobarrubias. |
|---|---|---|
| 10 Jan 2002 | .50 | Telcon with Bob Swift. |
| 12 Jan 2002 | 2.00 | Discussed with Ruben Fruto Reply Brief of ROP and PCGG. |
| 12 Jan 2002 | 2.00 | Conference with Ramon Casiple of Claimants 1081. |
| 16 Jan 2002 | .30 | Telcon with Bob Swift. |
| 18 Jan 2002 | .40 | Telcon with Bob Swift. |
| 28 Jan 2002 | .50 | Telcon with Bob Swift. |
| 31 Jan 2002 | .30 | Telcon with Bob Swift. |
| 01 Feb 2002 | .40 | Telcon with Bob Swift. |
| 14 Feb 2002 | 2.00 | Discussed with Ruben Fruto the Reply Memorandum of Points and Authorities of Arelma and PNB. |
| 21 Feb 2002 | .50 | Telcon with Bob Swift. |
| 02 Mar 2002 | 1.15 | Conference with Ramon Casiple of Claimants 1081 Board. |
| 20 Mar 2002 | 1.30 | Conference with Ruben Fruto. |
| 01 Apr 2002 | .40 | Telcon with Bob Swift. |
| 03 Apr 2002 | 2.00 | Conference with Crispin Reyes. |
| 06 Apr 2002 | .30 | Prepared and sent fax to Bob Swift. |
| 08 Apr 2002 | 1.00 | Telcon with Bob Swift. |
| 15 Apr 2002 | .40 | Prepared and sent fax to Bob Swift. |
| 18 Apr 2002 | .30 | Prepared and sent fax to Bob Swift. |
| 19 May 2002 | .30 | Prepared and sent fax to Bob Swift. |
| 23 Apr 2002 | .30 | Telcon with Bob Swift. |
| 14 May 2002 | .50 | Telcon with Bob Swift. |
| 16 May 2002 | .45 | Travel to Quezon City. |
| 16 May 2002 | 3.00 | Meeting with Claimants 1081. |
| 16 May 2002 | .45 | Travel to Makati. |
| 22 May 2002 | 2.00 | Discussed with Ruben Fruto Pimentel's Motion for Leave to File a Sur-Reply and the Opposition by ROP and PCGG. |
| 29 May 2002 | .50 | Prepared and sent fax to Bob Swift. |

Time Record - Rod Domingo (Aug 01-Nov 30 2004)

| 05 Jun 2002 | .50 | Prepared and sent fax to Bob Swift. |
|---|---|---|
| 07 Jun 2002 | .50 | Prepared and sent fax to Bob Swift. |
| 18 Jun 2002 | .50 | Prepared and sent fax to Bob Swift. |
| 19 Jun 2002 | .30 | Prepared and sent fax to Bob Swift. |
| 17 Jul 2002 | .50 | Prepared and sent fax to Bob Swift. |
| 26 Aug 2002 | .30 | Telcon with Bob Swift. |
| 20 Oct 2002 | 1.45 | Discussed with Ruben Fruto Report of Alexander J. Poblador. |
| 14 Sep 2002 | .45 | Travel to Quezon City. |
| 14 Sep 2002 | 2.00 | Conference with Etta Rosales in Congress. |
| 14 Sep 2002 | .45 | Travel to Quezon City. |
| 02 Oct 2002 | .30 | Travel to Pasig City |
| 02 Oct 2002 | 2.30 | Meeting with PCGG Chairperson Haydee Yorac, Rene Saguisag and Ruben Fruto. |
| 0c Oct 2002 | .30 | Travel to Makati. |
| 03 Oct 2002 | .30 | Travel to Mandaluyong. |
| 03 Oct 2002 | 2.30 | Conference with Cherry Cobarrubias. |
| 03 Oct 2002 | .30 | Travel to Makati. |
| 03 Oct 2002 | .20 | Telcon with Bob Swift. |
| 02 Nov 2002 | 1.30 | Conference with Ruben Fruto. |
| 04 Nov 2002 | .20 | Telcon with Bob Swift. |
| 11 Nov 2002 | 2.15 | Conference with Rene Saguisag and Ruben Fruto. |
| 12 Nov 2002 | .30 | Telcon with Bob Swift. |
| 15 Nov 2002 | .30 | Prepared and sent fax to Robert Swift. |
| 27 Nov 2002 | 1.00 | Telcon with Bob Swift. |
| 10 Dec 2002 | .50 | Prepared and sent fax to Bob Swift. |
| 12 Dec 2002 | .40 | Telcon with Bob Swift. |
| 13 Dec 2002 | .50 | Telcon with Bob Swift. |
| 14 Dec 2002 | 2.0 | Discussed with Ruben Fruto and Rene Saguisag status of Arelma. |

