IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| In re Estate of Ferdinand E. Marcos Human Rights Litigation | ) ) ) ) ) ) ) ) ) ) | MDL No. 840<br>No. 86-390<br>No. 86-330<br><br>AFFIDAVIT OF ERIC K. YAMAMOTO IN SUPPORT OF JOINT PETITION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES |

AFFIDAVIT OF ERIC K. YAMAMOTO IN SUPPORT OF JOINT PETITION
FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Eric K. Yamamoto, being duly sworn on oath, deposes and states:

1. I am a Professor of Law at the William S. Richardson School of Law, teaching Civil Procedure. I have assisted the class counsel for the Class of Human Rights Victims in the above-captioned cases and in the related case of Agapita Trajano et al. v. Marcos, whenever issues related to procedure and jurisdiction have arisen.

2. I make this Affidavit in support of the Joint Petition for Attorneys' Fees and Reimbursement of Expenses for services rendered to the Class and the Trajanos in this litigation. The time expended in preparing this Affidavit is not included.

3. The compensation for the attorneys who have worked on this case is wholly contingent. Any fees and reimbursement of expenses will be limited to such amounts as may be awarded by this Court.

4. During the period from the beginning of the case in March 1986 through March 1999, I performed 108 hours of work in connection with this litigation. Based on current hourly rates I

1

ordinarily charge to clients for work requiring this type of specialized expertise -- $250 per hour --
the lodestar value of my time is $27,000.

5.  I have prepared a detailed itemization of the services rendered during the period for
which fees are sought, which is available for the Court's review upon request.

6.  All the services I have performed in connection with this litigation were reasonably
necessary in the prosecution of this case.

7.  There has been no unnecessary duplication of services among the attorneys who have
worked on this case.  In those instances when two or more attorneys participated in any matter,
this participation was necessary because of the complexity of the issues involved and the time
constraints that existed.

8.  My particular role in this litigation has focused on the jurisdictional and procedural
issues presented by this litigation.  These issues include the service of process, subject-matter
jurisdiction, personal jurisdiction, default-judgment procedures, class-action certification,
compensatory damages, injunctions to freeze assets, attachment of bank accounts, enforcement of
judgments, and ability to enforce judgments against bank subsidiaries

9.  The total lodestar for my work on this case is $27,000 for attorney's fees.  I agree with
the memoranda filed by cocounsel in this case explaining that the fee award in this case should be
based on the benchmark used in the Ninth Circuit (25% of the amount awarded to the plaintiffs) or
on a substantial muliplier of the lodestar based on the palpable risk involved in this case and the
numerous innovative substantive and procedural legal principles developed during the course of
the 13 years of this trailblazing, arduous, and combative litigation.

10.  Attached hereto is my resume, which provides my background and experience.

2



_Eric K. Yamamoto_

State of California
County of Alameda

Sworn to and Subscribed before me
this 17 Day of March 1999.

3

# CURRICULUM VITAE

## ERIC KEN YAMAMOTO

William S. Richardson School of Law
2515 Dole Street
Honolulu, Hawaii 96822
Phone:  (808) 956-6548
Fax:      (808) 956-6402

## TEACHING

| | |
|---|---|
| 1999 (Spring) | Visiting Professor of Law, Boalt Hall Law School, University of California at Berkeley. |
| 1985-present | Professor of Law, William S. Richardson School of Law, University of Hawaii at Manoa (Civil Procedure, Advanced Procedure/Complex Litigation, Administrative Law, Legal Methods, Civil Rights, Race, Culture and Law, Asian Americans In U.S. Law). |
| 1998 (Spring) | Visiting Fellow, Japanese American Endowed Chair, UCLA Asian American Studies Center. |
| Fall 1995 | Visiting Professor of Law, Santa Clara University Law School. |
| July 1986 | Instructor:  Civil Procedure Seminar in Truk for state and federal judges from the Federated States of Micronesia and Palau. |

## HONORS

| | |
|---|---|
| 1998 | Presidential Citation for Meritorious Teaching, University of Hawaii (University-wide award). |
| 1997 | Outstanding Law Professor, William S. Richard School of Law:  Award for excellence in law teaching and scholarship. |
| 1997 | Ninety Fabulous Faculty, University of Hawaii (University-wide recognition of "highly-acclaimed" faculty). |
| 1995 | Outstanding Law Professor, William S. Richardson School of Law. |
| 1994 | Korematsu Civil Rights Award. |
| 1990 | Presidential Citation for Meritorious Teaching, University of Hawaii. |

