IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE<br>ESTATE OF FERDINAND E. MARCOS<br>HUMAN RIGHTS LITIGATION | ) MDL No. 840<br>) No. 86-390<br>) No. 86-330 |
| THIS DOCUMENT RELATES TO<br>Hilao et al. v. Estate of<br>Ferdinand E. Marcos,<br><br>and<br><br>DeVera et al. v. Estate of<br>Ferdinand E. Marcos, | |

DECLARATION OF DR. CHRISTOPH VON GRAFFENRIED

IN SUPPORT OF JOINT PETITION FOR

ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES

Dr. Christoph von Graffenried, attorney at law, Bellerivestrasse 10, P.O. Box, CH-8034 Zurich, Switzerland, deposes and states:

1. I am an attorney in the law firm of Hüssy von Graffenried & Partner, counsel for the Plaintiff Class in the above-captioned action.

2. I make this Declaration in support of my application for an award of attorney's fees for services rendered to the Class certified in the above-captioned litigation, for reimbursement of expenses reasonably incurred in the course of the representation. I served as local counsel in Switzerland during 1993, 1994 and 1995 to prosecute Letters Rogatory and appeals in three jurisdictions (Zurich, Freiburg and Geneva) filed in connection herewith.

3. I have not been paid for any of my legal services to date.

4. During the period from April 1993 to September 1995 I performed 88.32 hours of work in connection with this litigation. Based upon historic hourly rates ordinarily charged to my clients for comparable proceedings, the lodestar value of the time is the equivalent of USD 25,406. Attached hereto as Exhibit A is a detailed itemization of my time.

5. During the period of my services I incurred expenses in the equivalent of USD 477.40. These expenses were reasonably and necessarily incurred in connection with this litigation, have not been reimbursed and are detailed in Exhibit A.

6. All of the services performed by my Firm and local counsel in connection with this litigation were under the direction of Lead Counsel and reasonably necessary in the prosecution of this case.

7. There has been no unnecessary duplication of services for which the Firm now seeks compensation. There were no instances in which two or more attorneys in my firm participated in any matter.

8. The rate at which I seek compensation is my usual and customary hourly rates charged for work performed for other clients in comparable proceedings.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Dr. Christoph von Graffenried

| | | | |
|---|---|---|---|
| Honorar für Kahn Swift & Graf P.C. | | abden | 31.03.98 |
| Kit-Kürzel KSG | | as from | |
| erstellt am 04.Mrz. qq   Dr. Christoph von Graffenried | | Name des Berichts "Honorar für bestimmten Klienten" | |

