*-----TIME SUMMARY-----*

| *-------TIMEKEEPER---------* | | HOURS |
|---|---|---|
| HEK | HAROLD E. KOHN | 1.10 |
| JCK | JOSEPH C. KOHN | .30 |
| RAS | ROBERT A. SWIFT | 2,495.30 |
| DFS | DENIS F. SHEILS | 68.00 |
| CWH | CRAIG HILLWIG | 116.50 |
| HEC | HILARY COHEN | 5.80 |
| WEH | WILLIAM E. HOESE | .50 |
| MJD | MARTIN J. D'URSO | .30 |
| SMS | STEVEN M. STEINGARD | 6.50 |
| NE | NADIA EZZELARAB | .50 |
| AJC | AVIAH COHEN | 1.50 |
| AP | ANDREA PETRANYI | 75.40 |
| BMK | BRYA KEILSON | 1.50 |
| CDS | CHRISTINA DONATO SALER | 12.00 |
| GP | GRAYSON PAPA | .80 |
| JAM | JAMES A. MUSPRATT JR. | .30 |
| JDK | JESSICA KHAN | 13.30 |
| JM | JENNIFER NEUMAN-MURO | 4.60 |
| JZC | JONATHAN COHEN | 42.20 |
| MB | MARGARET COOLEY | 4.00 |
| SLR | SHANNON RACHAL | 6.10 |
| WEM | WAYNE ERIC MARR | 33.40 |
| AKD | AMY K. DAMEN | 3.50 |

                                        ------------
                        TOTALS           2,893.40


*-----COST CODE SUMMARY-----*
| *-------------COST CODE DESCRIPTION-----------------* | AMOUNT |
|---|---|
| | ---------- |
| TOTALS | .00 |


*-----TIME ENTRIES-----*

| INIT | DATE | HOURS | DESCRIPTION |
|---|---|---|---|
| RAS | 06/20/95 | 2.30 | Ltr. Sombillo; ltr. Shattuck; t/c Bigelow re Makiki Heights house. |
| RAS | 06/27/95 | 1.80 | Prep for hearing; reviewed Marcos' Mot.; reviewed Hawaii execution law. |
| RAS | 06/28/95 | 6.00 | Reviewed docket entries in Clerk's Office; travel to Hawaii. |
| RAS | 06/28/95 | .70 | Mtg w/ Broder & Van Dyke; mtg. w/ Bigelow re stipulation. |
| RAS | 06/29/95 | 2.00 | Inspection of Makiki Heights house. |

| | | | |
|---|---|---|---|
| RAS | 06/29/95 | 1.00 | Conf. w. Broder. |
| RAS | 07/01/95 | .50 | Conf. w/ Broder re discovery for Makiki house. |
| RAS | 07/01/95 | 7.00 | Travel to Philadelphia. |
| RAS | 07/02/95 | 7.00 | Travel to Philadelphia. |
| HEK | 07/03/95 | .70 | Robert A. Swift re settlement, attachment procedures, report of Court hearing. |
| RAS | 07/03/95 | 3.80 | Reviewing Tantoco memo of law; drafting subpoenas; revising appellate brief. |
| RAS | 07/06/95 | 1.00 | Revising appellate brief; revised suppl complaint re Makiki house; revised doc req. |
| RAS | 08/22/95 | 1.80 | Conf. HEK; reviewed faxes; reviewed filings re Makiki house; t/c Yamamoto; t/c Broder re Makiki property. |
| RAS | 09/07/95 | 2.50 | Mtg. w/ Fruto & Santiago re Makiki Heights house |
| RAS | 10/11/95 | 1.20 | T/c Schneiderman; t/c Schneiderman; |
| RAS | 10/16/95 | 2.50 | Reviewed faxes; t/c Schreiber; t/c Domingo; t/c Broder; t/c Schneiderman; reviewed Schneiderman fax. |
| RAS | 10/19/95 | 3.00 | T/c Schneiderman; Lexis research. |
| RAS | 11/15/95 | .60 | T/c Schneiderman |
| RAS | 11/16/95 | .50 | T/c Schneiderman |
| RAS | 12/13/95 | .50 | T/c Schneiderman |
| RAS | 12/21/95 | .50 | T/c Schneiderman |
| RAS | 01/05/96 | .50 | T/c Schneiderman |
| RAS | 01/10/96 | 1.00 | 2 t/c Schneiderman |
| RAS | 01/11/96 | 3.00 | T/c Broder; t/c Schreiber; t/c Schneiderman. |
| RAS | 01/11/96 | .50 | 2 t/c Schneiderman. |
| HEK | 01/12/96 | .40 | Robert A. Swift re sale of Hawaii house $1 million, petition for approval. |
| RAS | 01/12/96 | 1.00 | T/c Schneiderman |

| RAS | 01/15/96 | 1.50 | T/c Schreiber; t/c Schneiderman. |
| RAS | 01/18/96 | 1.00 | Conf. Call w/ Schneiderman & Court. |
| RAS | 02/09/96 | 2.00 | T/c Schneiderman; 2 t/c Schreiber; t/c Broder; t/c Van Dyke; conf. DFS. |
| RAS | 02/12/96 | 2.00 | Reviewed faxes; fax Schreiber; fax Broder; t/c Schneiderman. |
| RAS | 03/12/96 | .70 | T/c Schneiderman. |
| RAS | 03/22/96 | 3.50 | Reviewed faxes; 2 t/c Schneiderman; 2 t/c Court Clerk; conf call w/ Schneiderman & Bigelow; t/c Broder. |
| RAS | 03/29/96 | 3.50 | 2 t/c Broder; t/c Schreiber; 2 ltrs. Schreiber; t/c Schneiderman. |
| RAS | 04/01/96 | 1.50 | Reviewed faxes from ROP; t/c Domingo; t/c Schneiderman. |
| RAS | 04/01/96 | 2.00 | Revising Lei settlement agreement. |
| RAS | 04/02/96 | 1.50 | Mtg. w/ Schneiderman in NYC re Lei settlement. |
| RAS | 04/03/96 | 1.50 | Revised Lei settlement agreement; 2 t/c Schneiderman. |
| RAS | 04/04/96 | 1.80 | Revisions to Lei settlement agreement. |
| RAS | 04/04/96 | 2.00 | 4 t/c Schneiderman; t/c Broder. |
| RAS | 04/05/96 | 2.00 | T/c Broder; t/c Cassidy; 2 t/c Schneiderman. |
| RAS | 04/05/96 | 1.00 | Revisions to Lei settlement. |
| RAS | 04/09/96 | .50 | T/c Schneiderman |
| RAS | 04/11/96 | .40 | Fax to Domingo; t/c Schreiber; 2 t/c Schneiderman. |
| RAS | 04/11/96 | .40 | Fax to Domingo; t/c Schreiber; prep for hearing Makiki property; 2 t/c Schneiderman. |
| RAS | 04/12/96 | 3.50 | Meeting w/ Schneiderman re settlement & hearing in Hawaii; t/c Broder. |
| RAS | 04/15/96 | .50 | T/c Schneiderman. |
| RAS | 04/15/96 | .50 | T/c Court. |
| RAS | 04/15/96 | .50 | Drafted Consent Order. |

| | | | |
|---|---|---|---|
| RAS | 04/20/96 | 12.00 | Travel to Hawaii. |
| RAS | 04/22/96 | 3.00 | Prep for hearing. |
| RAS | 04/22/96 | 2.00 | Observed hearing among Lei, Golden Budha & ROP; deposited settlement w/ clerk. |
| DFS | 04/23/96 | 1.50 | Telephone conference with Robert A. Swift; Legal research; Memo. |
| RAS | 04/23/96 | 1.50 | Attended hearing re Makiki Heights house; hearing re Golden Budha. |
| RAS | 04/23/96 | 4.00 | Prep for hearing. |
| RAS | 04/23/96 | 2.50 | Settlement conference; travel to Phila. |
| MB | 06/03/98 | 2.00 | Research re complaint filed against Christie's. |
| RAS | 06/03/98 | .30 | T/c Mariani. |
| MB | 06/04/98 | 1.00 | Research: Phone calls re obtaining complaint in Christie's case. |
| RAS | 06/04/98 | .70 | T/c Domingo; reviewed faxes from ROP; t/c Schreiber; fax Schreiber. |
| RAS | 06/04/98 | .30 | Internet search. |
| MB | 06/08/98 | 1.00 | Research re Christie's suit. |
| RAS | 06/08/98 | 1.00 | Reviewed faxes from ROP; fax to Broder & Schreiber. |
| DFS | 06/09/98 | 2.00 | Examining Philippine Complaint against Christie's; office conference w/RAS; legal research. |
| DFS | 06/09/98 | 1.00 | Drafting motion to intervene. |
| RAS | 06/09/98 | 1.00 | T/c Schreiber; fax Schreiber; 2 faxes Domingo; fax Broder & Van Dyke. |
| RAS | 06/09/98 | .50 | Reviewed complaint in ROP v. Christies. |
| DFS | 06/10/98 | 3.50 | Drafting motion to intervene; legal research. |
| DFS | 06/10/98 | 2.50 | Drafting motion to intervene; legal research. |
| RAS | 06/10/98 | .70 | T/c Domingo; t/c Schreiber; e-mail Broder. |
| DFS | 06/11/98 | 1.00 | Revising motion to intervene; office conference w/RAS. |

