ROBERT A. SWIFT
Lead Counsel
Kohn, Swift & Graf, P.C.
1 South Broad Street, Suite 2100
Philadelphia, PA 19107
Telephone No: (215) 238-1700
rswift@kohnswift.com

Sherry P. Broder 1880
Attorney at Law – A Law Corporation
Davies Pacific Center
841 Bishop Street, Suite 800
Honolulu, Hawaii 96813
Telephone No: (808) 531-1411
broder@hawaii.rr.com

Attorneys for Plaintiff Class

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: | MDL NO. 840 |
| | No. 86-390 |
| ESTATE OF FERDINAND E. MARCOS | No. 86-330 |
| HUMAN RIGHTS LITIGATION | |
| | |
| THIS DOCUMENT RELATES TO: | CLASS MOTION FOR EXTENSION OF JUDGMENT; MEMORANDUM IN SUPPORT OF CLASS MOTION FOR EXTENSION OF JUDGMENT; CERTIFICATE OF SERVICE |
| Hilao et al v. Estate of Ferdinand E. Marcos, and DeVera et al v. Estate of Ferdinand E. Marcos. | |
| | JUDGE: MANUEL REAL |
| | DATE: |
| | TIME: |

## CLASS MOTION FOR EXTENSION OF JUDGMENT

**Marcos Motion for Extension of Judgment**

The Plaintiff Class by and through their attorneys hereby move for an extension of judgment for ten years pursuant to *Fed.R.Civ.P.69*. This motion is based upon the Memorandum in support of the class motion for extension of judgment and the records and files herein.

Respectfully submitted,

Dated: June 5, 2006

/s/ Sherry P. Broder
Sherry P. Broder
Robert A. Swift
Lead and Liaison Counsel

**Marcos Motion for Extension of Judgment**