# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: | MDL NO. 840 |
| | No. 86-390 |
| ESTATE OF FERDINAND E. MARCOS | No. 86-330 |
| HUMAN RIGHTS LITIGATION | |
| | |
| THIS DOCUMENT RELATES TO: | |
| | |
| Hilao et al v. Estate of Ferdinand E. Marcos, | |
| and | |
| DeVera et al v. Estate of Ferdinand E. Marcos. | |

## CERTIFICATE OF SERVICE

The undersigned certifies that she served the Class Plaintiffs Motion for Extension of Judgment on the counsel listed below on June 5, 2006 by pre-paid first class mail.

/s/ Sherry P. Broder
Sherry P. Broder

James P. Linn, Esq.
JAMES P. LINN LAW FIRM
1601 NW Expressway St., # 1710
Oklahoma City, OK 73118-1427

John Bartko, Esq.

BARTKO, ZANKEL, TARRANT & MILLER
900 Front Street, Suite 300
San Francisco, CA 94111-1427

Lex Smith, Esq.
KOBAYASHI, SUMITA & GODA
First Hawaiian Center

999 Bishop Street, Suite 2600
Honolulu, HI 96813

Paul Hoffman, Esq.
SCHONBRUN, DE SIMONE, SEPLOW,
  HARRIS & HOFFMAN
723 Oceanfront Walk, Suite 100
Venice, CA 90291

Randall Scarlett, Esq.
THE SCARLETT LAW GROUP
536 Pacific Avenue
San Francisco, CA 94133