Ika 05 ng Hunyo, 2006

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 13 2006
at 1 o'clock and 00 min. PM
SUE BEITIA, CLERK

Sa mga kinauukulan:

Ako si Gregoria L. Dcheran, Ina ni Pepito L. Dcheran 75 taon gulang, at nakatira sa,
# 723 Purok 3 Brgy. Sapangbato, Angeles City
# 2009 Philippines.

Ay nakikiisa sa desisyon at tinig ng nakakaraming Miyembro ng class suit. Ukol sa kahilingan Para sa Bayad - Abogado at kabayaran sa paunang gastos.

Gumagalang,

Gng. Gregoria L. Dcheran

[signature]

