cv 03-11111

June 7, 2006

## DISTRICT COURT OF HAWAII
## UNITED STATES

Estate of Ferdinand E. Marcos
Human Rights Litigation,
MDL No. 841 (D.HI)."

Hon. Manuel L. Real
Courthouse, United States
Honolulu, Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 13 2006

at __1__ o'clock and _ω_ min. _P_ M
SUE BEITIA, CLERK

Honorable Manuel Real,

        Greetings!

        I respectfully given my notice of intention to appear my position in your good office that I, ROSALINDA C. SABINO claimants for summary execution in behalf of my late brother EDUARDO CARAMAT was agreed to grant all the councel fees, intension fees, reimbursement, and fees for Special Master.

        Hoping that my position in this case be granted in the Clerk of the Court. Glory to God for the Victory and Justice!

                                    Respectfully yours,
                                    Rosalinda C. Sabino
                                    Claimants
                                    B13 L3 Sitio Bagong Pag-Asa,
                                    United Bayanihan, San Pedro
                                    Laguna, Philippines



**EMS** INTERNATIONAL - World-wide Postal Courier Network

| | | |
|---|---|---|
| | Weight | 24 G |
| EE 051360422 PH | Postage Paid | 788. |
| | Remarks | |
| | [ ] Letter     [ ] Parcel | |

| Date | Time |
|---|---|
| 6-8-06 | 4:45 |

**From**
ROSALINDA C. SABINO
BLZ L3 SITIO BAGONG
PAG-ASA UNITED BAYANIHAN
SN. PEDRO LAGUNA

**Postal Code**

**Acceptance Officer's Signature**

**TO** ESTATE OF FERDINAND MARCOS
HUMAN RIGHTS LITIGATION,
MDL NO. 841 (D.H).
CLERK OF COURT
UNITED STATES COURTHOUSE
300 ALA MOANA BOULEVARD
TEL    HONOLULU, HAWAII
96850    U.S.A

PILIPINAS

I-454389

INTER

EMS EMS EMS EMS

JUN 9 2006

ESTATE OF FERDINAND E. MARCOS
HUMAN RIGHTS LITIGATION, MIL NO. 841 (D. HI)

FROM: ROSALINDA C. SABINO
BLK 12, SITIO BAGONG BRK-KSA
UNITED PARANAHKAN, SAN PEDRO
LAGUNA, PHILIPPINES

## CUSTOMS CN 22 (old C 1)
May be opened officially

Detailed description
Of contents: DOCUMENTS

| | Value (Customs) (specify the currency) |
|---|---|
| Net weight | |
| Total Value | |
| ☐ Gift  ☐ Merchandise | |

I certify that the item does not contain any
Dangerous article prohibited by postal
Regulations. Signature





GLOBAL
EXPRESS
MAIL
UNITED STATES POSTAL SERVICE®

120711 1B    Dispatch Number

**Arrival**
For Exchange Office use only

AMC of Arrival: **HNL**
Date of Arrival: **11 JUN06**
Time of Arrival: **10:25AM**

Country of Origin: **133    PH**
City of Origin: **MNL**

EMS

Item Number: **EE051360422PH**

Addressee Copy
For Inbound EMS Items Only

**Delivery**
Scan as appropriate. Obtain recipient signature on
Form 3849, Delivery Receipt.

| | Mo. | Day | Time | | | Employee Signature |
|---|---|---|---|---|---|---|
| Delivery Attempt | | | | ☐ AM | ☐ PM | |
| Delivery Attempt | | | | ☐ AM | ☐ PM | |
| Date of Delivery | | | | ☐ AM | ☐ PM | |

CUSTOMS
PS Form 5626, March 2001

Deliver By 3:00 PM Today

EE051360422PH

PHILIPPINE POSTAL CO

HILPO

e Fastest an
ernational Postal Service

CUSTOMS
Detailed description