Cv. 03-11111

June 7, 2006

## DISTRICT COURT OF HAWAII
## UNITED STATES

Estate of Ferdinand E. Marcos
Human Rights Litigation,
MDL No. 841 (D.HI)."

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 13 2006

at __1__ o'clock and __W__ min __P__ M
SUE BEITIA, CLERK

Hon. Manuel L. Real
Courthouse, United States
Honolulu, Hawaii

Honorable Manuel Real,

Greetings!

I respectfully given my notice of intention to appear my position in your good office that I, LOURDES C. DEL ROSARIO claimants for summary execution in behalf of my late brother In-law CARLITO SUPERALES was agreed to grant all the councel fees, intension fees, reimbursement, and fees for Special Master.

Hoping that my position in this case be granted in the Clerk of the Court. Glory to God for the Victory and Justice!

Respectfully yours,
Lourdes C. Del Rosario
Claimants
85 Lia Camille St. Anville
Balubaran, Malinta, Valenzuela







**FROM** LOURDES O. DEL ROSARIO
062 OXZNUE ST. ANVILLE SUBD.
MALABO MALUYAN
VALENZUELA PHILIPPINES

ESTATE OF FERDINAND E. MARCOS
HUMAN RIGHTS LITIGATION, MDL NO. 841 CD-HI

**CUSTOMS** CN 22 (old C1)
May be opened officially

Detailed description of contents: DOCUMENT
Net weight
Value (Customs) (specify the currency)
Total Value
☐ Gift    ☐ Merchandise

I certify that this item does not contain any Dangerous article prohibited by postal Regulations. Signature

**UNITED STATES POSTAL SERVICE**
GLOBAL EXPRESS MAIL

Dispatch Number: 120708 18

**Arrival** For Exchange Office use only
AMC of Arrival: HNL
Date of Arrival: 11JUN06
Time of Arrival: 10:25AM
Country of Origin: PH
City of Origin: MNL

**Delivery** Scan as appropriate. Obtain recipient signature on Form 3849 Delivery Receipt

EE051360436PH

| Delivery Attempt | Mo. | Day | Time | ☐AM ☐PM | Employee Signature |
| Delivery Attempt | Mo. | Day | Time | ☐AM ☐PM | Employee Signature |
| Date of Delivery | Mo. | Day | Time | ☐AM ☐PM | Employee Signature |

CUSTOMS
PS Form 5626, March 2001

Item Number: EE051360436PH
Addressee Copy For Inbound EMS Items Only

Deliver By 3:00 PM Today

I-454391

The Fastest and International Postal Service — PhilPost