CV. 03-11111

Tuigpao, San Roque
Bulusan, Sorsogon
June 6, 2006

Mahal na Ginoo:

    Ako po ay sumasang-ayon sa kahilingan ng class counsel para sa kaukulang bayad nila bilong abogado at sa mga paunang gastos nila sa paglilitis. Sa loob po ng dalawangpung taon sana mahatol na po ang naturang kaso.

    Maraming salamat.

Ang sumasainyo,

Crescencio O. Deocariza
Crescencio O. Deocariza

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 15 2006
DISTRICT OF HAWAII

Cresencio O. Deocareza
Taricpao, San Roque,
Bulusan, Sorsogon
4704 Philippines

3685040002-00 C017

Clerk of the Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

