Cv. 03-11111

Dear Sir/Madam:

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JUN 15 2006
DISTRICT OF HAWAII

Greetings!

I am pleased to submit this letter in response to the notice of distribution of proceeds from judgement and application for counsel fees and expenses, and I agree the 70% deduction from the fund for the attorneys fees and expenses.

Thank you very much.

Respectfully yours,

J. Anonas

JOVITA M. ANONAS

Jovita Moreno Annas
Paradise Embac, Pagnilican Dist
8000, Davao City
Philippines

PAR AVION
AIR MAIL
CORREO AEREO

Clerk of the Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
U.S.A.