w MLR

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 16 2006
DISTRICT OF HAWAII

CV. 03-11111

Roger Aronda
Doña Josefa Sindangan
Zamboanga del Norte
7112. Phil

Estate of Ferdenand E. Marcos
Human Rights litigation

Peace be w/ you

Sir...

Im Roger Aronda
turtured by Marcos rules
Willing to your dicession
no comments for that but
will I pray to our Mighty Father
all those Pilipinos destroyed Marcos
rule will fee now.. thaks...

Roger Aronda
Doña Josefa Sindangan
Zamboanga del Norte
7112, Phil

Estate of Ferdenand E. Mar
Human Right litigation
Clerk of the Court
United state Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

