RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 16 2006
DISTRICT OF HAWAII

Eugene Canoy
Doña Josefa Sinclangan
Zamboanga del Norte
7in Phil

cv. 03-11111

Estate of Ferdenand E. Marcos
Human Rights litigation

Peace be w/ you

Sir

I'm Eugene Canoy por me no comoents no suggestion I'm supporting to all of you sir to getting your idias, and I will pray por us. thank and Good luck

Eugene Canoy
Doña Josefa Sindangan
Zamboanga del Norte
7112 Phil

36850+0001-33 C017

Estate of Ferdinand E. Marcos
Human Rights litigation
Clerk of the Court
United State Courthouse
300 Ala Moana Boulevard
Honolulu Hawaii 96850