**RECEIVED**
CLERK, U.S DISTRICT COURT
JUN 16 2006

CV, 03-11111
Ramon U Atsoy
Dinaran Sindangan
Zamboanga del Norte
7112 Phil

Estate of Ferdenand E. Marcos
Human Rights litigation

Peace be w/ you

Sir...
Im Ramon Atsoy
Im happy for your getting
a good idias no comments
for that... thanks

Ramon Atoll
Dinacan Sindangan
Zamboanga del Norte
7112 Phil

Estate of Ferdenand E. Marcos
Human Right Litigation
Clerk of the Court
United State Courthouse
300 Ala Moana Boulevard
Honolulu Hawaii 96850