**RECEIVED**
CLERK, U.S DISTRICT COURT
JUN 16 2006

Remidios Gomes
Dona Josepa Sindanga
Zamboanga del Norte
7112 Phil

CV 03-11111

Estate of Ferdenand E. Marcos
Human Rights litigation

Peace be w/ you

Sir...

I'm Remidios Gomes

A lot of thanks to all of U sir to prepare this paper for me thanks to God to finish. the diccusim all of you Sir no sugesction. for getting Ur a good idian

I'm wait for another letter bye and Good luck.

Remigia Gomez
Dño Josefa Sindango
Zamboanga del Norte
7112 Phil

Estate of Ferdenand E. Marcos
Human Rights litigation
Clerk of the Court
United state Courthouse
300 Ala Moana Boulevard
Honolulu Hawaii 96850
U.S.A.