Hermilinda Tamparon
Doña Josefa Sindan
an Zamboanga del Nor
7112 Phil

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JUN 1 6 2006

Cv. 03-11111

Estate of Ferdenand E. Marcos Human Right litigation

Peace be w/ you

Sir

I'm Hermilinda Tamparong a Filipino who sacrifice in a time of Marcos rules thanks to God, and spicialy to all of you prepare this paper to gave a Financial Fees. the people who sacrifies then no comments for all getting the jolias thanks and Good luck...

Hermilinda Lamparong
Dña Josefa Sinclangan
Lambuanga del Norte
7112 Phil

Estate of Ferdenand E. Marca
Human Rights litigation
Clerk of the Court
United State Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850