w/ mfe

CV. 03-11111

"Estate of Ferdinand E. Marcos Human Rights Litigation, MDL No. 841.(DHI)"

Natanggap po namin ang sulat para sa amin. Tinatanong niyo po kung kami ay pumapayag sa hinihinging porsiyento ng inyo abogado. Ako po ay pumapayag sa inyong hinihiling. Maraming-maraming salamat po.

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 16 2006

Lubos mo nagpapasalamat
Pampilo Cañete
PAMPILO CAÑETE
Edgar Cañete
EDGAR CAÑETE

Pampito Comete
Astorga Bavoan, Samar
6722

9 6 8 5 0 + 0 0 0 1 - 9 9   C 0 1 7

Clerk of the Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
U.S.A.

