cc MLR

CV. 03-111

6/81

Dear Mam, o Sir,

Sumasang-ayon ako sa kahiling ng Class Council para sa kaukulang Bayad nila bilang Abogado.

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 1 6 2006
DISTRICT OF HAWAII

6/8/06

Natanggap ko po ang iyong sulat
na nag tatanong kung payag para
sa kahilingan ng class counsel par[a]
sa karukulang bayad nila bilang abogad[o]
at sa mga paurang gastos nila sa pa[g]
lilitis.

Sumasang-ayon po ako [sa]
kahilingan nila bilang bayad aboga[do]
OK. ako jan.

Maraming salamat po.

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 16 2006
DISTRICT OF HAWAII

Taralita B

Tarcilita B. Belardo
Astorga Paran, Samar
Philippines
6732

Clerk of the Court
United States Courthouse
300 Ala moana Boulevard
Honolulu Hawaii 96850
U.S.A.

