cc/MLR

Cv. 03-11111

RECEIVED 06-08-2006
CLERK, U.S. DISTRICT COURT
JUN 19 2006

Ako si Norma Serado na Ina ng namatay na si (Edmundo Serado) kasama sa samahang ito Akoy sumasang-ayon sa lahat na inyong ginagawa at kami naniniwala na itoy kabutihan sa lahat.



Mrs. Norma Sevado
Purok Sto. niño R. Castillact Agdao D.c
8000 Phil.

To: Clerk of the court
United states Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850