w. MLR

CV. 03-11111

June 09, 2006

Clerk of the Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
U.S.A

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JUN 19 2006

In my own opinion about the lawyers fee. I agree to pay for it, it is reasonable to pay the people who sacrifice his time to fight this thing. And it is okay for me to pay the lawyers fee.

But then the important is that I can receive the claim share that is equal & fair to the people who are victim of the Marcos Regimen.

I really appreciate of this thing happen. Thank you very much for helping us. It is the big reward for us people victim of it.

Alejandra O. Pal
Alejandra Pal

Alejandro Pal
Alejandra Pal
Purok 10, Brgy. Ma-a
Davao City
8000 Philippines

Clerk of the Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
U.S.A.