cc: MLR

CV. 03-11111

June 09, 2006

Clerk of the Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
U.S.A.

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 19 2006
DISTRICT OF HAWAII

In my own opinion, I will agree to pay the lawyers fee. Coz, without them we don't have the chance to accept the reward for those people who are victim of Marcos Regimen.

The important is I can receive my share about this claim, I've been waiting so long time to accept for it.

Thank you for helping us

Alejandra O. Pal
Alejandra O. Pal



Clerk of the Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

Conrado Jay
Alejandro Pal
Purok 10 Bayan Mag
Davao City
Gen. Tui Matas

96850+0001-93 C017