cc. MLR

CV. 03-11111

**RECEIVED**
CLERK, U.S. DISTRICT COURT

JUN 19 2006

DISTRICT OF HAWAII

Sainyo Mahal na Hukom.

    Magandang araw po sainyo mahal na hukom, ako po si Josefina M Bandula ng biberan pan Fernando Camarenes Sun. ay hindi po ako tumututol sa kahilingan ng mga abugado ng class. na bayaran ang mga ginastos nila at bawasin sa naturang pira na nakuha sa yaman ng rehimeng Marcos. Dahil po kong wala po sila ay hindi naman yan makukuha ang mga yamang iyan. Kaya po nag papasalamat ako sa lahat ng mga abugadong ng nangasiwa ng kaso. Kaya ako po ay hindi tumututol sa kahilingan nitong makuha ang banetang ginastos o bayad sa mga abugado.

                   Maraming salamat po sainyo.

                        Josefina Mullida Bandula.

Fr. Josefina M. Pandola
Zone 3, Beberen Sn, Pdo.
Camarines Sur.

96A30+0001-99 C017

To. Manuel L. Real
Clerk of the Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
U.S.A.



PILIPINAS ·7
PILIPINAS ·7
PILIPINAS P6
PILIPINAS P6