cv/MLR

CV. 03-11111

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JUN 19 2006

"STATE'S OF FERDINAND E MARCOS Human Right Litigation"

Kami ay sumasang-ayon sa kahilingan ng class counsel para sa kaukulang bayad nila bilang abogado at sa mga paunang gastos nila sa paglilitis. Kami rin ay sumasang-ayon na igawad sa kanila ang paunang bayad na 20% sa natitirang pondo sapagkat sila ay may tunay na karapatan at karapat-dapat lamang tumanggap ng naturang bayad kabayaran sa kanila na sa 20 taong paglilitis ay wala man lang natanggap ng nasabing bayad.

Ikinagagalak naming nag tagumpay na makolekta ang mga abogado at sila'y nakalikom ng US$ 1·5 milyon na nasabing na sainyo ng pag-aalaga ang nabing pondo, sa amin paring kaalaman na ayon parin sa inyo ay hanggang ngayon ay ipinag papapatuloy parin ng mga abogado ng class ang paghahanap at paghahabol sa iba pong mga ari-arian.

Sinasang-ayunan namin ang nasabing kahilingan na karapapat na man Talaga na mapasakanila sapagkat kung kamiy tututol ay parang tinutulan namin o kaya'y ipinagdamot ang kanilang karapatan na kanila naman talagang pinaghirapan sa loob ng mahabang panahon. Sa amin po'y kayo na ang bahala kung anuman ang karapapat na gawin. Na sa inyo po ang Huling pasya.

Ito po ang naging disisyon namin

Salamat Po !

Good day

God Bless.




Pedro Francisco
Socorro Coronel Francisco
Bebecon San Fernando
Camarines Sur

Manuel L. Real
Clerk of the court United
State's courthouse
300 ala moana Boulevard
Honolulu, Hawaii 96850
USA