CIVIL NO. 03-11111
(MDL 840) MARCOS
HUMAN RIGHTS LITIGATION

Brgy. Daguit, Labo, Cams. Norte
Ika - 12 ng Hunyo, 2006

Robert A. Swift, Esquire
Kohn, Swift & Graf, P.C.
1 South Broad Street, 21st Floor
Philadelphia, PA 19107
U.S.A.

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 20 2006
DISTRICT OF HAWAII

Minamahal na G. Robert A. Swift,

    Magandang araw po.

    Natanggap ko po ang inyong ipinadalang liham ngayong ika-10 ng Hunyo, 2006. Kaugnay po nito ako po ay lubos na nagpapasalamat at kami ay makakatanggap na ng kaukulang halaga sa mga naging biktima noong panahon ng Martial Law sa pamumuno ng yumaong Ferdinand E. Marcos.

    Napag-alaman ko po sa ipinadala ninyong liham na anumang pagbabago ukol sa naging biktima ay dapat ipagbigay-alam sa inyong tanggapan. Kaya po nais kong ipaabot sa inyo na ang aking asawa na si Delfin Elma, na isa sa naging biktima noong panahon ng Martial Law ay sumakabilang-buhay na noong July 29, 2004. Minarapat ko pong ipadala sa inyo ang mga katibayan bilang pagpapatunay tungkol sa aking asawa at anuman po ang ipagkakaloob ninyong tulong o halaga ay nais ko pong ako na ang tumanggap bilang asawa.

    Nais ko rin pong ipaalam na si Onofre C. de Mesa ay aking kapatid at isa rin sa mga naging biktima ng sapilitang pagkawala noong panahon ng Martial Law.

kaya po kalakip rin ng liham na ito ang mga pagpapa-tunay tungkol sa kanya at bilang kapatid ay nais kong sa akin ipagkaloob ang anumang tulong o halaga na ibibigay ng inyong tanggapan.

Lubos po akong nagpapasalamat na sandy maunawaan ninyo ang aking liham at paumanhin kung sakaling naabutan ang pagtitiwala liham na ito sa inyong tanggapan. Gayun din po ang inyong pagtitiwala na ipagkaloob sa akin ang inyong tulong para sa aking asawa at kapatid.

Ipinapaalam ko rin po na walang pagbabago ang aming pahatirang sulat o address.

Lubas na nagpapasalamat,

*[signature]*
MARGARITA DE MESA - ELMA

