CIVIL NO. 03-11111
(MDL 840) MARCOS
HUMAN RIGHTS LITIGATION

Brgy. Daquit, Labo Cams
norte

Ika-12 ng Hunyo, 2006

Robert A Swift Esquire
Kohn, Swift & Graf P.C.
South Broad Street 21st floor
Philadelphia, P.A. 19017
U.S.A

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 20 2006
DISTRICT OF HAWAII

Minamahal na Robert A. Swift

Magandang araw po.

Natangap ko po ang mensahe tungkol sa mga papeles na aking anak na si Emerlinda Aycocho sapagkat wala akong sulat na natanggap kaya po akin na lamang ipinadala sa inyong tanggapan, kaugnay po nito humirya po kami ng paumanhin sa inyong tanggapan tungkol sa pagbabago ng tirahan hindi po kami umaalis ng Baranggay Daquit Labo Camarines norte.

Lubos pong gumagalang
Tomasa de mesa Aycocho

