CIVIL NO. 03-11111
(MDL 840) MARCOS
HUMAN RIGHTS LITIGA[TION]

Estate of Ferdinand E. Marcos Human Rights Litigation, MDL No. 84[0]

Sumasang-ayon po kami sa nasabing kasunduan, malaking tulong na nga po yon sa amin dahil mar[alita/mahirap] hirap lang po kami at nag papasalamat din po kami kasi kahit papano sa tinagal tagal na panahon na ni litis ang kaso ng pag kamatay ng aming ama ay na bigyan pa rin ito ng katarungan, umaasa po kami na sana icon po kami sa makakatanggap ng pondo.

Salamat,
Pamelita Montealegre

RECEIVE[D]
CLERK, U.S. DISTRICT [COURT]

JUN 2 0 2006

DISTRICT OF HAW[AII]

Romulo Pulano
Panchita Montealegre
Mong-og, Gurayan, Juban
4703 Sorsogon, PHILIPPINES

INTERNATIONAL MAIL
SPECIAL DELIVERY
PHILIPPINE POSTAL CORPORATION

Estate of Ferdinand E. Marcos (Human Rights Litigation)
MDL No. 840 (D.HI)
Clerk of the Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
U.S.A.

CIVIL NO. 03-11111
(MDL 840) MARCOS
HUMAN RIGHTS LITIGATION

96850+0001-99 C017