UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 19 2006
DISTRICT OF HAWAII

STEPHEN BOMSE
333 BUSH ST
SAN FRANCISCO CA 94104-2878

PRESORTED
FIRST CLASS

HONOLULU HI
JUN 07 06
PB METER
7044962
U.S. POSTAGE
$00.371

NIXIE          2000    1    27    06/16/06
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
RETURN TO SENDER

## Notices

1:03-cv-11111-MLR In Re: MDL 840 MARCOS, et al v. , et al

### U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from lls, entered on 6/6/2006 at 7:54 AM HST and filed on 6/6/2006

**Case Name:** In Re: MDL 840 MARCOS, et al v. , et al
**Case Number:** 1:03-cv-11111
**Filer:**
**Document Number:** 10455

**Docket Text:**
NOTICE of Hearing on Motion [10454] MOTION For Extension of Judgment by Class set for 6/26/2006 10:00 AM before JUDGE MANUEL L. REAL. Briefing Schedule as to this Motion-Reply to the Motion to be filed by 6/16/2006 and the Reply on behalf of Celsa Hilao to be filed by 6/21/2006. Please provide Judge Real a copy of all filed documents by mailing or faxing to his Chambers. (lls, )

The following document(s) are associated with this transaction:

**1:03-cv-11111 Notice will be electronically mailed to:**

Sherry P. Broder     broder@hawaii.rr.com

Carol A. Eblen     ceblen@goodsill.com, jikeda@goodsill.com

Lex R. Smith     lrs@ksglaw.com

Robert A. Swift     rswift@kohnswift.com

**1:03-cv-11111 Notice will be delivered by other means to:**

John J. Bartko
Bartko Welsh Tarrant & Miller
900 Front Street
Suite 300
San Francisco, CA 94111

Stephen V. Bomse
Heller Ehrman White & McAuliffe
333 Bush St

San Francisco, CA 94104-2878

Richard Cashman
Heller Ehrman White & McAuliffe LLP
120 West 45th St
New York, NY 10036

Rachel M. Jones
Heller Ehrman White & McAuliffe
333 Bush St
San Francisco, CA 94104-2878

Bert T. Kobayashi , Jr
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

James Paul Linn
James P. Linn Law Firm PLLC
1100 Bank of Oklahoma Plaza
201 Robert S. Kerr Ave
Oklahoma City, OK 73102-4289

Matthew J. Viola
Law Office of Matthew Viola
707 Richards St Ste 516
Honolulu, HI 96813

Jay R. Ziegler
Buchalter Nemer
1000 Wilshire Blvd 15th Flr
Los Angeles, CA 90017