GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

THOMAS BENEDICT            5018-0
   tbenedict@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorney for Proposed Intervenors
B.N. DEVELOPMENT CO., INC., ELLESMERE
INVESTMENT CORP., INC., JASON
DEVELOPMENT CO., INC. LANGLEY
INVESTMENT CORP., INC. PENDER
INVESTMENT CORP., INC., REVELSTOKE
INVESTMENT CORP., INC. and VERNON
INVESTMENT CORP., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In Re:<br><br>ESTATE OF FERDINAND E. MARCOS HUMAN RIGHTS LITIGATION | MDL NO. 840<br>No. 86-390<br>No. 86-330<br><br>UNOPPOSED MOTION TO INTERVENE OF B.N. DEVELOPMENT CO., INC., ELLESMERE INVESTMENT CORP., INC., JASON DEVELOPMENT CO., INC. LANGLEY INVESTMENT CORP., |

1433550.1

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Hilao, et al. v. Estate of Ferdinand E. Marcos,<br>And<br>De Vera, et al. v. Estate of Ferdinand E. Marcos | INC. PENDER INVESTMENT CORP., INC., REVELSTOKE INVESTMENT CORP., INC. and VERNON INVESTMENT CORP., INC.; MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO INTERVENE; DECLARATION OF EUGENE D. GULLAND; EXHIBITS 1-5; CERTIFICATE OF SERVICE<br><br><u>HEARING:</u><br>Date: _____<br>Time: _____<br>Judge: Hon. Manuel L. Real |

**UNOPPOSED MOTION TO INTERVENE OF B.N. DEVELOPMENT CO., INC., ELLESMERE INVESTMENT CORP., INC., JASON DEVELOPMENT CO., INC. LANGLEY INVESTMENT CORP., INC. PENDER INVESTMENT CORP., INC., REVELSTOKE INVESTMENT CORP., INC. AND VERNON INVESTMENT CORP., INC.**

Pursuant to Federal Rule of Civil Procedure 24, B.N. Development Co., Inc., Ellesmere Investment Corp., Inc., Jason Development Co., Inc., Langley Investment Corp., Inc., Pender Investment Corp., Inc., Revelstoke Investment Corp., Inc., and Vernon Investment Corp., Inc. (collectively, "the Corporations") hereby move to intervene in this action for the limited purpose of opposing the Class Motion for Extension of Judgment. Class Counsel does not oppose this motion to intervene. In support of this motion, the Corporations rely upon the

accompanying Memorandum in Support of Unopposed Motion to Intervene and Declaration of Eugene D. Gulland.

The Corporations have requested expedited consideration of this motion in their *Ex Parte* Application for Extension of June 26 Hearing Date on Class Motion for Extension of Judgment and for Expedited Consideration of Unopposed Motion to Intervene, also filed today. A proposed Order granting this Unopposed Motion to Intervene has been submitted with the Corporations' *Ex Parte* Application.

Dated: Honolulu, Hawaii, June 22, 2006.

/s/ Thomas Benedict
THOMAS BENEDICT

Attorney for Proposed Intervenors
B.N. DEVELOPMENT CO., INC., ELLESMERE INVESTMENT CORP., INC., JASON DEVELOPMENT CO., INC. LANGLEY INVESTMENT CORP., INC. PENDER INVESTMENT CORP., INC., REVELSTOKE INVESTMENT CORP., INC. and VERNON INVESTMENT CORP., INC.