IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In Re:<br><br>ESTATE OF FERDINAND E. MARCOS HUMAN RIGHTS LITIGATION | MDL NO. 840<br>No. 86-390<br>No. 86-330<br><br>CERTIFICATE OF SERVICE |
| THIS DOCUMENT RELATES TO:<br><br>Hilao, et al. v. Estate of Ferdinand E. Marcos,<br>And<br>De Vera, et al. v. Estate of Ferdinand E. Marcos | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served on this date upon the following party(ies) at the address(es) listed below by the means indicated below.

| **Attorney(s)** | **DHL** | **Hand Delivery** | **ECF** |
|---|---|---|---|
| Robert A. Swift, Esq.<br>rswift@kohnswift.com<br>KOHN, SWIFT & GRAF, P.C.<br>1 South Broad Street, Suite 2100<br>Philadelphia, PA  19107 | | | ☒ |

1433550.1

| **Attorney(s)** | **DHL** | **Hand Delivery** | **ECF** |
|---|---|---|---|
| | | | ☒ |
| Sherry P. Broder, Esq.<br>broder@hawaii.rr.com<br>Attorney at Law – A Law Corporation<br>Davies Pacific Center<br>841 Bishop Street, Suite 800<br>Honolulu, Hawaii  96813 | | | |
| Bert T. Kobayashi, Jr., Esq.<br>Lex R. Smith, Esq.<br>lrs@ksglaw.com<br>KOBAYASHI SUGITA & GODA<br>First Hawaiian Center<br>999 Bishop Street Suite 2600<br>Honolulu, HI  96813-3889 | | ☒ | ☒ |
| John Bartko, Esq.<br>BARTKO, ZANKEL, TARRANT & MILLER<br>900 Front Street, Suite 300<br>San Francisco, CA  94111-1427 | ☒ | | |
| James P. Linn, Esq.<br>JAMES P. LINN LAW FIRM PLLC<br>1601 NW Expressway St., # 1710<br>Oklahoma City, OK  73118-1427 | ☒ | | |
| Paul Hoffman, Esq.<br>SCHONBRUN, DE SIMONE, SEPLOW, HARRIS & HOFFMAN<br>723 Oceanfront Walk, Suite 100<br>Venice, CA  90291 | ☒ | | |
| Randall Scarlett, Esq.<br>THE SCARLETT LAW GROUP<br>536 Pacific Avenue<br>San Francisco, CA  94133 | ☒ | | |

2

3

| **Attorney(s)** | **DHL** | **Hand Delivery** | **ECF** |
|---|---|---|---|
| Stephen V. Bomse, Esq.<br>Richard Cashman, Esq.<br>Rachel M. Jones, Esq.<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94111 | ☒ | | |
| Carol A. Eblen, Esq.<br>ceblen@goodsill.com<br>Goodsill Anderson Quinn & Stifel LLP<br>1099 Alakea Street, Suite 1800<br>Honolulu, HI 96813 | | | ☒ |
| Matthew J. Viola, Esq.<br>Law Office of Matthew Viola<br>707 Richards Street, Suite 516<br>Honolulu, HI 96813 | | ☒ | |

| **Attorney(s)** | **DHL** | **Hand Delivery** | **ECF** |
|---|---|---|---|
| Jay R. Ziegler, Esq.<br>Buchalter Nemer<br>1000 Wilshire Blvd, 15th Floor<br>Los Angeles, CA 90017 | ☒ | | |

Dated: Honolulu, Hawaii, June 22, 2006.

    /s/ Thomas Benedict
THOMAS BENEDICT

Attorney for Proposed Intervenors
B.N. DEVELOPMENT CO., INC., ELLESMERE INVESTMENT CORP., INC., JASON DEVELOPMENT CO., INC. LANGLEY INVESTMENT CORP., INC. PENDER INVESTMENT CORP., INC., REVELSTOKE INVESTMENT CORP., INC. and VERNON INVESTMENT CORP., INC.