GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

THOMAS BENEDICT            5018-0
   tbenedict@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880

Attorney for Proposed Intervenors
B.N. DEVELOPMENT CO., INC., ELLESMERE
INVESTMENT CORP., INC., JASON
DEVELOPMENT CO., INC. LANGLEY
INVESTMENT CORP., INC. PENDER
INVESTMENT CORP., INC., REVELSTOKE
INVESTMENT CORP., INC. and VERNON
INVESTMENT CORP., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| In Re: | MDL NO. 840 |
| --- | --- |
|  | No. 86-390 |
|  | No. 86-330 |
| ESTATE OF FERDINAND E. MARCOS HUMAN RIGHTS LITIGATION | *EX PARTE* APPLICATION FOR EXTENSION OF JUNE 26 HEARING DATE ON CLASS MOTION FOR EXTENSION OF JUDGMENT AND FOR EXPEDITED CONSIDERATION OF UNOPPOSED MOTION TO INTERVENE; MEMORANDUM IN |

1433635.1

| | |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Hilao, et al. v. Estate of Ferdinand E. Marcos,<br>And<br>De Vera, et al. v. Estate of Ferdinand E. Marcos | SUPPORT OF *EX PARTE* APPLICATION; DECLARATION OF EUGENE D. GULLAND; EXHIBITS 1-5; PROPOSED ORDER; CERTIFICATE OF SERVICE<br><br>HEARING ON MOTION SUBJECT TO THIS APPLICATION:<br>Date:  June 26, 2006<br>Time:  10:00 a.m.<br>Judge: Hon. Manuel L. Real |

### *EX PARTE* APPLICATION FOR EXTENSION OF JUNE 26 HEARING DATE ON CLASS MOTION FOR EXTENSION OF JUDGMENT AND FOR EXPEDITED CONSIDERATION OF UNOPPOSED MOTION TO INTERVENE

B.N. Development Co., Inc., Ellesmere Investment Corp., Inc., Jason Development Co., Inc., Langley Investment Corp., Inc., Pender Investment Corp., Inc., Revelstoke Investment Corp., Inc., and Vernon Investment Corp., Inc. (collectively, "the Corporations") hereby bring this *Ex Parte* Application for an Order extending the hearing date for the Class Motion for Extension of Judgment filed on June 5, 2006 ("Class Extension Motion").  The Corporations also seek an expedited Order granting the Corporations' Unopposed Motion to Intervene.  As fully set forth in the Unopposed Motion to Intervene, Class Counsel has consented to the intervention of the Corporations, and the Corporations are entitled to intervene to protect their interest in the correct resolution of the Class Motion to

Extend Judgment.  The relief requested in this Application is necessary because otherwise the Corporations will not be able to intervene in time to contest adequately the Class Extension Motion, which was filed for the specific purpose of impairing the Corporations's defense in an action brought by the Class Plaintiffs.  The Class Extension Motion is scheduled for hearing on June 26, 2006, and the Corporations were not served with the Class Extension Motion.

The grounds supporting this Application are set forth in the attached memorandum in support of the Application, the Unopposed Motion to Intervene and supporting memorandum, and the Declaration of Eugene D. Gulland.  For the reasons set forth therein, this Court should grant the relief requested and extend the hearing date on the Class Extension Motion and promptly allow the Corporations

to intervene so that they can protect their interest in the resolution of the Class Extension Motion. A proposed Order is submitted herewith.

Dated: Honolulu, Hawaii, June 22, 2006.

      /s/ Thomas Benedict
THOMAS BENEDICT

Attorney for Proposed Intervenors
B.N. DEVELOPMENT CO., INC.,
ELLESMERE INVESTMENT CORP.,
INC., JASON DEVELOPMENT CO.,
INC. LANGLEY INVESTMENT
CORP., INC. PENDER INVESTMENT
CORP., INC., REVELSTOKE
INVESTMENT CORP., INC. and
VERNON INVESTMENT CORP.,
INC.