IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In Re: <br><br> ESTATE OF FERDINAND E. MARCOS HUMAN RIGHTS LITIGATION | MDL NO. 840 <br> No. 86-390 <br> No. 86-330 <br><br> PROPOSED ORDER |
| THIS DOCUMENT RELATES TO: <br><br> Hilao, et al. v. Estate of Ferdinand E. Marcos, <br> And <br> De Vera, et al. v. Estate of Ferdinand E. Marcos | |

## PROPOSED ORDER

After consideration of B.N. Development Co., Inc., Ellesmere Investment Corp., Inc., Jason Development Co., Inc., Langley Investment Corp., Inc., Pender Investment Corp., Inc., Revelstoke Investment Corp., Inc., and Vernon Investment Corp., Inc.'s (collectively, "Applicants") *Ex Parte* Application for Extension of June 26 Hearing Date on Class Motion for Extension of Judgment and for Expedited Consideration of Motion to Intervene, Applicants' Motion to Intervene and absence of opposition thereto, and all other arguments or briefing thereon,

1433645.1

2

IT IS HEREBY ORDERED:

1. Applicants' Motion to Intervene is granted.

2. Applicants' brief in opposition to the Class Motion to Extend Judgment shall be filed within ten days of the entry of this Order.  Any reply to Applicants' opposition brief shall be filed within twenty days of the entry of this Order.

3. The Court vacates the June 26, 2006 hearing date on the Class Motion to Extend Judgment; instead, that hearing will be rescheduled for a time following any replies to Applicants' opposition brief.

IT IS SO ORDERED.

---

*In re: Estate of Ferdinand E. Marcos Human Rights Litigation*, United States District Court, District of Hawaii, MDL No. 840, No. 86-390, No. 86-330, **PROPOSED ORDER**