IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: | MDL NO. 840 |
| | No. 86-390 |
| ESTATE OF FERDINAND E. MARCOS | No. 86-330 |
| HUMAN RIGHTS LITIGATION | |
| | |
| THIS DOCUMENT RELATES TO: | |
| | |
| Hilao et al v. Estate of Ferdinand E. Marcos, | |
| and | |
| DeVera et al v. Estate of Ferdinand E. Marcos. | |

## CERTIFICATE OF SERVICE

The undersigned certifies that Robert Swift served the Plaintiffs' Memorandum Sur Motion to Intervene of B.N. Development Co., Inc. et al on the counsel listed below on June 23, 2006 by pre-paid first class mail and other counsel electronically as indicated in document number 10486.

/s/ Sherry P. Broder
Sherry P. Broder

James P. Linn, Esq.
JAMES P. LINN LAW FIRM
1601 NW Expressway St., # 1710
Oklahoma City, OK 73118-1427

John Bartko, Esq.
BARTKO, ZANKEL, TARRANT & MILLER
900 Front Street, Suite 300
San Francisco, CA 94111-1427

Lex Smith, Esq.
KOBAYASHI, SUMITA & GODA
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, HI 96813