cc MLR

CIVIL NO. 03-11111
(MDL 840) MARCOS
HUMAN RIGHTS LITIGATION

Pob. 1, Naujan, Oriental Mindoro
June 2, 2006 - 5204 Philippines

Clerk of Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

**RECEIVED**
CLERK, U.S. DISTRICT COURT

JUN 23 2006

DISTRICT OF HAWAII

S i r :

    In compliance with the letter of Hon. Rodrigo C. Domingo Jr., Unit 15B LPL Center, 130 L.P. Leviste Street, Salcedo Village, Makati City 1227 Metro Manila, Philippine, I have no OBJECTION payment to the services rendered to the case ESTATE OF FERDINAND E. MARCOS Human Rights Litigation, MDL 840 No. 86-390, and No. 86-330.

    My son, ROLAN LEVIY YBANEZ was one (1) of the victim tortured, sumarily executed or disappeared and until now I never heard any news where he (Rolan Leviy Ybanez was buried during the Marcos rule, now the Court entered FINAL JUDGEMENT on Feb. 3, 1995 in favor of the Class in the amount of US$1,964,000.00 that my son was recorded in the claimant victim 9,539.

    In this connection I always Pray to God that my dreams will be realized that the victim of Marcos rule will pay to the heirs, death or salvaged during the Marcos rule.

    Hoping to hear from U.S. District Court, District of Hawaii as acknowledgment Receipt to receive my letter.

    Thank you and best regards.

Very truly yours,

*[signature]*
LUIS A. YBANEZ
Father, Rolan Leviy Ybanez

COPY FURNISHED:

  Hon. Robert A. Swift Esquire
  Kohn Swift & Graf, P.C.
1 Sout Broad Street 21" Floor
  Philadelphia, PA 19107



