cc: MLR

Clerk's Office Notation (afc):

CIVIL 03-11111
(MDL 840)
Submission of papers received from:

