# Claimants 1081, Inc.

*130 13th Avenue, Cubao, Quezon City*

*Tel. No. 911-72-94*

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN 23 2006

DISTRICT OF HAWAII

*June* **1996**

**Hinggil sa:**    **HUMAN RIGHTS CLASS SUIT VS. FERDINAND MARCOS ESTATE**

Mahal na kapwa class member,

Pagbati!

Nais kong ipabatid sa iyo ang pagkatatag ng CLAIMANTS 1081, INC., isang organisasyon ng mga claimant-plaintiffs sa kasong HUMAN RIGHTS CLASS SUIT VS. FERDINAND MARCOS ESTATE.

Ang kaso ay dininig noong Setyembre, 1992 ng Hawaii Federal District Court sa ilalim ni Hukom Manuel Real. Sa naturang pagdinig, napatunayan ng mga hurado na ang namatay na Pangulong Ferdinand Marcos ay nagkasala ng paglabag sa mga karapatang pantao nating mga 10,000 biktima. Ginawaran din tayo ng mga hurado, sa mga sumunod na mga desisyon, ng di-kukulangin sa $2.0 bilyon na exemplary at compensatory damages.

Isinasaayos ng ating mga abogadong sina Robert Swift, Sherry Broder, Rodrigo Domingo, Jr., Ruben Fruto, at Rene Saguisag ang paghahabol ng ating claim sa iba't ibang hukuman at sa pamamagitan ng pakikipagnegosasyon sa pamilyang Marcos at sa pamahalaan ng Pilipinas.

Marami pang maaaring mangyari bago matapos ang ating kaso. Kailangan kung ganoon ang pagkakaisa at aktibong pakikilahok ng mga claimants upang matulungan ang ating mga abogado sa paghahabol sa kaso. Dito lumitaw ang pangangailangan sa pagtatatayo ng isang organisasyon.

Ang Claimants 1081, Inc. ay isang organisasyong eksklusibo sa mga class suit members, ibig sabihi'y para lamang sa mga lehitimong mga claimants na kinikilala ng Hawaii District Court. Nagdaos ito ng kanyang Asembliya ng Pagkakatatag noong nakaraang Oktubre 21, 1994. Ang organisasyon ay kinikilala ng lead counsel sa class suit na si Atty. Swift bilang isang kinatawan ng kanyang kasapian. Nakikipag-ugnayan ang organisasyon sa kanya at sa iba pang mga abogado para sa matagumpay na pagsasara ng class suit. Hindi nito ipinangangalandakan na kinakatawan nito ang lahat ng mga claimants. Ganunman, nag-aalay ito ng tulong sa mga class members hinggil sa kanilang mga claims.

RECEIVED
CLERK U.S. DISTRICT COURT

Ang Claimants 1081, Inc. ay kumakatawan sa kanyang kasapian at tumatayong tagapagsalita sa usapin ng class suit. Tumutulong ito sa pagsasaayos ng mga claims ng class suit members. Nag-oorganisa ito, nagpapaliwanag, at nagpapakilos ng mga class members sa isyu ng class suit at iba pang kaugnay na mga isyu. Naglulunsad din ito ng mga kampanya at mga lobby sa usapin ng class suit at sa mas malalawak na isyu ng karapatang pantao. Naglalayon din itong tumulong sa iba pang mga biktima ng paglabag ni Marcos sa mga karapatang pantao at lumahok sa pangkabuuang gawain sa pagsusulong ng karapatang pantao.

Sa ngalan ng Claimants 1081, Inc., nais kitang anyayahang sumapi sa aming organisasyon upang marinig ang iyong tinig sa mga deliberasyon ng ating kaso. Upang maging kuwalipikadong kasapi, kailangang makita sa opisyal na listahan ng mga claimants ang pangalan at kailangan ding yakapin ang mga prinsipyo at programa ng organisasyon.

Ang isang bagong kasapi ay magbabayad ng P50.00 bilang membership fee. Mayroon ding kontribusyong P100.00 bawat tatlong buwan. Ganunman, ang kontribusyon ay maaaring iangkop para sa mga mahihirapang magbayad ng buong halaga. Hinihikayat naman ang mga may kakayahan na mag-ambag ng mas malaking halaga. Ang malilikom na pera ay gagamitin sa mga kagastusang pang-operasyon ng samahan.

Para sa mga dagdag na mga katanungan, maaari kayong lumiham o bumisita sa tanggapan ng Claimants 1081, Inc. sa #130 13th Avenue, Cubao, Quezon City. Tel.: 911-72-94. Pakihanap lang kay Ms. Hilda Narciso, ang Executive Director ng Claimants 1081, Inc.

Maraming salamat.

Sumasaiyo,

Ms. Etta Rosales
President,
Claimants, 1081, Inc.