**CLAIMANTS 1081, INC.**
130 13TH AVE., CUBAO, Q. C.

PILIPINAS POSTAGE
P 0400
PEACE

Marcelino Mancao
Purok Draga Dagocdoc,
Tandag, Surigao del Sur

# CLAIMANTS 1081, INCORPORATED
## 130 13th Avenue, Cubao, Quezon City
### Tel. No. 911-7294

_____, 1996

Minamahal na mga kapatid,

Maligayang pagbati sa taong ito at sanay masaya, maunlad at maginhawa nating isinasagaw ang pangaraw-araw na tahakin sa kabila ng napakamasalimuot na takbo ng pangkasalukuyang kalagayan natin.

May mga maunlad na ulat tungkol sa kalagayan ng ating kaso sa mga nakaraang mga taon. Nanalo ang kaso noong 1992 at hinusgahang guilty si Ferdinand E. Marcos sa korte ng Hawaii Federal court. Ang unang layunin ay naabot din natin sa court battle. Noong 1994 hanggang 1995 ang korte ay nagdesisyong mag-award sa mga 10,000 claimants ng $1.9 billion bilang exemplary at compensatory damages. Ito ang pangalawang layunin bilang kabayaran ni F. E. Marcos sa matinding violations na ginawa niya sa panahon nang Martial rule. Ngayon, may out of court settlement na mga isinasagawa ang ating mga legal counsels. Ang latest ay yaong sa Hongkong na wala ring nangyari sa pag-uusap ng tatlong grupo (Phil Gov't, Marcoses at Human Right's claimants). Ano mang perang makukuha kung mayroon man, ay hindi sapat para buhayin ang mga pinatay, palitawin ang mga dinukot at maglaho ang mga pagpapahirap sa mga natortyure gayun din sa mga pamilya nang mga biktima na naapektohan. Ang perang pinaglalaban sa ngayon ay bilang kabayaran sa salang ginawa ni F.E. Marcos sa 10,000 claimants. Ito ay hindi nagsasabing na absuelto na si Marcos bagkos may malaking pananagutan siya bilang violation sa karapatang pantao at dapat lang niyang bayaran.

Kung ibig ninyong malaman pa ang mga pinagdaanan o kasaysayan ng pakikipaglaban ng ating abogadong si Atty. Robert "Bob" Swift sa korte, at kung papaano natin itong sinabayan bilang Claimants 1081. Inc. at ng iba pang nga supportive organizations (NGOs) at nang mga individuals, sumulat lamang po kayo sa amin upang mapadalhan namin kayo ng kopya. Ang hinihilingin lamang po namin ay makapagpadala kayo ng selyo na nagkakahalagang P20.00 dahil walang wala pong pondo ang organisasyong. May kabigatan lang po ang dukomento. At kung ibig ninyong sumama sa organisasyong ito, sagotin po lamang ninyo ang application form na kalakip nito at ipadala sa Claimant's 1081, Inc., 130 13th Ave., Cubao, Quezon City.

Pinapa-alala lang din namin ang mahahalagang bagay ukol sa inyong pagiging Claimant. Una, batay sa ibinigay ninyong address bilang claimant, kung kayo man ay nag-iba ng tirahan/address o mali ang pagkaka-ulat ng inyong address, pakipa-abot lamang ninyo sa aming opisina ang pagbabago upang maisa-ayos ito. Panga-lawa, Paki check lang din po kung tama ang spelling ng inyong mga pangalan bilang claimant at gayun din ang pangalan ng biktima; Pangatlo, kung may pagbabago man ng kung sino ang Claimant, paki paabot na rin. Kung sakaling mayroon po kayong ipapadalang pera, iwasang magpadala sa pamamaguitan ng sulat bagkus gawin po ito sa pamamaguitan ng Postal Money Order o di kaya kung may banko po kayo ipadala na lang po ninyo sa pamamaguitan ng bank check.

Hanggang dito na lamang po. Maraming salamat at sanay makikipag ugnayan po kayo ng sa gayon ay nalalaman po ninyo ang mga pag-uunlad ng ating kaso. Mabuhay po kayo!

Ang gumagalang,

HILDA B. NARCISO
Executive Director