**KOHN, SWIFT & GRAF, P.C.**
1101 Market Street, Suite 2400
Philadelphia, Pennsylvania 19107 - 2924

Ika-1 ng Abril 1998

SA LAHAT NG MGA KASAPI NG *"CLASS SUIT"*

Re: **Paglilitis sa mga Paglabag ni Ferdinand E. Marcos sa Karapatang Pantao**
<u>**Distritong Hukuman ng Hawaii, Estados Unidos**</u>

Minamahal na Kasapi:

Kagaya ng nakasaad sa mga iba't-ibang lathala ng pamamahayag, ang hatol *(Judgment)* ng Distritong Hukuman ng Hawaii, Estados Unidos ay sang-ayon sa reklamo ng 9,539 mamamayang Pilipino na naging biktima ng tortyur *(torture)*, pagpaslang ng walang paglilitis *(summary execution)* o sapilitang pagkawala *(involuntary disappearance)* noong panahon ng diktadurya ni Marcos magmula 1972 hanggang 1986. **Ang iyong "claim" o paghahabol ay kabilang sa 9,539.** Ang kabuuang halagang iginawad ng hukuman sa mga biktima ay US $ 1.964 billion. Ang naturang hatol ay sinang-ayunan ng *US Appeals Court* at ito ay "final" na ngayon at wala ng magagawa pang paghahabol dito.

Magmula ng maging pangwakas na ang hatol sa usaping ito, ang inyong mga abogado o manananggol sa Estados Unidos at sa Pilipinas, ay naging masigasig upang makakolekta na sa gawad ng hukuman sa pamamagitan ng pagpapatupad ng hatol *(execution)* at kasunduan *(settlement)*. Sa ngayon, mahigit US $ 1 million na ang nakolekta sa pamamagitan ng pagpapatupad ng hatol *(execution)* at ito ngayon ay nakalagak sa Hukuman ng Estados Unidos. Samantala, ang mga pagpupunyagi sa pagkolekta mula sa mga ari-arian ni Marcos na nasa Swiss banks ay nababalam ng mga nasabing bangko, ng pamilya Marcos at ng Pamahalaan ng Pilipinas. Ang hatol ng Kataas-taasang Hukuman ng Switzerland noong Disyembre ay maaaring makatulong. Sa naturang hatol, pinahintulutan na ang pagbabalik ng mga ari-arian at salapi ni Marcos na nasa mga bangko ng Switzerland upang ilagak sa isang *"escrow account"* sa Pilipinas na mayroong pasubali na kailangang bayaran muna ang 9,539 na kasapi o miyembro ng *"class suit."*

Ang naturang hatol ay may kaakibat na *"permanent injunction"* kung saan ang mga kinatawan o ahente ni Ferdinand E. Marcos ay tuluyan at kailan man na pinagbabawalang galawin o maglipat ng ari-arian at salapi ng mga Marcos hanggang hindi pa nababayaran ang halagang nakasaad sa hatol. Dahilan sa paglabag sa nasabing *"permanent injunction"*, sina Imelda Marcos at Ferdinand Marcos, Jr. ay napatawan ng *"contempt citation"* at parusang multa.

Ang inyong mga abogado ay nakikipag-ugnayan sa mga Marcos at sa Pamahalaan ng Pilipinas upang maipatupad na ang hatol sa usaping ito at maibahagi na sa inyo ang marapat na halaga. Anumang salapi na mababawi ay mapapasailalim sa kontrol at pangangasiwa ng Hukuman ng Estados Unidos ay tumitiyak sa marapat at walang-kinikilingang pagbabahagi ng salapi sa inyo at sa iba pang mga kasapi.

Samantala, ang mga pagpupunyagi ng inyong mga abogado para sa inyong kapakanan ay sinasamantala o sinisiraan ng ilang grupong politikal na nangangalap ng *"powers of attorney"* mula sa mga kasapi ng *"class suit"* upang sila, na hindi naman kinikilala ng Hukuman ng Estados Unidos, ay maging kinatawan ninyo sa pagkolekta ng halagang nakalaan para sa inyo. Ang pangangalap ng *"powers of attorney"* ay bahagi umano ng malawak na

- Page 2 -

pagkilos upang mapabilis ang pag-gawad sa karampatang halagang inyon[g] **MAGPALINLANG**. Karamihan sa kanila ay mangangailangan ng baha[g] pagkukunwaring ambag o tulong (*donation*) sa kanilang grupong politikal Isa sa mga grupong ito ang *National Democratic Front (NDF)* na nagsasaa[d] na sila umano ay mayroong kapangyarihang makipag-ayos para sa inyo. It[o]

Upang mapangalagaan ang inyong kapakanan, ang Hukuman ng pagkilala sa anumang *"powers of attorney"* at pinagtibay na kayo ay kin[a] pinahintulutan ng hukuman bilang *"class counsel"*. HINDI KAYO D[API] "POWERS OF ATTORNEY" NA IDINUDULOG SA INYO. KUNG SA[KALI] NA, MAKIPAG-UGNAYAN SA ABOGADO NG *"CLASS SU[IT"* PAGPAPAWALANG-BISA O *"REVOCATION FORM"*.

Kung sakali namang lumipat na kayo ng tirahan o dili kaya'y an[g] nakapangalan ang liham na ito ay patay na o lumipat na ng tirahan, mangy[aring] sa gawing ibaba ng liham at ibalik sa amin.

Para sa karagdagang kaalaman, makipag-ugnayan kay:

> ROD C. DOMINGO, JR.
> Filipino Co-Counsel
> Penthouse, Athenaeum Building
> 160 Alfaro Street, Salcedo Village, Makati
> Tel. Nos. 817-47-54 • 819-26-35
> Fax No. 893-31-45

o dili kaya ay sa akin sa pahatirang-sulat na matatagpuan sa gawing itaas ng

Lubos na [sa inyo],

(May
**ROBER[T]**
Lead C[ounsel]

---

Bagong Tirahan: _____