**HUKUMANG PANGDISTRITO SA ESTADOS UNIDOS**
**DISTRITO NG HAWAII**

| | |
|---|---|
| IN RE: }<br>}<br>ESTADO NI FERDINAND E. MARCOS }<br>PAGLILITIS SA KARAPATANG PANGTAO }<br>}<br>}<br>}<br>ANG KASULATANG ITO AY NAUUKOL SA: }<br>}<br>Hilao et al v. Estado ni Ferdinand }<br>E. Marcos, }<br>        at }<br>DeVera et al v. Estate ni Ferdinand }<br>E. Marcos. } | MDL BLG. 840<br>Blg. 86-390<br>Blg. 86-330 |

**PAUNAWA TUNGKOL SA PAMAMAHAGI NG NABAWING SALAPI AYON SA HATOL AT ANG KAHILINGAN PARA SA BAYAD-ABOGADO AT KABAYARAN SA PA-UNANG GASTOS**

**SA LAHAT NG MGA KASAPI NG "CLASS SUIT":**

Ang Paunawang ito ay sang-ayon sa "Order of the United States District Court for the District of Hawaii" upang ipaalam sa inyo na (1) ipamamahagi ng Hukuman sa mga karapat-dapat na kasapi ng Class ang mga salaping nabawi ayon sa pagpapatupad ng Hatol ukol sa Class Suit noong 1995, at (2) pagpapasiyahan rin ng Hukuman kung marapat at makatwiran ang paunang kahilingan (interim request) ng abogado ng Class para sa kabayaran ng kanilang counsel fees at sa mga paunang gastos nila (reimbursement).

**PAGBABALIK-TANAW SA KASO**

Nagsimula ang paglilitis laban kay Ferdinand E. Marcos noong Abril 1986 na isinampa bilang isang "class suit" na binubuo ng 9,539 mamamayang Pilipino (o dili kaya'y kinatawan) na naging biktima ng tortyur (torture), pagpaslang (summary execution) o sapilitang pagdukot (involuntary disappearance) sa ilalim ng diktadura na pinamunuan ni Ferdinand E. Marcos mula noong Setyembre 1972 hanggang Pebrero 1986. Nang mamatay si Marcos noong 1989, ipinalit bilang nasasakdal ang kanyang Estado (Estate of Ferdinand E. Marcos). Matapos ang sunod-sunod na paglilitis noong mga taong 1992, 1994 at 1995, iginawad ang "Final Judgment" noong Pebrero 3, 1995 kung saan ang 9,539 na mga kasapi ng "class suit" ay pinaboran ng danyos (damages) na umaabot sa halagang US$1,964,000,000.00. **Ang iyong claim ay isa sa 9,539.** Ang hatol ng Hukuman ay sinang-ayunan ng U.S. Appeals Court at ito ngayon ay tapos na o "FINAL".

**PAGLILITIS UKOL SA PANININGIL**

Masugid na hinabol ng mga abogado ng Class ang paniningil ayon sa Hatol noong 1995, ngunit naantala ito ng mahigpit na pagkukubli at pagtatago ng mga ari-arian ng Estado ni Ferdinand E. Marcos at ang patuloy na pag-antala (persistent delay) sa pagkilala ng sistemang Hukuman ng Pilipinas sa nasabing Hatol ng 1995. Nagtagumpay ang mga abogado ng Class sa pagkolekta ayon sa Hatol noong 1995, at sila ay nakalikom ng US$ 1.5 milyon mula sa halaga ng mga nabawing sasakyan at bahay sa Hawaii at painting sa New York na pag-aari ng mga Marcos. Noong Hulyo 12, 2004, natamo ng mga abogado ng Class ang pabor na Hatol sa litigasyon na kinilala bilang Merrill Lynch v. Arelma Inc. ang halagang humigit kumulang sa US$35 milyon. Noong Mayo 4, 2006, pinagtibay ng Court of Appeals ng Estados Unidos ang nasabing Hatol. Ang mga salaping naipon o nakolekta, kabilang na ang US$35 milyon, ay nakadeposito bilang Pondo o "Fund" at nasa pag-iingat ng Hukuman ng Estados Unidos. Sa kasalukuyan, ipinagpapatuloy pa rin ng mga abogado ng Class ang paghahanap at paghahabol sa mga nakatagong pang ari-arian ng mga Marcos.

**PAMAMAHAGI NG PONDO**

Ipamamahagi ng Hukuman ang Pondong nabanggit sa mga Kasapi ng Class (Class Members), matapos bawasin ang mga kaukulang gastos sa pagsasagawa ng distribusyon, bayad sa abogado at iba pang mga kaukulang gastos. Lahat ng mga may bisa o pinagtibay na claim (validated claims) ay tatanggap ng magkakapantay na halaga (equal amount). Ang pondo ay tuwirang ipamamahagi ng Hukuman sa mga kasapi ng Class at ito ay hindi dadaan kanino man o sino man na mamamagitan. Alinsunod sa mga naunang Kautusan, hindi kikilalanin ng Hukuman ang anumang "Special Power of Attorney" ng sinumang indibidwal o grupo.

