# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

06/26/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 03-11111MLR |
| CASE NAME: | In Re: MDL 840 Marcos, et al. |
| ATTYS FOR PLA: | Robert Swift<br>Sherry Broder<br>John Van Dyke |
| ATTYS FOR DEFT: | Thomas Benedict |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Manuel L. Real | REPORTER: | Debra Chun |
| DATE: | 06/26/2006 | TIME: | 10:25-10:40 |

COURT ACTION:  EP: Joint Motion for Attorney Fees and Reimbursement of Expenses by Plaintiff's Counsel.  Clarification to be submitted to the Court via memorandum regarding services and litigation costs in Singapore and meetings with government officials.  Motion Granted.  Swift to prepare Order.

Class' Motion for Extension of Judgment.  Motion Granted.

Ex Parte MOTION for Hearing re  MOTION to Intervene and Extension of June 26 Hearing Date on Class Motion for Extension of Judgment by B.N. Deveopment Co., Inc., Ellesmere Investment Corp., Inc., Jason Development Co., Inc., Langley Investment Corp., Inc., Pender Investment Corp., Inc., Revelstoke Investment Corp., Inc., Vernon Investment Corp., Inc.  Motion Denied and terminated.

MOTION to Intervene by B.N. Development Co., Inc., Ellesmere Investment Corp., Inc., Jason Development Co., Inc., Langley Investment Corp., Inc., Pender Investment Corp., Inc., Revelstoke Investment Corp., Inc., Vernon Investment Corp., Inc.  Motion Denied and terminated.

Submitted by: Warren N. Nakamura, Courtroom Manager