CIVIL NO. 03-11111
(MDL 840) MARCOS
HUMAN RIGHTS LITIGATION

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JUN 21 2006
DISTRICT OF HAWAII

REPUBLIKA NG PILIPINAS
LALAWIGAN NG QUEZON
BAYAN NG CATANAUAN

## MALAYANG SALAYSAY
(Affidavit)

Ako, REYNALDO I. CUERDO, sapat ang gulang, kasal kay Gloria R. Recarro, pilipino, naninirahan at may pahatirang sulat sa barangay San Isidro, Catanauan, Quezon. Matapos makapanumpa ng naaayon sa batas ay malaya at kusang loob na nagpatutoo at magsalaysay ng mga sumusunod:

1. Na, ako at ang aking pamilya ay mga magsasaka, at noong ika-8 ng Agosto, 1982. Ang oras ay ika 10:00 ng umaga humigit kumulang, ay may isang grupo ng mga militar na pinamumunoan ng isang Sarhento PARAS, 16 IB, na galing sa unang biktima na si EMETERIO REGIO, ako ay magsusuga ng aking kalabaw ay ako ay nadaanan din ng nasabing mga militar, at ako ay tinanong kung nasaan ang mga NPA, at ang sagot ko naman ay wala akong nalalaman sa kanilang itinatanong sa akin, ngunit ako ay kinolata agad ang aking dibdib at sinabi, na ako ay tumakbo, ng hindi ako tumakbo ay pinadapa ako sa lupa, at muli akong kinolata sa likod at panagyayapakan ang aking likod, sabay sikwat sa aking tagiliran ng puluhan ng baril at ng ako'y matanawan ng aking misis ay pinakiusapan sila na kung maari ay huwag patayin ang aking asawa, at sila po ay nagsialis na.

2. Na, isinagawa ko ang salaysay kong ito, na hindi tinakot o inalok ng anumang pabor, binayaran, isinagawa ko ito sapagkat ito ang katotohanan sa abot ng aking kaalaman.

SA KATUNAYAN NG LAHAT ay lumagda ako sa mababa nito ngayong ika-3 ng Disyembre, 1992, dito sa Barangay Ibabang Tagabas, Catanauan, Quezon.

*Reynaldo I. Cuerdo*
REYNALDO I. CUERDO
Nagsasalaysay

PINATUTUNAYAN KO, sa bisa ng kapangyarihan itinatagubilin sa ilalim ng Seksyon 420, batas Republika Blg. 7160, na ang taong nagsalaysay na may katibayan sa Paninirahan Blg. 13631401, na iginawad noong Pebrero 24, 1992 sa Catanauan, Quezon, ay siya ring tao na nagsagawa ng MALAYANG SALAYSAY sa aking harapan, na kanyang isinagawa ng buong kalayaan, ay lubos nauunawaan bago nilagdaan.

SAKSI ANG AKING LAGDA, ngayong ika-3 ng Disyembre, 1992, dito sa Barangay Ibabang Tagabas, Catanauan, Quezon, PILIPINAS.

*Domingo S. Porley Sr.*
DOMINGO S. PORLEY, SR.
Punong Barangay

REPUBLIKA NG PILIPINAS )
LUNSOD NG LUCENA        ) S.S

## MALAYANG SALAYSAY
### (Affidavit)

Ako, NICOLAS P. REGIO SR., 68 taong gulang, may asawa, Pilipino, naninirahan at may pahatirang sulat sa Brgy. San Isidro, Catanauan Quezon, matapos makapanumpa ng naaayon sa batas ay malaya at kusang loob na NAGPAPATOTOO at nagsasalaysay ng mga sumusunod;

1. Na, noong ika-8 ng Agosto 1982 ay ako ang Punong Barangay sa San Isidro, Catanauan Quezon, oras ay humigit kumulang sa ika-10:00 ng umaga ay may mga militar na nagtungo sa aming Barangay na nasasakupan ko, na ang nasabing militar ay pinamumunuan ng isang Sarhento Paras 16IB, Philippine Army;

2. Na, inipon ko ang mga tao ng nasabing mga militar ang mga kalalakihan at mga kababaihan na matapos maipon ay pinadapa sa lupa at pinag-tatadyakan, pinaputukan sa malapit sa tainga at mayroong pinalo ng puluhan ng baril sa dibdib at likod, na ito ang sanhi ng pagsuka ng dugo;

3. Na, ipinagbigay-alam ko agad sa aming Punong-Bayan, ARTEMIO N. NATIVIDAD;

4. Na, ang dahilan sa naganap na pagpapahirap ng mga militar sa aking mga kabarangay, ang mga tao ay karaniwan sa kanila ay nagkaroon ng sakit o ng karamdamang ang iba ay mamatay na hindi man lang nakaroon ng katarungan ang mga naganap na kalapastanganan sa kanila;

5. Na, ginawa ko ang salaysay na ito ay hindi ako tinakot o biniggyan ng anumang pabor o binayaran, ito ay kusang loob ko na magsalaysay bilang PAGPAPATOTOO sa naganap na pangyayaring karahasan.

SA KATUNAYAN NG LAHAT, na ito ay lumagda ako sa mababa nito ng aking pangalan ngayong ika- 6 ng Abril dito sa Lungsod ng Lucena.C

*Nicolas P. Regio SR.,*
NICOLAS P. REGIO SR.
Nagsalaysay

I HEREBY CERTIFY, by virtue of previlege under Art. 354 of the Revised Penal Code, that the affiant whose name and signature mentioned above exempted from Residence Certificate being old person is same person who executed the foregoing MALAYANG SALAYSAY which acknwledged before me and voluntary act and deed.

