ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 7 2006

at 9 o'clock and 05 min. A M
SUE BEITIA, CLERK

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

|  |  |
|---|---|
| IN RE: | MDL NO. 840 |
|  | No. 86-390 |
| ESTATE OF FERDINAND E. MARCOS | No. 86-330 |
| HUMAN RIGHTS LITIGATION |  |
|  |  |
| THIS DOCUMENT RELATES TO: |  |
|  | ORDER |
| **Hilao et al v. Estate of Ferdinand E. Marcos,** |  |
| **and** |  |
| **DeVera et al v. Estate of Ferdinand E. Marcos.** |  |

## ORDER

The Court has carefully reviewed Class Counsel's Motion for an Interim Award of Attorneys' Fees and Reimbursement of Expenses, their memorandum and exhibits in support thereof and the letters of class members commenting thereon. The Court orders as follows:

1.    The Fund derived from execution on the Judgment in this action has assets of approximately $36.4 million, of which in excess of $1.6 million derives from collections other than in Merrill Lynch v. Arelma.

2.    The expenses of Class Counsel are approved for partial payment in the amount of $753,000 from non-Arelma collections.

3.    The fees and expenses of the Special Master, Sol Schreiber, are approved for payment from non-Arelma collections upon submission to the Court of a detailed invoice.

20828_1

4.      Class Counsel are awarded interim counsel fees of 10% of the Fund payable upon issuance of the mandate (the "Mandate") of the Court of Appeals per its Order of June 22, 2006 in the appeals in <u>Merrill Lynch v. Arelma.</u>

5.      Upon issuance of the Mandate, Class Counsel shall distribute the sum of $2,000 to eligible Class members on a *per capita* basis.  Eligible Class members are those Class members who submitted claim forms in 1993 and 1999.

Dated: Honolulu, Hawaii, June **2 6** , 2006

BY THE COURT:

_____

Manuel L. Real
MDL 840 Transferee Judge

2