cc: MLR

REPUBLIKA NG PILIPINAS [illegible]
[illegible]

CIVIL NO. 03-11111
(MDL 840) MARCOS
HUMAN RIGHTS LITIGATION

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 21 2006
1:25pm
DISTRICT OF HAWAII

## SALAYSAY [illegible]
(AFFIDAVIT)

Ako, [illegible], sapat ang gulang, [illegible] Filipino, naninirahan at may pahatirang sulat sa Barangay San Isidro, [illegible], Quezon, matapos makapanumpa ng naaayon sa batas ay malaya at kusang loob na NAGPAPAHAYAG sa pagsasalaysay ng mga sumusunod:

1. Na, ako at ang aking pamilya ay mga magniniyog (cocofarmers), [illegible] ng Agosto, 198[illegible], [illegible] ng umaga [illegible], ay may isang grupo ng mga militar na pinamumunuan ng isang Sarhento [illegible], 16 IB, nagtanong [illegible], at [illegible] ay [illegible] nalalaman [illegible] isina mong sa akin, [illegible] tinutok agad sa aking dibdib, at tuloy tinadyakan sa lupa, [illegible] ng kanilang [illegible]; at nang ako'y [illegible] ng aking [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] ng mga militar, [illegible] [illegible]

2. Na, [illegible] ang salaysay [illegible] ito na ang [illegible] [illegible] pa ang katotohanan sa abot ng aking kaalaman.

SA KATUNAYAN NG LAHAT ng ito ay lumagda ako sa ibaba nito ngayong ika [illegible] ng Disyembre, 199[illegible], dito sa Barangay [illegible], [illegible], Quezon.

[signature]
[illegible]
Nagsalaysay

PINATUTUNAYAN KO, sa bisa ng kapangyarihang itinatagubilin sa [illegible] ng Saligang Batas, Batas Republika Blg. 7160, na ang taong nagsalaysay sa may katibayan sa Paninirahan Blg. [illegible]1555, na ipinalabas noong Pebrero 26, 1992 sa Gatanauan, Quezon, ay [illegible] na [illegible] SALAYSAY sa aking harapan, na [illegible] sa buong salaysay, at lubos na nauunawaan bago niya nilagdaan.

SINUMPAAN [illegible], ngayong ika [illegible] ng Disyembre, 1992, dito sa Barangay [illegible], Quezon, PILIPINAS.

Domingo S. Polg[illegible] Sr.
[illegible]
Punong Barangay

REPUBLIKA NG PILIPINAS )
LUNSOD NG LUCENA ) S.S

MALAYANG SALAYSAY
(Affidavit )

Ako, NICOLAS P. REGIO SR., 68 taong gulang, may asawa, Pilipino, naninirahan at may pahatirang sulat sa Brgy. San Isidro, Catanauan Quezon, matapos makapanumpa ng naaayon sa batas ay malaya at kusang loob na NAGPAPATOTOO at nagsasalaysay ng mga sumusunod;

1. Na, noong ika-8 ng Agosto 1982 ay ako ang Punong Barangay sa San Isidro, Catanauan Quezon, oras ay humigit kumulang sa ika-10:00 ng umaga ay may mga militar na nagtungo sa aming Barangay na nasasakupan ko, na ang nasabing militar ay pinamumunuan ng isang Sarhento Paras 16IB, Philippine Army;

2. Na, inipon ko ang mga tao ng nasabing mga militar ang mga kalalakihan at mga kababaihan na matapos maipon ay pinadapa sa lupa at pinag-tatadyakan, pinaputukan sa malapit sa tainga at mayroong pinalo ng puluhan ng baril sa dibdib at likod, na ito ang sanhi ng pagsuka ng dugo;

3. Na, ipinagbigay-alam ko agad sa aming Punong-Bayan, ARTEMIO R. NATIVIDAD;..

4. Na, ang dahilan sa naganap na pagpapahirap ng mga militar sa aking mga kabarangay, ang mga tao ay karaniwan sa kanila ay nagkaroon ng sakit o ng karamdamang ang iba ay namatay na hindi man lang nagkaroon ng katarungan ang mga naganap na kalapastanganan sa kanila;

5. Na, ginawa ko ang salaysay na ito ay hindi ako tinakot o binigyan ng anumang pabor o binayaran, ito ay kusang loob ko na magsalaysay bilang PAGPAPATOTOO sa naganap na pangyayaring karahasan.

SA KATUNAYAN NG LAHAT, na ito ay lumagda ako sa mababa nito ng aking pangalan ngayong ika- 6 ng Abril dito sa Lungsod ng Lucena.C

Nicolas P. Regio Sr.,
NICOLAS P. REGIO SR.
Nagsalaysay

I HEREBY CERTIFY, by virtue of provilege under Art. 354 of the Revised Penal Code, that the affiant whose name and signature mentioned above exempted from Residence Certificate being old person is same person who executed the foregoing MALAYANG SALAYSAY which acknwledged before me and voluntary act and deed.

WITNESS MY HAND, this 6 of April, 1993 Lucena City.

