REPUBLIKA NG PILIPINAS )
LALAWIGAN NG QUEZON   ) S.S.
BAYAN NG CATANAUAN    )

## MALAYANG SALAYSAY
(Affidavit)

Ako, EMETERIO R. REGIO JR., binata, 23 taong gulang, Pilipino, naninirahan at may pahatirang sulat sa Barangay San Isidro, Catanauan Quezon, matapos makapanumpa ng naaayon sa batas ay malayan at kusang loob na NAGPAPATOTOO at nagsasalaysay ng mga sumusunod:

1. Na, ako at ang aking mga magulang ay pawang magsasaka lamang at noong ika-8 ng Agusto 1982, ang aking oras humigit kumulang ika- 10:00 ng umaga ay may isang grupo ng militar na pinamumunuan ni Sarhento Paras 16-LB, ang n<sub>g</sub>tungo sa aming tahanan at itagin ang nagg-bugbog sa aking mga magulang at kapatid, na sina Emeterio Regio Sr. na aking Ama, Juana Regio, aking ina, at si Leandro Regio ang aking kapatid. Subalit ng aking makitang binubog ang aking mga magulang at kapatid ay ako'y lumapit sa kanila at ako'y nakikiusap na kung maaari ay huwag nila g pahirapan sila, subalit ako'y kinulata agad ng baril saaking tagiliran, at ako'y pinadapa sa lupa, pinagyayapakan sa likod at pinaputukan ng baril sa ulunan, kaya't ako y nabingi ng may isang buwan. Hindi ako makarinig sa loob ng isang buwang iyon. At sa labis na pagpaparusa sa akin ay ako'y naging tu ala, malilimutin, at ako'y na- confine sa Ospital na may isang buwan.

2. Na, isinagawa ko ang aking salaysay na ito na ako'y hindi tinakot ninuman, hindi rin ako binayaran o inalok ng anumang pabor ninuman, isinagawa ko ito sapagka't ito ang totoo at pawang katutuhanan sa abot ng aking makakayanang kaalaman.

SA KATUNAYAN NG LAHAT ay lumagda ako sa mababa nito ngayong ika- 3 ng Disyembre, 1992, dito sa Barangay Ibabang Tagabas, Catanauan Quezon.

                                         (signed)
                                    EMETERIO R. REGIO JR.
                                        Nagsasalaysay

PINATUTUNAYAN KO, sa bisa ng kapangyarihan itinatagubilin sa ilalim ng Seksyon 420, Batas Republika Blg. 7160, na ang taong nagsasalaysay na may katibayan sa paninirahan blg. 92 600 na iginawad noong ika- 5 ng Hunyo 1992 sa Mandaluyong, Metro Manila, ay siya ring tao na nagsasagawa ng MALAYANG SALAYSAY sa aking harapan, na kanyang isinagawa ng buong kalayaan, at lubos nauunawaan bago niya nilagdaan,

SAKSI AKO SA ANIYANG LAGDA, ngayong ika- 3 ng Disyembre, 1992, dito sa Barangay Ibabang Tagabas, Catanauan Quezon, PILIPINAS.

                                         (signed)
                                    DOMINGO S. PORLAS
                                      Punong Barangay

REPUBLIKA NG PILIPINAS )
LUNGSOD NG LUCENA      ) S.S

## MALAYANG SALAYSAY
(Affidavit)

Ako, NICOLAS P. REGIO SR., 68 taong gulang, may asawa, Pilipino, naninirahan at may pahatirang sulat sa Brgy. San Isidro, Catanauan Quezon, matapos makapanumpa ng naaayon sa batas ay malaya at kusang loob na NAGPAPATOTOO at nagsasalaysay ng mga sumusunod;

1. Na, noong ika-8 ng Agosto 1982 ay ako ang Punong Barangay sa San Isidro, Catanauan Quezon, oras ay humigit kumulang sa ika-10:00 ng umaga ay may mga militar na nagtungo sa aming Barangay na nasasakupan ko, na ang nasabing militar ay pinamumunuan ng isang Sarhento Paras 16IB, Philippine Army;

2. Na, inipon ko ang mga tao ng nasabing mga militar ang mga kalalakihan at mga kababaihan na matapos maipon ay pinadapa sa lupa at pinag-tatadyakan, pinaputukan sa malapit sa tainga at mayroong pinalo ng puluhan ng baril sa dibdib at likod, na ito ang sanhi ng pagsuka ng dugo;

3. Na, ipinagbigay-alam ko agad sa aming Punong-Bayan, ARTEMIO N. NATIVIDAD;

4. Na, ang dahilan sa naganap na pagpapahirap ng mga militar sa aking mga kabarangay, ang mga tao ay karaniwan sa kanila ay nagkaroon ng sakit o ng karamdaman, ang iba ay namatay na hindi man lang nagkaroon ng katarungan ang mga naganap na kalapastanganan sa kanila;

5. Na, ginawa ko ang salaysay na ito ay hindi ako tinakot o binigyan ng anumang pabor o binayaran, ito ay kusang loob ko na magsalaysay bilang PAGPAPATOTOO sa naganap na pangyayaring karahasan.

SA KATUNAYAN NG LAHAT, na ito ay lumagda ako sa ibaba nito ng aking pangalan ngayong ika-6 ng Abril dito sa Lungsod ng Lucena.C

NICOLAS P. REGIO SR.
Nagsalaysay

I HEREBY CERTIFY, by virtue of provilege under Art. 354 of the Revised Penal Code, that the affiant whose name and signature mentioned above exempted from Residence Certificate being old person is same person who executed the foregoing MALAYANG SALAYSAY which acknowledged before me and voluntary act and deed.

