REPUBLIKA NG PILIPINAS )
LALAWIGAN NG QUEZON ) S.S.
BAYAN NG CATANAUAN )
x - - - - - - - - - x

## SALAYSAY
### (AFFIDAVIT)

Ako, si _____ R. PELLO, sapat ang gulang, kasal kay _____, taga _____, Pilipino, naninirahan at may pahatirang sulat sa Barangay San Isidro, Catanauan, Quezon, matapos makapanumpa ng naaayon sa batas ay malaya at kusang loob na NAGPAPAHAYAG at nagsasalaysay ng mga sumusunod:

1. Na, ako at ang pamilya ko ay mga naninirahan, at noong ika-___ ng Agosto, 1982, ang oras ay maigis kumuha sa ika 10 ng umaga, ay nadatnan ko sa bahay ng aking mga magulang na may mga militar na pinamumunuan ng isang Sarhento PAMAS, 16 IB, at binubugbog ang aking amang si _____ PELLO, at nang makita ko ang ginagawang pambubugbog ng mga militar sa aking ama ay tinanong ko ang mga militar kung ano ang kasalanan ng aking ama, at nang marinig ng mga militar ang aking pagtatanong ay _____ ako, na ako'y pinagdudulutan ng kanilang mga baril, at tinanong ako kung saan itinatago ang mga baril, at ang sagot ko naman ay wala akong nakalaman sa kanilang itinatanong, at ...

[text heavily faded and partially illegible]

2. Na, isinagawa ko ang salaysay kong ito na ako'y hindi sinukol, hindi rin ako binayaran o inalok ng anuman, pabor, kundi kagustuhan ko ito upang ipagbigay-alam ang buo at pawang katotohanan sa lahat ng nakalagda.

SA KATUNAYAN NITO ay lumagda ako sa masdan mata ngayong ika ___ ng _____, 199_, dito sa Barangay Ibabang _____, _____, Quezon.

[signature]

SUMUMPA AT NILAGDAAN sa harap ko bisa ng kapangyarihang ipinagkakaloob sa akin ng Seksyon 420 ng Batas Republika Blg. 7160, na aking pinatutunayan ng Maysalaysay na Naninirahan Blg. 5303727P na ibinigay sa kanya noong Enero 7, 1992, sa Catanauan, Quezon, ay nagsalaysay sa aking wagas na idinikta niya rin ang nilalaman ng SALAYSAY-AFFIDAVIT na kanyang sinumpaan na ang nilalaman niyon ay totoo at tumpak at kanyang nauunawaan bago niya nilagdaan.

Isinagawa sa LIPA, ngayong ika 5 ng _____, 1992, sa Ibabang Tagabas, Catanauan, Quezon.

[signature]
Domingo S. Poly Sr.
Punong Barangay

REPUBLIKA NG PILIPINAS )
LUNSOD NG LUCENA ) S.S

## MALAYANG SALAYSAY
(Affidavit)

Ako, NICOLAS P. REGIO SR., 63 taong gulang, may asawa, Pilipino, naninirahan at may pahatirang sulat sa Brgy. San Isidro, Catanauan Quezon, matapos makapanumpa ng naaayon sa batas ay malaya at kusang loob na NAGPAPATOTOO at nagsasalaysay ng mga sumusunod;

1. Na, noong ika-8 ng Agosto 1982 ay ako ang Punong Barangay sa San Isidro, Catanauan Quezon, oras ay humigit kumulang sa ika-10:00 ng umaga ay may mga militar na nagtungo sa aming Barangay na nasasakupan ko, na ang nasabing militar ay pinamumunuan ng isang Sarhento Paras 16IB, Philippine Army;

2. Na, inipon ko ang mga tao ng nasabing mga militar ang mga kalalakin n at mga kababaihan na matapos maipon ay pinadapa sa lupa at pinag-tatadyakan, pinaputukan sa malapit sa tainga at mayroong pinalo ng puluhan ng baril sa dibdib at likod, na ito ang sanhi ng pagsuka ng dugo;

3. Na, ipinagbigay-alam ko agad sa aming Punong-Bayan, ARTEMIO N. NATIVIDAD;

4. Na, ang dahilan sa naganap na pagpapanirap ng mga militar sa aking mga kabarangay, ang mga tao ay karaniwan sa kanila ay nagkaroon ng sakit o ng karamdaman ang iba ay mamatay na hindi man lang nagkaroon ng katarungan ang mga naganap na kalapastanganan sa kanila;

5. Na, ginawa ko ang salaysay na ito ay hindi ako tinakot o binigyan ng anumang pabor o binayaran, ito ay kusang loob ko n magsalaysay bilang PAGPAPATOTOO sa naganap na pangyayaring karahasan.

SA KATUNAYAN NG LAHAT, na ito ay lumagda ako sa mababa nito ng aking pangalan ngayong ika- 6 ng Abril dito sa Lungsod ng Lucena.C

NICOLAS P. REGIO SR.
Nagsalaysay

I HEREBY CERTIFY, by virtue of provilege under Art. 354 of the Revised Penal Code, that the affiant whose name and signature mentioned above exempted from Residence Certificate being old person is same person who executed the foregoing MALAYANG SALAYSAY which acknwledged before me and voluntary act and deed.

WITNESS MY HAND, this 6 of April, 1993 Lucena City.

