REPUBLIKA NG PILIPINAS)
 LALAWIGAN NG QUEZON  ) S.S
BAYAN NG CATANAUAN    )

MALAYANG SALAYSAY
(Affidavit)

       Ako, BENOMDO R. REGIO sapat angtgulang, kasal kay Delia
P. Regio, Pilipino, naninirahan at may pahatirang sulat aa
Barangay San Isidro, Catanauan Quezon. matapos makapanumpa ng
naaayon sa malaya at kusang loob na NAGPAPATOTOO at nagsasalay
say ng mga sumusunod:

       1. Na , ako at ang aking pamilya ay magsasaka lamang at
noong petsa 9 ng Agosto 1982, ang oras ay humigit kumulang sa
ika--10:00 ng umaga, ay nagpapastol ako ng ak ng kalabaw ay
may napadaang isang grupo ng mga militar sa malapit sa aking
pinagtatalian ng kalabaw, a t ako ay tinawagan ng mga militar
at ng ako ay lumapit ay tinanong ako kung saan naroroon ang mg
mga N.P.A. at ang sagot ko ay wala akong nalalaman sa itinata-
nong ninyo ngunit nong ako'y kinulata agad ng baril, at pilit akong
pinagtatapat kung nasaan ang mga NPA, ngunit wala talaga akong
masasabi ay dinala ako sa malayong lugar na hindi ko na alam.
hanggang makarating kami sa tabing ilog,at doon ako ay pinhi-
nirapan ng tudo, sa pamamagitan ng pagkulatang baril sa aking
dibdib at likod, ito ang danilan kaya ako'y nawalan ng malay.
At nang magkamalay ako ay mayron ng siga ng apoy sa aking ta-
bi, buti na lamang at ako'yhindi nasunog. Halos ako'y hindi ma-
kabangon sa aking pagkakadapa sa sakit na aking tinamo, mabuti
na lamang nakilala ko ang tropa ng mga militar na pinamumunuan
ni Sarhento Rocky 16-IB ang namuno sa pagbugbog sa akin.

       2. Na, isinagawa ko ang salaysay kong ito na ako'y hindi
tinakot ninuman, hindi rin ako binayaran o inlok ng anumang
rabor ninuman, isinagawa ko ito sapagka't ito ang totoo at pa-
wang katutuhanan  sa abot ng aking kaalaman.

       SA KATUNAYAN NG LAHAT ay lumagda ako sa mababa nito nga-
yong ika-3 ng Disyembre, 1992 dito sa Ibabang Tagabas, Catana-
uan Quezon.

                                        BENOMDO R. REGIO
                                          Nagsasalaysay


       PINATUTUNAYAN KO, sa bisa ng kapangyarihang itinatagu-
bilin sa ilalim ng Seksyon 420, Batas Republika B lg. 7160,
na ang taong nagsasalaysay na may katibayan sa paninirahan
Blg. 3190667 na iginawad noong ika-19ng Abril 1993 sa Cata-
nauan Quezon, ay siya ring tao na nagsasagawa ng MALAYANG
SALAYSAY sa aking harapan, na kaya isinagawa ng buong kala-
yaan, at lubos na mauunawaan bago niya nilagdaan.

       SAKSI ANG AKING LAGDA, ngayong ika-3 ng Disyembre, 1992
dito sa Brgy. Ibabang Tagabas, Catanauan Quezon, PILIPINAS.

                                        DOMINGO S. PORLAY
                                          Punong Barangay

REPUBLIKA NG PILIPINAS)

LUNSOD NG LUCENA_ _ _ ) S.S

### MALAYANG SALAYSAY
(Affidavit)

Ako, EMELIO J. MAGTIBAY, 60 taong gulang, may asawa, Pilipino, naninirahan at may pahatirang sulat sa Barangay San Vicente Kanluran, Catanauan Quezon, na matapos makapanumpa ng naaayon sa Batas ay malaya at kusang loob na NAGPAPATOTOO at nagsasalaysay ng mga sumusunod;

1. Na, noong ika-9 ng Agosto, 1982 ay ako ang kasalukuyang Punong Barangay dito sa San Vicente Kanluran, Catanauan Quezon, ang oras ay humigit kumulang sa ika-10:00 ng umaga, ay ang grupo ng mga militar ay nagtungo sa aming barangay, na ang nasabing militar ay pinamumunuan ng isang Sarhento Rocky 16IB, Philippine Army;

2. Na, ang inutusan ay ako na mag-ipon ng mga tao, aking sinunod ang kanilang utos, subalit ng maipatawag ko na ang mga tao at naipon dito sa aming Banay-Nayon ay biglang nagpaputok ng baril ang isa sa kanila at sinabing dapa, at dumapa naman ang mga tao, at doon nila sinimulan ang pagpapahirap sa mga tao sa pamamagitan ng pagsikwat ng puluhan ng baril sa tagiliran, sa likod, pinapaputukan sa uluanan at ito ay aking naisip na paglabag sa Karapatang Pantao (Human Rights Law);

3. Na, ipinag-bigay alam ko agad ang karahasang ito sa aming Punong Bayan Artemio A. Natividad, aking ipinkiusap na kung maaari ay huwag gaanang labagin ang Human Rights Law;

4. Na, dahilan sa naganap na pagpapahirap ng mga militar sa aking mga kabarangay, ang mga tao ay karamihat'y nagkaroon ng karamdaman, nerbiyos at ang iba ay namatay na;

5. Na, Dahilan dito ang ginawa kong salaysay na ito ay hindi ako sinakot o binayaran ng sino man, manapa'y ito'y kusang loob kong nagsasalaysay bilang pagpapatunay sa naganap na pangyayari;

6. SA KATUNAYAN NG LAHAT, na ito ay nilagdaan ko ng aking pangalan sa mababa nito ngayong ika-6 ng Abril, dito sa Lunsod ng Lucena.

