REPUBLIKA NG PILIPINAS )
LALAWIGAN NG QUEZON ) S.S
BAYAN NG CATANAUAN )

## MALAYANG SALAYSAY
(Affidavit)

Ako, BERNARDO R. REGIO 21 taong gulang, binata, anak ni Gng. JULIA R. REGIO pawang mga Pilipino, naninirahan at may pahatirang sulat sulat sa Barangay Bn. Isidro, Catanauan Quezon, matapos makapanumpa ng naaayon sa batas ay malaya at kusang loob na NAGPAPATOTOO at nagsasalaysay ng mga sumusunod:

1. Na, ako at ang aking mga magulang ay pawang magsasaka lamang, at noong ika-9 ng Agosto, 1982 ay ang oras humigit kumulang sa ika-10:00 ng umaga, araw ng Lunes, nag-operasyon ang mga militar sa aming lugar, na pinamumunuan ni Sarhento PARAS 161B Philippine Army, ako noon ay nagpapastol ng aking kalabaw, tinawagan ng isa nilang kasamahan at tinanong ako kung nakikita ko si Ka Victor, ang sagot ko naman ay wala ho akong nakikita, pilit pa ra akong pina... ng wala akong masabi ay nagalit sila at ako ay binugbog, nito... sa aking mukha, sinipa, at tuloy ipinagsisigawan na ... ng lugar na hindi ko na alam at binugbog na muli ako sa pumasok... ng sulato ng... nila ng sila ay kanilang pina... ibig akuan ako at ang nasa ay doon ako ililibing, subalit ay a... ng paitan ... indi na la...ng at may napadaan na mga tao kaya dito ay kinuwaan ab sila... naman ang nagpabalingan, uuwi na ako sa ... at ipinag-big... alam ko ito sa aming Punong Barangay subalit wala pin siyang nagawa dahil siyang Punong Barangay namin ay balot din, gayon din ay ipinag-big... alam ko rin ito sa aming Punong Bayan na si... ARMANDO A. NATIVIDAD, wala ring nagawa kaya ang pangyayaring ito ay tunay na paglabag sa karapatang pantao o human rights Violation;

2. Na, ginawa ko ang salaysay kong ito na walang takot sa sinu at hindi rin ako binayaran o inaalok ng anumang pabor, isinagawa ko ito sapagka't ito ang totoo at pawang katotohanan lang sa aboc ng aking kaalaman;

SA KATUNAYAN NG LAHAT, ay lumagda ako sa mababa nito ngayong ika-3 ng Disyembre, 1982 dito sa Barangay Ibabang Tayabas Catanauan Quezon.

*Bernardo Regio*
BERNARDO R. REGIO
Nagsalaysay

PINATUTUNAY KO, sa bisa ng kapangyarihang itinatagubilin sa akin ng Seksyon 410, Batas Republika Bg. 7160, na ang nagsalaysay na may kabilayan ng paninibinsinBig: 3578806 na iginawad noong ika-6 ng Pebrero,1982 sa bayan ng Catanauan Quezon, na aking ibaba kung siya ring nagsalaysay na nauunawaan bago niya nilagdaan.

SEALE AT LUMA LAGDA, ngayong ika-3 ng Disyembre, 1982, dito sa Barangay Ibabang Tayabas, Catanauan Quezon, Pilipinas.

*Domingo Perlez Sr.*
DOMINGO S. PERLEZ SR.
Punong Barangay

REPUBLIKA NG PILIPINAS )
LUNGSOD NG LUCENA    ) S.S

## MALAYANG SALAYSAY
(Affidavit)

Ako, NICOLAS P. REGIO SR., 60 taong gulang, may asawa, Pilipino, naninirahan at may pahatirang sulat sa Brgy. San Isidro, Catanauan Quezon, matapos makapanumpa ng naaayon sa batas ay malaya at kusang loob na NAGPAPATOTOO at nagsasalaysay ng mga sumusunod;

