REPUBLIKA NG PILIPINAS )
LALAWIGAN NG QUEZON ) S.S.
BAYAN NG CATANAUAN )
x — — — — — — — — — x

MALAYANG SALAYSAY
(Affidavit)

Ako, JUANA R. RUBIO, sapat nang gulang, kasal kay Emeterio Reglo, Pilipino, naninirahan at may pahatirang sulat sa Barangay San Isidro, Catanauan, Quezon, matapos makapanumpa ng naaayon sa batas ay malaya at kusang loob na NAGPAPATOTOO at nagsasalaysay ng mga sumusunod:

1. Na, ako at ang aking pamilya ay mga cocofarmers, at noong ika-3 ng Agosto, 1982, ay umuwi ako ng bayan ng Catanauan, at nang bumalik ako sa aming bahay ay mga dakong ika 10:00 ng umaga, at nadatnan ko sa aming bahay na may mga militar na pinumumunuan ng isang Sarhento PARAC, 16 IB, at binubugbog ang aking asawa at ang aking isa ang anak na si LEANDRO, at nang makita ko ang panbubugbog sa aking pamilya ay tumakbo akong lumapit sa mga militar at itinanong ko kung anong kasalanan ng aking asawa't anak, ngunit sa halip akong sagutin ay sinaraduhan ako sa aking bunot at pinagsamsam ako na aking dala, at hindi pa nasiyahan ang mga militar, at akoing tatlo ay sinaran sa bag, at ang sabi ng militar ay tatanggalin na kalad aming ... [illegible] ... ngunit wala kaming nalalaman sa mga itinatanong at mga militar kaya wala kaming masabi, at dahil dito'y pinagbabayo kami ng mga dulo ng baril, aming likod at mamumuking-buto kami pinagsusuntok kami ng baril sa pagitan ng aming mga tuhod at aming pagkakatupa, at sa wakas ng pagtatapos na aming inabot ay nawalan kami ng malay, at nang magising kami ay wala na ang mga militar; at bilang ulos ay naging masakit na kami dahil nagtamo ng deperensya ang mga baga;

2. Na, isinasalaysay ko ang salaysay kong ito na aking nalaman, hindi trabaho, hindi rin ako binayaran o inalok ng anumang halaga, kundi mga aking sagusta'i po ang tutuo at pawang katunuhan at boo ng aking nalaman.

SA KATUNAYAN NG LAHAT ay lumagda ako sa mababa nito ngayong ika-3 ng Nobyembre, 1992, dito sa barangay Ibabang ... , Catanauan, Quezon.

(sgd.) Juana Reglo
JUANA R. RUBIO
Nagsalaysay

SUMUMPA AT LUMAGDA sa akin sa kapangyarihang itinatagubilin sa batayan ng Batas Republika Blg. ..., na ang nagsalaysay na may Katibayan ng Pananirahan Blg. 21470321, na iginawad noong Pebrero 5, 1992, sa General Luna, Quezon, ay nakikilala ko na siya rin ang taong nagbigay ng kanyang ... sa aking harapan at siyang lumagda sa ibaba na nauuna sa aking harapan.

GANAP ITO AT LAGDA, ngayong ika 3 ng Nobyembre, 1992, dito sa Bgy. Ibabang Tagahoy, Catanauan, Quezon.

(sgd.) Domingo S. Only, Sr.
DOMINGO S. ONLY, SR.
Punong Barangay

LUNGSOD NG LUCENA ) S.S

## MALAYANG SALAYSAY
(Affidavit)

Ako, NICOLAS P. REGIO SR., 68 taong gulang, may asawa, Pilipino, naninirahan at may pahatirang sulat sa Brgy. San Isidro, Catanauan Quezon, matapos makapanumpa ng naaayon sa batas ay malaya at kusang loob na NAGPAPATOTOO at nagsasalaysay ng mga sumusunod;

