GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

THOMAS BENEDICT                5018-0
    tbenedict@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880
Attorney for Proposed Intervenor
REVELSTOKE INVESTMENT CORP., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In Re:<br><br>ESTATE OF FERDINAND E. MARCOS HUMAN RIGHTS LITIGATION | MDL NO. 840<br>No. 86-390<br>No. 86-330<br><br>REVELSTOKE INVESTMENT CORP., INC.'S MOTION TO INTERVENE FOR PURPOSE OF APPEAL; MEMORANDUM IN SUPPORT OF MOTION TO INTERVENE FOR PURPOSE OF APPEAL; PROPOSED ORDER; CERTIFICATE OF SERVICE<br><br><u>HEARING</u>:<br>Date: _____<br>Time: _____<br>Judge: Hon. Manuel L. Real |
| THIS DOCUMENT RELATES TO:<br><br>Hilao, et al. v. Estate of Ferdinand E. Marcos,<br>And<br>De Vera, et al. v. Estate of Ferdinand E. Marcos | |

1439314.1

2

### REVELSTOKE INVESTMENT CORP., INC.'S MOTION TO INTERVENE FOR PURPOSE OF APPEAL

Pursuant to Federal Rule of Civil Procedure 24, Revelstoke Investment Corp., Inc. ("Revelstoke") hereby moves to intervene in this action for the limited purpose of appealing the Court's Order of June 27, 2006 granting the Plaintiff Class's Motion for Extension of Judgment, which Revelstoke could not oppose because this Court denied its motion to intervene. In support of this motion, Revelstoke relies upon the accompanying Memorandum of Law, as well as its previous motion to intervene and declaration and memoranda in support thereof.

Revelstoke requests expedited consideration of this motion so that it may appeal the June 27 Order well before the 30-day limit provided by the Federal Rules of Appellate Procedure. A proposed Order is attached.

Dated: Honolulu, Hawaii, June 29, 2006.

/s/ Thomas Benedict
THOMAS BENEDICT

Attorney for Proposed Intervenor
REVELSTOKE INVESTMENT
CORP., INC.