IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| In Re:<br><br>ESTATE OF FERDINAND E. MARCOS HUMAN RIGHTS LITIGATION | MDL NO. 840<br>No. 86-390<br>No. 86-330<br><br>PROPOSED ORDER |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Hilao, et al. v. Estate of Ferdinand E. Marcos,<br>And<br>De Vera, et al. v. Estate of Ferdinand E. Marcos | |

## **PROPOSED ORDER**

After consideration of Revelstoke Investment Corp., Inc.'s Motion to Intervene for Purpose of Appeal, and all other arguments or briefing thereon,

IT IS HEREBY ORDERED that Revelstoke Investment Corp., Inc.'s Motion to Intervene for Purpose of Appeal is granted.

Dated: Honolulu, Hawaii, _____.

IT IS SO ORDERED.

1439321.1