IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| In Re: | MDL NO. 840 |
| --- | --- |
| | No. 86-390 |
| | No. 86-330 |
| ESTATE OF FERDINAND E. MARCOS HUMAN RIGHTS LITIGATION | CERTIFICATE OF SERVICE |
| THIS DOCUMENT RELATES TO: Hilao, et al. v. Estate of Ferdinand E. Marcos, And De Vera, et al. v. Estate of Ferdinand E. Marcos | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was duly served on this date upon the following party(ies) at the address(es) listed below by the means indicated below.

| **Attorney(s)** | **DHL** | **Hand Delivery** | **ECF** |
| --- | --- | --- | --- |
| Robert A. Swift, Esq. rswift@kohnswift.com KOHN, SWIFT & GRAF, P.C. 1 South Broad Street, Suite 2100 Philadelphia, PA  19107 | | | ☒ |

1439314.1

| **Attorney(s)** | **DHL** | **Hand Delivery** | **ECF** |
|---|---|---|---|
| | | | ☒ |
| Sherry P. Broder, Esq.<br>broder@hawaii.rr.com<br>Attorney at Law – A Law Corporation<br>Davies Pacific Center<br>841 Bishop Street, Suite 800<br>Honolulu, Hawaii  96813 | | | |
| Bert T. Kobayashi, Jr., Esq.<br>Lex R. Smith, Esq.<br>lrs@ksglaw.com<br>KOBAYASHI SUGITA & GODA<br>First Hawaiian Center<br>999 Bishop Street Suite 2600<br>Honolulu, HI  96813-3889 | | ☒ | ☒ |
| John Bartko, Esq.<br>BARTKO, ZANKEL, TARRANT & MILLER<br>900 Front Street, Suite 300<br>San Francisco, CA  94111-1427 | ☒ | | |
| James P. Linn, Esq.<br>JAMES P. LINN LAW FIRM PLLC<br>1601 NW Expressway St., # 1710<br>Oklahoma City, OK  73118-1427 | ☒ | | |
| Paul Hoffman, Esq.<br>SCHONBRUN, DE SIMONE, SEPLOW,<br>HARRIS & HOFFMAN<br>723 Oceanfront Walk, Suite 100<br>Venice, CA  90291 | ☒ | | |
| Randall Scarlett, Esq.<br>THE SCARLETT LAW GROUP<br>536 Pacific Avenue<br>San Francisco, CA  94133<br>Fax:  (415) 352-6265 | ☒ | | |

| **Attorney(s)** | **DHL** | **Hand Delivery** | **ECF** |
|---|---|---|---|
| Stephen V. Bomse, Esq.<br>Richard Cashman, Esq.<br>Rachel M. Jones, Esq.<br>Heller Ehrman LLP<br>333 Bush Street<br>San Francisco, CA 94111 | ☒ | | |
| Carol A. Eblen, Esq.<br>ceblen@goodsill.com<br>Goodsill Anderson Quinn & Stifel LLP<br>1099 Alakea Street, Suite 1800<br>Honolulu, HI 96813 | | | ☒ |
| Matthew J. Viola, Esq.<br>Law Office of Matthew Viola<br>707 Richards Street, Suite 516<br>Honolulu, HI 96813 | | ☒ | |
| Jay R. Ziegler, Esq.<br>Buchalter Nemer<br>1000 Wilshire Blvd, 15th Floor<br>Los Angeles, CA 90017 | ☒ | | |

Dated: Honolulu, Hawaii, June 29, 2006.

/s/ Thomas Benedict
THOMAS BENEDICT

Attorney for Proposed Intervenor
REVELSTOKE INVESTMENT
CORP., INC.