HUKUMANG PANGDISTRITO SA ESTADOS UNIDOS
DISTRITO NG HAWAII

IN RE:

ESTADO NI FERDINAND E. MARCOS
PAGLILITIS SA KARAPATANG PANGTAO

MDL BLG. 840
Blg. 86-390
Blg. 86-330

ANG KASULATANG ITO AY NAUUKOL SA:

Hilao et al v. Estado ni Ferdinand
E. Marcos,
    at
DeVera et al v. Estate ni Ferdinand
E. Marcos.

RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 26 2006
DISTRICT OF HAWAII

PAUNAWA TUNGKOL SA PAMAMAHAGI NG NABAWING SALAPI AYON SA HATOL AT ANG
KAHILINGAN PARA SA BAYAD-ABOGADO AT KABAYARAN SA PA-UNANG GASTOS

**SA LAHAT NG MGA KASAPI NG "CLASS SUIT":**

Ang Paunawang ito ay sang-ayon sa "Order of the United States District Court for the District of Hawaii" upang ipaalam sa inyo na (1) ipamamahagi ng Hukuman sa mga karapat-dapat na kasapi ng Class ang mga salaping nabawi ayon sa pagpapatupad ng Hatol ukol sa Class Suit noong 1995, at (2) pagpapasiyahan rin ng Hukuman kung marapat at makatwiran ang paunang kahilingan (interim request) ng abogado ng Class para sa kabayaran ng kanilang counsel fees at sa mga paunang gastos nila (reimbursement).

**PAGBABALIK-TANAW SA KASO**

Nagsimula ang paglilitis laban kay Ferdinand E. Marcos noong Abril 1986 na isinampa bilang isang "class suit" na binubuo ng 9,539 mamamayang Pilipino (o dili kaya'y kinatawan) na naging biktima ng tortyur (torture), pagpaslang (summary execution) o sapilitang pagdukot (involuntary disappearance) sa ilalim ng diktadura na pinamunuan ni Ferdinand E. Marcos mula noong Setyembre 1972 hanggang Pebrero 1986. Nang mamatay si Marcos noong 1989, ipinalit bilang nasasakdal ang kanyang Estado (Estate of Ferdinand E. Marcos). Matapos ang sunod-sunod na paglilitis noong mga taong 1992, 1994 at 1995, iginawad ang "Final Judgment" noong Pebrero 3, 1995 kung saan ang 9,539 na mga kasapi ng "class suit" ay pinaboran ng danyos (damages) na umaabot sa halagang US$1,964,000,000.00. **Ang iyong claim ay isa sa 9,539.** Ang hatol ng Hukuman ay sinang-ayunan ng U.S. Appeals Court at ito ngayon ay tapos na o "FINAL".

**PAGLILITIS UKOL SA PANININGIL**

Masugid na hinabol ng mga abogado ng Class ang paniningil ayon sa Hatol noong 1995, ngunit naantala ito ng mahigpit na pagkukubli at pagtatago ng mga ari-arian ng Estado ni Ferdinand E. Marcos at ang patuloy na pag-antala (persistent delay) sa pagkilala ng sistemang Hukuman ng Pilipinas sa nasabing Hatol ng 1995. Nagtagumpay ang mga abogado ng Class sa pagkolekta ayon sa Hatol noong 1995, at sila ay nakalikom ng US$ 1.5 milyon mula sa halaga ng mga nabawing sasakyan at bahay sa Hawaii at painting sa New York na pag-aari ng mga Marcos. Noong Hulyo 12, 2004, natamo ng mga abogado ng Class ang pabor na Hatol sa litigasyon na kinilala bilang *Merrill Lynch v. Arelma Inc.* ang halagang humigit kumulang sa US$35 milyon. Noong Mayo 4, 2006, pinagtibay ng Court of Appeals ng Estados Unidos ang nasabing Hatol. Ang mga salaping naipon o nakolekta, kabilang na ang US$35 milyon, ay nakadeposito bilang Pondo o "Fund" at nasa pag-iingat ng Hukuman ng Estados Unidos. Sa kasalukuyan, ipinagpapatuloy pa rin ng mga abogado ng Class ang paghahanap at paghahabol sa mga nakatagong pang ari-arian ng mga Marcos.

