ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 03 2006

at 2 o'clock and ___ min, __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| In Re: | MDL NO. 840 |
| --- | --- |
| | No. 86-390 |
| | No. 86-330 |
| ESTATE OF FERDINAND E. MARCOS HUMAN RIGHTS LITIGATION | ORDER |
| THIS DOCUMENT RELATES TO: Hilao, et al. v. Estate of Ferdinand E. Marcos, And De Vera, et al. v. Estate of Ferdinand E. Marcos | |

## ORDER

After consideration of Revelstoke Investment Corp., Inc.'s Motion to Intervene for Purpose of Appeal, and all other arguments or briefing thereon,

IT IS HEREBY ORDERED that Revelstoke Investment Corp., Inc.'s Motion to Intervene for Purpose of Appeal is ~~granted~~ DENIED. This matter rests in the jurisdiction of the Texas litigation.

Dated: Honolulu, Hawaii, June 27, 2006.

IT IS SO ORDERED.

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 03 2006
DISTRICT OF HAWAII