JULIO G. KIPKIPAN
Purok 6, Fatima Ibuan,
Las Nieves, Agusan
del Norte, Philippines

CLERK OF COURT
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
U. S. A.

**RECEIVED**
CLERK, U.S. DISTRICT COURT
JUL 10 2006
DISTRICT OF HAWAII

June 29, 2006

Sir / Madam,

Ang sulat na ito ay may kaugnayan sa natanggap kong sulat noong June 27, 2006, Tungkol sa pagdinig sa kahilingan ng mga Abogado sa kabayaran/gastos sa pag-process sa naturang Claim. Dahil sa hindi ako nakadalo at lalo't huli ko na natanggap ang liham na iyon, ito ang aking kasagutan;

Ako ay papayag sa kahilingan ng Abogado, dahil sila ay may katuwiran dahil sa tagal ng panahon.

Ang aking rekomendasyon na dahil malaki na ang halagang nalikom ng court at naging Final na ang paglilitis, maari po bang ipamahagi na ang nasabing halaga?

Ako ay lumipat na nang tirahan ang address nasa Itaas.

Thanks

Julio Kipkipan
JULIO G. KIPKIPAN
Claimant



RICARDO G. KIPKIPAN
JULIO G. KIPKIPAN
P.o. Fatima Ibuan
Las Nieves, Agusan
del Norte Philippines

ESTATE OF FERDENAND E. MARCOS HUMAN RIGHTS LITIGATION MDL NO. 841 (D.HI.)
CLERK OF COURT
UNITED STATES COURTHOUSE
300 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96850
U. S. A.

96850#0001