w.mr

CIVIL NO. 03-11111
(MDL 840) MARCOS
HUMAN RIGHTS LITIGATION

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 10 2006
DISTRICT OF HAWAII

JUNE 27, 2006

Dear Ma'am / Sir,

  Sorry kaayo nga late ang pagbalos sa among mga papel alang unta sa hearing niadtong June 26, 2006 10:00 AM.
  Tungod kay nadawat namo ang moong notice June 27-06 pm.

  Hinaut nga inyong masabtan.

NOTE: Cel.No. 09203733936
Brgy. Cel. Lantawan,
Wenfie Arapon
akong Sillingan.

Kaninyo matinahuron,

MRS. WIMA A. JALALON
Anak sa Biktima



From: Wilma A. Jereton
Lantawen, Siminot, Zamboanga del Sur
PHILIPPINES 7022

Clerk of the Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850.

VIA AIRMAIL

# CHURCH OF SAINT MICHAEL
Mahayag, Zamboanga del Sur

## CERTIFICATE OF MARRIAGE

### THIS IS TO CERTIFY

That ANGELITO JALALON

and WILMA ALFEREZ

ware lawfully **MARRIED** on the 21st day of September, 19 85 according to the Rite of the Roman Catholic Church and in conformity with the laws of the Republic of the Philippines.

Rev. FR. BEDA BELOTINDOS officiating, in the presence of Teodlufo Gimeno

and Bonifacia Lauron Witnesses, as appears from the Marriage Register of this Church.

Date May 31, 1999

Book: II   Series: 1983-93   Page: 22  11

Prepared by:   REV. FR. TEODOSIO C. MENDOZA
BENEDICTA TIONGSON                Parish Priest
Parish Clerk