Republic of the Philippines
Province of Zamboanga del sur ) S.S.
Municipality of Midsalip )

## JOINT AFFIDAVIT

That we, Antonio _____, of legal age, Filipino Citizen, married to SOFIA A. TUMALAS, a resident of Matalang, Midsalip, Zamboanga del sur, Philippines and Leonora Solis, also of legal age, Filipino Citizen, married to FLORENCIO SOLIS, a resident of Matalang, Midsalip, Zamboanga del sur, Philippines, after having been duly sworn to in accordance with law, do hereby depose and say;

1. That we are a member of the sangguniang of barangay Matalang, Midsalip, Zamboanga del sur, holding the position of Punong barangay and barangay Treasurer respectively;
2. That on February 1, 1989 we have witnessed the tragic death of the members of the family of Arneston Alferes, Leona Alferes, with their son Ricardo Alferes at Sitio Manganib, Matalang, Midsalip, Zamboanga del sur a victims of the declaration of martial law during the administration of President Ferdinand Marcos;
3. That this Affidavit is executed to attest to the truth of the foregoing statement for all legal purposes it may serve;
4. Further affiants sayeth naught.

In witness whereof, we have hereunto affixed our signature this 27th day of _____, 1999 at Sominot, Zamboanga del sur, Philippines.

LEONORA SOLIS        ANTONIO TUMALIS
( Affiant )          ( Affiant )

Signed in the Presence of:

1. GERALDO CAPIRADORE    2. FRANCISCO N. RELATIVO JR.

Subscribed and Sworn to before me this ____ day of ____, 1999 Sominot, Zamboanga del sur, Philippines. Affiant Antonio Tumalis exhibiting to me his Community Tax Certificate No. 17239172 S on _____, 1999 at Matalang, Midsalip, Zamboanga del sur and Leonora Solis with Community Tax Certificate No. 012-71999 issued on May 15, 1999 at Matalang, Midsalip, Zamboanga del sur.

Witness my hand and notarial Seal, Tedy.

MIDSALIP   1-4-99