# CERTIFICATE OF DEATH

Form No. 103
(Revised January 1993)

Republic of the Philippines

(To be accomplished in quadruplicate)

(Fill out completely, accurately and legibly. Use ink or typewriter.
Place X before the appropriate answer in items 2, 9, 13, 15, 16, 18, 19, 21, and 23.)

**REMARKS/ANNOTATION**

Province: _____
City/Municipality: _____
Registry No. 91-14

1. NAME (First) (Middle) (Last)

2. SEX
   - 1 Male
   - X 2 Female

3. RELIGION: _____

4. AGE
   a. 1 YEAR OR ABOVE (Completed years)
   b. UNDER 1 YEAR (Months / Days)
   c. UNDER 1 DAY (Hrs/Min/Sec)

5. PLACE OF DEATH (Name of Hospital/Clinic/Institution, House No., Street, Barangay) (City/Municipality) (Province)

6. DATE OF DEATH (day) (month) (year)

7. CITIZENSHIP: _____

8. RESIDENCE (House No., Street, Barangay) (City/Municipality) (Province)

9. CIVIL STATUS
   - 1 Single
   - X 2 Married
   - 3 Widowed
   - 4 Others
   - 5 Unknown

10. OCCUPATION: housekeeper

## MEDICAL CERTIFICATE
(For ages 0 to 7 days, accomplish items 11-17 at the back)

17. CAUSES OF DEATH — Interval Between Onset and Death
    a. Immediate cause: _____
    b. Antecedent cause: _____
    c. Underlying cause: _____
    II. Other significant conditions contributing to death: _____

18. DEATH BY NON-NATURAL CAUSES
    a. Manner of Death
       - 1 Homicide
       - 2 Suicide
       - 3 Accident
       - 4 Others (Specify)
    b. Place of Occurrence (e.g. home, farm, factory, street, sea, etc.)

19. ATTENDANT
    - 1 Private Physician
    - 2 Public Health Officer
    - 3 Hospital Authority
    - X 4 None
    - 5 Others (Specify)
    If attended, state duration: From ___ To ___

20. CERTIFICATION OF DEATH
    I hereby certify that the foregoing particulars are correct as near as same can be ascertained and I further certify that I
    - [X] have not attended the deceased
    - [ ] have attended the deceased and that death occurred at ___ on the date indicated above.

    REVIEWED BY:

    Signature: _____
    Name in Print: _____
    Title or Position: _____
    Address: _____
    Date: _____

    Signature over printed name of Health Officer

21. CORPSE DISPOSAL
    - 1 Burial
    - 2 Cremation
    - 3 Others (Specify)

22. BURIAL/CREMATION PERMIT
    Number: _____
    Date Issued: _____

23. AUTOPSY
    - 1 Yes
    - 2 No

24. NAME AND ADDRESS OF CEMETERY OR CREMATORY

25. INFORMANT
    Signature: _____
    Name in Print: _____
    Relationship to the deceased: _____
    Address: _____
    Date: _____

26. PREPARED BY
    Signature: _____
    Name in Print: _____
    Title or Position: _____
    Date: _____

27. RECEIVED AT THE OFFICE OF THE CIVIL REGISTRAR
    Signature: _____
    Name in Print: _____
    Title or Position: _____
    Date: _____

|  | FOR AGES 0 TO 7 DAYS | |
|---|---|---|
| 11. DATE OF BIRTH<br>(day) (month) (year) | 12. AGE OF THE MOTHER | 13. METHOD OF DELIVERY<br>1. Normal spontaneous vertex<br>2. Others (Specify) |

14. LENGTH OF PREGNANCY: _____ completed weeks
15. TYPE OF BIRTH  1. Single  2. Twin  3. Triplet, etc.
16. IF MULTIPLE BIRTH, CHILD WAS  1. First  2. Second  3. Others (Specify)

### MEDICAL CERTIFICATE

17. CAUSES OF DEATH
    a. Main disease/condition of infant _____
    b. Other diseases/conditions of infant _____
    c. Main maternal disease/condition affecting infant _____
    d. Other maternal disease/condition affecting infant _____
    e. Other relevant circumstances _____

CONTINUE TO FILL UP ITEM 18

### POSTMORTEM CERTIFICATE OF DEATH

I HEREBY CERTIFY that I have this _____ day of _____ performed an autopsy upon the body of the deceased and that the cause of death was as follows:

Signature _____  Title/Designation _____
Name in Print _____  Address _____

### CERTIFICATION OF EMBALMER

I HEREBY CERTIFY that I have embalmed _____ after having followed all the regulations prescribed by the Department of Health.

