| Municipal Form No. 102 (Revised January 1993) | (To be accomplished in quadruplicate) | REMARKS/ANNOTATION |
|---|---|---|
| Republic of the Philippines **CERTIFICATE OF LIVE BIRTH** (Fill out completely, accurately and legibly in ink or typewriter. Place X before the appropriate answer in the **LATE REGISTRATION**) | | |

| Province | Zamboanga del Sur | Registry No. 94-542 |
|---|---|---|
| City/Municipality | Mahayag | |

**CHILD**

| 1. NAME | (First) WILMA | (Middle) SELLOTE | (Last) ALFEREZ |
|---|---|---|---|
| 2. SEX | 1 Male __  X 2 Female | 3. DATE OF BIRTH | 29 August 1962 |
| 4. PLACE OF BIRTH | Kabuhi, | Mahayag, | Zambo. del Sur |
| 5a. TYPE OF BIRTH | X 1 Single  __ 2 Twin  __ 3 Triplet, etc. | b. IF MULTIPLE BIRTH, CHILD WAS: __ First __ Second __ Others, Specify | |
| c. BIRTH ORDER (live births and fetal deaths including this delivery) Fifth | d. WEIGHT AT BIRTH 3125 grams | | |

**MOTHER**

| 6. MAIDEN NAME | (First) LEONA | (Middle) ABELLA | (Last) SELLOTE |
|---|---|---|---|
| 7. CITIZENSHIP | Filipino | 8. RELIGION | Roman Catholic |
| 9a. Total number of children born alive: 5 | b. No. of children still living including this birth: 5 | c. No. of children born alive but are now dead: 0 | |
| 10. OCCUPATION Housekeeper | | 11. Age at the time of this birth: 26 years | |
| 12. RESIDENCE | Kabuhi, | Mahayag, | Zambo. del Sur |

**FATHER**

| 13. NAME | (First) ARISTON | (Middle) ALPANTE | (Last) ALFEREZ |
|---|---|---|---|
| 14. CITIZENSHIP | Filipino | 15. RELIGION | Roman Catholic |
| 16. OCCUPATION | Farming | 17. Age at the time of this birth: 28 years | |

| 18. DATE AND PLACE OF MARRIAGE OF PARENTS (If not married, accomplish Affidavit of Acknowledgment/Admission of Paternity at the back.) |
|---|
| Date: March 23, 1949    Place: Molave, Zambo. Sur |

| 19a. ATTENDANT | __ 1 Physician  __ 2 Nurse  __ 3 Midwife  X 4 Hilot (Traditional Midwife)  __ 5 Others (Specify) |
|---|---|

19b. CERTIFICATION OF BIRTH
I hereby certify that I attended the birth of the child who was born alive at ___ o'clock am/pm on the date stated above.

Signature _____
Name in Print: DIOSDADA MARIPAT (DEC.)    Address: N/A
Title or Position: _____    Date: _____

20. INFORMANT
Signature _____
Name in Print: WILMA A. JALALON    Address: Lantawan, Sominot, Zambo. del Sur
Relationship to the child: AFFIANT    Date: March 30, 1994

21. PREPARED BY
Signature _____
Name in Print: VIRGINIA D. HABIDA
Title or Position: Registration Officer I

22. RECEIVED AT THE OFFICE OF THE CIVIL REGISTRAR
Signature _____
Name in Print: JEFFREY D. ARTIAGA
Title or Position: CIVIL REGISTRAR

For births before 3 August 1988/on or after 3 August 1988

## AFFIDAVIT OF ACKNOWLEDGMENT/ADMISSION OF PATERNITY

We, _____ and _____, parents/parent of the child mentioned in this Certificate of Live Birth, do hereby solemnly swear that the information contained herein are true and correct to the best of our/my knowledge and belief.

_____  _____
(Signature of Father)           (Signature of Mother)
Community Tax No. _____   Community Tax No. _____
Date Issued _____   Date Issued _____
Place Issued _____   Place Issued _____

SUBSCRIBED AND SWORN to before me this _____ day of _____
at _____ Philippines.

_____        _____
(Signature of Administering Officer)   (Title/Designation)

_____        _____
(Name in Print)                        (Address)

---

Not applicable for births before 27 February 1931

## AFFIDAVIT FOR DELAYED REGISTRATION OF BIRTH
(Either the person himself if 18 years old or over or father/mother/guardian may accomplish this affidavit)

I, __Wilma A. Jalalon__, of legal age, single/married and with residence and postal address at __Lantawan, Sominot, Zamboanga del Sur__, after having been duly sworn to in accordance with law, do hereby depose and say:

1. That __I__ am the applicant for the delayed registration of my birth/of the birth of __Wilma S. Alferez__
2. That I/he/she was born on __August 29, 1952__ at __Kabuhi, Mahayag, Zambo. del Sur__
3. That I/he/she was attended at birth by __Diosdada Mahinay (dec.)__ who resides at __Not Applicable__
4. That I/he/she is a citizen of __the Philippines__
5. That my/his/her parents were  [x] married on __March 29, 1949__ at __Molave, Zambo. Sur__
   [ ] not married but was acknowledged by my/his/her father whose name is __N/A__
6. That the reason for the delay in registering my/his/her birth was due to __confidence__
7. That a copy of my/his/her birth certificate is needed for the purpose of __records__
8. [x] (For the applicant only) That I am married to __Angelito Y. Jalalon__
   [ ] (For the father/mother/guardian) That I am the __N/A__ of the said person.

_____
WILMA A. JALALON
(Signature of Affiant)
Community Tax No. __16445359__
Date Issued __March 30, 1994__
Place Issued __Mahayag, Zambo. Sur__

SUBSCRIBED AND SWORN to before me this __30th__ day of __March__, 1994
at __Mahayag, Zamboanga del Sur__ Philippines.

_____        _____
(Signature of Administering Officer)   (Title/Designation)

__JEFFREY C. ARTIAGA__
CIVIL REGISTRAR                   (Address)