SPECIAL POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS:

That We, Wilma Alferez Jalalon, Crisanta Alferez Abeladejo, Nestor Alferez, Jessica Alferez Agad, Romulo Alferez, Vicenta Alferez Saquin, Analyn Alferez, Helda Alferez Asatas, Roberto S. Alferez, all sons and daughters of the late Aniston B. Alferez and Leona S. Alferez and brother and sisters of the late Ricardo S. Alferez have named, constituted and appointed, and by these presents do name, constitute and appoint WILMA S. ALFEREZ, of legal age, Filipino, married to Mr. Jalalon, a resident of Brgy. Lantawan, Sominot, Zambo. del Sur, to be our true and lawful Attorney-in-Fact, for us and in our name, place and stead, and for our own use and benefit, to do and perform all or any of the following acts and things, namely:

1. To claim the amount of damages from the Estate of Ferdinand E. Marcos Human Rights Litigation which amount was deposited at the Bank which will be paid upon presentation of Proof of Claim Form for Summary Execution Victims at the office concerned as we can not claim it ourselves due to obvious reasons;

2. To make, sign, execute and deliver any papers, contract, policy, documents of whatever nature or kind including the signing of papers, which may be necessary or proper in connection with the follow-up and getting of the above-mentioned claim from the Estate of Ferdinand E. Marcos Human Rights Litigation of which our father and mother and our brother was the victim.

GIVING AND GRANTING unto our said Attorney-in-Fact full power and authority to do and perform every act and things whatsoever requisite and necessary to be done in and about the premises, as fully to all intents and purposes as we might do if personally present, thereby ratifying and confirming all that our said Attorney-in-Fact, shall lawfully do or cause to be done by virtue of these presents.

IN WITNESS WHEREOF, We have hereunto affixed our signatures this 24th day of May, 1999 at Sominot, Zamboanga del Sur, Philippines.

| WILMA ALFEREZ JALALON | CRISANTA A. ABELADEJO | NESTOR ALFEREZ |
| (Attorney-in-Fact) | (Principal) | (Principal) |

| JESSICA A. AGAD | ROMULO ALFEREZ | RODULFO ALFEREZ | VICENTA A. SAQUIN |
| (Principal) | (Principal) | (Principal) | (Principal) |

| ANALYN ALFEREZ | HELDA A. ASATAS | ROBERTO S. ALFEREZ |
| (Principal) | (Principal) | (Principal) |

SIGNED IN THE PRESENCE OF:

1. Domingo _____  2. Francisca maning

REPUBLIC OF THE PHILIPPINES )
PROVINCE OF ZAMBOANGA DEL SUR ) S. S.    ACKNOWLEDGMENT
MUNICIPALITY OF SOMINOT )

BEFORE ME, this 24th day of May, 1999 at Sominot, Zambo. del Sur, Philippines, personally appeared Wilma A. Jalalon with CTC No. 9379093 issued on May 17, 1999 at Lantawan, Sominot, Zds; Crisanta A. Abeladejo CTC. No 9379065, Jan. 19, 1999 at Lantawan, Sominot, Zds; Nestor Alferez CTC. No. 9379094, May 24, 1999 at Lantawan, Sominot, Zds; Jessica A. Agad CTC. No. 07340254 May 24, 1999 at Lantawan, Sominot, Zds; Romulo Alferez CTC. No. 9379095 May 24, 1999 at Lantawan, Sominot, Zds; Rodulfo Alferez CTC. No. 9379036 May 24, 1999 at Lantawan, Sominot, Zds; Vicenta A. Saquin CTC. No. 07340252 May 24, 1999 at Upper Bto. Niño, Mahayag, Zds; Analyn Alferez CTC. No. 9379092 May 24, 1999 at Lantawan, Sominot, Zds, known to me to be the same person who executed the foregoing instrument of Special Power of Attorney and acknowledged to me that the same is their free act and voluntary deed. WITNESS MY HAND AND NOTARIAL SEAL, TODAY.

Doc. No. 425 ; Page No. 86;
Book No. 2 ; Series of 1999.

CIRILO L. MARAVILLAS
NOTARY PUBLIC
Until Dec. 31, 1999
PTR No. 2446255 r. 275/99 at Sominot, Zds.
TIN No. 145-133-024.