ORIGINAL

GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

THOMAS BENEDICT          5018-0
 tbenedict@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880
Attorney for
REVELSTOKE INVESTMENT CORP., INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 1 7 2006

at ____ o'clock and ____ min. ____M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| In Re: | MDL NO. 840<br>No. 86-390<br>No. 86-330 |
|---|---|
| ESTATE OF FERDINAND E. MARCOS HUMAN RIGHTS LITIGATION | REVELSTOKE INVESTMENT CORP., INC.'S NOTICE OF APPEAL; EXHIBITS A-C; CERTIFICATE OF SERVICE |
| THIS DOCUMENT RELATES TO:<br><br>Hilao, et al. v. Estate of Ferdinand E. Marcos,<br>and<br>De Vera, et al. v. Estate of Ferdinand E. Marcos | Judge: Hon. Manuel L. Real |

**REVELSTOKE INVESTMENT CORP., INC.'S NOTICE OF APPEAL**

Notice is hereby given that Revelstoke Investment Corp., Inc. ("Revelstoke") appeals to the United States Court of Appeals for the Ninth Circuit from (i) the District Court's June 26, 2006 oral ruling denying Revelstoke's Unopposed Motion to Intervene (Docket No. 10492); (ii) the District Court's June 26, 2006 oral ruling (Docket No. 10492) and June 27, 2006 Order granting the Class Plaintiffs' Motion for Extension of Judgment (Docket No. 10493); and (iii) the District Court's July 3, 2006 Order denying Revelstoke's Motion to Intervene for Purpose of Appeal (Docket No. 10505). Attached hereto (as Exhibits A, B, and C, respectively) are (i) the official transcript of the hearing during which the District Court made the oral rulings that are subject to this appeal, (ii) the Orders subject to this appeal, and (iii) a representation statement.

Dated: Honolulu, Hawaii, July 17, 2006.

*/s/ Thomas Benedict*
THOMAS BENEDICT

Attorney for
REVELSTOKE INVESTMENT
CORP., INC.