# REPRESENTATION STATEMENT

Undersigned counsel for Revelstoke Investment Corp., Inc., a proposed intervenor and the appellant in this matter, represents no other parties to this appeal. The chart below lists the parties to this action and their counsel, who are identified by name, firm, address, email address (if available), and telephone number.

| Party | Counsel |
|---|---|
| Celsa Hilao, Plaintiff | Robert A. Swift, Esq.<br>rswift@kohnswift.com<br>KOHN, SWIFT & GRAF, P.C.<br>1 South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>Tel.: (215) 238-1700<br><br>Sherry P. Broder, Esq.<br>broder@hawaii.rr.com<br>Attorney at Law – A Law Corporation<br>Davies Pacific Center<br>841 Bishop Street, Suite 800<br>Honolulu, HI 96813<br>Tel.: (808) 531-1411 |
| Estate of Ferdinand E. Marcos | Bert T. Kobayashi, Jr., Esq.<br>Lex R. Smith, Esq.<br>lrs@ksglaw.com<br>KOBAYASHI SUGITA & GODA<br>First Hawaiian Center<br>999 Bishop Street Suite 2600<br>Honolulu, HI 96813-3889<br>Tel.: (808) 539-8700 |

EXHIBIT C

| | |
|---|---|
| Estate of Ferdinand E. Marcos (cont.) | James P. Linn, Esq.<br>JAMES P. LINN LAW FIRM PLLC<br>1601 NW Expressway St., # 1710<br>Oklahoma City, OK  73118-1427<br>Tel.: (405) 239-6781<br><br>John Bartko, Esq.<br>BARTKO, ZANKEL, TARRANT & MILLER<br>900 Front Street, Suite 300<br>San Francisco, CA  94111-1427<br>Tel.: (415) 956-1900 |
| Republic of the Philippines | Matthew J. Viola, Esq.<br>LAW OFFICE OF MATTHEW VIOLA<br>707 Richards Street, Suite 516<br>Honolulu, HI  96813<br>Tel.: (808) 545-7883<br><br>Stephen V. Bomse, Esq.<br>Richard Cashman, Esq.<br>Rachel M. Jones, Esq.<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, CA  94111<br>Tel.: (415) 772-6000 |
| Philippine National Bank | Carol A. Eblen, Esq.<br>ceblen@goodsill.com<br>GOODSILL ANDERSON QUINN & STIFEL LLP<br>1099 Alakea Street, Suite 1800<br>Honolulu, HI  96813<br>Tel.: (808) 547-5600 |
| | Jay R. Ziegler, Esq.<br>BUCHALTER NEMER<br>1000 Wilshire Blvd, 15th Floor<br>Los Angeles, CA  90017<br>Tel.: (213) 896-0400 |

Dated: Honolulu, Hawaii, July 17, 2006.

*/s/ Thomas Benedict*

THOMAS BENEDICT
Attorney for
REVELSTOKE INVESTMENT
CORP., INC.