GOODSILL ANDERSON QUINN & STIFEL
A LIMITED LIABILITY LAW PARTNERSHIP LLP

THOMAS BENEDICT           5018-0
    tbenedict@goodsill.com
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, Hawaii 96813
Telephone: (808) 547-5600
Facsimile: (808) 547-5880
Attorney for
REVELSTOKE INVESTMENT CORP., INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| In Re: | MDL NO. 840 |
|---|---|
|  | No. 86-390 |
|  | No. 86-330 |
| ESTATE OF FERDINAND E. MARCOS HUMAN RIGHTS LITIGATION | SERVICE LIST AND CERTIFICATE OF SERVICE |
| THIS DOCUMENT RELATES TO: |  |
| Hilao, et al. v. Estate of Ferdinand E. Marcos, And De Vera, et al. v. Estate of Ferdinand E. Marcos | Judge: Hon. Manuel L. Real |

**SERVICE LIST AND CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was duly served on this date upon the following parties at the addresses listed below by the means indicated below.

| **Attorney(s)** | **First-Class Mail** | **ECF** |
|---|---|---|
| Robert A. Swift, Esq.<br>rswift@kohnswift.com<br>KOHN, SWIFT & GRAF, P.C.<br>1 South Broad Street, Suite 2100<br>Philadelphia, PA 19107<br>Tel.: (215) 238-1700 | ☒ | |
| Sherry P. Broder, Esq.<br>broder@hawaii.rr.com<br>Attorney at Law – A Law Corporation<br>Davies Pacific Center<br>841 Bishop Street, Suite 800<br>Honolulu, HI 96813<br>Tel.: (808) 531-1411 | ☒ | |
| Bert T. Kobayashi, Jr., Esq.<br>Lex R. Smith, Esq.<br>lrs@ksglaw.com<br>KOBAYASHI SUGITA & GODA<br>First Hawaiian Center<br>999 Bishop Street Suite 2600<br>Honolulu, HI 96813-3889<br>Tel.: (808) 539-8700 | ☒ | |
| John Bartko, Esq.<br>BARTKO, ZANKEL, TARRANT & MILLER<br>900 Front Street, Suite 300<br>San Francisco, CA 94111-1427<br>Tel.: (415) 956-1900 | ☒ | |

| **Attorney(s)** | **First-Class Mail** | **ECF** |
|---|---|---|
| James P. Linn, Esq.<br>JAMES P. LINN LAW FIRM PLLC<br>1601 NW Expressway St., # 1710<br>Oklahoma City, OK 73118-1427<br>Tel.: (405) 239-6781 | ☒ | |
| Paul Hoffman, Esq.<br>SCHONBRUN, DE SIMONE, SEPLOW, HARRIS & HOFFMAN<br>723 Oceanfront Walk, Suite 100<br>Venice, CA 90291<br>Tel.: (310) 396-0731 | ☒ | |
| Randall Scarlett, Esq.<br>THE SCARLETT LAW GROUP<br>536 Pacific Avenue<br>San Francisco, CA 94133<br>Tel.: (415) 352-6264 | ☒ | |
| Stephen V. Bomse, Esq.<br>Richard Cashman, Esq.<br>Rachel M. Jones, Esq.<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, CA 94111<br>Tel.: (415) 772-6000 | ☒ | |
| Carol A. Eblen, Esq.<br>ceblen@goodsill.com<br>GOODSILL ANDERSON QUINN & STIFEL LLP<br>1099 Alakea Street, Suite 1800<br>Honolulu, HI 96813<br>Tel.: (808) 547-5600 | ☒ | |

| **Attorney(s)** | **First-Class Mail** | **ECF** |
|---|---|---|
| Matthew J. Viola, Esq.<br>LAW OFFICE OF MATTHEW VIOLA<br>707 Richards Street, Suite 516<br>Honolulu, HI 96813<br>Tel.: (808) 545-7883 | ☒ | |
| Jay R. Ziegler, Esq.<br>BUCHALTER NEMER<br>1000 Wilshire Blvd, 15th Floor<br>Los Angeles, CA 90017<br>Tel.: (213) 896-0400 | ☒ | |

Dated: Honolulu, Hawaii, July 17, 2006.

_____
THOMAS BENEDICT
Attorney for
REVELSTOKE INVESTMENT
CORP., INC.