# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| | |
|---|---|
| Receipt | **235908** |
| Trans | 140956 |

Received From:     **GOODSILL ANDERSON QUINN & STIF**

Case Number:

Reference Number:  **MDL 840**

| | | |
|---|---|---|
| Check | | **455.00** |
| Total | | **455.00** |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |

| | | |
|---|---|---|
| **Total** | | **455.00** |
| Tend | | 455.00 |
| Due | | 0.00 |

07/17/2006 03:44:36 PM        Deputy Clerk:  lg/ET