7/5/06

DEAR ATTY. SWIFT,

I AM ALIA MARIA J. LANTAYONA, MEMBER OF HUMAN RIGHTS VICTIMS. I WOULD LIKE TO INFORM YOU, THAT LAST MAY 1999, I WAS IN KUWAIT, MIDDLE EAST FOR DOMESTIC HELPER. I'M VERY SORRY I'M VERY LATE TO RETURN OF YOUR FORM "PROOF OF CLAIM FORM FOR SUMMARY EXECUTION VICTIMS". AND ALSO ATTORNEY, SINCE 1999 I'VE NEVER RECEIVE A LETTER FROM ATTY. ROD DOMINICO, BECAUSE MY ADDRESS BEFORE IS CHIN-CHIN STORE BARKENOHAN, DAVAO CITY. AND NOW MY NEW ADDRESS IS "BLOCK 6, LOT-5 MRA ALIAHAN VILLAGE, MAA DAVAO CITY. HOPE YOU UNDERSTAND ME ATTY. SWIFT, I'M VERY LATE TO RETURN THIS FORM. I'M HERE ALREADY IN THE PHILIPPINES.

THANK YOU,

*signature*

ALIA MARIA J. LANTAYONA



ANA MARIA S. LAKITAYONG
BLOCK 6, LOT 4
MAA AURTHAN VILLAGE
MAA DAVAO CITY

SZU. ROBERT A. SWIFT
CLERK OF COURT
UNITED STATES COURTHOUSE
300 ALA MOANA BOULEVARD
HONOLULU, HAWAII 96800

96850+0001-33 C017

CV-03-11111
MDL 840
RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 18 2006
DISTRICT OF HAWAII