Rod C. Domingo, Jr.
LPL Center Unit 15-B
130 Alfaro Street
Salcedo Village, Makati City 1280

Lantayona, Anamaria
Chin-chin Store Bankerohan
Davao City 8000

NOTE:

ATTY, THIS N MAY 2ND LETTER FROM YOUR OFFICE

UKING KIDIKI / DID NOT RECEIVED NEXT LETTER

VINICE ITTT.

[signature] m Raffy / Lantayon
Ala LANTAYON

## INSTRUCTIONS ON FILLING-UP THE "PROOF OF CLAIM FORM"

Note: In requiring you to fill-out this form, the Court wishes you to confirm the accuracy of the Proof of Claim form that you submitted in 1993, and to learn of any new information which you may have. Please follow the instructions below very carefully in filling-out the form.

1. Fill-out the new simplified *Proof of Claim Form* carefully, completely and accurately.
2. Print your name and sign the completed form at the spaces provided at the bottom.
3. Fold and insert the completed form using the stamped envelope addressed to the:

   Clerk of Court
   United States Courthouse
   300 Ala Moana Boulevard
   Honolulu, Hawaii 96850

4. Do not include any other document, pieces of material or papers into the envelope as this will make it heavier and may render the stamps insufficient for the mail to reach the Court.
5. Close and seal the envelope.
6. Mail the envelope at your nearest post office, or better yet, if possible, at the nearest central or city post office to increase the possibility that it will reach its destination faster.

## ALITUNTUNIN PARA SA PAGSAGOT SA "PROOF OF CLAIM FORM"

Note: Sa muling paghingi ng Korte sa inyo ng mga impormasyon na narito, nais ng Korte na pagtibayin ninyo ang mga impormasyon sa *Proof of Claim Form* na ibinigay ninyo noong 1993, at ano pa mang bagong impormasyon na maaari ninyong ibigay. Mangyari lamang na sundin ng maingat ang mga alituntunin sa ibaba sa pagsagot nito.

1. Maingat na sagutin ng maliwanag at tiyak ang bawat patlang sa *Proof of Claim Form* ng kaukulang impormasyon na hinihingi ng bawat isa.
2. Isulat ng patitik (printed) ang pangalan at pirmahan o lagdaan sa kaukulang patlang (space) sa ibaba ng *Proof of Claim Form*.
3. Matapos na sagutin ang *Proof of Claim Form*, itupi ng maayos at ipasok ito sa kalakip na sobre na may *address* na:

   Clerk of Court
   United States Courthouse
   300 Ala Moana Boulevard
   Honolulu, Hawaii 96850

4. Huwag magsama ng ano pa mang dokumento o iba pang papeles sa loob ng sobre na maaaring makapagpabigat dito at maging sanhi ng di pag-abot sa Korte ng liham dahil sa kakulangan ng selyo para sa timbang nito.
5. Isara ang sobre at siguruhing selyado ito.
6. Ihulog ang sulat sa pinaka-malapit na *post office* (koreo) sa inyong lugar, o sa *post office* ng pinaka-malapit na syudad sa inyo, upang maging mas mabilis itong makarating sa Korte.

(Sgd.) ROBERT A. SWIFT