# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

August 4, 2006

To All Counsel of Record as Appellees:

IN RE:   In Re: Estate of Ferdinand E. Marcos Human Rights Litigation

CV 03-11111 (MDL NO. 840)

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby  notified that a Notice of Appeal was filed in the above-entitled case on July 17, 2006 .

All counsel (or Pro Se) should  read and follow the enclosed instructions.  Thank You.

Sincerely Yours,

SUE BEITIA, CLERK

by: Laila M. Geronimo
      Deputy Clerk

cc:   Clerk, 9th CCA w/copy of NA,
         docket sheet, dfnf
      Revelstoke Investment Corp., Inc., (attorney for appellant)
         w/copy of instructions for civil appeals
         Transcript Desig. & Ordering Form
         with instructions and a copy of the
         docket sheet; CADS