IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| IN RE: MARCOS LITIGATION | ) | MDL 840 |
| | ) | |
| Plaintiff(s), | ) | Trial Exhibits |
| | ) | RECEIPT FOR EXHIBITS |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

I, Sherry Broder the designated Court custodian of all exhibits for this case, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED:    Honolulu, Hawaii, August 21, 2006

_____
Signature

For: Sherry Broder