CIVIL NO. 03-11111
(MDL 840) MARCOS
HUMAN RIGHTS LITIGATION

August 12, 2006

Clerk of the Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 2 3 2006
DISTRICT OF HAWAII

Sir:

Peace be with you!

I'm writing you this letter, I am one of the claimants of the Human Rights victims during the Marcos Regime in the Philippines. I was alarmed reading the newspaper here dated July 28, 2006 that the members of the said claimants original number of 9,539 was trimmed-down to 7,503. It is a big question now who would be among these 7,503? Is it unfair for these or even myself for being denied of the justice? For it was everyones hope and desire for almost 2 decades now to receive justice from the maltreatments we received from the Marcos' Dictatorship. It is a very sad news that after all the long waitings we will just be deprived of our rights.

Sir, I fervently hope and pray that this will be settled. I would like to request from your good office to give me some informations of what is the development of the case and wants to know as well my position of this claim.

With great hope and appreciation of your support w/ this cause, May God bless you and pour out more graces. Thank you!

Sincerely yours,

PAR AVION
AIR MAIL
CORREO AEREO

M. S. Ongkiko
Km 7 Matina Pangi
Davao City 8000
Philippines

CLERK OF THE COURT
UNITED STATES COURTHOUSE
300 Ala Moana Boulevard
Honolulu, Hawaii 96850


PILIPINAS 26