IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

---------------------------------------x

IN RE:

ESTATE OF FERDINAND E. MARCOS
HUMAN RIGHTS LITIGATION

MDL NO. 840
No. 86-390
No. 86-330

THIS DOCUMENT RELATES TO:

ORDER

HILAO ET AL v. ESTATE OF FERDINAND
E. MARCOS,

and

DEVERA ET AL v. ESTATE OF
FERDINAND E. MARCOS.

---------------------------------------x

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 8 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

## ORDER

The Court, having reviewed the detailed invoice of the Special Master's time and expenses for the period August 20, 1997 through April 30, 2006,

DOES HEREBY DIRECT the Clerk of the Court to issue payment from non-Arelma collections:

(1) the sum of $379,827.80 to the Special Master, Sol Schreiber (tax I.D. #068225927), at One Penn Plaza, Suite 4900, New York, New York 10119, and

(2) the sum of $205,871.42 to the Special Master's firm, Milberg Weiss Bershad &

Schulman LLP (tax I.D. #132609365), One Penn Plaza, Suite 4900, New York, New York 10119.

DATED: Los Angeles
~~August~~ Sept 8, 2006

BY THE COURT

_____
MANUEL L. REAL
MDL 840 Transferee Judge

DOCS\374821v1