```
IN THE UNITED STATES DISTRICT COURT          CIVIL NO. 03-11111
     DISTRICT COURT OF HAWAII                (MDL 840) MARCOS
                                          HUMAN RIGHTS LITIGATION

IN RE:
ESTATE OF FERDINAND E. MARCOS
HUMAN RIGHTS LITIGATION                    MDL NO. 840
                                              NO. 86-390
                                              NO. 86-330

                                           July 15, 2006
```

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 11
DISTRICT OF HAWAII

The Clerk of Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 9685

Sir:

I am a claimant as the father of deceased Junilito Revilla who was tortured and executed and/ or killed in 1986 at Barrio Pangabuan, Tangob City, Misamis Occidental, Philippines.

Please furnish me "Claim Forms" and other pertinent documents relative to my claim in the above-entitled case/s.

Thank you and regards.

Very truly yours,

Lotgardo Revilla

Poblacion A. Midsalip,
Zamboanga del Sur, Philippines