Time Record - Rod Domingo (Aug 01-Nov 30 2004)

| 21 Dec 2002 | 2.30 | Meeting with Claimants 1081 Board and members. |
|---|---|---|
| 06 Jan 2003 | .50 | Prepared and sent fax to Bob Swift. |
| 17 Jan 2003 | 2.00 | Went to Sandiganbayan to research Arelma forfeiture case. |
| 28 Jan 2003 | 2.00 | Went back to Sandiganbayan to research Arelma forfeiture case. |
| 30 Jan 2003 | .30 | Prepared and sent fax to Bob Swift |
| 11 Feb 2003 | 1.50 | Photocopied from Sandiganbayan documents relating to Arelma. |
| 16 Feb 2003 | .30 | Prepared and sent fax to Bob Swift. |
| 18 Feb 2003 | .50 | Prepared and sent fax to Bob Swift. |
| 18 Mar 2003 | .40 | Travel to Pasig City. |
| 18 Mar 2003 | 2.00 | Conference with Ruben Fruto and Etta Rosales. |
| 18 Mar 2003 | .40 | Travel to Makati. |
| 14 Apr 2003 | .50 | Telcon with Bob Swift. |
| 18 Apr 2003 | 1.45 | Discussed and review with Ruben Fruto re: preparation of the Declaration. |
| 20 Apr 2003 | 1.30 | Prepared and drafted Declaration in Support of defendant Pimentel's Motion to Vacate the Stay of Proceedings. |
| 24 Apr 2003 | 1.00 | Telcon with Bob Swift. |
| 16 May 2003 | .50 | Telcon with Bob Swift. |
| 20 May 2003 | .50 | Prepared and sent fax to Bob Swift. |
| 25 May 2003 | 2.30 | Conference with Ruben Fruto. |
| 03 Jun 2003 | .60 | Prepared and sent fax to Bob Swift. |
| 05 Jun 2003 | 1.0 | Discussed with Ruben Fruto Arelma's Opposition. |
| 09 Jun 2003 | 1.50 | Prepared and sent fax to Bob Swift; then telcon with Bob Swift. |
| 08 Jul 2003 | .30 | Prepared and sent fax to Bob Swift. |
| 11 Jul 2003 | 1.0 | Discussed with Ruben Fruto the Reply Memorandum. |
| 12 Jul 2003 | .30 | Conference with Ruben Fruto on status of Arelma. |
| 21 Jul 2003 | 1.00 | Telcon with Bob Swift. |