- 2 -

| 1986 | Outstanding Law Professor, William S. Richardson School of Law. |
| 1975 | Phi Beta Kappa Honor Society. |
| 1975 | Hormann Prize:  Award for outstanding University of Hawaii social science research project. |
| 1973 | Phi Kappa Phi Honor Society. |
| 1972 | University of Hawaii Departmental Service Award. |

## EDUCATION

| 1978 | Juris Doctor Degree, Boalt Hall School of Law, University of California at Berkeley. |
| 1975 | Bachelor of Arts Degree, University of Hawaii at Manoa, Liberal Studies Program:  Hawaiian Studies/Sociology. |
| 1970-1973 | New College Program, University of Hawaii at Manoa (experimental program in humanistic studies). |

## PUBLICATIONS

Books     INTERRACIAL JUSTICE:  CONFLICT AND RECONCILIATION IN POST CIVIL RIGHTS AMERICA (New York University Press 1999).

THE JAPANESE AMERICAN INTERNMENT AND REDRESS--A CRITICAL LEGAL INQUIRY (with Chon, Izumi, Kang and Wu) (in progress).

Articles and Book Chapters     Racial Reparations:  Japanese American Redress and African American Claims, 40 Bost. C. L. Rev. (1998), 19 Bost. C. Third World L. J. (1998) (in press).

Justice for the Justice:  A More Complex View of Ruth Bader Ginsburg's Jurisprudence of Process and Procedure (with E. Yip), 20 U. Haw. L. Rev (1998) (in press).

- 3 -

The Politics of Theory in Action and Policy, <u>Miami L. Rev.</u> (1998), <u>Tex. Hisp. L. Rev.</u> (1998) (in press).

Healing the Wounds?: The Final Report of South Africa's Truth and Reconciliation Commission (with Serrano), (Chapter), in WHEN SORRY ISN'T ENOUGH: REDRESS FOR HISTORIC INJUSTICE (R. Brooks ed.) (NYU Press 1999) (in press).

Critical Coalitions (with J. Su), In CRITICAL RACE THEORY AT THE CROSSROADS (A. Harris and F. Valdes eds., 1998) (Yale Press) (in press).

Critical Race Praxis: Race Theory and Political Lawyering Practice in Post-Civil Rights America, 95 <u>Mich. L. Rev.</u> 821-901 (1997).

Race Apologies, 1 <u>Iowa J. Gender, Race & Just.</u> 47-88 (1997).

Conflict and Complicity: Justice Among Communities of Color, 2 <u>Harv. Lat. L. Rev.</u> 495-501 (1997).

Alternative Dispute Resolution: Where Have the Critics Gone?, 36 <u>Santa Clara L. Rev.</u> 1055-1067 (1996).

Foreword: We Have Arrived, We Have Not Arrived, 3 <u>Berkeley Asian L. J.</u> 1-6 (1996).

Rethinking Alliances: Agency, Responsibility and Interracial Justice, 3 <u>UCLA Asian Pac. L. J.</u> 33-74 (1995).

The Significance of "Local" (chapter) in SOCIAL PROCESS 138-150 (2d ed., Peter Manicas ed., 1995).

    Republished from Journal of Social Process 101-116 (1979).

(Book Review) EARLY WOMEN LAWYERS OF HAWAII, (Mari Matsuda ed., 1993), 8 <u>J. of Western Legal Hist.</u> 294-96 (1995).

Courts and the Cultural Performance: Native Hawaiians' Uncertain Federal and State Law Rights to Sue (with Kalama and Haia), 16 <u>U. Haw. L. Rev.</u> 1-83 (1994) (lead article).

Procedural Politics and Federal Rule 26: "Opting Out" of Mandatory Disclosure (with Dwight), 16 <u>U. Haw. L. Rev.</u> 167-201 (1994).

- 4 -

The Paradise Tax (with Adler, Punu and Roth), in PRICE OF
PARADISE 117-124 (R. Roth ed., 1993).

Friend, Foe or Something Else:  Social Meanings of Reparations, 20
Denver J. Int'l Law & Pol. 223-242 (1992).

Restructuring For Justice:  Redressing Past Wrongs, in
RESTRUCTURING FOR WORLD PEACE 182-196 (Majid Tehranian,
ed., 1992) (Hampton Press).