| Mandatsbezeichnung | Datum | Leistung | Zeit in Minuten |
|---|---|---|---|
| KSG/marcos | 05.04.93 | Tel. Swift | 24 |
| | 05.04.93 | Tel. Fed.off.of police | 18 |
| | 06.04.93 | Tel. FOP/judge/Distr.atty. | 60 |
| | 06.04.93 | legal research re letters. rog. | 60 |
| | 07.04.93 | Tel. clt. | 30 |
| | 15.04.93 | conf. in Philadelphia | 120 |
| | 19.04.93 | legal research re letters rog. | 90 |
| | 19.04.93 | Tel. clt. | 18 |
| | 28.04.93 | Tel. clt. | 18 |
| | 07.05.93 | Tel. Cosandey, distr. Atty, study doc. | 18 |
| | 10.05.93 | Tel. Swift | 18 |
| | 10.05.93 | Tel. Cosandey, distr. Atty. | 30 |
| | 12.05.93 | legal research re Art.271 CrimCode, Fax | 84 |
| | 23.06.93 | Tel. District court/Fax clt. | 24 |
| | 24.06.93 | Fax send | 6 |
| | 16.07.93 | Fax clt./study court orders | 54 |
| | 20.07.93 | Tel. Honegger | 18 |
| | 20.07.93 | legal research re doc.production | 24 |
| | 22.07.93 | legal research in supr.Court library | 90 |
| | 22.07.93 | Tel Distr.Court | 72 |
| | 30.07.93 | Fax Swift + Atty in Geneva | 48 |
| | 30.07.93 | Tel. an Swift | 18 |
| | 30.07.93 | Tel. judge Geneva | 18 |
| | 17.08.93 | Tel. Swift | 18 |
| | 19.08.93 | legal res. re attachment | 60 |
| | 19.08.93 | Tel. Trib.de Fribourg | 18 |
| | 19.08.93 | Tel. Swift | 6 |
| | 19.08.93 | Tel. Tribunal de Geneva | 24 |
| | 23.08.93 | 2x Tel. und Fax atty.in Geneva | 54 |
| | 03.09.93 | study letter Distr. Court | 12 |
| | 03.09.93 | Fax clt. | 54 |
| | 06.09.93 | Fax clt./study orders sup.Court | 18 |
| | 07.09.93 | study file supr. Court | 60 |
| | 07.09.93 | get docs. from supreme court | 48 |
| | 08.09.93 | 2x letter Supr. Court | 12 |
| | 08.09.93 | copy and contr. file of supr. Court | 30 |
| | 09.09.93 | Fax an Swift | 48 |
| | 27.09.93 | Fax clt. Re contract 22.9.93 | 18 |
| | 28.09.93 | contr. Translation orders | 72 |
| | 29.09.93 | review Fax Swift + reply | 30 |
| | 29.09.93 | study writ of appeal | 60 |
| | 11.10.93 | study order Supr. Court and court file | 204 |
| | 11.10.93 | Tel.court re costs and research | 42 |
| | 11.10.93 | Tel. Swift (2x) | 24 |
| | 12.10.93 | legal research in law inst., Fax | 60 |
| | 13.10.93 | legal research re appeal | 270 |
| | 15.10.93 | draft reply to appeal | 420 |
| | 18.10.93 | draft reply o appeal | 498 |
| | 19.10.93 | write reply to appeal | 450 |
| | 19.10.93 | Tel. clt. | 18 |
| | 20.10.93 | Fax clt. | 18 |
| | 24.11.93 | review order, letter. clt. | 60 |
| | 25.11.93 | research re appeal | 360 |
| | 25.11.93 | Tel. translator + Fax | 18 |
| | 26.11.93 | Tel.Fed.Office of Justice , research | 114 |
| | 29.11.93 | Tel. Fed. Office of Justice, Tel. Swift, RS | 84 |
| | 28.01.94 | study order cass.Court | 48 |
| | 08.02.94 | Tel. Supr.Court | 12 |

| Mandatsbezeichnung | Datum | | Zeit in * | |
|---|---|---|---|---|
| KSG/marcos | 08.02.94 | Tel. Swift | 12 | |
| | 10.02.94 | study order supreme Court | 24 | |
| | 15.03.94 | Tel. clt. | 24 | |
| | 17.03.94 | study doc. re Freiburg | 42 | |
| | 17.03.94 | Fax clt. | 18 | |
| | 30.03.94 | Fax to Swift, study of file and law | 318 | |
| | 02.05.94 | Tel. clt. | 12 | |
| | 18.02.95 | study of judgement | 24 | |
| | 18.02.95 | Tel. from clt. | 42 | |
| | 31.03.95 | Tel. clt. | 30 | |
| | 02.06.95 | study Fax v. 29.5.95, Tel. Swift | 48 | |
| | 28.08.95 | Tel. Swift | 18 | |
| | 28.08.95 | Tel. Cosandey Distr. Atty. | 30 | |
| | 29.08.95 | Tel. Swift | 20 | |
| | 29.08.95 | Fax to Swift | 35 | |
| | 29.08.95 | Tel. M.Kurer | 30 | |
| | 05.09.95 | Tel. from Swift from Manila | 40 | |
| | 14.09.95 | Tel. Swift | 10 | |
| | 24.11.95 | Tel. Swift | 15 | |
| | 25.01.96 | Tel. Swift | 40 | |
| | 26.03.96 | Conf. with Swift | 150 | |
| | 05.09.96 | Tel. Distr. Atty. | 15 | |

Total Zeit in Minuten: 5299 Minuten
Total Zeit in Stunden: Total hours: 88.32 Stunden / hours