| | | | |
|---|---|---|---|
| RAS | 06/11/98 | 1.50 | E-mail Broder; read faxes from ROP; t/c Domingo. |
| DFS | 06/12/98 | 1.00 | Office conference w/RAS; examining motion to intervene. |
| RAS | 06/12/98 | .30 | Reviewed faxes from ROP; e-mail Broder. |
| RAS | 06/12/98 | .90 | Revised Motion to Intervene. |
| RAS | 06/12/98 | .30 | Letter to claimant. |
| DFS | 06/15/98 | 2.00 | Revising motion to intervene; research. |
| AKD | 06/16/98 | .40 | Review of motion to Intervene. |
| DFS | 06/16/98 | 2.00 | Revising motion to intervene; telephone call to Damen; letter to Damen. |
| SMS | 06/16/98 | 2.50 | Research - Telephone call from Sol Schreiber, fax information to Robert A. Swift in Mexico; obtain articles on funds transfer. |
| AKD | 06/17/98 | 1.00 | Preparation of Summons - Motion and cover sheets for filing with District Court. |
| DFS | 06/17/98 | .50 | Teleconference w/Damen re: motion to intervene; examining file. |
| AKD | 06/18/98 | .40 | Preparation of civil sheets and conversations with process server to complete filing. |
| DFS | 06/22/98 | 1.00 | Telconferences w/Sullivan; revising letter to Judge re: motion to intervene. |
| AKD | 06/23/98 | .20 | Letters to attorneys re: case sent to process server for personal service upon Christies and attorney Greenbaum. |
| DFS | 06/24/98 | .50 | Teleconferences w/Damen & the attorney for Christie's. |
| DFS | 06/25/98 | .30 | Office conference w/RAS; examining file. |
| RAS | 06/26/98 | .50 | T/c Domingo. |
| CWH | 06/29/98 | 2.10 | Read pleadings in Picasso case; legal research re: Interpleader |
| DFS | 06/29/98 | .50 | Office conference w/CWH; examining Christie's answer & interpleader counterclaim. |
| RAS | 06/29/98 | .50 | T/c Jeff Greenbaum re Picasso case; conf. CWH. |

| | | | |
|---|---|---|---|
| DFS | 07/01/98 | 1.00 | Office conference w/RAS; drafting pro hac vice motions; teleconference w/Prothonotary; letter to PA Supreme Court. |
| DFS | 07/08/98 | 3.50 | Revising pro hac vice motion; drafting reply memorandum in support of motion to intervene. |
| RAS | 07/08/98 | 1.00 | Drafted Declaration for Picasso case. |
| RAS | 07/08/98 | 1.00 | T/c Schreiber; E-Mail Van Dyke. |
| DFS | 07/09/98 | .50 | Revising pro hac vice motion & reply memo in further support of motion to intervene. |
| JM | 07/09/98 | 4.30 | Document research on Marcos assets. |
| RAS | 07/09/98 | .50 | Reviewed faxes from ROP; t/c Domingo. |
| RAS | 07/09/98 | 1.50 | Drafted affidavit; reviewed reply brief in Picasso case. |
| RAS | 07/10/98 | .50 | Conf. CWH re Picasso case. |
| AKD | 07/13/98 | .50 | LETTER TO PROCESS SERVER - NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF ROBERT A. SWIFT TO BE FILED WITH COURT AND OPPOSING COUNSEL - AFFIDAVIT OF SERVICE - PACKET TO SERVER. |
| RAS | 07/13/98 | 2.50 | Reviewed faxes from ROP; fax to Domingo; reviewed Picasso case pleadings. |
| AKD | 07/15/98 | .30 | MAILINGS TO OPPOSING COUNSEL RE: NOTICE OF MOTION FOR PRO HAC VICE ADMISSION OF ROBERT A. SWIFT. |
| RAS | 07/16/98 | 1.00 | Reviewed faxes from ROP; fax to Domingo; t/c Schreiber; fax to Schreiber & Broder. |
| RAS | 07/17/98 | 1.30 | Fax Domingo; e-mail Van Dyke; t/c Domingo; t/c Schreiber. |
| RAS | 07/26/98 | .50 | T/c Domingo. |
| AKD | 07/27/98 | .30 | LETTER TO D. SHEILS - COMPLETE SET OF PAPERS THAT WERE FILED WITH THE DISTRICT COURT. |
| DFS | 07/28/98 | 2.00 | Preparing for hearing; research re: intervention and interpleader. |
| DFS | 07/29/98 | 8.00 | Attending hearing before Judge Patterson re: motion to intervene. |
| RAS | 07/29/98 | 4.00 | Trip to NYC and back to Phila. |

| | | | |
|---|---|---|---|
| RAS | 07/29/98 | 1.00 | Read faxes from ROP. |
| RAS | 07/29/98 | 2.50 | Attended hearing in Picasso case. |
| DFS | 07/30/98 | .30 | Office conference with Robert A. Swift; examining order. |
| RAS | 07/30/98 | 1.50 | Reviewed faxes from ROP; t/c Schreiber. |
| CWH | 07/31/98 | .20 | Meetings and conferences - Telephone call with Denis F. Sheils. |
| DFS | 07/31/98 | .50 | Examining file and proposed orders. |
| RAS | 07/31/98 | 1.50 | Reviewed faxes from ROP; t/c Schreiber; fax to Domingo. |
| DFS | 08/05/98 | 1.00 | Examining order in Picasso case; examining file. |
| RAS | 08/05/98 | .30 | Reviewed faxes from ROP; fax to Schreiber & Broder. |
| DFS | 08/06/98 | 1.00 | Revising interpleader response. |
| DFS | 08/06/98 | 3.00 | Drafting interpleader response in the Picasso matter; office conference with RAS. |
| RAS | 08/06/98 | 1.50 | Reviewed faxes from ROP; T/c Schreiber; conf. CWH & DFS re pleadings in Picasso case. |
| RAS | 08/10/98 | 1.00 | Revising answer to interpleader complaint. |
| DFS | 08/13/98 | 1.00 | Revising reply to interpleader's letter to Damen. |
| RAS | 08/13/98 | .80 | T/c Domingo; T/c Schreiber. |
| AKD | 08/14/98 | .20 | REPLY TO INTERPLEADER CLAIM IS OUR CLAIM FOR INTERPLEADER SERVED ON OPPOSING COUNSEL AND FILED WITH THE COURT; COPY TO SENT TO CO-COUNSEL. |
| RAS | 08/14/98 | 1.00 | T/c Domingo; fax to Schreiber & Broder. |
| DFS | 08/27/98 | .50 | Letter to Clerk of Court in Picaso case; examining articles. |
| JM | 09/17/98 | .30 | Research: Pacer research for Philippines v. Christie's. |
| RAS | 10/09/98 | 1.50 | Reviewed faxes; fax to Broder; t/c Schreiber; t/c Greenbaum re settlement of Picasso case; t/c Belli. |