**MGA MAY KARAPATANG KASAPI NG CLASS**

Hindi lahat ng Kasapi ng Class ay may karapatang (eligible) tumanggap ng kabayaran. Noong 1993 at 1999, iniutos ng Hukuman na magsumite ng Claim Form ang mga Kasapi ng Class. Iyon lamang mga Kasapi ng Class na nagkapagsumite ng kumpletong Claim Form sa bawa't nabanggit na taon ang makatatanggap ng kabayaran. Sa ngayon, huli na upang magsumite o magdagdag ng Claim Form.

### KAHILINGAN SA BAYAD SA ABOGADO AT IBA PANG GASTOS

Sa 20 taong paglilitis, ang mga abogado ng Class ay nag-abono o nagpa-unang bayad para sa lahat ng mga gastos sa paglilitis at hanggang sa ngayon ay wala pa silang natatanggap na bayad ng abogado (counsel fees) o kabayaran sa mga pa-una nilang gastos. Hinihiling ng mga abogado ng Class sa Hukuman na igawad sa kanila ang paunang bayad (interim fees) na 30% sa matitirang Pondo, matapos bawasin ang mga gastos na inabono (reimbursement) na umaabot sa halagang US$1,033,900.09. Hihilingin din ng mga abogado ng Class na maglaan ng halagang $775,000.00 bilang panagot o pambayad sa mga nakaraan at magiging gastos sa pagsasagawa ng pamamahagi ng kabayaran sa mga Kasapi ng Class, nararapat na bayad sa Special Master; at ang bayad ng abogado (special counsel) sa Singapore. Ang kahilingan para sa bayad-abogado at kabayaran sa mga inabono ay isinampa o idinulog na sa Clerk of the Court, Courthouse ng Estados Unidos, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850, at maaring suriin sa nasabing Hukuman at sa mga tanggapan ng abogado ng Class (Class Counsel) na nakatala sa ibaba.

### PAGDINIG

Magdaraos ng pagdinig ang Hukuman sa **Hunyo 26, 2006**, sa ganap na **ika-10:00 ng umaga**. Sa pagdinig na ito ay pagpapasyahan ng Hukuman ang kahilingan ng mga abogado ng Class para sa bayad-abogado at bayad sa mga paunang gastos. Ang pagdinig ay gaganapin sa Husgado ni Kgg. Manuel L. Real, Courthouse ng Estados Unidos, Honolulu, Hawaii.

**HINDI NA KAYO KAILANGANG PUMUNTA SA PAGLILITIS O GUMAWA PA NG ANUMANG HAKBANGIN KUNG KAYO AY SUMASANG-AYON O HINDI TUMUTUTOL SA KAHILINGAN NG CLASS COUNSEL PARA SA KAUKULANG BAYAD NILA BILANG ABOGADO AT SA MGA PAUNANG GASTOS NILA SA PAGLILITIS.**

Sinumang kasapi ng Class ay maaring dumalo sa pagdinig at maglahad ng kanilang kadahilanan, kung mayroon man, at kung bakit hindi dapat sang-ayunan ng Hukuman ang kahilingan para sa bayad-abogado at mga kaukulang nagastos. Walang sinumang diringgin sa pagdinig na hindi nagsumite ng sulat na nagpapahayag ng kanyang intensyong magpakita *(written notice of intention to appear)*, na naglalahad ng lahat ng batayan para sa naturang pagtutol at iba pang paglalahad ng pananaw o posisyon, kalakip ang lahat ng kaugnay na papeles na ipinadala sa Clerk of the Court sa pamamagitan ng primera-klaseng koreo at dapat **matanggap** ng Hukuman nang hindi lalagpas sa **ika-15 ng Hunyo, 2006** sa sumusunod na address:

Clerk of the Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
U.S.A.

Ang sobre at mga sulat at pagtutol ay dapat na may pamagat na: "Estate of Ferdinand E. Marcos Human Rights Litigation, MDL No. 841 (D.HI)." Isang sipi ng lahat ng mga naturang papeles ay dapat maipadala rin sa pamamagitan ng primera-klaseng koreo at makarating bago mag **ika-15 ng Hunyo, 2006** sa Lead Counsel ng Class Suit na si:

Robert A. Swift, Esquire
Kohn, Swift & Graf, P.C.
1 South Broad Street, 21st Floor
Philadelphia, PA 19107
U.S.A.

### KARAGDAGANG KAALAMAN

Kung sakali mang lumipat na kayo ng tirahan, kung magpapalit ng tirahan sa darating na panahon, kung iba na ang address ninyo at hindi na ang nakasulat sa sobreng ito, o kung may karagdagang katanungan pa kayo tungkol sa Paunawang ito, marapat lamang na ipagbigay-alam agad kay Robert A. Swift sa address na nakasulat sa itaas, o kay:

Atty. Rodrigo C. Domingo, Jr.
Filipino Co-Counsel
LPL Center, Unit 15-B
130 L.P. Leviste Street, Salcedo Village
Makati City, Philippines 1227
Tel No: 813-3497; Fax No: 812-7997

**HUWAG PO KAYONG MAKIPAG-UGNAYAN SA CLERK OF THE COURT O KAY JUDGE REAL.**

ALINSUNOD SA UTOS NG HUKUMAN:

/s/Sue Beitia
SUE BEITIA, Clerk
Hukumang Pandistrito sa Estados Unidos
Distrito ng Hawaii

Petsa: Mayo 26, 2006