WITNESS MY HAND, this 6 of April, 1993 Lucena City.

RENATO M. MATUTO
Administering Officer
Administrator
BUKLURANG PILIPINO, INC.
S.E.C Rgtn.No. AN092-02562
53 A-1 Bagonia Bldg., Que.Ave.Extn.
Gulang-Gulang Lucena City

REPUBLIKA NG PILIPINAS )
LUNGSOD NG LUCENA       ) S.S.
x - - - - - - - - - - x

### PINAGSAMANG MAGKAKASAMANG
### SALAYSAY

KAMI, ang mga pangalan at mga lagda ay nasa mababa nito at kasunod na dahon, pawang sapat ang gulang, pawang may-asawa, mga Pilipino, naninirahan at may pahatirang sulat sa Barangay San Isidro, Catanauan, Quezon, matapos makapanumpa ng naaayon sa batas ay malaya at kusang loob na NAGPAPATUTOO at nagsasalaysay ng mga sumusunod:

1. Na, nakikilala namin ang aming mga kabarangay gayon din aming nababatid ang bawa't pangyayaring naganap sa aming barangay;

2. Na, pinatutunayan namin ang naganap na pangyayari sa aming barangay nuong ika 9 ng Agosto, 1992, na may isang grupo ng mga militar ang nagpunta sa aming barangay na ang namumuno sa nasabing mga militar ay isang arhento PABLO ALERTA GO., 16 IB, Philippine Army ang nagsagawa ng pagpapahirap sa mga tao ng aming barangay, inipon ng mga militar ang mga tao at pinalaping hili-hilira, pinagmartsahan sa likod ang mga tao, pinagbabayo ng kulata ng baril, pinagtatadyakan, at mga tao ay pinasuka ng dugo, marami ang nawalan ng malay-tao, bago iniwan ng mga militar;

3. Na, ang nasabing pagkapagparusa ng mga militar sa mga residente ng arangay San Isidro, ay iniReport sa punong Bayan ng Catanauan Quezon ARSENIO NATIVIDAD Kinabukasan matapos maganap ang pagpaparusa ng mga militar, petsa 10 Agosto, 1992;

4. Na, ang mga taong lunasap ng parusa ng mga militar ay mga napilayan ang likod, ibigbib, na na ging dahilan upang magkaruon ng sakit sa baga, ang iba sa kanila ay mga patay na sa kasalukuyan;

5. Na, ang nabanggit na pangyayari ay totoo naming nababat sapagka't ang mga taong tumanggap ng kalupitan ng mga militar ay walang iba kundi kami rin na may mga lagda sa mababa at kasunod na dahon;

6. Na, isinagawa namin ang salaysay naming ito ng buong kalayaan at bukal sa aming kalooban, na kami y hindi tinakot nino man, hindi rin kami inalok ng anumang pabor, isinagawa namin ito sapagka't ito ang tutoo at pawang katutuhanan sa abot ng aming kaalaman.

SA KATUNAYAN NG LAHAT, ay lumagda kami sa mababa nito at kasunod na dahon ngayong ika 06 ng Abril, 1993, dito sa Lunsod ng Lucena.

DEMETRIO Q. REGIO SR.       GREGORIO P. RODELAS
Nagsalaysay                 Nagsalaysay
Res. Cert. No. 13631555     Res. Cert. No. 22386591
Issued on Feb. 26, 1993     Issued on May 14, 1992
at Catanauan, Quezon;       at Catanauan, Quezon;

LEANDRO R. REGIO
Nagsalaysay
Res. Cert. No. 530727
Issued on Sept. 7, 1992
at Catanauan, Quezon

Dahon Blg. 2, **NAGKAKAISANG MARAMIHANG SALAYSAY**

REYNALDO I. CUERDO
Nagsalaysay
Res. Cert. No. 13631401
Issued on Feb. 24, 1992
at Catanauan Quezon

JUANA R. REGIO
Nagsalaysay
Res. Cert. No. 21478321
Issued on Feb. 4, 1992
at Catanauan Quezon

GREGORIO A. PENARUBIA
Nagsalaysay
Res. Cert. No. EXEMPTED
          old person
Catanauan Quezon

MOISES R. CEZAR
Nagsalaysay
Res. Cert. No. 13803793
Issued on March 29, 1992
at Catanauan Quezon

FORTUNATO P. QUERUBIN
Nagsalaysay
Res. Cert. No. 13632961
Issued on April 7, 1992
at Catanauan Quezon

EMETERIO R. REGIO JR.
Nagsalaysay
Res. Cert. No. 9233600
Issued on June 5, 1992
at Catanauah Quezon

SANCHO Q. PERMIJO
Nagsalaysay
Res. Cert. No. 13631067
Issued on June 5, 1992
at Catanauan Quezon

I HEREBY CERTIFY, by virtue of previlege under Art. 354 of the REVISED Penal Code, that the affiants whose name and signature and Residence Certificate Nos. appears in the front page and page 2 hereof, known to me and to me known to be the same person who executed the foregoing PINAG ISANG MARAMIHANG SALAYSAY which they acknowledged before me their free and voluntary act and deed and fully understand the contents therein.
WITNESS MY HAND this 06 April, 1993, Lucena City.

RENATO A. MATUTO
Administering officer
Administrator
BUKLURANG PILIPINO, INC.
S.E.C. Rgtn. No. AN092-02582
53 A-1 Vegonia Bldg., Quezon Ave. Ext.
Gulang-Gulang Lucena City