RENATO W. MATUTO
Administering Officer
Administrator
BUKLURANG PILIPINO, INC.
S.E.C Rgtn.No. AN092-02582
53 A-1 Bagonia Bldg.,Que.Ave.Extn.
Gulang-Gulang Lucena City

REPUBLIKA NG PILIPINAS)

LUNGSOD NG LUCENA ) S.S.

x - - - - - - - - - x

PINAG ISANG [illegible]
SA SALAYSAY

KAMI, ang mga pangalan at mga lagda ay nas a mababa nito at kasunod na dahon, pawang sapat ang gulang, pawang may-asawa, mga Pilipino, naninirahan at may pahatirang sulat sa Barangay San Isidro, Catanauan, Quezon, matapos makapanumpa ng naaayon sa batas ay malaya at kusang loob na NAGPAPATUTOO at nagsasalaysay ng mga sumusunod:

1. Na, nakikilala namin ang aming mga kabarangay gayon din aming nababatid ang bawa't pangyayaring naganap sa aming barangay;

2. Na, pinatutunayan namin ang naganap na pangyayari sa aming barangay nuong ika 9 ng Agosto, 1982, na may isang grupo ng mga militar ang nagpunta sa aming barangay na ang namumuno sa nasabing mga militar ay isang Sarhento [illegible], 16 IB, Philippine Army ang nagsagawa ng pagpapahirap sa mga tao ng a ming barangay, inipon ng mga militar ang mga tao at pinadapang hili-hilira, pinagpartsahan sa likod ang mga tao, pinagbabayo ng kulata ng baril, pinagtatadyakan, at ang mga tao ay pinasuka ng dugo, marami ang nawalan ng malay-tao, bago iniwan ng mga militar;

3. Na, ang nasabing pagkapagparusa ng mga militar sa mga residente ng Barangay San Isidro, ay inireport sa Punong Bayan ng Catanauan, Quezon ARTEMIO NA TIVIDAD kinabukasan matapos maganap ang pagpaparusa ng mga militar, petsa 10 Agosto, 1982;

4. Na, ang mga taong lumasap ng parusa ng mga militar ay mga napilayan ang likod, dibdib, na na ging dahilan upang magkaruon ng sakit sa baga, ang iba sa kanila ay mga patay na sa kasalukuyan;

5. Na, ang nabanggit na pangyayari ay tuhos naming nababatid sapagka't ang mga taong tumanggap ng kalupitan ng mga militar ay walang iba kundi kami rin na may mga lagda sa mababa at kasunod na dahon;

6. Na, isinagawa namin ang salaysay naming ito ng buong kalayaan at bukal sa aming kalooban, na kami'y hindi tinakot nino man, hindi rin kami inalok ng anumang pabor, isin agawa namin ito sapagka't ito ang tutoo at pawang katotohanan sa abot ng aming kaalaman.

SA KATUNAYAN NG LAHAT, ay lumagda kami sa mababa nito at kasunod na dahon ngayong ika 06 ng Abril, 1993, dito sa Lunsod ng Lucena.

EMETERIO Q. REGIO Sr.
Nagsalaysay
Res. Cert. No. 13631555
Issued on Feb. 26, 1993
at Catanauan, Quezon;

GREGORIO P. ROBLAS
Nagsalaysay
Res. Cert. No. 22386591
Issued on May 14, 1992
at Catanauan, Quezon;

LEANDRO R. REGIO
Nagsalaysay
Res. Cert. No. 530727
Issued on Sept. 7, 1992
at Catanauan, Quezon

MABINI D. ARBOLEDA
Nagsalaysay
Res. Cert. No. 5766614
issued on 1-7-1992
at Catanauan Quezon

Reynaldo I. Cuerdo
REYNALDO I. CUERDO
Nagsalaysay
Res. Cert. No. 13631401
Issued on Feb. 24, 1992
at Catanauan Quezon

Juana R. Regio
JUANA R. REGIO
Nagsalaysay
Res. Cert. No. 21478321
Issued on Feb. 4, 1992
at Catanauan Quezon

Gregorio A. Penarubia
GREGORIO A. PENARUBIA
Nagsalaysay
Res. Cert. No. EXEMPTED
old person
Catanauan Quezon

Moises R. Cezar
MOISES R. CEZAR
Nagsalaysay
Res. Cert. No. 13803793
Issued on March 29, 1992
at Catanauan Quezon

Fortunato P. Querubin
FORTUNATO P. QUERUBIN
Nagsalaysay
Res. Cert. No. 13632961
Issued on April 7, 1992
at Catanauan Quezon

Emeterio R. Regio Jr.
EMETERIO R. REGIO JR.
Nagsalaysay
Res. Cert. No. 9233600
Issued on June 5, 1992
at Catanauan Quezon

Sancho Q. Permejo
SANCHO Q. PERMEJO
Nagsalaysay
Res. Cert. No. 13631067
Issued on June 5, 1992
at Catanauan Quezon

I HEREBY CERTIFY, by virtue of previlege under Art. 354 of the REVISED Penal Code, that the affiants whose name and signature and Residence Certificate Nos. appears in the front page and page 2 hereof, known to me and to me known to be the same person who executed the foregoing PINAG ISANG MARAMIHANG SALAYSAY which they acknowleged before me their free and voluntary act and deed and fully understand the contents therein.

WITNESS MY HAND this 06 April, 1993, Lucena City.

RENATO A. MATUTO
Administering officer
Administrator
BUKLURANG PILIPINO, INC.
S.E.C. Rgtn. No. AN092-02582
53 A-1 Vegonia Bldg., Quezon Ave. Ext.
Gulang-Gulang Lucena City