WITNESS MY HAND, this 6 of April, 1993 Lucena City.

RENATO V. MATUTO
Administering Officer
Administrator
BUKLURANG PILIPINO, INC.
S.E.C Rgtn.No. AN092-02502
54 A-1 Bagonia Bldg., Quo.Ave.Extn.
Gulang-Gulang Lucena City

REPUBLIKA NG PILIPINAS;

LUNSOD NG LUCENA    ) S.S.

x - - - - - - - - x

## SINUMPAANG SALAYSAY

KAMI, ang mga pangalan at mga lagda ay nasa mababa nito at kasunod na dahon, pawang sapat ang gulang, pawang may-asawa, mga Pilipino, naninirahan at may pahatirang sulat sa Barangay San Isidro, Catanauan, Quezon, matapos makapanumpa ng naaayon sa batas ay malaya at kusang loob na NAGPAPATUTOO at nagsasalaysay ng mga sumusunod:

1. Na, nakikilala namin ang aming mga kabarangay gayon din aming nababatid ang bawa't pangyayaring naganap sa aming barangay;

2. Na, pinatutunayan namin ang nagnas na pangyayari sa aming barangay nuong ika 9 ng Agosto, 1982, na may isang grupo ng mga militar ang nagpunta sa aming barangay na ang numero sa nasabing mga militar ay isang arhonto PARDO, ALPHA 60, 16, Philipino, may ang nagnanawa ng pagpapahirap sa mga tao ng aming barangay, ininom ng mga militar ang mga tao at pinadapang hili-hilira, pinaggagartuhan sa likod ang mga tao, pinagbabayo ng kulata ng baril, pinagtatadyakan, at ang mga tao ay ninasuka ng dugo, marami ang nawalan ng malay-tao, bago iniwan ng mga militar;

3. Na, ang nasabing pagkapagparusa ng mga militar sa mga residente ng Barangay San Isidro, ay inireport sa punong Bayan ng Catanauan, Quezon ARSENIO NATIVIDAD kinabukasan matapos maganap ang pagpaparusa ng mga militar, petsa 10 Agosto, 1982;

4. Na, ang mga taong tumasap ng parusa ng mga militar ay mga napilayan ang likod, dibdib, na na ring dahilan upang magkaruon ng sakit sa baga, ang iba sa kanila ay mga patay na sa kasalukuyan;

5. Na, ang nabanggit na pangyayari ay tubos naming nababatid sapagka't ang mga taong tumanggap ng kalupitan ng mga militar ay walang iba kundi kami rin na may mga lagda sa mababa at kasunod na dahon;

6. Na, isinagawa namin ang salaysay naming ito ng buong kalayaan at bukal sa aming kalooban, na kami'y hindi tinakot nino man, hindi rin kami inalok ng anumang pabor, isinagawa namin ito sapagka't ito ang totoo at pawang katutuhanan sa abot ng aming kaalaman.

SA KATUNAYAN NG LAHAT, ay lumagda kami sa mababa nito at kasunod na dahon ngayong ika 06 ng Abril, 1993, dito sa Lunsod ng Lucena.

METRIO Q. RECIO SR.    GREGORIO P. RODELAS
Nagsalaysay              Nagsalaysay
Res. Cert. No. 13631555   Res. Cert. No. 22386591
Issued on Feb. 26, 1993   Issued on May 14, 1992
at Catanauan, Quezon;     at Catanauan, Quezon;

LEANDRO R. RECIO
Nagsalaysay
Res. Cert. No. 530727
Issued on Sept. 7, 1992
at Catanauan, Quezon

[illegible signature]
Nagsalaysay
Res. Cert. No. [illegible]
Issued on [illegible]
at [illegible]

Dahon Blg. 2, NAGKAKAISANG MARAMIHANG SALAYSAY

REYNALDO I. CUERDO
Nagsalaysay
Res. Cert. No. 13631401
Issued on Feb. 24, 1992
at Catanauan Quezon

JUANA R. REGIO
Nagsalaysay
Res. Cert. No. 21478321
Issued on Feb. 4, 1992
at Catanauan Quezon

GREGORIO A. PENARUBIA
Nagsalaysay
Res. Cert. No. EXEMPTED
        old person
Catanauan Quezon

MOISES R. CEZAR
Nagsalaysay
Res. Cert. No. 13803793
Issued on March 29, 1992
at Catanauan Quezon

FORTUNATO P. QUERUBIN
Nagsalaysay
Res. Cert. No. 13632961
Issued on April 7, 1992
at Catanauan Quezon

EMETERIO R. REGIO JR.
Nagsalaysay
Res. Cert. No. 9233600
Issued on June 5, 1992
at Catanauan Quezon

SANCHO Q. PERMIJO
Nagsalaysay
Res. Cert. No. 13631867
Issued on June 5, 1992
at Catanauan Quezon

I HEREBY CERTIFY, by virtue of previlege under Art. 354 of the REVISED Penal Code, that the affiants whose name and signature and Residence Certificate Nos. appears in the front page and page 2 hereof, known to me and to me known to be the same person who executed the foregoing PINAG ISANG MARAMIHANG SALAYSAY which they acknowledged before me their free and voluntary act and deed and fully understand the contents therein.

WITNESS MY HAND this 06 April, 1993, Lucena City.

DONATO M. NATUTO
Administering officer
Administrator
BURKULANG PILIPINO, INC.
S.E.C. Rgtn. No. AN092-02562
53 A-1 Vegonia Bldg., Quezon Ave. Ext
Gulang-Gulang Lucena City