RENATO M. MATUTO
Administering Officer
Administrator
BUKLURANG PILIPINO, INC.
S.E.C Rgtn.No. AN092-02582
53 A-1 Bagonia Bldg.,Que.Ave.Extn.
Gulang-Gulang Lucena City

REPUBLIKA NG PILIPINAS )
LALAWIGAN NG LAGUNA   ) S.S.
x - - - - - - - - - x

**SINUMPAANG SALAYSAY**

KAMI, ang mga pangalan at mga lagda ay nasa mababa nito at kasunod na dahon, pawang sapat ang gulang, pawang may-asawa, mga Pilipino, naninirahan at may pahatirang sulat sa Barangay San Isidro, Catanauan, Quezon, matapos makapanumpa ng naaayon sa batas ay malaya at kusang loob na NAGPAPATUNAY at nagsasalaysay ng mga sumusunod:

1. Na, nakikilala namin ang aming mga kabarangay gayon din aming nababatid ang bawa't pangyayaring naganap sa aming barangay;

2. Na, pinatutunayan namin ang naganap na pangyayari sa aming barangay nuong ika 9 ng Agosto, 1992, na may isang grupo ng mga militar ang nagpunta sa aming barangay na ang namumuno sa nasabing mga militar ay isang arhento PABLO, MARIA CO., 16 IB, Pilipino, may ang nagagawa ng pagpapahirap sa mga tao ng aming barangay, ininoms ng mga militar ang mga tao at pinadapang hili-hilira, pinagmartsahan sa likod ang mga tao, pinagbabayo ng kulata ng baril, pinagtatadyakan, at ang mga tao ay pinasuka ng dugo, marami ang nawalan ng malay-tao, bago iniwan ng mga militar;

3. Na, ang nasabing pagkapagparusa ng mga militar sa mga residente ng Barangay San Isidro, ay inireport sa Punong Bayan ng Catanauan, Quezon ANTONIO NATIVIDAD kinabukasan matapos maganap ang pagpaparusa ng mga militar, petsa 10 Agosto, 1992;

4. Na, ang mga taong hinansap ng parusa ng mga militar ay mga napilayan ang likod, dibdib, na na ring dahilan upang magkaruon ng sakit sa baga, ang iba sa kanila ay mga patay na sa kasalukuyan;

5. Na, ang nabanggit na pangyayari ay tubos naming nababatid sapagka't ang mga taong tumanggap ng kalupitan ng mga militar ay walang iba kundi kami rin na may mga lagda sa mababa at kasunod na dahon;

6. Na, isinagawa namin ang salaysay naming ito ng buong kalayaan at bukal sa aming kaloohan, na kami'y hindi tinatakot sino man, hindi rin kami inalok ng anumang pabor, isinagawa namin ito sapagka't ito ang tutoo at pawang katutuhanan sa abot ng aming kaalaman.

SA KATUNAYAN NG LAHAT, ay lumagda kami sa mababa nito at kasunod na dahon ngayong ika 06 ng Abril, 1993, dito sa Lungsod ng Quezon.

METERIO Q. RECTO Sr.                GREGORIO P. ROBELAS
Nagsalaysay                         Nagsalaysay
Res. Cert. No. 13631555             Res. Cert. No. 22386591
Issued on Feb. 26, 1993             Issued on May 14, 1992
at Catanauan, Quezon;               at Catanauan, Quezon;

                LEANDRO R. RECTO
                Nagsalaysay
                Res. Cert. No. 530727
                Issued on Sept. 7, 1992
MARINI D. ARBOLEDA   at Catanauan, Quezon
Nagsalaysay
Res. Cert. No. 8176619
Issued on 1-2-93
at Catanauan, Quezon

Dahon Blg. 2, NAGKAKAISANG MARAMIHANG SALAYSAY

*Reynaldo I. Cuerdo*
REYNALDO I. CUERDO
Nagsalaysay
Res. Cert. No. 13631401
Issued on Feb. 24, 1992
at Catanauan Quezon

*Gregorio A. Penarubia*
GREGORIO A. PENARUBIA
Nagsalaysay
Res. Cert. No. EXEMPTED
  old person
Catanauan Quezon

*Fortunato P. Querubin*
FORTUNATO P. QUERUBIN
Nagsalaysay
Res. Cert. No. 13632961
Issued on April 7, 1992
at Catanauan Quezon

*Juana R. Regio*
JUANA R. REGIO
Nagsalaysay
Res. Cert. No. 21478321
Issued on Feb. 4, 1992
at Catanauan Quezon

*Moises R. Cezar*
MOISES R. CEZAR
Nagsalaysay
Res. Cert. No. 13803793
Issued on March 29, 1992
at Catanauan Quezon

*Emerlito R. Regio Jr.*
EMERLITO R. REGIO JR.
Nagsalaysay
Res. Cert. No. 9233600
Issued on June 5, 1992
at Catanauan Quezon

*Sancho Q. Penado*
SANCHO Q. PENADO
Nagsalaysay
Res. Cert. No. 13631467
Issued on June 5, 1992
at Catanauan Quezon

I HEREBY CERTIFY, by virtue of privilege under Art. 354 of the REVISED Penal Code, that the affiants whose name and signature and residence Certificate Nos. appears in the front page and page 2 hereof, known to me and to me known to be the same person who executed the foregoing PINAG ISANG MARAMIHANG SALAYSAY which they acknowledged before me their free and voluntary act and deed and fully understand the contents therein.

WITNESS MY HAND this 06 April, 1993, Lucena City.

HOYO J. INCUTO
Administering Officer
Administrator
BURADLANG PILIPINO, INC.
S.E.C. Regtn. No. AN092-02962
55 A-1 Vegonia Bldg., Quezon Ave. Ext.
Gulang-Gulang, Lucena City