EMELIO J. MAGTIBAY
Nagsalaysay

I HEREBY CERTIFY, by virtue of privelege document 35A of the Revised Penal Code, that hthe affiant whose name and signature mentioned above and exempted from Residence Certificate being old person, is same person who executed the foregoing MALAYANG SALAYSAY which acknowledge before me this and voluntary act and deed;

WITNESS MY HAND, this 6th of April, 1993, Lucena City.

RENATO A. MATUTO
Administering Officer
Administrator
BUKLURANG PILIPINO,INC.
S.E.C. Rgtn. No. AN092-02562
Gulang-Gulang Lucena City

REPUBLIKA NG PILIPINAS)
LUNSOD NG LUCENA      ) S.S.
x - - - - - - - - x

## NAGKAKAISANG MARAMIHANG SALAYSAY

KAMI, ang mga pangalan at mga lagda ay nasa mababa nito at kasunod na dahon, pawang may-asawa, mga Pilipino, naninirahan at may pahatirang sulat sa kasalukuyan sa Barangay San Vicente Kanluran, Catanauan, Quezon, matanos makapaninuuapa ng naaayon sa batas ay malaya at kusang loob na NAGPAPATUTOO at nagsasalaysay ng mga sumusunod:

1. Na, nakikilala namin ng lubusan ang aming bawa't kabaranga y gayon din ang mga naganap na pangyayari sa aming barangay;

2. Na, pinatutunayan namin ang nganano ng pangyayari sa aming Barangay a nyong ika 19 October, 1982, 4:00 ng hapon, 9 Agosto,1982, 22 Oktobre,1982, ay may mga militar na nagsadya sa aming barangay, ang mga nasabing mga militar ay pinamumunuan ng nakilala lamang sa Sarhento PARAS, Sarhento ROCKY, 16 IB Philippine Army, at mga tao sa aming barangay ay inisa-isang puntahan sa kanilang mga bahay at pinagkulata ng mga baril, pinagtatadyakan, ginanos at iba pang nahirap sa mga tao;

3. Na, ang naganap na pangyayari ay inireport ng aming Punong Barangay sa Punong bayan ng Catanauan, Quezon Mayor ARSENIO NATIVIDAD nang sumunod na araw;

4. Na, ang mga taong nakalasap ng kalupitan ng mga militar ay pawang nagkasakit sa baga, sumuka ng dugo, at ang iba ay mga patay na sa kasalukuyan;

5. Na, isinagawa namin ang salaysay naming ito ng buong kalayaan na sa amin ay walang tumukot, walang nag-alok ng anumang pabor, isinagawa namin ito sapagka't ito ang tutoo at pawang katutuhanan sa bot ng aming kaalaman

6. Na, nakabatid namin ang na banggit na patutoo sapagka't ang mga taong tumanggap ng kalupitan ng mga militar ay walang iba kundi kami rin na may mga lagda sa mababa nito at kasunod na dahon;

SA KATUNAYAN NG LAHAT ay lumagda kami sa mababa nito at kasunod na dahon ngayong ika 06 ng Abril, 1993, dito sa Lunsod ng Lucena.

CELESTINO O. GENOSO
Nagsalaysay
Res. Cert. No. 319807
Issued on June 4,1992
at Catanauan,Quezon;

RODOLFO P. ESPLANA
Nagsalaysay
Res. Cert. No. 10378307
Issued on Jan 26,1992
at Catanauan, Quezon;

JOSE O. GENOSO
Nagsalaysay Res. Cert. No. 12077258
Issued on April 4,1992
at Catanauan, Quezon;

PRIMO M. GONZALES
Nagsalaysay
Res. Cert. No. 12077257
Issued on April 6,1992
at Catanauan, Quezon;

SULPICIO R. RAMENTO
Nagsalaysay
Res. Cert. No. 12530365
Issued on March 30,1992
at Catanauan, Quezon;

Dahon Blg. 2, NAGKAKAISANG MAKATHANG SALAYSAY
= = = = = = = = = = = = = =

REYNALDO D. SOLOMON
Nagsalaysay
Res. Cert. No. 1195263
Issued on Jan 2, 1992
at Catanauan, Quezon;

SEGUNDO M. REGIO
Nagsalaysay
Res. Cert. No. 3193667
Issued on June 9, 1992
at Catanauan, Quezon;

I HEREBY CERTIFY, by virtue of previlege under Art. 354 of the
Revised Penal Code, that the affiants whose names, signature, and
residense CERTIFICATE No. appears in the front page and page 2 hereof,
known to me and to me known to be the same person who executed the
foregoing NAGKAKA ISANG HARAHHANG S ALAYSAY which they acknowledged
before me to be their free and voluntary act and deed, and fully unders-
tood the contents therein.

WITNESS MY HAND, this 06 April, 1993, Lucena City.

RENATO W MATUTO
Administering Officer
Administrator
BUKIDRANG PILIPINO, INC.
S.E.C. Regtn. No. A1092-02582
53 A-1 Veronia bldg., Que Ave Extension
Gulang-Gulang,Lucena City