1. Na, noong ika-8 ng Agosto 1982 ay ako ang Punong Barangay sa San Isidro, Catanauan Quezon, oras ay humigit kumulang sa ika-10:00 ng umaga ay may mga militar na nagtungo sa aming Barangay na nasasakupan ko, na ang nasabing militar ay pinamumunuan ng isang Sarhento Paras 16IB, Philippine Army;

2. Na, inipon ko ang mga tao ng nasabing mga militar ang mga kalalakihan at mga kababaihan na matapos maipon ay pinadapa sa lupa at pinag-tatadyakan, pinaputukan sa malapit sa tainga at mayroong pinalo ng puluhan ng baril sa dibdib at likod, na ito ang sanhi ng pagsuka ng dugo;

3. Na, ipinagbigay-alam ko agad sa aming Punong-Bayan, ARTEMIO L. NATIVIDAD;

4. Na, ang dahilan sa naganap na pagpapahirap ng mga militar sa aking mga kabarangay, ang mga tao ay karaniwan sa kanila ay nagkaroon ng sakit o ng karamdaman, ang iba ay namatay na hindi man lang nagkaroon ng katarungan ang mga naganap na kalapastanganan sa kanila;

5. Na, ginawa ko ang salaysay na ito ay hindi ako tinakot o binigyan ng anumang pabor o binayaran, ito ay kusang loob ko na magsalaysay bilang PAGPAPATOTOO sa naganap na pangyayaring karahasan.

SA KATUNAYAN NG LAHAT, na ito ay lumagda ako sa mababa nito ng aking pangalan ngayong ika- 6 ng Abril dito sa Lungsod ng Lucena, C

Nicolas P. Regio Sr.
NICOLAS P. REGIO SR.
Nagsalaysay

I HEREBY CERTIFY, by virtue of previlege under Art. 354 of the Revised Penal Code, that the affiant whose name and signature mentioned above exempted from Residence Certificate being old person is same person who executed the foregoing MALAYANG SALAYSAY which acknwledged before me and voluntary act and deed.

WITNESS MY HAND, this 6 of April, 1993 Lucena City.

RENATO M. PATUTO
Administering Officer
Administrator
HUKLUHANG PILIPINO, INC.
S.E.C Rgtn.No. AM092-02502
53 A-1 Bagonbayan Bldg., Que.Ave.Extn.
Gulang-Gulang Lucena City

REPUBLIKA NG PILIPINAS )
LALAWIGAN NG QUEZON    ) S.S.
x - - - - - - - - - x

### PINAG-ISANG MAGKAKASAMANG
### SALAYSAY

KAMI, ang mga pangalan at mga lagda ay nasa mababa nito at kasunod na dahon, pawang sapat ang gulang, pawang may-asawa, mga Pilipino, naninirahan at may pahatirang sulat sa Barangay San Isidro, Catanauan, Quezon, matapos makapanumpa ng naaayon sa batas ay malaya at kusang loob na NAGPAPATUTOO at nagsasalaysay ng mga sumusunod:

1. Na, nakikilala namin ang aming mga kabarangay gayon din aming nababatid ang bawa't pangyayaring naganap sa aming barangay;

2. Na, pinatutunayan namin ang naganap na pangyayari sa aming barangay nuong ika 9 ng Agosto, 1982, na may isang grupo ng mga militar ang nagpunta sa aming barangay, na ang nununo sa nasabing mga militar ay isang arhento PABLO, MANIA GO, 16 IB, Pilipinno, may ang nagagawa ng pagpapahirap sa mga tao ng aming barangay, iniwan ng mga militar ang mga tao at pinatayang hili-hilira, pinaggagartuhan sa likod ang mga tao, pinagbabayo ng kulata ng baril, pinagtatadyakan, at mga tao ay pinasuka ng dugo, marami ang nawalan ng malay-tao, bago iniwan ng mga militar;