1. Na, noong ika-8 ng Agosto 1982 ay ako ang Punong Barangay sa San Isidro, Catanauan Quezon, oras ay humigit kumulang sa ika-10:00 ng umaga ay may mga militar na nagtungo sa aming Barangay na nasasakupan ko, na ang nasabing militar ay pinamumunuan ng isang Sarhento Paras 16IB, Philippine Army;

2. Na, inipon ko ang mga tao ng nasabing mga militar ang mga kalalakihan at mga kababaihan na matapos maipon ay pinadapa sa lupa at pinag-tatadyakan, pinaputukan sa malapit sa tainga at mayroong pinalo ng puluhan ng baril sa dibdib at likod, na ito ang sanhi ng pagsuka ng dugo;

3. Na, ipinagbigay-alam ko agad sa aming Punong-Bayan, ARTEMIO A. NATIVIDAD;

4. Na, ang dulot ng naganap na pagpapahirap ng mga militar sa aking mga kabarangay, ang mga tao ay karaniwan sa kanila ay nagkaroon ng sakit o ng karamdaman, ang iba ay namatay na hindi man lang nagkaroon ng katarungan ang mga naganap na kalapastanganan sa kanila;

5. Na, ginawa ko ang salaysay na ito ay hindi ako tinakot o binigyan ng anumang pabor o binayaran, ito ay kusang loob ko na magsalaysay bilang PAGPAPATOTOO sa naganap na pangyayaring karahasan.

SA KATUNAYAN NG LAHAT, na ito ay lumagda ako sa mababa nito ng aking pangalan ngayong ika- 6 ng Abril dito sa Lungsod ng Lucena.

NICOLAS P. REGIO SR.
Nagsalaysay

I HEREBY CERTIFY, by virtue of provilege under Art. 394 of the Revised Penal Code, that the affiant whose name and signature mens signed above exempted from Residence Certificate being old person is same person who executed the foregoing MALAYANG SALAYSAY which acknwledged before me and voluntary act and deed.

WITNESS MY HAND, this 6 of April, 1993 Lucena City.

RENATO V. MATUTO
Administering Officer
Administrator
BUKLURANG PILIPINO, INC.
S.E.C Rgtn.No. AN092-02562
53 A-1 Bagonia Bldg., Quo.Ave.Extn.
Gulang-Gulang Lucena City

REPUBLIKA NG PILIPINAS)

LUNSOD NG LUCENA        ) S.S.

x - - - - - - - - - x

### SINUMPAANG SALAYSAY

KAMI, ang mga pangalan at mga lagda ay nasa mababa nito at kasunod na dahon, pawang sapat ang gulang, pawang may-asawa, mga Pilipino, naninirahan at may pahatirang sulat sa Barangay San Isidro, Catanauan, Quezon, matapos makapanumpa ng naaayon sa batas ay malaya at kusang loob na NAGPAPATUTOO at nagsasalaysay ng mga sumusunod:

1. Na, nakikilala namin ang aming mga kabarangay gayon din aming nababatid ang bawa't pangyayaring naganap sa aming barangay;

2. Na, pinatutunayan namin ang naganap na pangyayari sa aming barangay nuong ika 9 ng Agosto, 1982, na may isang grupo ng mga militar ang nagpunta sa aming barangay na ang namumuno sa nasabing mga militar ay isang Arhonte CAPT. ALBRA 03., 16 IB, Philippino may ang nagnanawa ng pagpapahirap sa mga tao ng aming barangay, inipon ng mga militar ang mga tao at pinalupang hili-hilira, pinagsagartanhan sa likod ang mga tao, pinagbabayo ng kulata ng baril, pinagtatadyakan, at ang mga tao ay pinasuka ng dugo, marami ang nawalan ng malay-tao, bago iniwan ng mga militar;