**PAMAMAHAGI NG PONDO**

Ipamamahagi ng Hukuman ang Pondong nabanggit sa mga Kasapi ng Class (Class Members), matapos bawasin ang mga kaukulang gastos sa pagsasagawa ng distribusyon, bayad sa abogado at iba pang mga kaukulang gastos. Lahat ng may bisa o pinagtibay na claim (validated claims) ay tatanggap ng magkakapantay na halaga (equal amount). Ang pondo ay tuwirang ipamamahagi ng Hukuman sa mga kasapi ng Class at ito ay hindi dadaan kanino man o sino man na mamamagitan. Alinsunod sa mga naunang Kautusan, hindi kikilalanin ng Hukuman ang anumang "Special Power of Attorney" ng sinumang indibidwal o grupo.

**MGA MAY KARAPATANG KASAPI NG CLASS**

Hindi lahat ng Kasapi ng Class ay may karapatang (eligible) tumanggap ng kabayaran. Noong 1993 at 1999, iniutos ng Hukuman na magsumite ng Claim Form ang mga Kasapi ng Class. Iyon lamang mga Kasapi ng Class na nagkapagsumite ng kumpletong Claim Form sa bawa't nabanggit na taon ang makatatanggap ng kabayaran. Sa ngayon, huli na upang magsumite o magdagdag ng Claim Form.

## KAHILINGAN SA BAYAD SA ABOGADO AT IBA PANG GASTOS

Sa 20 taong paglilitis, ang mga abogado ng Class ay nag-abono o nagpa-unang bayad para sa lahat ng mga gastos sa paglilitis at hanggang sa ngayon ay wala pa silang natatanggap na bayad ng abogado (counsel fees) o kabayaran sa mga pa-una nilang gastos. Hinihiling ng mga abogado ng Class sa Hukuman na igawad sa kanila ang paunang bayad (interim fees) na 30% sa matitirang Pondo, matapos bawasin ang mga gastos na inabono (reimbursement) na umaabot sa halagang US$1,033,900.09. Hihilingin din ng mga abogado ng Class na maglaan ng halagang $775,000.00 bilang panagot o pambayad sa mga nakaraan at magiging gastos sa pagsasagawa ng pamamahagi ng kabayaran sa mga Kasapi ng Class, nararapat na bayad sa Special Master, at ang bayad ng abogado (special counsel) sa Singapore. Ang kahilingan para sa bayad-abogado at kabayaran sa mga inabono ay isinampa o idinulog na sa Clerk of the Court, Courthouse ng Estados Unidos, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850, at maaring suriin sa nasabing Hukuman at sa mga tanggapan ng abogado ng Class (Class Counsel) na nakatala sa ibaba.

## PAGDINIG

Magdaraos ng pagdinig ang Hukuman sa **Hunyo 26, 2006**, sa ganap na **ika-10:00 ng umaga**. Sa pagdinig na ito ay pagpapasyahan ng Hukuman ang kahilingan ng mga abogado ng Class para sa bayad-abogado at bayad sa mga paunang gastos. Ang pagdinig ay gaganapin sa Husgado ni Kgg. Manuel L. Real, Courthouse ng Estados Unidos, Honolulu, Hawaii.

**HINDI NA KAYO KAILANGANG PUMUNTA SA PAGLILITIS O GUMAWA PA NG ANUMANG HAKBANGIN KUNG KAYO AY SUMASANG-AYON O HINDI TUMUTUTOL SA KAHILINGAN NG CLASS COUNSEL PARA SA KAUKULANG BAYAD NILA BILANG ABOGADO AT SA MGA PAUNANG GASTOS NILA SA PAGLILITIS.**

Sinumang kasapi ng Class ay maaaring dumalo sa pagdinig at maglahad ng kanilang kadahilanan, kung mayroon man, at kung bakit hindi dapat sang-ayunan ng Hukuman ang kahilingan para sa bayad-abogado at mga kaukulang nagastos. Walang sinumang diringgin sa pagdinig na hindi nagsumite ng sulat na nagpapahayag ng kanyang intensyong magpakita *(written notice of intention to appear)*, na naglalahad ng lahat ng batayan para sa naturang pagtutol at iba pang paglalahad ng pananaw o posisyon, kalakip ang lahat ng kaugnay na papeles na ipinadala sa Clerk of the Court sa pamamagitan ng primera-klaseng koreo at dapat **matanggap** ng Hukuman nang hindi lalagpas sa **ika-15 ng Hunyo, 2006** sa sumusunod na address:

Clerk of the Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
U. S. A.