Signature _____  Title/Designation _____
Name in Print _____  License No. _____
Address _____  Issued on _____ at _____
Expiry Date _____

Republic of the Philippines   )
Province of _____    ) S.S.
City/Municipality of _____ )

### AFFIDAVIT FOR DELAYED REGISTRATION OF DEATH

I, _____, of legal age, single/married, after being duly sworn to in accordance with law, do hereby depose and say:

1. That _____ died on _____ in _____ and was buried/cremated in _____ on _____
2. That the deceased was/was not attended to at the time of his death.
3. That the reason for the delay in registering this death was due to _____

_____
(Signature of affiant)

Community Tax No. _____
Date Issued _____
Place Issued _____

SUBSCRIBED AND SWORN to before me this _____ day of _____ at _____, Philippines.

_____
(Signature of Administering Officer)

(Title/Designation)

| Municipal Form No. 103 (Revised January 1993) | (To be accomplished in quadruplicate) | REMARKS/ANNOTATION |
|---|---|---|

**Republic of the Philippines**
# CERTIFICATE OF DEATH
(Fill out completely, accurately and legibly. Use ink or typewriter. Place X before the appropriate answer in items 2, 9, 13, 15, 16, 18, 19, 21 and 23.)

Province: _____
City/Municipality: _____
Registry No.: _____

FOR OCRG USE ONLY:
Population Reference No.: _____

1. NAME (First) (Middle) (Last)

2. SEX  1. Male  2. Female
3. RELIGION
4. AGE  a. YEAR OR ABOVE (Completed years)  b. UNDER 1 YEAR (Months / Days)  c. UNDER 1 DAY (Hrs/Min/Sec)

TO BE FILLED UP AT THE OFFICE OF THE CIVIL REGISTRAR

5. PLACE OF DEATH (Name of Hospital/Clinic/Institution, House No., Street, Barangay) (City/Municipality) (Province)

6. DATE OF DEATH (day) (month) (year)
7. CITIZENSHIP

8. RESIDENCE (House No., Street, Barangay) (City/Municipality) (Province)

9. CIVIL STATUS  1. Single  2. Married  3. Widowed  4. Others  5. Unknown
10. OCCUPATION

**MEDICAL CERTIFICATE**
(For ages 0 to 7 days, accomplish items 11–17 at the back)

11. CAUSES OF DEATH
    I. Immediate cause: a. _____
       Antecedent cause: b. _____
       Underlying cause: c. _____
    II. Other significant conditions contributing to death: _____
    Interval Between Onset and Death: _____

18. DEATH BY NON-NATURAL CAUSES
    a. Manner of Death: 1. Homicide  2. Suicide  3. Accident  4. Others (Specify)
    b. Place of Occurrence (e.g. home, farm, factory, street, sea, etc.)

19. ATTENDANT  1. Private Physician  2. Public Health Officer  3. Hospital Authority  4. None  5. Others (Specify)
    If attended, state duration: From _____ To _____

20. CERTIFICATION OF DEATH
    I hereby certify that the foregoing particulars are correct as near as same can be ascertained and I further certify that I
    [X] have not attended the deceased
    [ ] have attended the deceased and that death occurred at ____ am/pm on the date indicated above.