**Time Record - Rod Domingo (Aug 01-Nov 30 2004)**

| 22 Jul 2003 | .50 | Prepared and sent fax to Bob Swift. |
|---|---|---|
| 23 Jul 2003 | .50 | Telcon with Bob Swift. |
| 24 Jul 2003 | .45 | Travel to Quezon City |
| 24 Jul 2003 | 2.00 | Conference with Ramon Casiple of Claimants 1081 Board. |
| 24 Jul 2003 | .45 | Travel to Makati. |
| 24 .Jul 2003 | .50 | Telcon with Bob Swift. |
| 25 Jul 2003 | 2.00 | Discussed with Ruben Fruto letter sent to the Pres. Arroyo, Sens. Joker Arroyo & Francis Pangilinan and Cong. Etta Rosales dated July 23, 2005. |
| 28 Jul 2003 | .30 | Prepared and sent fax to Bob Swift. |
| 29 Jul 2003 | 1.00 | Discussed with Ruben Fruto pending pleadings in Arelma. |
| 29 Jul 2003 | .50 | Telcon with Bob Swift. |
| 02 Aug 2003 | .45 | Travel to Quezon City. |
| 02 Aug 2003 | 3.00 | Attended Claimants 1081 2nd National Conference. |
| 02 Aug 2003 | .45 | Travel to Makati. |
| 04 Aug 2003 | .50 | Telcon with Bob Swift. |
| 06 Aug 2003 | .50 | Prepared and sent fax to Bob Swift. |
| 08 Aug 2003 | .50 | Telcon with Bob Swift. |
| 15 Aug 2003 | 1.60 | Telcon with Bob Swift. |
| 15 Aug 2003 | 2.00 | Prepared Declaration in support of defendant Pimentel's Proposed Findings of Fact and Conclusion of Law. |
| 15 Aug 2003 | 2.00 | Discussed with Ruben Fruto the following:  1) Pimentel's Memorandum in Opposition to Motion for Permissive Appeal; 2) Pimentel's Memorandum in Opposition to Motion to Assign Appeal to Prior Panel; Pimentel's Motion to Strike Appellate Motions filed by ROP and PCGG. |
| 18 Aug 2003 | 1.45 | Discussed with Ruben Fruto Arelma's objections to proposed findings of fact and conclusions. |
| 19 Aug 2003 | 1.30 | Discussed with Ruben Fruto the Amended Motion for Stay of Proceedings dated August 14, 2003 filed by Arelma. |
| 29 Aug 2003 | .45 | Travel to Quezon City. |

**Time Record - Rod Domingo (Aug 01-Nov 30 2004)**

| 29 Aug 2003 | 3.00 | Meeting in Congress with Etta Rosales and Claimants 1081. |
| 29 Aug 2003 | .45 | Travel to Makati. |
| 06 Sep 2003 | 1.30 | Discussed with Ruben Fruto Pimentel's Proposed Findings of Fact and Conclusions of Law |
| 15 Sep 2003 | 1.00 | Telcon with Bob Swift. |
| 17 Sep 2003 | .50 | Telcon with Bob Swift. |
| 22 Sep 2003 | 1.30 | Discussed with Ruben Fruto Order granting the appeal to the Philippine government and Arelma/PNB. |
| 22 Sep 2003 | 1.00 | Telcon with Bob Swift. |
| 26 Sep 2003 | .50 | Prepared and sent fax to Bob Swift. |
| 29 Sep 2003 | .50 | Prepared and sent fax to Bob Swift. |
| 30 Oct 2003 | .30 | Telcon with Bob Swift. |
| 01 Oct 2003 | 1.30 | Discussed with Ruben Fruto Motion for Stay of Proceedings Pending Appeal of Appellants. |
| 09 Oct 2003 | 1.00 | Discussed with Ruben Fruto Motion of ROP and PCGG for Stay Pending Appeal dated October 7, 2003. |
| 15 Oct 2003 | .30 | Prepared and sent e-mail to Bob Swift. |
| 17 Oct 2003 | .2.15 | Office conference with Cesar Carlos of Claimants 1081. |
| 18 Oct 2003 | 1.45 | Discussed with Ruben Fruto Pimentel's Memorandum. |
| 03 Nov 2003 | .30 | Telcon with Ruben Fruto re  letter dated October 30, 2003 of Bob Swift to the Circuit Mediator of the United States Court of Appeals. |
| 07 Nov 2003 | .30 | Telcon with Bob Swift. |
| 10 Nov 2003 | .40 | Prepared and sent e-mail to Bob Swift. |
| 12 Nov 2003 | .30 | Prepared and sent e-mail to Bob Swift. |
| 13 Nov 2003 | .40 | Prepared and sent e-mail to Bob Swift. |
| 18 Nov 2003 | .40 | Prepared and sent fax to Bob Swift. |
| 19 Nov 2003 | 1.00 | Prepared and sent e-mail to Bob Swift. |
| 26 Nov 2003 | .30 | Telcon with Ruben Fruto. |
| 01 Dec 2003 | .50 | Prepared and sent e-mail to Bob Siwft. |