Rule 11 and State Courts:  Panacea or Pandora's Box (with Hart), 13
U. Haw. L. Rev. 58-108 (1991).

      Republished in 42 Def. L.J. 185-235 (1992), (lead article vol.
2).

Efficiency's Threat to the Value of Accessible Courts for Minorities, 25
Harv. Civ. Rights-Civ. Lib. L. Rev. 341-429 (1990).

Summary Judgment At the Crossroads:  The Impact of the Celotex
Trilogy (with Leonard and Sodersten), 12 U. Haw. L. Rev. 1-38 (1990)
(lead article).

Case Management and the Hawaii Courts:  The Evolving Role of the
Managerial Judge in Civil Litigation, 9 U. Haw. L. Rev. 395-456
(1987) (lead article vol. 2).

National Security and Civil Liberties, 24 Court Review 16 (1987).

Korematsu Revisited:  Correcting the Injustice of Extraordinary
Government Excess and Lax Judicial Review—Time For A Better
Accommodation of National Security Concerns and Civil Liberties, 26
Santa Clara L. Rev. 1-62 (1986) (lead article).


Other Publications

Will Reparations Buy Justice for All?, Et al. 34-36 (Fall/Winter 1995).

Summing Up, Courts in the 21st Century, Proceeding of Judicial
Foresight Congress (1993).

-5-

Ethics and Engagement in Legal Education, in <u>In Celebration of Teaching</u>, 61-63 (Center for Teaching Excellence 1991).

Resolving Disputes with Local Government Authorities in Pacific Rim Countries:  The Hawaii Sandy Beach Controversy, <u>The Town Planning and Local Government Guide</u> 1-10 (January 1990).

Pending Procedural Reform in Hawaii's Courts—New Civil Rules 11, 16 and 26:  Benefits and Problems of Active Case Management, 22 <u>Hawaii Bar Journal</u> 1-6 (1989).

## CONFERENCE PRESENTATIONS

| | |
|---|---|
| October 1998 | Racial Reparations, Asian Americans and Law National Conference. |
| May 1998 | Theory, Policy and Practice, LatCrit III Conference. |
| January 1998 | Law Professors' (Re)Action to Proposition 209, Robert Cover Workshop, Society of American Law Teachers. |
| March 1998 | Critical Race Praxis, Western Law Teachers of Color Conference. |
| November 1997 | Critical Coalitions, Critical Race Theory Conference. |
| October 1997 | Scholarly Activism, Asian Americans and Law National Conference. |
| April 1997 | Repairing the Breach, Facing History, International Human Rights Conference, Harvard Law School and School of Education. |
| October 1996 | Race Apologies, Iowa Law School Conference on Gender and Racial Justice. |
| October 1996 | Faculty Retention, Asian Americans and Law National Conference. |
| June 1996 | Conflict and Complicity, LatCrit Theory Conference. |
| January 1996 | The Race in Environmental Racism, Environmental Law Section, American Association of Law Schools Annual Conference. |
| June 1995 | ADR and the Impacts of Privatization of Dispute Resolution, American Association of Law Schools Civil Procedure Conference. |

-6-

| | |
|---|---|
| March 1995 | Institutional Politics, Western Law Teachers of Color Conference. |
| February 1995 | Interracial Justice, Law and Identity Theory Workshop. |
| December 1994 | Integrating Indigenous Customs, Traditions and Practices with Western Law, Native Hawaiian Sovereignty Symposium. |
| December 1994 | Summary Judgment and State Courts, 1994 Hawaii State Judicial Conference. |
| October 1994 | Interracial Justice:  Asian Americans, Native Hawaiians and The Inversion of Foreignness, Asian Americans and Law National Conference. |
| March 1994 | Critique of Essay on Citizenship Theory and Immigration, Western Law Teachers of Color Conference. |
| October 1993 | Teaching Race, Gender and Sexual Orientation Issues in Law School, Society of American Law Teachers, Teaching Conference. |
| June 1993 | Critique of Commentary on Mabo II and The Doctrine of Aboriginal Title, Critical Race Theory Conference. |
| March 1993 | Race, Culture and Court Process, Western Law Teachers of Color Conference. |
| March 1992 | Asian Americans and Reparations, UCLA Conference on Civil Liberties. |
| August 1991 | The Internment Cases, Hawaii Educators Conference on Bill of Rights. |
| June 1991 | World Political Alternatives & Peace with Freedom, Matsunaga International Peace Conference. |
| January 1991 | Courts In the 21st Century, Hawaii Judicial Foresight Congress. |
| November 1990 | Minorities and Law Schools, National Asian Pacific Americans Bar Association, Annual Conference. |
| November 1990 | Sanctions for Frivolous Filings:  Rule 11's Promise and Pitfalls (keynote speaker), 1990 Hawaii State Judicial Conference. |