*Honorarberechnung für Mandat:* Marcos

KSG/marcos

Stundensatz/hourly rate: SFr. 420.00
Honorar netto: Fr. 37'093.00

2

## Spesenabrechnung für Klient: KSG

04. Mrz. 99

Name des Berichtes:
"Spesen für einen bestimmten Klienten"
Name der Abfrage:
Spesen für einen bestimmten Klienten

| Mandats-Kurzbezeichnun | Datum | Spesentyp | Spesen-Nr | BetragBrutto | MwSt-Satz | MwSt-Betrag | BetragNetto | Vorsteuer | Konto |
|---|---|---|---|---|---|---|---|---|---|
| KSG/marcos | 05.04.93 | Tel. Swift | 4150 | SFr. 37.00 | 0.00% | Fr. 0.00 | Fr. 37.00 | Fr. 0.00 | |
| | 06.04.93 | Tel. FOP/Sup.C./Distr.C. | 4151 | SFr. 10.00 | 0.00% | Fr. 0.00 | Fr. 10.00 | Fr. 0.00 | |
| | 07.04.93 | Tel. Klt. + Fax | 4152 | SFr. 34.80 | 0.00% | Fr. 0.00 | Fr. 34.80 | Fr. 0.00 | |
| | 19.04.93 | Tel. Klt. | 4153 | SFr. 11.50 | 0.00% | Fr. 0.00 | Fr. 11.50 | Fr. 0.00 | |
| | 28.04.93 | Tel. Klt. | 4154 | SFr. 15.30 | 0.00% | Fr. 0.00 | Fr. 15.30 | Fr. 0.00 | |
| | 10.05.93 | Tel. Swift | 4156 | SFr. 21.40 | 0.00% | Fr. 0.00 | Fr. 21.40 | Fr. 0.00 | |
| | 10.05.93 | Tel. Cosandey | 4155 | SFr. 1.40 | 0.00% | Fr. 0.00 | Fr. 1.40 | Fr. 0.00 | |
| | 23.06.93 | Tel.Distr.C./Fax Klt. | 4157 | SFr. 3.70 | 0.00% | Fr. 0.00 | Fr. 3.70 | Fr. 0.00 | |
| | 16.07.93 | Fax Klt. | 4158 | SFr. 3.50 | 0.00% | Fr. 0.00 | Fr. 3.50 | Fr. 0.00 | |
| | 22.07.93 | Tel. Distr.C., Frau Roth | 4159 | SFr. 5.00 | 0.00% | Fr. 0.00 | Fr. 5.00 | Fr. 0.00 | |
| | 30.07.93 | Fax Swift + T. | 4160 | SFr. 5.70 | 0.00% | Fr. 0.00 | Fr. 5.70 | Fr. 0.00 | |
| | 30.07.93 | Tel. an Swift | 4161 | SFr. 20.00 | 0.00% | Fr. 0.00 | Fr. 20.00 | Fr. 0.00 | |
| | 30.07.93 | Tel. Geneva | 4162 | SFr. 2.00 | 0.00% | Fr. 0.00 | Fr. 2.00 | Fr. 0.00 | |
| | 19.08.93 | Tel. Swift | 4163 | SFr. 4.00 | 0.00% | Fr. 0.00 | Fr. 4.00 | Fr. 0.00 | |
| | 03.09.93 | Fax Klt. | 4164 | SFr. 10.90 | 0.00% | Fr. 0.00 | Fr. 10.90 | Fr. 0.00 | |
| | 06.09.93 | Fax Klt./ord | 4165 | SFr. 8.70 | 0.00% | Fr. 0.00 | Fr. 8.70 | Fr. 0.00 | |
| | 08.09.93 | copies file sup.C. | 4166 | SFr. 60.00 | 0.00% | Fr. 0.00 | Fr. 60.00 | Fr. 0.00 | |
| | 13.09.93 | Fax an Swift | 4168 | SFr. 7.10 | 0.00% | Fr. 0.00 | Fr. 7.10 | Fr. 0.00 | |
| | 27.09.93 | Federal-Express | 4169 | SFr. 40.00 | 0.00% | Fr. 0.00 | Fr. 40.00 | Fr. 0.00 | |
| | 27.09.93 | Fax Klt. betr. Vertrag | 4170 | SFr. 8.10 | 0.00% | Fr. 0.00 | Fr. 8.10 | Fr. 0.00 | |