| | | | |
|---|---|---|---|
| DFS | 10/12/98 | 2.50 | Drafting discovery requests in the Picasso case. |
| DFS | 10/12/98 | 1.00 | Revising discovery requests. |
| DFS | 10/13/98 | .50 | Examining Signer's motion; office conference with RAS. |
| DFS | 10/14/98 | 4.50 | Examining Signer's motion to set aside default; drafting reply brief; legal research. |
| RAS | 10/14/98 | 1.00 | Reviewed Signer's Petition & pleading. |
| DFS | 10/18/98 | .50 | Revising brief in opposition to set aside default; letter to Damen. |
| AKD | 10/20/98 | .20 | Philip v. Christie's Mem of Law in Opp to the Motion to Set Aside Default against Signer. |
| RAS | 10/20/98 | .40 | Reviewing doc. request re Picasso case. |
| DFS | 10/23/98 | .50 | Examining file and proposed discovery requests. |
| DFS | 10/26/98 | 1.00 | Office conference with RAS; revising discovery requests. |
| RAS | 10/26/98 | .30 | Revising interrog. & doc. requests in Picasso case. |
| RAS | 10/26/98 | .20 | Conf. DFS. |
| DFS | 10/27/98 | 2.00 | Revising discovery requests; letter to Greenbaum. |
| DFS | 11/12/98 | .50 | Examining file in Picasso matter. |
| RAS | 11/18/98 | .50 | T/c Broder; t/c Domingo. |
| DFS | 11/19/98 | .50 | Telephone conference with Damen; examining order; letter to opposing counsel; examining file. |
| DFS | 11/20/98 | .50 | Office conference with RAS re: Christie's lawsuit. |
| RAS | 11/20/98 | 1.00 | Ltr. Bayh; t/c Schreiber; 2 t/c Greenbaum re Picasso case. |
| DFS | 11/23/98 | .30 | Telephone conference with Salzman; examining file. |
| DFS | 11/24/98 | 1.00 | Telephone conference with Salzman and Phila. Art Museum; revising document request; drafting |

|       |          |       | subpoena.                                                                                                                                 |
|-------|----------|-------|------------------------------------------------------------------------------------------------------------------------------------------|
| RAS   | 11/24/98 | .50   | Conf. DFS re Picasso subpoena; 2 t/c Laughton.                                                                                            |
| DFS   | 11/25/98 | .50   | Perusing subpoena to Christie's letter to Saltzman                                                                                        |
| DFS   | 11/25/98 | 2.50  | Examining archives of Phila. Museum of Art seeking info re: Picasso.                                                                      |
| DFS   | 12/07/98 | .50   | Telephone conferences with Salzman & Sills, Cummins; examining file, e-mail to RAS.                                                       |
| RAS   | 12/08/98 | .50   | T/c Schreiber; e-mail Broder.                                                                                                             |
| RAS   | 12/08/98 | .50   | Internet search.                                                                                                                          |
| RAS   | 12/10/98 | .80   | Reviewing faxes from ROP; conf. DFS re notice of deposition; 2 t/c Schreiber.                                                             |
| DFS   | 12/11/98 | 1.00  | Drafting notice of deposition and letter; office conference with RAS.                                                                     |
| RAS   | 12/12/98 | .50   | T/c Domingo re settlement.                                                                                                                |
| DFS   | 12/14/98 | .50   | Examining court's opinion in the Picasso case; examining file.                                                                           |
| DFS   | 12/16/98 | 1.50  | Examining documents produced by Christie's; office conference with RAS; telephone conference with Greenbaum; letter to Greenbaum.         |
| RAS   | 12/16/98 | .30   | Reviewed e-mail from Broder; t/c Schreiber; conf. DFS re discovery in ROP v. Christies.                                                   |
| RAS   | 02/24/99 | 3.00  | Conf. Bayh's office; t/c Domingo; t/c Broder; t/c Schreiber; confs. DFS re Picasso case; t/c Greenbaum re hearing in Picasso case.        |
| RAS   | 02/25/99 | 3.00  | Travel to NYC and back to Phila.                                                                                                          |
| RAS   | 02/25/99 | 1.00  | Hearing w/ Court in Picasso case; 2 t/c Judge's chambers.                                                                                 |
| RAS   | 03/12/99 | 2.30  | T/c Schreiber; t/c Broder; 3 t/c Greenbaum re Picasso stipulation; t/c Domingo.                                                           |
| DFS   | 05/03/99 | .30   | Telephone conference with Judge's Clerk; letter to Greenbaum.                                                                             |
| RAS   | 05/14/99 | 1.00  | Prep for Monday hearing in NYC                                                                                                            |
| RAS   | 05/14/99 | .70   | T/c Jeff Greenbaum re sale of Picasso painting.                                                                                           |

| DFS | 05/17/99 | .30 | Office conference with RAS re: Picasso case; letter to Greenbaum. |
| RAS | 05/17/99 | 2.00 | Travel to NYC and back to Phila. |
| RAS | 05/17/99 | 2.00 | T/c Domingo; t/c Schreiber. |
| RAS | 05/17/99 | 1.00 | Prep for court hearing. |
| RAS | 05/17/99 | 1.00 | Court hearing in ROP v. Christies. |
| RAS | 05/27/99 | .30 | Telephone call with Fitzgerald re: Picasso proceeds. |
| RAS | 06/08/99 | .50 | Reviewing faxes from ROP; fax Schreiber; t/c Schreiber; 2 t/c Greenbaum. |
| RAS | 06/08/99 | .20 | Reviewed and revised stip. in Picasso case. |
| RAS | 07/01/99 | .50 | T/c Greenbaum re hearing on Picasso; t/c Schreiber; reviewed Greenbaum letter. |
| RAS | 10/18/99 | .30 | T/c Greenbaum re Christies case; t/c Schreiber re settlement. |
| RAS | 10/18/99 | .30 | Letter Judge Patterson. |
| RAS | 11/22/99 | .50 | Read faxes from ROP; t/c Greenbaum re hearing; reviewed Greenbaum ltr; t/c Schreiber. |
| DFS | 12/27/99 | .50 | Examining Golden Buddha's motion to intervene. |
| DFS | 12/28/99 | .50 | Examining petition to intervene filed by Golden Buddha. |
| DFS | 01/06/00 | 2.00 | Revising brief in opposition to Golden Buddah's motion to intervene; telephone conference with Greenbaum; letter to Greenbaum; office conference with RAS. |
| RAS | 01/06/00 | .30 | T/c Schreiber; 2 t/c Greenbaum. |
| DFS | 01/07/00 | 1.00 | Revising motion in opposition to Golden Buddah's motion to intervene. |
| RAS | 01/14/00 | .30 | Reviewed voice mail & brief from Greenbaum in Picasso case. |
| RAS | 01/26/00 | 2.50 | Prep for hearing. |
| RAS | 01/26/00 | .50 | Trip to NYC |
| RAS | 01/26/00 | 1.50 | Hearing before Judge Patterson. |

| | | | |
|---|---|---|---|
| RAS | 01/26/00 | 3.30 | Travel to Phila. |
| RAS | 03/01/00 | 1.50 | T/c Greenbaum re Picasso & drafting stipulation of settlement |
| RAS | 03/02/00 | 1.00 | 2 t/c Greenbaum. |
| RAS | 03/13/00 | .30 | 2 t/c Lauder @ Art Registry. |
| RAS | 03/20/00 | 1.00 | Reviewed faxes from ROP; t/c Schreiber; t/c Greenbaum; e-mail Broder re database of claimants. |
| RAS | 03/20/00 | .30 | Letter Judge Patterson. |
| RAS | 08/18/00 | 2.00 | T/c Domingo; e-mail Rosales re depositions; fax Schreiber; Reviewed Dieter Jann letter; e-mail Broder; ltr. Linn. |
| RAS | 08/18/00 | .50 | Internet search. |
| RAS | 08/29/00 | .70 | T/c Schreiber; Fax Schreiber; read faxes & e-mails. |
| RAS | 08/30/00 | .50 | 2 t/c Schreiber; t/c Broder. |
| RAS | 08/30/00 | 1.30 | Drafted proposed Order; fax. |
| CWH | 08/31/00 | 1.10 | Research re:  Merrill Lynch Asset Management. |
| RAS | 08/31/00 | 4.00 | Drafting Complaint against Merrill Lynch. |
| RAS | 08/31/00 | 2.00 | T/c Schreiber; t/c Broder; 2 confs. CWH re legal research. |
| RAS | 09/01/00 | 2.30 | Research re Merrill Lynch; legal research re execution. |
| RAS | 09/01/00 | .50 | Fax  & e-mail to Broder. |
| RAS | 09/04/00 | .80 | T/c Domingo re settlement; t/c Broder re Merrill Lynch Complaint. |
| RAS | 09/05/00 | 1.00 | 4 t/c Schreiber re 9/11 hearing and Merrill Lynch Complaint; fax Domingo. |
| RAS | 09/05/00 | 3.00 | Drafted Proposed Order; drafted Notice of Deposition & subpoenas. |
| RAS | 09/05/00 | .30 | Internet search. |
| RAS | 09/05/00 | 1.00 | Check request; letter to process server. |
| RAS | 09/05/00 | 1.50 | 2 t/c Domingo; 4 t/c Schreiber re Aranetta |