3. Na, ang nasabing pagkapagparusa ng mga militar sa mga residente ng Barangay San Isidro, ay inireport sa punong Bayan ng Catanauan, Quezon APOLLO NATIVIDAD kinabukasan matapos maganap ang pagpaparusa ng mga militar, petsa 10 Agosto, 1982;

4. Na, ang mga taong lumasap ng parusa ng mga militar ay mga napilayan ang likod, dibdib, na na sing dahilan upang magkaruon ng sakit sa baga, ang iba sa kanila ay mga patay na sa kasalukuyan;

5. Na, ang nabanggit na pangyayari ay tubos naming nababatid sapagka't ang mga taong tumanggap ng kalupitan ng mga militar ay walang iba kundi kami rin na may mga lagda sa mababa at kasunod na dahon;

6. Na, isinusulat namin ang salaysay naming ito ng buong kalayaan at bukal sa aming kalooban, na kami'y hindi tinakot nino man, hindi rin kami inalok ng anumang pabor, isinagawa namin ito sapagka't ito ang totoo at pawang katutuhanan sa abot ng aming kaalaman.

SA KATUNAYAN NG LAHAT, ay lumagda kami sa mababa nito at kasunod na dahon ngayong ika 06 ng Abril, 1993, dito sa Lungsod ng Lucena.

MISTERIO Q. REGIO     GREGORIO P. RODELAS
Nagsalaysay                Nagsalaysay
Res. Cert. No. 13631555    Res. Cert. No. 22386591
Issued on Feb. 26, 1993    Issued on May 14, 1992
at Catanauan, Quezon;      at Catanauan, Quezon;

            LEANDRO R. REGIO
            Nagsalaysay
            Res. Cert. No. 530727
            Issued on Sept. 7, 1992
            at Catanauan, Quezon

MARIBEL D. RIZAL DA
Nagsalaysay
Res. Cert. No.
Issued on
at Catanauan, Quezon

Dahon Blg. 2, NAGKAKAISANG MARAMIHANG SALAYSAY

*Reynaldo I. Cuerdo*
REYNALDO I. CUERDO
Nagsalaysay
Res. Cert. No. 13631401
Issued on Feb. 24, 1992
at Catanauan Quezon

*Gregorio A. Penarubia*
GREGORIO A. PENARUBIA
Nagsalaysay
Res. Cert. No. EXEMPTED
   old person
Catanauan Quezon

*Fortunato P. Querubin*
FORTUNATO P. QUERUBIN
Nagsalaysay
Res. Cert. No. 13632961
Issued on April 7, 1992
at Catanauan Quezon

*Juana R. Regio*
JUANA R. REGIO
Nagsalaysay
Res. Cert. No. 21478321
Issued on Feb. 4, 1992
at Catanauan Quezon

*Moises R. Cezar*
MOISES R. CEZAR
Nagsalaysay
Res. Cert. No. 13803793
Issued on March 29, 1992
at Catanauan Quezon

*Emeterio R. Regio Jr.*
EMETERIO R. REGIO JR.
Nagsalaysay
Res. Cert. No. 9233600
Issued on June 5, 1992
at Catanauan Quezon

*Sancho Q. Permijo*
SANCHO Q. PERMIJO
Nagsalaysay
Res. Cert. No. 13031467
Issued on June 5, 1992
at Catanauan Quezon

I HEREBY CERTIFY, by virtue of privilege under Art. 354 of the REVISED Penal Code, that the affiants whose name and signature and Residence Certificate Nos. appears in the front page and page 2 hereof, known to me and to me known to be the same person who executed the foregoing PINAG ISANG MARAMIHANG SALAYSAY which they acknowledged before me their free and voluntary act and deed and fully understand the contents therein.
WITNESS MY HAND this 06 April, 1993, Lucena City.

RENATO A. MATUTO
Administrative Officer
Administrator
BUKLURANG PILIPINO, INC.
S.B.C. Rgtn. No. AN092-02562
55 A-1 Vegonia Bldg., Quezon Ave. Ext.
Gulang-Gulang, Lucena City