3. Na, ang unsabing pagkapagparusa ng mga militar sa mga residente ng Barangay San Isidro, ay iniReport sa Punong Bayan ng Catanauan, Quezon ANTONIO NATIVIDAD kinabukasan matapos maganap ang pagpaparusa ng mga militar, petsa 10 Agosto, 1982;

4. Na, ang mga taong lumasap ng parusa ng mga militar ay mga napilayan ang likod, dibdib, na na ging dahilan upang magkaruon ng sakit sa baga, ang iba sa kanila ay mga patay na sa kasalukuyan;

5. Na, ang nabanggit na pangyayari ay tubos naming nababatid sapagka't ang mga taong tumanggap ng kalupitan ng mga militar ay walang iba kundi kami rin na may mga lagda sa mababa at kasunod na dahon;

6. Na, isinagawa namin ang salaysay naming ito ng buong kalayaan at bukal sa aming kaloobon, na kami'y hindi tinakot nino man, hindi rin kami inalok ng anumang pabor, isin agawa namin ito sapagka't ito ang totoo at pawang katutuhanan sa abot ng aming kaalaman.

SA KATUNAYAN NG LAHAT, ay lumagda kami sa mababa nito at kasunod na dahon ngayong ika 06 ng Abril, 1993, dito sa Lunsod ng Lucena.

| | |
|---|---|
| DEMETRIO Q. REGIO SR. | GREGORIO D. RODELAS |
| Nagsalaysay | Nagsalaysay |
| Res. Cert. No. 13631555 | Res. Cert. No. 22386501 |
| Issued on Feb. 26, 1993 | Issued on May 14, 1992 |
| at Catanauan, Quezon; | at Catanauan, Quezon; |

LEANDRO H. REGIO
Nagsalaysay
Res. Cert. No. 530727
Issued on Sept. 7, 1992
at Catanauan, Quezon

Dahon Blg. 2, NAGKAKAISANG MARAMIHANG SALAYSAY

*Reynaldo I. Cuerdo*
REYNALDO I. CUERDO
Nagsalaysay
Res. Cert. No. 13631401
Issued on Feb. 24, 1992
at Catanauan Quezon

*Juana R. Regio*
JUANA R. REGIO
Nagsalaysay
Res. Cert. No. 21478321
Issued on Feb. 4, 1992
at Catanauan Quezon

*Gregorio A. Peñarubia*
GREGORIO A. PEÑARUBIA
Nagsalaysay
Res. Cert. No. EXEMPTED
                old person
Catanauan Quezon

*Moises R. Cezar*
MOISES R. CEZAR
Nagsalaysay
Res. Cert. No. 13803793
Issued on March 29, 1992
at Catanauan Quezon

*Fortunato P. Querubin*
FORTUNATO P. QUERUBIN
Nagsalaysay
Res. Cert. No. 13632961
Issued on April 7, 1992
at Catanauan Quezon

*Emeterio R. Regio Jr.*
EMETERIO R. REGIO JR.
Nagsalaysay
Res. Cert. No. 9233600
Issued on June 5, 1992
at Catanauan Quezon

*Sancho Q. Permijo*
SANCHO Q. PERMIJO
Nagsalaysay
Res. Cert. No. 13631067
Issued on June 5, 1992
at Catanauan Quezon

I HEREBY CERTIFY, by virtue of privilege under Art. 354 of the REVISED Penal Code, that the affiants whose name and signature and Residence Certificate Nos. appears in the front page and page 2 hereof, known to me and to me known to be the same person who executed the foregoing PINAG ISANG MARAMIHANG SALAYSAY which they acknowledged before me their free and voluntary act and deed and fully understand the contents therein.

WITNESS MY HAND this 06 April, 1993, Lucena City.

C. NATORA MATUTO
Administering officer
Administrator
BUKLURANG PILIPINO, INC.
S.E.C. Rgtn. No. AN092-02502
A-1 Vegonia Bldg., Quezon Ave. Ext.
Gulang-Gulang Lucena City