Ang sobre at mga sulat at pagtutol ay dapat na may pamagat na: "Estate of Ferdinand E. Marcos Human Rights Litigation, MDL No. 841 (D.HI)." Isang sipi ng lahat ng mga naturang papeles ay dapat maipadala rin sa pamamagitan ng primera-klaseng koreo at makarating bago mag **ika-15 ng Hunyo, 2006** sa Lead Counsel ng Class Suit na si:

Robert A. Swift, Esquire
Kohn, Swift & Graf, P.C.
1 South Broad Street, 21st Floor
Philadelphia, PA 19107
U. S. A.

## KARAGDAGANG KAALAMAN

Kung sakali mang lumipat na kayo ng tirahan, kung magpapalit ng tirahan sa darating na panahon, kung iba na ang address ninyo at hindi na ang nakasulat sa sobreng ito, o kung may karagdagang katanungan pa kayo tungkol sa Paunawang ito, marapat lamang na ipagbigay-alam agad kay Robert A. Swift sa address na nakasulat sa itaas, o kay:

Atty. Rodrigo C. Domingo, Jr.
Filipino Co-Counsel
LPL Center, Unit 15-B
130 L.P. Leviste Street, Salcedo Village
Makati City, Philippines 1227
Tel No: 813-3497; Fax No: 812-7997

**HUWAG PO KAYONG MAKIPAG-UGNAYAN SA CLERK OF THE COURT O KAY JUDGE REAL.**

ALINSUNOD SA UTOS NG HUKUMAN:

/s/Sue Beitia
SUE BEITIA, Clerk
Hukumang Pandistrito sa Estados Unidos
Distrito ng Hawaii

Petsa: Mayo 26, 2006

19001_1

2

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br><br>ESTATE OF FERDINAND E. MARCOS<br>HUMAN RIGHTS LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>Hilao et al v. Estate of Ferdinand<br>E. Marcos,<br>           and<br>DeVera et al v. Estate of Ferdinand<br>E. Marcos. | MDL NO. 840<br>No. 86-390<br>No. 86-330 |

### NOTICE OF DISTRIBUTION OF PROCEEDS FROM JUDGMENT
### AND APPLICATION FOR COUNSEL FEES AND EXPENSES

TO:   ALL CLASS MEMBERS

This notice is sent pursuant to the Order of the United States District Court for the District of Hawaii to inform you that (1) the Court will distribute to eligible Class Members monies recovered from execution on the Class' 1995 Judgment, and (2) the Court will decide whether Class Counsel's interim request for an award of fees and reimbursement of expenses is reasonable.

### BACKGROUND

This proceeding was commenced in April 1986 against Ferdinand E. Marcos on behalf of a Class of 9,539 Philippine citizens (or their heirs) who had been tortured, summarily executed or disappeared during the Marcos rule between September 1972 and February 1986. The Estate of Ferdinand E. Marcos was substituted as defendant upon his death in 1989. Following trials in 1992, 1994 and 1995, the Court entered Final Judgment on February 3, 1995 in favor of the Class in the amount of US$1,964,000,000. **Your claim is one of the 9,539.** The Judgment was affirmed by the US Appeals Court, and is now final.

### COLLECTION PROCEEDINGS

Class Counsel actively pursued collection of the 1995 Judgment, but were hindered by the concealment of assets belonging to the Estate of Ferdinand E. Marcos and the persistent delay in the Philippine court system's recognition of the 1995 Judgment. Class Counsel successfully executed on the 1995 Judgment in the United States, collecting about $1.5 million from a car and house in Hawaii and a painting in New York owned by Marcos. On July 12, 2004 Class Counsel obtained a Judgment in favor of the Class in the litigation known as *Merrill Lynch v. Arelma Inc.* for about $35 million. On May 4, 2006 the United States Court of Appeals affirmed the Judgment. The monies collected thus far, including the $35 million, have been deposited into a Fund maintained by the United States Court. Class Counsel are, and will continue, to seek to uncover and execute on other Marcos assets.