    REVIEWED BY:
    Signature and printed name of Health Officer
    Date

    Signature: _____
    Name in Print: _____
    Title or Position: _____
    Address: _____
    Date: _____

21. CORPSE DISPOSAL  1. Burial  2. Cremation  3. Others (Specify)
22. BURIAL/CREMATION PERMIT  Number _____ Date Issued _____
23. AUTOPSY  1. Yes  2. No

24. NAME AND ADDRESS OF CEMETERY OR CREMATORY

25. INFORMANT
    Signature: _____
    Name in Print: _____
    Relationship to the deceased: _____
    Address: _____
    Date: _____

26. PREPARED BY
    Signature: _____
    Name in Print: _____
    Title or Position: _____
    Date: _____

27. RECEIVED AT THE OFFICE OF THE CIVIL REGISTRAR
    Signature: _____
    Name in Print: _____
    Title or Position: _____
    Date: _____

| FOR AGES 0 TO 7 DAYS | | |
|---|---|---|
| 11. DATE OF BIRTH (day) (month) (year) | 12. AGE OF THE MOTHER | 13. METHOD OF DELIVERY 1. Normal, spontaneous, vertex 2. Others (Specify) |
| 14. LENGTH OF PREGNANCY: _____ completed wks | | |
| 15. TYPE OF BIRTH 1. Single  2. Twin  3. Triplet, etc. | 16. IF MULTIPLE BIRTH, CHILD WAS 1. First  2. Second  3. Others (Specify) | |

### MEDICAL CERTIFICATE

17. CAUSES OF DEATH
   a. Main disease/condition of infant
   b. Other diseases/conditions of infant
   c. Main maternal disease/condition affecting infant
   d. Other maternal disease/condition affecting infant
   e. Other relevant circumstances

CONTINUE TO FILL UP ITEM 18

### POSTMORTEM CERTIFICATE OF DEATH

I HEREBY CERTIFY that I have this _____ day of _____ performed an autopsy upon the body of the deceased and that the cause of death was as follows:

_____

Signature _____   Title/Designation _____
Name in Print _____   Address _____

### CERTIFICATION OF EMBALMER

I HEREBY CERTIFY that I have embalmed _____ after having followed all the regulations prescribed by the Department of Health.

Signature _____   Title/Designation _____
Name in Print _____   License No. _____
Address _____   Issued on _____ at _____
   Expiry Date _____

---

Republic of the Philippines )
Province of Zamboanga del Sur ) S.S.
City/Municipality of Midsalip )

### AFFIDAVIT FOR DELAYED REGISTRATION OF DEATH

I, Alma A. Julagon, of legal age, single/married, after being duly sworn to in accordance with law, do hereby depose and say:

1. That Aristón A. Julagon died on 01 February 1985 in sitio Manjanja, Matalang, Midsalip, Z/Sur and was buried/cremated in sitio Manjanja, Matalang, Midsalip, Z/Sur on 02 Feb. 1985.
2. That the deceased was/was not attended to at the time of his death.
3. That the reason for the delay in registering this death was due to negligence.

(Signature of affiant)
ALMA A. JULAGON

Community Tax No. 3370093
Date Issued 17 May 1999
Place Issued Canuan, Dominot, Zambo. del Sur

SUBSCRIBED AND SWORN to before me this 17th day of May 1999 at Midsalip, Zamboanga del Sur, Philippines.

(Signature of Administering Officer)
MEDARDO C. COLITA
(Name in Print)

Mun. Civil Registrar
(Title/Designation)
Midsalip, Zamb. del Sur
(Address)

Municipal Form No. 103
(Revised January 1993)

(To be accomplished in quadruplicate)

**REMARKS/ANNOTATION**

Republic of the Philippines
# CERTIFICATE OF DEATH

(Fill out completely, accurately and legibly. Use ink or typewriter.
Place X before the appropriate answer in items 2, 3, 13, 15, 16, 18, 19, 21 and 23.)

Province _____    Registry No. _____
City/Municipality _____

| NAME | (First) | (Middle) | (Last) |
|---|---|---|---|
| | RICARDO | | |

FOR OCRG USE ONLY:
Population Reference No.

| SEX | 3. RELIGION | 4. AGE | a. 1 YEAR OR ABOVE Completed years | b. UNDER 1 YEAR Months / Days | c. UNDER 1 DAY Hrs/Min/Sec |
|---|---|---|---|---|---|
| 1 Male | | | | | |
| 2 Female | | | | | |

TO BE FILLED UP AT THE OFFICE OF THE CIVIL REGISTRAR

PLACE OF DEATH (Name of Hospital/Clinic/Institution) (City/Municipality) (Province)
(House No., Street, Barangay)