**Time Record - Rod Domingo (Aug 01-Nov 30 2004)**

| 02 Dec 2003 | .50 | Telcon with Bob Swift. |
|---|---|---|
| 10 Dec 2003 | .50 | Prepared and sent e-mail to Bob Swift. |
| 20 Dec 2003 | 2.00 | Office meeting with Claimants 1081 Board and Members. |
| 29 Dec 2003 | .30 | Prepared and sent e-mail to Bob Swift. |
| 13 Jan 2004 | .40 | Telcon with Bob Swift. |
| 12 Jan 2004 | .40 | Prepared and sent fax to Bob Swift. |
| 13 Jan 2004 | .30 | Telcon with Bob Swift. |
| 14 Jan 2004 | .40 | Prepared and sent fax to Bob Swift. |
| 14 Jan 2004 | 1.00 | Telcon with Bob Swift. |
| 16 Jan 2004 | 1.45 | Discussed with Ruben Fruto the Reply Brief of Appellants Arelma & PNB dated January 14, 2004. |
| 19 Jan 2004 | 1.00 | Makati to Sandiganbayan trip. |
| 19 Jan 2004 | 2.00 | Trip with Bob Swift to Sandiganbayan Court in Quezon City to review court file in forfeiture case. |
| 19 Jan 2004 | 1.00 | Sandiganbayan to Makati trip. |
| 20 Jan 2004 | 2.00 | Meeting with Bob Swift and Claimants 1081 Board Members. |
| 21 Jan 2004 | 2.00 | Dinner meeting with Bob Swift and Ruben Fruto. |
| 22 Jan 2004 | 1.50 | Meeting with Bob Swift. |
| 22 Jan 2004 | 2.00 | Meeting at the Office of the Solicitor General. |
| 22 Jan 2004 | 3.00 | Meeting with Bob Swift and Etta Rosales re settlement and legislation. |
| 26 Jan 2004 | 1.00 | Telcon with Bob Swift. |
| 27 Jan 2004 | 1.00 | Telcon with Bob Swift; then sent fax. |
| 27 Jan 2004 | 1.30 | Discussed with Ruben Fruto, Etta Rosales and Rolando Abiog the letter sent by Bob Swift to Senator Joker Arroyo dated January 26, 3004. |
| 05 Feb 2004 | .30 | Prepared and sent fax to Bob Swift. |
| 26 Feb 2004 | .30 | Prepared and sent to e-mail to Bob Swift. |
| 01 Feb 2004 | .45 | Travel to Quezon City. |
| 01 Feb 2004 | 2.00 | Conference with Etta Rosales in Congress. |

**Time Record - Rod Domingo (Aug 01-Nov 30 2004)**

| 01 Feb 2004 | .45 | Travel to Makati. |
|---|---|---|
| 02 Feb 2004 | .50 | Prepared and sent e-mail to Bob Swift. |
| 04 Feb 2004 | .30 | Prepared and sent e-mail to Bob Swift. |
| 06 Feb 2004 | .50 | Telcon with Bob Swift. |
| 11 Feb 2004 | .50 | Prepared and sent fax and e-mail to Bob Swift. |
| 27 Feb 2004 | .50 | Telcon with Bob Swift. |
| 02 Mar 2004 | .50 | Telcon with Bob Swift. |
| 03 Mar 2004 | .50 | Prepared and sent e-mail to Bob Swift. |
| 01 Apr 2004 | 2.00 | Legal research with Ruben Fruto. |
| 05 Apr 2004 | 2.00 | Legal research with Ruben Fruto. |
| 05 Apr 2004 | .70 | Prepared and sent fax to Bob Swift. |
| 06 Apr 2004 | 1.30 | Legal research with Ruben Fruto. |
| 14 Apr 2004 | .30 | Prepared and sent fax to Bob Swift. |
| 15 Apr 2004 | 3.00 | Office conference with Ramon Casiple of Claimants 1081. |
| 16 Apr 2004 | .40 | Prepared and sent fax to Bob Swift. |
| 04 May 2004 | .30 | Telcon with Bob Swift. |
| 18 May 2004 | 1.30 | Conference with ASG Alex Gesmundo. |
| 07 Jun 2004 | 3.00 | Legal research with Ruben Fruto. |
| 08 Jun 2004 | 3.00 | Prepared and completed the legal opinion with Ruben Fruto. |
| 10 Jun 2004 | .50 | Prepared and sent fax to Bob Swift. |
| 21 Jun 2004 | 2.00 | Conference with ASG Alex Gesmundo. |
| 22 Jun 2004 | 4.00 | Legal research with Ruben Fruto. |
| 23 Jun 2004 | 3.30 | Prepared the opinion with Ruben Fruto. |
| 25 Jun 2004 | .50 | Telcon with Bob Swift. |
| 08 Jul 2004 | .40 | Telcon with Bob Swift. |
| 13 Jul 2004 | .30 | Prepared and sent e-mail to Bob Swift. |
| 13 Jul 2004 | .50 | Telcon with Bob Swift. |
| 15 Jul 2004 | .50 | Telcon with Bob Swift. |