-7-

| September 1990 | Social Justice and Human Rights, Matsunaga Peace Institute Community Conference. |
|---|---|
| August 1989 | Challenging Decisions By Government, Semi-government and Local Government Bodies--How to Challenge and How to Resist, Comparative Government Law Session of 1989 ABA Convention. |
| November 1988 | Procedural Reform In Hawaii's Courts (keynote speaker), 1988 Hawaii State Judicial Conference. |
| November 1987 | On Teaching Civil Liberties, Conference for Teaching Gifted and Talented Students. |
| October 1986 | National Security and the Constitution: Korematsu Revisited (keynote speaker), American Judges Association, Annual Conference. |

## SELECTED OTHER PRESENTATIONS

| November 1998 | ADR: Where Have the Critics Gone?, Boalt Hall Alumni. |
|---|---|
| October 1998 | What's Critical About Race Theory (with L. Guinier and G. Torres), Distinguished Lecture Series, University of Hawaii. |
| May 1998 | What Next? The Legacy of Japanese American Redress, UCLA Asian American Studies Center. |
| September 1997 | Facing History, Facing Ourselves, Pacific Asian American Ministries (Keynote address), United Church of Christ Regional Conference. |
| May 1997 | Culture, Law and Justice, Hawaii Justice Foundation, Issues Forum. |
| March 1997 | Revisiting the Buffalo Creek Disaster, Environmental Law Society Forum, University of Hawaii Law School. |
| November 1995 | Reparations and the Future of Civil Rights, APILSA Seminar, Santa Clara University Law School. |
| October 1995 | Transforming Legal Services, Asian Law Caucus Forum. |
| July 1994 | Crime and Justice, "Price of Paradise" Community Issues Forum. |
| April 1994 | Rethinking Legal Services, Hawaii Justice Foundation, Issues Forum. |

- 8 -

| February 1994 | Amended Rule 26 and Mandatory Disclosure, Pacific Law Institute Seminar. |
| February 1993 | Differences and Similarities--The Internment and the Overthrow, Japanese American Citizens League Day of Remembrance. |
| July 1992 | New Approaches:  Sanctions and Discovery, Hawaii County Bar Association. |
| March 1992 | Martial Law In Hawaii, Judicial History Center Community Presentation. |
| April 1991 | Summary Judgment at the Cross-Roads, State Attorney Generals Office and Legal Aid Society. |
| March 1991 | Reflections on New Rule 11, Hawaii County Bar Association. |
| January 1991 | New Rule 11 and the Hawaii Courts, Pacific Law Institute Seminar. |
| February 1989 | Summary Judgment Reform, Pacific Law Institute Seminar. |
| September 1987 | Keynote address:  National Security and Civil Liberties:  Korematsu Revisited, Bicentennial Celebration of U.S. Constitution. |
| March 1987 | Keynote address:  Law and the Public Interest, Annual Meeting and Fundraiser of Advocates for Public Interest Law. |

## PROFESSIONAL ACTIVITIES

| 1998 | Member, American Law Institute (international procedure project). |
| 1997-98 | Committee Member, Academic Freedom and Tenure Committee, American Association of Law Schools. |
| 1997 | Committee Member, Hawaii Supreme Court's Committee on Attorney Specialization. |
| 1997 (since 1996) | Board of Directors, Society of American Law Teachers. |
| 1997 (since 1989) | Arbitrator, Hawaii Court-Annexed Arbitration Program. |