| | 29.09.93 | Fax an Swift | 4171 | SFr. 7.50 | 0.00% | Fr. 0.00 | Fr. 7.50 | Fr. 0.00 | |
| | 29.09.93 | Fax an Swift + copies | 4172 | SFr. 42.80 | 0.00% | Fr. 0.00 | Fr. 42.80 | Fr. 0.00 | |
| | 30.09.93 | Fax senden | 4173 | SFr. 30.90 | 0.00% | Fr. 0.00 | Fr. 30.90 | Fr. 0.00 | |
| | 11.10.93 | Kopien, Porto | 4174 | SFr. 59.00 | 0.00% | Fr. 0.00 | Fr. 59.00 | Fr. 0.00 | |
| | 11.10.93 | Fax Klt. | 4175 | SFr. 29.00 | 0.00% | Fr. 0.00 | Fr. 29.00 | Fr. 0.00 | |
| | 12.10.93 | Fax | 4176 | SFr. 8.50 | 0.00% | Fr. 0.00 | Fr. 8.50 | Fr. 0.00 | |
| | 19.10.93 | copies apeal reply | 4177 | SFr. 18.00 | 0.00% | Fr. 0.00 | Fr. 18.00 | Fr. 0.00 | |
| | 19.10.93 | Tel. Klt., Porto | 4178 | SFr. 12.00 | 0.00% | Fr. 0.00 | Fr. 12.00 | Fr. 0.00 | |
| | 20.10.93 | Porto, Fax Klt. | 4180 | SFr. 32.20 | 0.00% | Fr. 0.00 | Fr. 32.20 | Fr. 0.00 | |
| | 20.10.93 | Fax Klt. | 4179 | SFr. 9.70 | 0.00% | Fr. 0.00 | Fr. 9.70 | Fr. 0.00 | |
| | 30.11.93 | Fax | 4181 | SFr. 21.20 | 0.00% | Fr. 0.00 | Fr. 21.20 | Fr. 0.00 | |
| | 28.01.94 | Fax Swift | 4182 | SFr. 25.50 | 0.00% | Fr. 0.00 | Fr. 25.50 | Fr. 0.00 | |
| | 08.02.94 | Tel. Obergericht | 4183 | SFr. 1.00 | 0.00% | Fr. 0.00 | Fr. 1.00 | Fr. 0.00 | |
| | 08.02.94 | Tel. Swift | 4184 | SFr. 7.00 | 0.00% | Fr. 0.00 | Fr. 7.00 | Fr. 0.00 | |
| | 15.03.94 | Tel. Klt. | 4185 | SFr. 16.00 | 0.00% | Fr. 0.00 | Fr. 16.00 | Fr. 0.00 | |
| | 02.05.94 | Fax | 4186 | SFr. 6.40 | 0.00% | Fr. 0.00 | Fr. 6.40 | Fr. 0.00 | |
| | 29.08.95 | Fax | 644 | SFr. 11.20 | 6.50% | Fr. 0.68 | Fr. 10.52 | Fr. 0.00 | |
| | 18.09.95 | Fax | 695 | SFr. 5.90 | 6.50% | Fr. 0.36 | Fr. 5.54 | Fr. 0.00 | |
| | 26.03.96 | fotocopies | 1354 | SFr. 20.00 | 6.50% | Fr. 1.22 | Fr. 18.78 | Fr. 0.00 | |
| | 06.05.96 | Fax | 1621 | SFr. 7.70 | 6.50% | Fr. 0.47 | Fr. 7.23 | Fr. 0.00 | |
| | 05.09.96 | Tel. BS | 1885 | SFr. 15.20 | 6.50% | Fr. 0.93 | Fr. 14.27 | Fr. 0.00 | |



| Mandats-Kurzbezeichnun | Datum | Spesentyp | Spesen-Nr | BetragBrutto | MwSt-Satz | MwSt-Betrag | BetragNetto | Vorsteuer | Konto |
|---|---|---|---|---|---|---|---|---|---|
| Total Mandat: KSG/mar | | | | Fr. 696.80 | | Fr. 3.66 | Fr. 693.14 | Fr. 0.00 | |
| Total Klient: KSG | | | | Fr. 696.80 | | Fr. 3.66 | Fr. 693.14 | Fr. 0.00 | |
| | | Endsumme: | | Fr. 696.80 | | Fr. 3.66 | Fr. 693.14 | Fr. 0.00 | |

2