|        |          |       | settlement proposal; fax to Broder. |
|--------|----------|-------|-------------------------------------|
| RAS    | 09/06/00 | .50   | Drafted & Faxed proposed Order. |
| RAS    | 09/07/00 | .50   | 2 t/c Schreiber re Merrill Lynch depositions. |
| RAS    | 09/07/00 | .50   | T/c process server; t/c court reporter. |
| RAS    | 09/08/00 | .80   | 2 t/c Schreiber; 3 t/c Merrill Lynch; t/c Ct. Reporter. |
| RAS    | 09/08/00 | .70   | Prep for hearing. |
| RAS    | 09/10/00 | 4.00  | Travel to Los Angeles. |
| RAS    | 09/10/00 | 2.00  | Prep for hearing. |
| RAS    | 09/10/00 | 1.00  | T/c's Domingo & Van Dyke. |
| RAS    | 09/11/00 | 1.00  | Prep for hearing. |
| RAS    | 09/11/00 | .50   | T/c Domingo & Van Dyke. |
| RAS    | 09/11/00 | 2.50  | Hearing. |
| RAS    | 09/11/00 | 1.00  | Drafting Order w/ Merrill Lynch counsel. |
| RAS    | 09/12/00 | .30   | T/c Peter Dolan re Merrill Lynch Order. |
| RAS    | 09/13/00 | .50   | T/c Dolan re Interpleader Complaint. |
| RAS    | 09/14/00 | 1.50  | T/c Barbara Forston re interpleader Complaint; Mtg. w/ Manalo. |
| RAS    | 09/15/00 | .80   | T/c Schreiber; t/c Dolan; T/c Broder. |
| RAS    | 09/16/00 | .30   | T/c Domingo re interpleader. |
| RAS    | 09/18/00 | 2.00  | T/c Domingo; tc Broder; fax Domingo; T/c Dolan re transfer of securities; fax Broder. |
| RAS    | 09/18/00 | 1.00  | Reviewed Court orders re Merrill Lynch. |
| RAS    | 09/19/00 | .20   | Examining new class member database. |
| RAS    | 09/19/00 | .30   | T/c Schreiber; e-mail Broder. |
| RAS    | 09/20/00 | .20   | T/c Schreiber re Garchitorena decision. |
| RAS    | 09/20/00 | .30   | T/c Domingo. |
| RAS    | 09/20/00 | .20   | Tc Broder re dismissal of Merrill Lynch |
| RAS    | 09/20/00 | .20   | T/c Steve Steingard re software for new class |

|     |          |       | member database.                                                                              |
|-----|----------|-------|-----------------------------------------------------------------------------------------------|
| RAS | 09/22/00 | 1.50  | T/c Domingo; T/c Schreiber re Settlement.                                                      |
| SMS | 09/22/00 | 2.00  | Work on new data compilation re: victims.                                                      |
| RAS | 09/25/00 | 1.00  | Meeting of counsel                                                                             |
| RAS | 09/25/00 | .50   | Read interpleader complaint.                                                                   |
| SMS | 09/25/00 | 2.00  | Work on new data compilation re: victims.                                                      |
| RAS | 09/26/00 | 1.00  | T/c Schreiber; 3 t/c Broder re dismissal of Pimentel; 2 t/c Fortson.                           |
| CWH | 10/09/00 | 1.40  | Research re; answer to interpleader complaint.                                                 |
| RAS | 10/09/00 | 1.00  | Drafting counterclaim to Merrill Lynch Complaint.                                              |
| RAS | 10/09/00 | .50   | Conf. CWH re legal research; fax Broder.                                                       |
| RAS | 10/10/00 | .30   | T/c Schreiber.                                                                                 |
| RAS | 10/13/00 | .30   | T/c Domingo re Swiss escrow.                                                                   |
| RAS | 10/16/00 | .50   | T/c Schreiber; t/c Storch re Merrill Lynch Complaint.                                          |
| RAS | 10/17/00 | .50   | T/c Schreiber; conf. SMS re merging claim lists on computer.                                   |
| RAS | 10/19/00 | .50   | T/c Domingo; t/c Pieterzak re service of interpleader.                                         |
| RAS | 10/26/00 | .50   | T/c Pieterzak; fax Broder re hearing.                                                          |
| RAS | 10/27/00 | .30   | T/c Domingo.                                                                                   |
| RAS | 10/27/00 | .20   | Internet search.                                                                               |
| RAS | 10/30/00 | .30   | T/c Pieterzak re Merrill Lynch interpleader; t/c Schreiber.                                    |
| RAS | 11/05/00 | .50   | T/c Domingo re settlement.                                                                     |
| RAS | 11/06/00 | 1.30  | T/c Schreiber; t/c Domingo; T/c Kretezak; t/c Schillingford at Lost Art Registry              |
| RAS | 11/11/00 | .40   | 2 t/c Williams re brief.                                                                       |
| RAS | 11/11/00 | .40   | Reviewed Magdallanan Declaration.                                                              |
| RAS | 11/16/00 | .50   | E-mail to Broder re hearing; fax to Pieterzak                                                  |

|     |          |       | re service of interpleader. |
|-----|----------|-------|-----------------------------|
| RAS | 11/22/00 | 1.50  | Drafting interr. & doc. requests in Interpleader. |
| RAS | 11/22/00 | 1.00  | T/c Schreiber re settlement; e-mail Broder & Van Dyke. |
| RAS | 11/27/00 | 17.00 | Travel to Hawaii |
| RAS | 11/27/00 | 1.00  | Mtg. w/ Broder & Van Dyke |
| RAS | 11/28/00 | 1.50  | Prep for hearing. |
| RAS | 11/28/00 | 1.50  | Hearing. |
| RAS | 11/28/00 | .50   | Conf. w/ df. counsel. |
| RAS | 12/04/00 | .50   | T/c Domingo; e-mail Broder. |
| RAS | 12/04/00 | 1.00  | Revised Order and sent to Broder. |
| RAS | 12/05/00 | 1.00  | T/c Fortson; e-mail Broder re Orders; t/c Greenbaum re Picasso litigation; fax to greenbaum. |
| RAS | 12/05/00 | .30   | Reviewed articles from ROP |
| RAS | 12/06/00 | .60   | Ltr. Bayh; t/c Schreiber re status. |
| RAS | 12/07/00 | .30   | Letter to df. counsel. |
| RAS | 12/15/00 | 1.00  | Drafted interrog. & doc. requests to Suntrust; letters. |
| RAS | 12/18/00 | 1.00  | Fax Schreiber & Broder; t/c Schreiber; t/c Broder; t/c Domingo. |
| SLR | 12/19/00 | 5.00  | Compared databases, complied information |
| RAS | 12/20/00 | .70   | Reviewing documents. |
| RAS | 12/20/00 | .80   | Fax to Broder & Domingo; conf. SR re database search. |
| RAS | 12/22/00 | .50   | Fax Domingo re settlement and recovery of Merrill Lynch documents. |
| RAS | 12/26/00 | .50   | Internet search. |
| RAS | 12/26/00 | 3.30  | Reviewed 1700 pages of Merrill Lynch docs. |
| RAS | 12/26/00 | 1.00  | Letter Fortson; e-mail Broder. |