### DISTRIBUTION OF THE FUND

The Court will distribute the Fund (less administrative costs of the distribution, counsel fees and expenses) to the Class Members. All validated claims will receive an equal amount of money. The Court will make distributions to individual class members directly, not through intermediaries. Consistent with its prior Orders, the Court will not recognize the validity of special powers of attorney solicited by certain persons and groups.

### ELIGIBILITY OF CLASS MEMBERS

Not all Class Members are eligible to receive payment. The Court required Class Members in both 1993 and 1999 to submit Claim Forms. Only those Class Members who submitted complete Claim Forms in each of those years will be eligible to receive payment. It is too late to submit or supplement a Claim Form.

19001_1

### APPLICATION FOR AN AWARD OF ATTORNEYS FEES AND EXPENSES

In 20 years of litigation, Class Counsel have advanced all litigation expenses and have not previously received payment of either counsel fees or expenses. Class Counsel have requested the Court to render an interim award of counsel fees totaling 30% of the Fund after first deducting reimbursement of counsel's expenses in the amount of $1,033,900.09. In addition, Class Counsel will request the Court to set aside $775,000 to cover fees and expenses that have been or will be incurred in administration and distribution of payments to Class Members; compensation to the Special Master; and special counsel in Singapore. The application for attorneys fees and expenses has been filed with the Clerk of the Court, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii 96850, and is available for inspection there and at the offices of Class Counsel listed below.

### HEARING

The Court will hold a hearing on June 26, 2006 at 10 a.m. At that hearing the Court will consider whether to approve Class Counsel's application for attorneys fees and expenses. The hearing will be held in the Courtroom of the Honorable Manuel L. Real, United States Courthouse, Honolulu, Hawaii.

**YOU NEED NOT APPEAR AT THE HEARING OR TAKE ANY OTHER ACTION IF YOU APPROVE OF, OR DO NOT OBJECT TO, THE APPLICATION OF CLASS COUNSEL FOR ATTORNEYS FEES AND EXPENSES.**

Any member of the class may appear at the hearing and show cause, if any, why the application of Class Counsel for attorneys fees and expenses should not be approved by the Court. No person will be heard at the hearing unless a written notice of intention to appear, stating all grounds for the objection or other statement of position, together with all supporting papers and briefs, are sent to the Clerk of the Court by first-class mail and **received** no later than June 15, 2006 at the following address:

> Clerk of the Court
> United States Courthouse
> 300 Ala Moana Boulevard
> Honolulu, Hawaii 96850

The envelopes and objections must bear the caption: "Estate of Ferdinand E. Marcos Human Rights Litigation, MDL No. 840 (D.HI)." A copy of such papers must be served by first class mail upon Lead Counsel for the Class and **received** no later than June 15, 2006 at the following address:

> Robert A. Swift, Esquire
> Kohn, Swift & Graf, P.C.
> 1 South Broad Street, 21st Floor
> Philadelphia, PA 19107

### ADDITIONAL INFORMATION

If you have changed your address, if you change your address at any time in the future, if this Notice reached you at a place other than the one to which it was directed, or if you have additional questions concerning this Notice, you should immediately notify Robert A. Swift at the address above, or:

> Atty. Rodrigo C. Domingo, Jr.
> Filipino Co-Counsel
> LPL Center, Unit 15-B
> 130 L.P. Leviste Street, Salcedo Village, Makati City
> Philippines
> Tel No: 813-3497; Fax No: 812-7997

**PLEASE DO NOT CONTACT THE CLERK OF THE COURT OR JUDGE REAL**

> BY ORDER OF THE COURT:
> /s/ Sue Beitia
> SUE BEITIA, Clerk
> United States District Court
> District of Hawaii

Dated: May 26, 2006

2

19001_1

Rolando Tubontubon
Trinidad Tubontubon
San Isidro, Pinabacdao, Samar
Philippines 6716

Estate of Ferdinand E. Marcos Human Rights Litigation,
MDL No. 841 (D.HI)
Clerk of the Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
U.S.A.