DATE OF DEATH (day) (month) (year)    7. CITIZENSHIP

RESIDENCE (House No., Street, Barangay) (City/Municipality) (Province)

CIVIL STATUS    10. OCCUPATION
1 Single    3 Widowed    5 Unknown
2 Married   4 Others

## MEDICAL CERTIFICATE
(For ages 0 to 7 days, accomplish items 11-17 at the back)

CAUSES OF DEATH    Interval Between Onset and Death
Immediate cause : a. _____
Antecedent cause : b. _____
Underlying cause : c. _____
Other significant conditions contributing to death:

DEATH BY NON-NATURAL CAUSES
a. Manner of Death
  1 Homicide    2 Suicide    3 Accident    4 Others (Specify)
b. Place of Occurrence (e.g. home, farm, factory, street, sea, etc.)

ATTENDANT    If attended, state duration:
1 Private Physician    4 None        From _____
2 Public Health Officer   5 Others (Specify)   To _____
3 Hospital Authority

CERTIFICATION OF DEATH
I hereby certify that the foregoing particulars are correct as near as same can be ascertained and I further certify that I
[X] have not attended the deceased
[ ] have attended the deceased and that death occurred at ____ am/pm on the date indicated above.

REVIEWED BY:

Signature _____
Name in Print _____
Title or Position _____
Address _____

CORPSE DISPOSAL    22. BURIAL/CREMATION PERMIT    23. AUTOPSY
1 Burial    3 Others (Specify)    Number _____    1 Yes
2 Cremation                Date Issued _____    2 No

NAME AND ADDRESS OF CEMETERY OR CREMATORY

INFORMANT
Signature _____
Name in Print _____    Address _____
Relationship to the deceased _____    Date _____

PREPARED BY    27. RECEIVED AT THE OFFICE OF
            THE CIVIL REGISTRAR
            Signature _____
            Name in Print _____

| 11. DATE OF BIRTH (day) (month) (year) | 12. AGE OF THE MOTHER | 13. METHOD OF DELIVERY 1 Normal spontaneous vertex 2 Others (Specify) |
|---|---|---|

14. LENGTH OF PREGNANCY: _____ completed weeks

| 15. TYPE OF BIRTH  1 Single  2 Twin  3 Triplets | 16. IF MULTIPLE BIRTH, CHILD WAS  1 First  2 Second  3 Others (Specify) |
|---|---|

## MEDICAL CERTIFICATE

17. CAUSES OF DEATH
   a. Main disease/condition of infant _____
   b. Other diseases/conditions of infant _____
   c. Main maternal disease/condition affecting infant _____
   d. Other maternal disease/condition affecting infant _____
   e. Other relevant circumstances _____

CONTINUE TO FILL UP ITEM 18

### POSTMORTEM CERTIFICATE OF DEATH

I HEREBY CERTIFY that I have this _____ day of _____, _____ performed an autopsy upon the body of the deceased and that the cause of death was as follows: _____

Signature _____    Title/Designation _____
Name in Print _____    Address _____

### CERTIFICATION OF EMBALMER

I HEREBY CERTIFY that I have embalmed _____ after having followed all the regulations prescribed by the Department of Health.

Signature _____    Title/Designation _____
Name in Print _____    License No. _____
Address _____    Issued on _____ at _____
                            Expiry Date _____

Republic of the Philippines
Province of _____  ) S.S.
City/Municipality of _____ )

### AFFIDAVIT FOR DELAYED REGISTRATION OF DEATH

I, _____, of legal age, single/married, after being duly sworn to in accordance with law, do hereby depose and say:

1. That _____ died on _____ in _____ and was buried/cremated in _____ on _____
2. That the deceased was/was not attended to at the time of his death.
3. That the reason for the delay in registering his death was due to _____ Negligence

(Signature of affiant)

Community Tax No. _____
Date Issued _____
Place Issued _____

SUBSCRIBED AND SWORN to before me this ____ day of _____, _____ at _____, Philippines.

_____
(Signature of Administering Officer)    (Title/Designation)

_____
(Name in Print)    (Address)