**Time Record - Rod Domingo (Aug 01-Nov 30 2004)**

| 16 Jul 2004 | 1.0 | Discussed with Ruben Fruto the Findings of Fact and Conclusions of Law dated July 12, 2004 issued by Judge Real and Judgment dated July 12, 2004. |
|---|---|---|
| 23 Jul 2004 | .45 | Travel to Quezon City. |
| 23 Jul 2004 | 1.00 | Hearing at Sandiganbayan re ROP vs. Heirs of Marcos, et. al. |
| 23 Jul 2004 | .45 | Travel to Makati. |
| 29 Jul 2004 | .45 | Travel to Quezon City |
| 29 Jul 2004 | 1.30 | Hearing at Sandiganbayan re ROP vs. Heirs of Marcos, et. al. |
| 29 Jul 2004 | .45 | Travel to Makati. |
| 03 Aug 2004 | .45 | Prepared and sent e-mail to Bob Swift. |
| 04 Aug 2004 | 2.30 | Office meeting with Claimants 1081 Board members. |
| 05 Aug 2004 | .50 | Prepared and sent e-mail to Bob Swift. |
| 13 Aug 2004 | .40 | Prepared and sent e-mail to Bob Swift. |
| 20 Aug 2004 | 2.00 | Meeting with Ramon Casiple of Claimants 1081 Board |
| 25 Aug 2004 | .50 | Prepared and sent fax to Bob Swift. |
| 28 Aug 2004 | .30 | Prepared and sent fax to Bob Swift. |
| 01 Sep 2004 | .20 | Prepared and sent e-mail to Bob Swift. |
| 11 Sep 2004 | .20 | Prepared and sent e-mail to Bob Swift. |
| 14 Sep 2004 | .30 | Prepared and sent fax to Bob Swift. |
| 21 Sep 2004 | 2.30 | Legal research with Ruben Fruto. |
| 04 Oct 2004 | .40 | Prepared and sent fax to Bob Swift. |
| 19 Oct 2004 | .30 | Prepared and sent fax to Bob Swift. |
| 24 Nov 2004 | 2.0 | Legal research with Ruben Fruto. |
| 24 Nov 2004 | 1.30 | Prepared with Ruben Fruto and sent e-mail to Jon Van Dyke. |
| 29 Nov 2004 | .40 | Prepared and sent fax to Bob Swift. |