-9-

| | |
|---|---|
| 1997 (since 1991) | Senior Legal Advisor, Native Hawaiian Advisory Council. |
| 1996 | Participant, Citizens Justice Task Force, Hawaii State Bar Association |
| 1996-1993 | Editorial Board, Journal of Legal Education. |
| 1996-1995 | Local Rules Committee, United States District Court for District of Hawaii. |
| 1995 | Local Rules Review Project, Ninth Circuit Court of Appeals (reporter on Civil Rules for Hawaii District Court) |
| 1995-1994 | Appellate ADR Task Force, Hawaii State Judiciary. |
| 1995-1994 | Humanities Scholar, Judicial History Center Project on Hawaiian Sovereignty. |
| 1995-1994 | Board of Directors, Hawaii Justice Foundation. |
| 1995-1992 | Hawaii State Judiciary's Advisory Panel on Minorities in the Justice System (Committee on Gender and Other Fairness). |
| 1995-92, 1990 | Board of Directors of Advocates for Public Interest Law (Faculty Advisor 1990-91, 1993-94). |
| 1994-1990 1982-1979 | Board of Directors, Legal Aid Society of Hawaii. |
| 1993-1992 | Executive Committee, Civil Procedure Section, American Association of Law Schools. |
| 1993-1992 | Humanities Scholar, Judicial History Center Project on Martial Law. |
| 1992-1990 | Executive Committee and University Council, Spark M. Matsunaga Peace Institute. |
| 1991-1985 | Board of Directors of Native Hawaiian Legal Corporation. |
| 1990 | Hawaii State Judiciary's Committee on Pattern Jury Instructions. |
| 1990-1987 | Litigation Advisory Board to Native Hawaiian Legal Corporation. |

-10-

| | |
|---|---|
| 1988-1986 | Advisor, Hawaii Supreme Court Civil Rules Committee. |
| 1987-1986 | Hawaii Supreme Court's Working Committee for Establishment of an International Commercial Arbitration Center. |
| 1987-1981 | Hawaii Pro Bono Law Project. |
| 1983-1978 | Counsel, nonprofit community organizations.  (Women's Health Center; Alu Like (Oahu Division).) |

## PRACTICE

### Public Interest

| | |
|---|---|
| 1998 | Special Deputy Attorney General (representing Hawaii Civil Rights Commission), Jeyet v. Tseu (reconsideration of Supreme Court ruling recognizing new tort of negligent investigation against Commission). |
| 1997-1986 | Procedure Consultant to class plaintiffs, In Re: Ferdinand Marcos Human Rights Litigation (four billion dollar class action judgment against Marcos estate for torture and murder of political dissidents in the Philippines). |
| 1997 | Co-counsel to Haunani Apoliona, Apoliona v. Akaka (challenge to exclusion of trustees-elect to Office of Hawaiian Affairs). |
| 1996 | Co-counsel to Native Hawaiian Advisory Council and Na Loio Na Kanaka, Amicus Brief to U.S. Supreme Court, Yniguez v. Arizona (challenge to English Only law). |
| 1996-1995 | Consultant to Native Hawaiian Advisory Council in representation of Office of Hawaiian Affairs, Waiahole Ditch Water Controversy (Hawaiian customary claims to water). |
| 1994-1992 | Consultant to Bruce Yamashita, Yamashita v. United States (racial harassment claim against Marine Officer Candidate School officers and staff). |
| 1993 | Co-counsel to Charles Ka'ai'ai, Ka'ai'ai v. Drake (Hawaiian Homesteaders class action challenging Hawaiian Homes Commission exclusion of an independent representative for trust beneficiaries on Claims Settlement Task Force). |

-11-

| | |
|---|---|
| 1990 | Co-counsel to Manuel Fragante, Fragante v. City & County (appeal to U.S. Supreme Court on Filipino accent discrimination Title VII claim). |
| 1984-1983 | Co-counsel to Fred Korematsu, Korematsu v. U.S. (coram nobis litigation reopening WWII Japanese-American internment case, Korematsu v. U.S.). |

Private

| | |
|---|---|
| 1998 (since 1986) | Consultation on complex litigation cases, Rule 11 sanction proceedings, arbitration procedure, civil rights cases. |
| 1983-1978 Jan.-July 1985 | Attorney: Case & Lynch, Honolulu, Hawaii. (Civil litigation, with emphasis on constitutional, commercial and products liability litigation.) |
| Fall 1977 | Law Clerk: Judges George Phillips and Betty Barry-Deal, Superior Court of Alameda County, California (trial and appellate). |
| Spring 1977 | Law Clerk: Minami, Tomine & Lew, Oakland, California. |
| Summer 1976 | Intern: Juvenile Probation Division, First Circuit Family Court of Hawaii. |
| 1975 | Committee Clerk: House Committee on Higher Education, Hawaii State Legislature. |