| RAS | 12/27/00 | 3.00 | Conf. MB re Merrill Lynch redactions to documents; revised letter to Fortan re discovery; e-mail von Graffenried; t/c Liz Storch. |
| RAS | 12/27/00 | 2.00 | Drafting subpoenas. |
| RAS | 12/28/00 | .50 | T/c Schreiber; fax Domingo. |
| RAS | 12/28/00 | 1.50 | Drafting 4 sets of document requests; inspecting Merrill Lynch doc. |
| RAS | 12/28/00 | .50 | Internet search. |
| RAS | 12/29/00 | .50 | Drafted Notice of Deposition. |
| RAS | 12/29/00 | .50 | T/c Schreiber re settlement. |
| RAS | 01/02/01 | 1.00 | T/c Ward; t/c Rodriquez re service of subpoenas in Chicago; ltr. to process server; organizing materials. |
| RAS | 01/03/01 | 1.00 | Ltr. to all counsel; t/c Domingo; e-mail Van Dyke. |
| RAS | 01/11/01 | 1.00 | Meeting w/ Schreiber re settlement; t/c Storch. |
| RAS | 01/12/01 | .50 | T/c Bartko. |
| RAS | 01/15/01 | .40 | Fax to Schreiber. |
| RAS | 01/18/01 | .60 | T/c Domingo re settlement; t/c Schreiber. |
| RAS | 01/18/01 | .40 | Internet search. |
| RAS | 01/29/01 | .50 | T/c Domingo re settlement w/ new President in Philippines. |
| RAS | 01/30/01 | .80 | E-mail Broder; 3 t/c Schreiber; t/c Grimm's secretary re deposition. |
| RAS | 01/30/01 | .70 | Reviewed PCGG Stip. |
| RAS | 01/31/01 | 1.50 | 2 t/c Grimm re depositions; ltr. Grimm w/ agreement. |
| RAS | 01/31/01 | .50 | Ltr. Judge Real re PCGG Stipulation. |
| RAS | 02/02/01 | .30 | Fax to Domingo. |
| RAS | 02/02/01 | .20 | Internet search. |
| RAS | 02/05/01 | .30 | Internet search. |

| | | | |
|---|---|---|---|
| RAS | 02/05/01 | .70 | T/c Domingo re settlement; t/c Schreiber. |
| RAS | 02/06/01 | .50 | Internet search. |
| RAS | 02/06/01 | .50 | Letter Fortson. |
| RAS | 02/06/01 | 2.00 | Reviewed documents from Robert Burns. |
| NE | 02/07/01 | .50 | Translation of Swiss letter from Legal Adviser to Swiss Federal Police re: Filipino assets, including those of Marcos' Estate. |
| RAS | 02/07/01 | 1.00 | Ltr. to all counsel re Burns documents; fax Domingo; e-mail Broder; t/c Grimm's secretary. |
| RAS | 02/07/01 | .30 | Internet search. |
| RAS | 02/09/01 | .50 | Letter to Judge Real re contempt. |
| RAS | 02/09/01 | .50 | Internet search. |
| RAS | 02/09/01 | .50 | T/c Schreiber. |
| RAS | 02/12/01 | .30 | Internet search. |
| RAS | 02/12/01 | .70 | E-mail Broder re Suntrust doc.; fax Domingo. |
| RAS | 02/13/01 | .30 | Letter Grimm. |
| RAS | 02/14/01 | 2.00 | T/c Domingo; ltr. Domingo re settlement; t/c Broder re Suntrust doc. |
| RAS | 02/16/01 | 1.00 | Response to request for admission; reviewed Suntrust doc. |
| RAS | 02/21/01 | 1.20 | Reviewed letter from Marcos attorney; t/c Domingo; drafted ltr. to Marcos attorney; t/c Grimm; fax to Manila. |
| RAS | 02/21/01 | .30 | Internet search. |
| RAS | 02/22/01 | .70 | T/c Grimm; ltr to all counsel. |
| RAS | 02/22/01 | .30 | Setting up deposition. |
| RAS | 02/23/01 | .30 | T/c Schreiber re settlement. |
| RAS | 02/27/01 | 1.00 | T/c Bartko; e-mails to Broder. |
| RAS | 02/27/01 | 2.00 | Reviewed Suntrust documents. |
| RAS | 02/28/01 | 3.00 | Prep for Burns deposition; reviewing Burns documents. |

| | | | |
|---|---|---|---|
| RAS | 03/01/01 | 4.30 | Prep for & deposition of John Burns. |
| RAS | 03/01/01 | .30 | E-mail Broder. |
| RAS | 03/02/01 | .50 | E-mail Broder re response to requests for admission. |
| RAS | 03/06/01 | .30 | E-mail w/ Broder |
| RAS | 03/06/01 | .30 | T/c Atty in Rockville MD re Edmunds deposition. |
| RAS | 03/06/01 | .50 | Fax to Domingo |
| RAS | 03/06/01 | 2.30 | Revising Notice of Deposition and doc. request |
| RAS | 03/06/01 | .60 | T/c Schreiber; t/c Bartko. |
| WEH | 03/06/01 | .20 | Confer with Robert A. Swift re: Maryland dep./call to Schwager with Robert A. Swift re: Maryland dep. |
| RAS | 03/07/01 | .50 | Fax Domingo; conf. CWH re Opp. to Mot; t/c Bartko. |
| RAS | 03/07/01 | .50 | Reviewing PCGG Motion. |
| CWH | 03/09/01 | 1.70 | Legal research re: interpleader/venue/class certification. |
| RAS | 03/09/01 | 1.50 | Conf. w/ CWH re brief; 2 t/c Schreiber; t/c Broder; drafting brief in Opp. to PCGG Motion. |
| RAS | 03/09/01 | 1.50 | Lexis research reviewing Motion by PCGG. |
| CWH | 03/11/01 | 3.50 | Draft sections of opposition to motion to dismiss. |
| RAS | 03/11/01 | 7.00 | Drafting sections of Opposition brief & Mot. for Expedited Discovery; t/c Van Dyke |
| CWH | 03/12/01 | 3.70 | Draft opposition brief to Motion to dismiss. |
| CWH | 03/12/01 | 3.40 | Legal research re: opposition to motion to dismiss. |
| RAS | 03/12/01 | 7.50 | Drafting opposition brief & discovery; RAS declaration. |
| RAS | 03/12/01 | 1.00 | 2 t/c Broder; e-mail to Broder. |
| BMK | 03/13/01 | 1.50 | Cite check/shepardize a brief. |
| CWH | 03/13/01 | 3.40 | Legal research re: class certification. |

| CWH | 03/13/01 | 2.90 | Revise opposition to motion for dismissal. |
|-----|----------|------|---------------------------------------------|
| CWH | 03/13/01 | 1.40 | Draft motion to appoint class representative. |
| RAS | 03/13/01 | 1.50 | 2 t/c Sherry Broder; t/c Domingo; t/c Storch. |
| RAS | 03/13/01 | 2.50 | Drafting declaration; revising briefs. |
| CWH | 03/14/01 | 6.50 | Draft class representative motion. |
| RAS | 03/14/01 | 1.50 | T/c Schreiber; 2 t/c Broder re recusal motion; t/c Domingo. |
| CWH | 03/15/01 | 1.80 | Draft/revise motion re: class respresentatives. |
| RAS | 03/15/01 | 1.50 | T/c Broder; t/c Domingo; ltr. Romulo; t/c Schreiber. |
| RAS | 03/16/01 | .40 | E-mail Broder. |
| RAS | 03/16/01 | .40 | Reviewed ML memo re recusal. |
| RAS | 03/19/01 | 2.00 | T/c Edmunds; ltr. Edmunds; t/c Schreiber; fax Broder & Van Dyke. |
| RAS | 03/19/01 | 1.00 | Reviewed doc. from Merrill Lynch. |
| RAS | 03/20/01 | 1.00 | 3 t/c Schreiber; e-mail Broder. |
| RAS | 03/20/01 | 1.00 | Reviewed Merrill Lynch doc.; read briefs. |
| CWH | 03/22/01 | .50 | Read PCGG reply brief. |
| RAS | 03/23/01 | 2.00 | Prep for hearing in Hawaii. |
| RAS | 03/26/01 | 11.00 | Travel to Hawaii. |
| RAS | 03/26/01 | 2.00 | Meeting w/ Van Dyke. |
| RAS | 03/26/01 | 4.00 | Prep for court hearing. |
| RAS | 03/27/01 | 2.00 | Court hearing. |
| RAS | 03/27/01 | 2.00 | Meeting w/ Van Dyke. |
| RAS | 03/27/01 | 3.00 | Prep for hearing. |
| RAS | 03/27/01 | .50 | T/c Domingo. |
| RAS | 03/27/01 | 6.00 | Travel to PHL |
| RAS | 03/27/01 | 1.00 | Faxed hearing results to Domingo. |
| CWH | 03/28/01 | 4.90 | Legal research re: joinder/severance |