**Time Record - Rod Domingo (Aug 01-Nov 30 2004)**

## TIME RECORD OF RUBEN O. FRUTO
### August 1, 2000-November 30, 2004
### (Re:  Arelma)

| Date | Time | Description |
|------|------|-------------|
|  |  |  |
| 05 Aug 2000 | .30 | Telcon with Rod Domingo. |
| 25 Aug 2000 | .30 | Telcon with Rod Domingo. |
| 30 Aug 2000 | 2.00 | Conference with Rene Saguisag & Rod Domingo. |
| 02 Sep 2000 | .35 | Telcon with Rod Domingo. |
| 04 Sep 2000 | .25 | Telcon with Rod Domingo. |
| 13 Sep 2000 | .45 | Telcon with Rod Domingo. |
| 27 Sep 2000 | 1.50 | Discussed  Interpleader with Rod Domingo. |
| 07 Oct 2000 | .20 | Telcon with Rod Domingo |
| 10 Nov 2000 | 2.00 | Conference with Rod Domingo. |
| 14 Nov 2000 | .20 | Telcon with  Rod Domingo. |
| 24 Nov 2000 | .30 | Telcon with Rod Domingo. |
| 08 Feb 2001 | 1.00 | Discussed with Rod Domingo the letter to Pablito San Diego, Director II, Administrative Services of the Department of Justice, Manila. |
| 16 Mar 2001 | 1.30 | Discussed with Rene Saguisag, Rod Domingo and Etta Rosales the letter of Bob Swift to Sec. Bert Romulo. |
| 20 Mar 2001 | 1.00 | Discussed with Rod Domingo re the discovery of the Merrill Lynch account under the name of Arelma, Inc. |
| 16 Apr 2001 | 1.20 | Discussed with Rod Domingo the letter of Stephen V. Bomse. |
| 18 Apr 2001 | 1.10 | Discussed with Rod Domingo the Memorandum of Pimentel. |
| 05 May 2001 | 1.30 | Conference with Rene Saguisag and Rod Domingo. |
| 01 Jun 2001 | 1.20 | Discussed with Rod Domingo Reply Memorandum. |
| 06 Jun 2001 | 1.20 | Discussed with Rod Domingo 2 Orders issued by Judge Real. |

| 07 July 2001 | .45 | Discussed with Rod Domingo the letter of Bob Swift to Judge Real. |
|---|---|---|
| 23 Jul 2001 | 2.00 | Discussed with Rene Saguisag, Rod Domingo and Etta Rosales the letter of Bob Swift dated July 20, 2001 to Chairperson Haydee Yorac of PCGG. |
| 17 Aug 2001 | 2.00 | Discussed with Rene Saguisag, Rod Domingo and Etta Rosales the letter of Bob Swift dated August 15, 2001 to Chairperson Haydee Yorac of PCGG. |
| 16 Nov 2001 | 1.30 | Discussed with Rod Domingo the letter of Bob Swift to John Bartko dated November 13, 2001. |
| 17 Nov 2001 | 1.45 | Discussed with Rod Domingo the Response of PNB and Arelma to Defendant Pimentel's Interrogatories. |
| 07 Dec 2001 | 1.30 | Discussed with Rod Domingo the Renewed Petition for Writ of Mandamus and Motion for Stay of Proceedings. |
| 16 Dec 2001 | 2.00 | Discussed with Rod Domingo Arelma's Motion for Summary Judgment. |
| 17 Dec 2001 | 1.30 | Conference with Rod Domingo. |
| 29 Dec 2001 | 1.00 | Telcon with Rod Domingo. |
| 12 Jan 2002 | 2.00 | Discussed with Rod Domingo Reply Brief of ROP and PCGG. |
| 14 Feb 2002 | 1.00 | Discussed with Rod Domingo the Reply Memorandum of Points and Authorities of Arelma and PNB. |
| 20 Mar 2002 | 1.30 | Conference with Rod Domingo. |
| 22 May 2002 | 2.00 | Discussed with Rod Domingo Pimentel's Motion for Leave to File a Sur-Reply and the Opposition by ROP and PCGG. |
| 20 Oct 2002 | 1.45 | Discussed with Rod Domingo Report of Alexander J. Poblador. |
| 02 Oct 2002 | 2.30 | Meeting with PCGG Chairperson Haydee Yorac, Rene Saguisag and Rod Domingo. |
| 02 Nov 2002 | 1.30 | Conference with Rod Domingo. |
| 11 Nov 2002 | 2.15 | Conference with Rene Saguisag and Rod Domingo. |
| 14 Dec 2002 | 2.0 | Discussed with Rod Domingo and Rene Saguisag status of Arelma. |
| 18 Mar 2003 | 2.00 | Conference with Rod Domingo and Etta Rosales. |