| | | | |
|---|---|---|---|
| RAS | 03/28/01 | 9.00 | Travel to Phila. from Hawaii |
| RAS | 03/28/01 | .50 | Conf. w/ CWH re Motion to Join & Motion to Sever. |
| RAS | 03/28/01 | .50 | E-mail Van Dyke; t/c Schreiber. |
| CWH | 03/29/01 | 5.40 | Draft motion to server join PNB |
| RAS | 03/29/01 | 1.00 | E-mails VanDyke re PNB; telephone conversation Cathcart re cross claims; telephone conversation Schreiber; reviewed interrogatories from Cathcart |
| CWH | 03/30/01 | 5.80 | Draft/revise motion to sever. |
| CWH | 04/01/01 | 3.30 | Research/draft motion to sever. |
| CWH | 04/02/01 | 4.40 | Draft/revise motion to sever. |
| RAS | 04/02/01 | 1.00 | Conf. CWH re research; faxes to Broder, Van Dyke & Schreiber. |
| RAS | 04/02/01 | 1.00 | Revising motions for joinder & severance. |
| RAS | 04/06/01 | .50 | Settlement interest calculation. |
| RAS | 04/06/01 | 1.00 | E-mail Broder; t/c Schreiber; fax Schreiber. |
| RAS | 04/09/01 | 2.00 | Reviewing docs. from Merrill Lynch. |
| RAS | 04/10/01 | 1.00 | E-mails to Broder & Van Dyke; drafted letter; ltr. Bomse. |
| RAS | 04/11/01 | .80 | T/c Storch; e-mail Domingo; t/c Cullen. |
| RAS | 04/13/01 | 1.00 | Letter Bomse. |
| RAS | 04/16/01 | .50 | T/c Domingo re settlement. |
| RAS | 04/23/01 | .80 | Read faxes from ROP; t/c Cullen re Sunier deposition; t/c Van Dyke re litigation strategy on Rule 12 motion. |
| RAS | 04/24/01 | .80 | T/c Domingo re settlement; t/c Cullen re Sunier deposition. |
| RAS | 04/25/01 | .30 | Drafting questions to Sunier. |
| RAS | 04/25/01 | .50 | E-mail Cullen; e-mail State Dept. |
| RAS | 04/25/01 | 1.20 | Revising Pro Hac Vice Petition. |

| | | | |
|---|---|---|---|
| RAS | 04/26/01 | 1.50 | Drafted letter Bomse; read faxes. |
| RAS | 04/30/01 | 3.00 | Drafting answers & objections to Golden Budha; read Motion to Stay District Court case. |
| RAS | 04/30/01 | 1.30 | T/c Broder; e-mail Broder. |
| RAS | 05/01/01 | .50 | E-mail Broder; ltr. Bomse. |
| RAS | 05/01/01 | 4.00 | Reviewed Pimentel biography; drafting Motion to Dismiss Appeal. |
| RAS | 05/01/01 | 3.00 | Research re ROP Appeal. |
| RAS | 05/02/01 | 4.00 | Legal research on appellate issues. |
| RAS | 05/02/01 | 3.70 | Drafting Motion to dismiss appeal. |
| RAS | 05/02/01 | .30 | Letter to 9th Circuit. |
| RAS | 05/03/01 | 4.00 | Drafting Opposition to Motion to Stay; drafted Cross-Motion. |
| RAS | 05/03/01 | 1.50 | Legal research. |
| RAS | 05/03/01 | .20 | Letter to clerk. |
| RAS | 05/03/01 | .30 | T/c Fortson. |
| RAS | 05/04/01 | 5.50 | Drafting motion for class certification; reviewing memos of law served by other counsel. |
| SLR | 05/04/01 | 1.10 | Researched ruling/info on related case. |
| RAS | 05/07/01 | 1.70 | 2 t/c Schreiber re settlement; 2 t/c Domingo re mtgs. in ROP; e-mail Broder; t/c Broder; fax Broder. |
| RAS | 05/07/01 | 2.00 | Drafting Reply to Mot. to Sever. |
| RAS | 05/07/01 | .30 | Revised letter to Foreign Minister Deiss. |
| RAS | 05/08/01 | 4.00 | Drafting reply brief re Motion to Sever; reading Oppositions to Motion to Sever. |
| RAS | 05/08/01 | 3.00 | Prep for Wachendorfer deposition. |
| RAS | 05/09/01 | 1.30 | Travel to NYC. |
| RAS | 05/09/01 | 1.80 | Wachendorfer deposition. |
| RAS | 05/09/01 | 1.00 | Prep for Wachendorfer deposition. |
| RAS | 05/09/01 | 2.00 | Travel to PHL. |

| | | | |
|---|---|---|---|
| RAS | 05/09/01 | .30 | T/c Broder re brief in opposition. |
| RAS | 05/11/01 | 4.00 | Drafted Motion to Strike ROP affidavits; memo of law; legal research. |
| RAS | 05/14/01 | .30 | T/c Schreiber re settlement; e-mail Broder. |
| RAS | 05/16/01 | 1.20 | Reviewing ROP's Mandamus petition. |
| RAS | 05/16/01 | 1.30 | Reviewing ROP's response to Motion to Dismiss Appeal. |
| RAS | 05/16/01 | .50 | Letter to Judge Real re 5/21 hearing. |
| RAS | 05/16/01 | .50 | T/c Schreiber; e-mail Broder. |
| RAS | 05/17/01 | .50 | T/c Van Dyke. |
| RAS | 05/17/01 | 2.50 | Drafting reply brief in 9th Circuit. |
| RAS | 05/18/01 | .70 | Drafting Reply Brief. |
| RAS | 05/18/01 | .60 | 2 ltrs. |
| RAS | 05/18/01 | 1.00 | Prep for hearing. |
| RAS | 05/18/01 | .80 | Legal Research |
| RAS | 05/19/01 | 11.00 | Travel to Hawaii. |
| RAS | 05/19/01 | 4.00 | Prep for hearing. |
| RAS | 05/20/01 | 6.00 | Prep for hearing. |
| RAS | 05/21/01 | 1.00 | Hearing. |
| RAS | 05/21/01 | 1.50 | Drafting proposed Orders. |
| RAS | 05/21/01 | 1.50 | Prep for hearing. |
| RAS | 05/21/01 | 1.00 | Meeting w/ Van Dyke; t/c Broder. |
| RAS | 05/21/01 | .50 | T/c Domingo. |
| RAS | 05/24/01 | .50 | Drafted letter to President. |
| RAS | 05/24/01 | .50 | T/c Domingo. |
| HEC | 05/25/01 | 3.20 | Research interpleader and a monetary deposit as a jurisdictional requirement. |
| RAS | 05/25/01 | 1.70 | T/c Domingo; 2 t/c Schreiber; fax to Schreiber; conf. HEC re legal research on venue; e-mails |

|     |          |       | to Van Dyke. |
|-----|----------|-------|--------------|
| RAS | 05/25/01 | .30   | Internet search. |
| HEC | 05/29/01 | 1.40  | Drafting a piece of a section concerning inperpleader jurisdiction. |
| RAS | 05/29/01 | 1.50  | Fax Domingo re trip to ROP; e-mails w/ Cullen; t/c Bill Johnson; 2 t/c Schreiber. |
| RAS | 05/29/01 | 1.50  | Revised waiver; revised 5 page memo on venue. |
| HEC | 05/30/01 | .90   | Read RAS' section in interpleader jurisdiction, edit, speak to RAS. |
| RAS | 05/30/01 | .50   | Fax to Domingo; reviewed letter from UBS; e-mail Van Dyke. |
| RAS | 05/31/01 | .50   | T/c Schreiber; faxed wire instructions to Linn; e-mail Van Dyke. |
| RAS | 06/04/01 | .80   | Letter Beaman; conf. SR re claimant database; t/c Schreiber; fax Domingo; t/c Pieterzak re legal issues. |
| RAS | 06/04/01 | .70   | Drafted doc. request to ENC Corp. |
| RAS | 06/05/01 | 1.00  | T/c Domingo; t/c Schreiber; t/c Pieterzak; e-mails Broder & Van Dyke. |
| RAS | 06/05/01 | 2.50  | Drafting Opposition to Motion to Consolidate. |
| RAS | 06/05/01 | 2.50  | Drafting Response to Motion to Stay Proceedings. |
| RAS | 06/06/01 | 6.30  | Drafting opposition to Mot. to Stay. |
| RAS | 06/07/01 | .50   | E-mail Van Dyke; T/c Domingo re settlement w/ ROP; 2 t/c Merrill Lynch counsel. |
| RAS | 06/07/01 | 1.20  | Drafting Opp. to Stay in 9th Cir. |
| RAS | 06/07/01 | .30   | Internet search. |
| RAS | 06/08/01 | 2.00  | 2 t/c Pieterzak; fax Domingo; t/c Schreiber; e-mail Broder. |
| RAS | 06/08/01 | 2.50  | Drafting dismissal & waiver of claims; drafting Motion to Compel Execution of Waiver. |
| RAS | 06/11/01 | .50   | E-mail Broder; t/c Schreiber. |
| RAS | 06/11/01 | .50   | Revising Opp. to Stay Motion. |