**Time Record - Ruben Fruto (Aug 01-Nov 30 2004)**

| 18 Apr 2003 | 1.45 | Discussed and review with Rod Domingo re: preparation of the Declaration. |
| 25 May 2003 | 2.30 | Conference with Rod Domingo. |
| 05 Jun 2003 | 1.0 | Discussed with Rod Domingo Arelma's Opposition. |
| 11 Jul 2003 | 1.0 | Discussed with Rod Domingo the Reply Memorandum. |
| 12 Jul 2003 | .30 | Conference with Rod Domingo on status of Arelma. |
| 25 Jul 2003 | 1.20 | Discussed with Rod Domingo letter sent to the Pres. Arroyo, Senators Joker Arroyo & Francis Pangilinan and Cong. Etta Rosales dated July 23, 2005. |
| 29 Jul 2003 | 1.00 | Discussed with Rod Domingo pending pleadings in Arelma. |
| 15 Aug 2003 | 2.00 | Discussed with Rod Domingo the following:   1) Pimentel's Memorandum in Opposition to Motion for Permissive Appeal; 2) Pimentel's Memorandum in Opposition to Motion to Assign Appeal to Prior Panel; Pimentel's Motion to Strike Appellate Motions filed by ROP and PCGG. |
| 18 Aug 2003 | 1.45 | Discussed with Rod Domingo Arelma's objections to proposed findings of fact and conclusions. |
| 19 Aug 2003 | 1.30 | Discussed with Rod Domingo the Amended Motion for Stay of Proceedings dated August 14, 2003 filed by Arelma. |
| 06 Sep 2003 | 1.30 | Discussed with Rod Domingo Pimentel's Proposed Findings of Fact and Conclusions of Law |
| 22 Sep 2003 | 1.30 | Discussed with Rod Domingo Order granting the appeal to the Philippine government and Arelma/PNB. |
| 01 Oct 2003 | 1.30 | Discussed with Rod Domingo Motion for Stay of Proceedings Pending Appeal of Appellants. |
| 09 Oct 2003 | 1.00 | Discussed with Rod Domingo Motion of ROP and PCGG for Stay Pending Appeal dated October 7, 2003. |
| 18 Oct 2003 | 1.45 | Discussed with Rod Domingo Pimentel's Memorandum. |
| 03 Nov 2003 | .30 | Telcon with Rod Domingo re  letter dated October 30, 2003 of Bob Swift to the Circuit Mediator of the United States Court of Appeals. |
| 26 Nov 2003 | .30 | Telcon with Rod Domingo. |
| 16 Jan 2004 | 1.45 | Discussed with Rod Domingo Reply Brief of Appellants Arelma & PNB dated January 14, 2004. |

**Time Record - Ruben Fruto (Aug 01-Nov 30 2004)  (3)**

| 21 Jan 2004 | 2.00 | Dinner meeting with Bob Swift and Rod Domingo. |
|---|---|---|
| 27 Jan 2004 | 1.30 | Discussed with Rod Domingo, Etta Rosales and Rolando Abiog the letter sent by Bob Swift to Senator Joker Arroyo dated January 26, 3004. |
| 01 Apr 2004 | 2.00 | Legal research with Rod Domingo. |
| 05 Apr 2004 | 2.00 | Legal research with Rod Domingo. |
| 06 Apr 2004 | 1.30 | Legal research with Rod Domingo. |
| 07 Jun 2004 | 3.00 | Legal research with Rod Domingo. |
| 08 Jun 2004 | 3.00 | Prepared and completed the legal opinion with Rod Domingo. |
| 22 Jun 2004 | 4.00 | Legal research with Rod Domingo. |
| 23 Jun 2004 | 3.30 | Prepared the opinion with Rod Domingo. |
| 16 Jul 2004 | 1.0 | Discussed with Rod Domingo the Findings of Fact and Conclusions of Law dated July 12, 2004 issued by Judge Real and Judgment dated July 12, 2004. |
| 21 Sep 2004 | 2.30 | Legal research with Rod Domingo. |
| 24 Nov 2004 | 2.0 | Legal research with Rod Domingo. |
| 24 Nov 2004 | 1.30 | Prepared  with Rod Domingo and sent e-mail to Jon Van Dyke. |

**Time Record - Ruben Fruto (Aug 01-Nov 30 2004)**