| | | | |
|---|---|---|---|
| RAS | 06/11/01 | .50 | LEXIS Search. |
| RAS | 06/12/01 | 1.50 | Revising memo re waiver of Swiss banking privilege; revising memo re opp. to stay. |
| RAS | 06/12/01 | .30 | E-mail Broder. |
| RAS | 06/13/01 | 1.50 | Final revisions to Opp. to Motion for Stay. |
| RAS | 06/13/01 | .50 | Letter to 9th Cir. Clerk. |
| RAS | 06/13/01 | .50 | E-mail Van Dyke; t/c Domingo. |
| RAS | 06/15/01 | .20 | Letter class member. |
| RAS | 06/15/01 | .30 | E-mail Van Dyke re FSIA. |
| RAS | 06/18/01 | 1.00 | T/c Domingo; 2 t/c Schreiber. |
| RAS | 06/18/01 | .50 | Internet search. |
| RAS | 06/18/01 | 3.00 | Drafted reply Memo re Motion to Strike Affidavits. |
| RAS | 06/26/01 | 1.00 | 2 t/c Schreiber; t/c Domingo; prep for trip to ROP. |
| RAS | 06/27/01 | .50 | Prep for trip |
| RAS | 06/27/01 | 8.00 | Travel to ROP. |
| RAS | 06/28/01 | 16.00 | Travel to ROP. |
| RAS | 06/29/01 | 2.00 | Meeting w/ Domingo & Congr. Rosales. |
| RAS | 06/29/01 | 2.00 | Meeting w/ Domingo. |
| RAS | 06/29/01 | 2.00 | Mtg. w/ Swiss Amb. Bauman. |
| RAS | 06/30/01 | 1.50 | Morning meeting w/ Domingo re negotiation strategy. |
| RAS | 06/30/01 | 1.50 | Evening meeting w/ Domingo re negotiation strategy & meeting w/ President. |
| RAS | 07/01/01 | 1.00 | Mtg. w/ Executive Committee of Claimants 1081. |
| RAS | 07/01/01 | 2.00 | Meeting w/ class members in Quezon City to update status of case. |
| RAS | 07/01/01 | 2.50 | Meeting w/ PCGG re settlement. |
| RAS | 07/02/01 | 4.00 | Mtg. w/ Domingo re strategy & mtg. w/ President; prep for meeting w/ President. |

| | | | |
|---|---|---|---|
| RAS | 07/03/01 | 1.50 | Meeting w/ President & Executive Secretary. |
| RAS | 07/03/01 | 2.00 | Meeting w/ Rosales & Domingo & Casiale. |
| RAS | 07/03/01 | 1.00 | Prep for meeting w/ president. |
| RAS | 07/05/01 | 21.00 | Travel to USA. |
| JCK | 07/06/01 | .30 | Conference with Robert Swift re: Settlement. |
| RAS | 07/06/01 | 1.00 | Drafting letter to Judge Real re contempt. |
| RAS | 07/06/01 | 2.00 | T/c Domingo; t/c Schreiber; e-mail Broder & Van Dyke. |
| RAS | 07/09/01 | 1.00 | T/c Domingo; reviewed faxed info from ROP. |
| RAS | 07/09/01 | 1.00 | Internet search. |
| RAS | 07/10/01 | .20 | T/c Schreiber. |
| RAS | 07/10/01 | .10 | Conf. AP re advertising in ROP. |
| RAS | 07/11/01 | .30 | Reviewed Amended Answer to Complaint. |
| RAS | 07/11/01 | .50 | T/c Schreiber; t/c Domingo re deal w/ ROP; e-mail Broder; reviewed Amended Answer to Complaint; t/c Pieterzak. |
| RAS | 07/12/01 | .30 | Reviewed faxes from ROP; fax to Schreiber & Broder. |
| RAS | 07/12/01 | .20 | Internet search. |
| RAS | 07/17/01 | .30 | Fax Domingo. |
| RAS | 07/18/01 | .30 | Reviewed PNB & Arelma Mot. to Dismiss. |
| RAS | 07/18/01 | .70 | T/c Schreiber re "receiver" proposal; e-mail Broder & Van Dyke; t/c Domingo. |
| RAS | 07/19/01 | 1.00 | Conf. CWH; 2 e-mails Van Dyke. |
| RAS | 07/19/01 | .50 | Legal research re Opp. to Arelma Motion. |
| CWH | 07/20/01 | 4.40 | Legal research re: personal jurisdiction. |
| RAS | 07/20/01 | 1.20 | Reviewed 9th Cir. Opinion. |
| RAS | 07/20/01 | 1.30 | T/c Schreiber; t/c Domingo; e-mails Broder & Van Dyke; t/c Broder. |
| RAS | 07/30/01 | .50 | 2 t/c Schreiber; reviewed faxes from ROP; |

|      |          |      | e-mail Broder, Van Dke & Rosales. |
|------|----------|------|-----------------------------------|
| RAS  | 07/31/01 | 1.30 | Conf. AP re scanning doc. for HR website; t/c Pietrzak; t/c Broder. |
| RAS  | 08/01/01 | 1.80 | T/c Domingo; e-mail Van Dyke re brief; conf. AP; t/c Schreiber. |
| RAS  | 08/01/01 | 1.00 | Drafted Discovery. |
| RAS  | 08/02/01 | .40  | E-mails Broder & Van Dyke. |
| RAS  | 08/06/01 | 1.00 | Reviewed faxes from ROP; t/c Choi @ Pietrzak's office; fax Choi exhibit. |
| RAS  | 08/06/01 | 1.50 | Read new Motion to Dismiss from ROP. |
| RAS  | 08/07/01 | 1.00 | E-mail Van Dyke & Broder re opp-brief; t/c Domingo re discussions w/ PCGG. |
| RAS  | 08/07/01 | .30  | Internet search. |
| RAS  | 08/13/01 | .50  | Internet search. |
| RAS  | 08/13/01 | 1.00 | Reviewed reply brief; drafting supp. brief re dismissal. |
| RAS  | 08/14/01 | 1.00 | E-mails w/ Broder & Van Dyke. |
| RAS  | 08/14/01 | 1.00 | Lexis research; internet search. |
| RAS  | 08/14/01 | .70  | Drafting Suppl. Brief re sovereign immunity. |
| RAS  | 08/15/01 | .50  | Drafting suppl. memo of law. |
| RAS  | 08/22/01 | .80  | Revising brief. |
| RAS  | 08/22/01 | .70  | E-mails w/ Broder & Van Dyke; t/c Greenbaum re settlement. |
| RAS  | 08/23/01 | 2.50 | Travel to PHL. |
| RAS  | 08/23/01 | 1.80 | Travel from Phila. to NYC. |
| RAS  | 08/23/01 | 1.00 | Hearing w/ Judge Patterson |
| RAS  | 08/23/01 | .50  | Prep for hearing. |
| RAS  | 08/23/01 | 1.80 | Travel from NYC back to Phila. |
| RAS  | 08/24/01 | .80  | E-mails Broder & Van Dyke; ltr. Bomse. |
| RAS  | 08/24/01 | 1.00 | Drafting memo in Opp. to PNB & Arelma's Mot. to Dismiss. |

| | | | |
|---|---|---|---|
| RAS | 08/27/01 | 1.50 | Drafting brief in Opp to PNB & Arelma Motions. |
| RAS | 08/28/01 | 4.00 | Drafting brief in Opp. to PNB & Arelma Motion. |
| RAS | 08/29/01 | 4.00 | Drafting response to PNB & Arelma Mot. to Dismiss. |
| RAS | 08/29/01 | .50 | Legal research. |
| RAS | 08/29/01 | .50 | E-mail Van Dyke; 2 e-mails w/ Mangada; drafting ltr. Bomse. |
| RAS | 08/30/01 | 5.00 | Revising briefs in Opp. to ROP & PNB/Arelma. |
| RAS | 08/30/01 | .50 | T/c Domingo; t/c Van Dyke. |
| RAS | 08/30/01 | .50 | Legal research. |
| RAS | 08/31/01 | .50 | E-mails w/ Broder & Van Dyke. |
| RAS | 08/31/01 | 6.00 | Drafting Motion to Compel. |
| RAS | 09/05/01 | .50 | Fax Domingo. |
| RAS | 09/05/01 | .50 | Letter to Judge Real; letter to Clerk. |
| RAS | 09/05/01 | .50 | Internet search. |
| RAS | 09/05/01 | 4.50 | Revising briefs; completing Motion to Compel. |
| RAS | 09/06/01 | 3.00 | Revising briefs re jurisdiction & venue. |
| RAS | 09/06/01 | 1.00 | Legal research re real party in interest & interpleader. |
| RAS | 09/06/01 | .50 | 2 t/c Domingo; t/c Storch re brief. |
| RAS | 09/10/01 | 1.00 | Legal research. |
| RAS | 09/10/01 | 3.00 | Revising briefs re 1) Arelma/PNB and 2) Republic/PCGG. |
| RAS | 09/10/01 | .50 | E-mail Broder; t/c Broder; e-mail Cullen. |
| RAS | 09/11/01 | .30 | T/c Greenbaum re settlement |
| RAS | 09/11/01 | .20 | T/c Greenbaum re settlement; t/c Domingo re PCGG mtg. & Marcos ads. |
| RAS | 09/12/01 | .50 | Fax Bomse. |
| RAS | 09/12/01 | 2.50 | Internet search; legal research on interpleader. |

| RAS | 09/13/01 | .50 | T/c Greenbaum re conf. w/ Judge. |
| RAS | 09/14/01 | .50 | E-mails w/ Broder & Van Dyke. |
| RAS | 09/18/01 | .50 | Legal research re interpleader. |
| RAS | 09/18/01 | .50 | Reviewing Merrill Lynch memos of law. |
| RAS | 09/19/01 | 1.00 | Legal research; research memo. |
| RAS | 09/19/01 | 3.00 | Prep for hearing. |
| RAS | 09/19/01 | .50 | 2 t/c Domingo. |
| RAS | 09/20/01 | .50 | Final review of Marcos ads. |
| RAS | 09/20/01 | 1.00 | T/c Domingo; e-mails w/ co-counsel. |
| RAS | 09/20/01 | .50 | T/c Narcisso. |
| RAS | 09/20/01 | 5.00 | Drafted suppl. memo re jurisdiction. |
| RAS | 09/24/01 | 1.00 | Drafting & Revising proposed Order. |
| RAS | 09/24/01 | .50 | T/c's Broder & Storck. |
| RAS | 09/24/01 | .20 | Court hearing in Marcos HR Lit. re Sunier dep. |
| RAS | 09/24/01 | 1.00 | T/c Schreiber; drafting settlement terms. |
| RAS | 09/24/01 | .80 | Court hearing in Merrill Lynch v. Arelma. |
| RAS | 09/24/01 | 2.00 | Prep for court hearings. |
| RAS | 10/01/01 | 1.70 | Revising proposed Pretrial Order No. 2. |
| RAS | 10/01/01 | .50 | 2 t/c Schreiber; ltr. to all counsel. |
| RAS | 10/01/01 | .30 | T/c Denise Ritchey in Honolulu re changes. |
| RAS | 10/02/01 | .50 | Fax Schreiber; 3-mail Broder; t/c Domingo. |
| RAS | 10/02/01 | .50 | Reviewing & revising terms of settlement. |
| RAS | 10/02/01 | .50 | E-mail Rosales. |
| RAS | 10/03/01 | 1.00 | E-mails w/ Rosales re strategy. |
| RAS | 10/03/01 | 1.00 | T/c Schreiber; e-mail Broder; t/c Storch. |
| RAS | 10/03/01 | 1.00 | Reviewed Bonse objections; drafted a response to objections. |

| RAS | 10/04/01 | 3.00 | Drafting & legal reearch re ROP objections to proposed order. |
| RAS | 10/04/01 | 1.00 | E-mail Broder; e-mail Storch. |
| RAS | 10/05/01 | .50 | Revising ltr. to Court. |
| RAS | 10/05/01 | .50 | T/c Storch. |
| RAS | 10/10/01 | 2.00 | T/c Domingo re Merrill Lynch case & Picasso settlement & database investig.; t/c Greenbaum; t/c Schreiber re settlement; e-mail Broder. |
| RAS | 10/10/01 | 2.50 | Drafting interrog. & doc. requests to PNB & Arelma. |
| RAS | 10/11/01 | 1.50 | Revising interr. & doc. requests. |
| RAS | 10/11/01 | .50 | Ltr. to counsel; fax. |
| RAS | 10/12/01 | .70 | Fax Domingo; fax Schreiber; t/c Schreiber; e-mail Broder. |
| RAS | 10/15/01 | 2.00 | E-mails w/ Vandyke; Broder; Ziegler re Merrill Lynch discovery; t/c Domingo re legislation in ROP. |
| RAS | 10/15/01 | 1.00 | Reviewed PNB & Arelma answer. |
| RAS | 10/16/01 | .30 | T/c Schreiber re settlement. |
| RAS | 10/16/01 | 4.00 | Travel to & from NYC. |
| RAS | 10/16/01 | 1.50 | Hearing on Picasso in NYC |
| RAS | 10/17/01 | 1.20 | 2 t/c Schreiber; ltr. Tauber; ltr. Del Prado; e-mail Broder & Van Dyke. |
| RAS | 10/18/01 | .60 | E-mails w/ Broder & Van Dyke re Picasso; letter Schreiber re proposed settlement. |
| RAS | 10/18/01 | .40 | T/c Art Loss Register re Picasso. |
| RAS | 10/19/01 | 1.50 | T/c Domingo; t/c Broder. |
| RAS | 10/23/01 | .50 | T/c Domingo. |
| RAS | 10/24/01 | 1.00 | T/c Schreiber; t/c Domingo re settlement; conf. JCK re settlement; e-mails to Broder & Van Dyke. |
| RAS | 10/25/01 | 1.50 | T/c Schreiber; e-mail Broder; 2 faxes to Domingo. |

| | | | |
|---|---|---|---|
| RAS | 10/25/01 | 1.50 | Drafted requests for admission. |
| RAS | 10/26/01 | 1.00 | Ltr. Judge Real; ltr. Clerk in Hawaii. |
| RAS | 10/26/01 | 1.00 | E-mail Broder; ltr. Cathcart; t/c Schreiber. |
| RAS | 10/29/01 | .50 | T/c Broder re hearing in Hawaii. |
| RAS | 10/30/01 | 1.50 | E-mailed proposed Sunier order to Broder; t/c Schreiber re hearing; t/c Domingo re Marcos ads; t/c Cullen; t/c Ziegler. |
| RAS | 10/31/01 | .30 | E-mail Domingo. |
| RAS | 11/01/01 | 1.50 | T/c Schreiber; t/c Cullen; t/c Zeigler; e-mail Broder; fax Domingo; e-mails w/ Cullen re Sunier dep.; ltr. Zeigler. |
| RAS | 11/05/01 | 1.50 | T/c Marshall @ Sidley firm re doc. production; t/c Domingo; e-mail Isorena; e-mail Broder re Order; t/c Domingo re ads; t/c Schreiber; e-mail Storch & Ziegler. |
| RAS | 11/05/01 | .50 | Reviewed Golden Budha's Requests for Admission. |
| RAS | 11/06/01 | .30 | E-mail Ziegler re Suntrust doc. |
| RAS | 11/07/01 | 2.00 | Drafting responses to Requests for Admission. |
| RAS | 11/08/01 | 1.00 | T/c Domingo; fax Schreiber; e-mail Van Dyke re legal issue. |
| RAS | 11/08/01 | 5.00 | Drafting responses to Interr. & Doc. Requests; drafted Notice of Deposition & ltr. to Cullen. |
| RAS | 11/09/01 | 4.00 | Drafting responses to doc. requests & requests for admission. |
| RAS | 11/09/01 | 1.00 | T/c Broder; t/c Schreiber; e-mail Van Dyke. |
| RAS | 11/12/01 | 3.50 | Responding to discovery. |
| RAS | 11/12/01 | 1.00 | T/c Domingo; t/c Ziegler; read Bartko letter. |
| RAS | 11/12/01 | 1.00 | Reviewing doc. |
| RAS | 11/13/01 | 1.50 | Drafted response to Bartko letter; drafted letter to Cullen. |
| RAS | 11/13/01 | 1.00 | Drafting discovery responses. |
| RAS | 11/14/01 | .50 | T/c Schreiber re Arelma lit. & Linn proposal. |
| RAS | 11/15/01 | 3.50 | Reviewing PNB's ans. to interrogatories & |