w. msh

CIVIL NO. 03-11111
(MDL 840) MARCOS
HUMAN RIGHTS LITIGATION

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 19 2006
DISTRICT OF HAWAII

## Position Paper re ESTATE OF FERDINAND E. MARCOS HUMAN RIGHTS LITIGATION

The Claimants from Davao City and Davao provinces, Philippines, whose names and signatures appear below, and who belong to the 9,539 Filipino citizens (or their heirs) who have been arrested, detained, tortured, summarily executed or disappeared during the Marcos rule, hereby DISAGREE on the proposition of the Philippine Government that our claims will be processed through government to government.

That, the Claimants from Davao City and Davao Provinces have the right and capability to process;

That, the Claimants doubt the credibility of the current government while the government is charged with cases of corruption; while the current president, President Gloria M. Arroyo's legitimacy is questioned and impeachment case is filed against her; that for these reasons, the claimants fear that the money claims will be used by the government for other purposes other than giving it to the rightful claimants.

That, the Claimants' position is to uphold the Hawaii Court's decision to grant the money directly to the rightful individual claimant;

The Claimants PRAYED that the Courtroom of the Honorable Manuel L. Real, United States Courthouse, Honolulu, Hawaii will grant and take our position paper positively.

Claimants (or their heirs) affixed Signature on 30th of July 2006.

| # | Name | Address | C.T.C # | Signature |
|---|---|---|---|---|
| 1 | ILDEFONSO V. BONTIA, JR | #26 EAGLE ST. ECOLAND 4 DVO. CITY | 15403754 | |
| 2 | NICANOR R. GONZALES, SR. | #9 Juan Luna Street, D.C. | 1334750 | |
| 3 | OSCAR P MANILA | 37 NIDEA ST., OBRERO D.C. | 15403755 | |
| 4 | FET. CARREON-SALI | #65 MOLAVE ST. ROLDAN VILLAGE MA DC | 04121303 | |
| 5 | HERBERT P. CAYUNDA | (Involuntary disappeared/missing husband) | | |
| 6 | Erlin Ahin Mayem | Blk 7 lot 1 Habitat bull. temp Agdoyo -D.C. | 04215734 | |
| 7 | Estrellita M Ismo | 972 Trading Blvd Dro City | 15403180 | |
| 8 | Crispina L. Ranio | Bugac Ma-a, Davao City | 15403763 | |
| 9 | Poselina U. Pielago | Balinbing St Sta Teresita Buhangin D.C. | 15403762 | |
| 10 | JAIME P. SUMONDONG | Tingale San Miguel, Compostela COMVAL | 15403760 | |
| 11 | EDGAR A. MAKAYAN | Tingale San Miguel, Compostela COMVAL | 15403761 | |
| 12 | SUNNY MENDOZA | P3, B1, L22, NHA, BANGKAL | 04131574 | |
| 13 | Rivito Delon | Mabunanit Dr Sur | 10349207 | |
| 14 | Liberty V. Arkayo | Blizz Bago Aplaya D.C | 15403752 | |
| 15 | Vilma Corik | BLISS Bago Aplaya D.C. | 15403735 | |
| 16 | Antonio Ortiz | San Miguel Indangan D.C. | 15403757 | |
| 17 | GRACE M. NOVAL | 477 Alley, Malvar St., Davao City | 04204305 | |
| 18 | BONIFACIO O. TOLEDO | LANGUB TALOMO DIST. D.C. | 15403759 | |
| 19 | CESAR V. ILAGAN | LAPAS CARMEN DAVAO DEL NORTE | 15403756 | |
| 20 | Nenita C. Lahial | Rm 6 Orchid Ct, Buhangin DC | 04218989 | |
| 21 | PETER BADIANG | BELISARIO VILL D.C. | 04036826 | |

Page 2 Position Paper

| # | Name | Address | C.T.C # | Signature |
|---|------|---------|---------|-----------|
| 21 | Jemito Cabal | Bahangin DC | 1616V69 | *signed* |
| 22 | Romeo A. Naul | Belisario Agdao | 15347211 | *signed* |
| 23 | Hilarion Dayag | Lampianao CDC | 15403758 | H. Dayag |
| 24 | Rosado G. Campos | NA Sare Vil. Bago DC | 2052-7868 | *signed* |
| 25 | Romeo Gonzales | 563 R. Castillo St DC | 12005-040481A | *signed* |
| 26 | Chirlita C. Ganacias | B/A L34 Roseville Subd. Maa-y Rd. Lanz, D.C. | | *signed* |
| 27 | Nerita R. Orcullo | DDF Vill. Mandug, D.C. | 04166180 | *signed* |
| 28 | Teresita N. Maranan | DDF. Vill. Mandug DC | 04139858 | *signed* |
| 29 | Apolonio V. Maranan | DDF. Vill. Mantig DC | | *signed* |
| 30 | Adrian S. Lambo | 5 Butternut St EC07 DC | 04172265 | *signed* |
| 31 | Eufemia D. Geldore | Callawa, Bubang | 04132669 | *signed* |
| 32 | Elizabeth V. Borned | DDF Vill. Mandug | 20354478 | *signed* |
| 33 | Michel A. Borned | " | | *signed* |
| 34 | Francisco L. Bahalla Jr | Lampianao Calinan | 15438679 | H. Bahalla |
| 35 | Criselda C. Galagala | 009 Park Jayla mag-ugo East Agsum city | 02836654 | *signed* |
| 36 | Akilaida G. Caguiaa | Tawayan | | *signed* |
| 37 | Esmeralda L. Lugo | Kabayan Libungo Pec DC | 04023522 | E. Lugo |
| 38 | Rogelio L. Lugo (murdered) c/o wife Esmeralda L. Lugo, Kabayan Libungo Pec DC | | | E. Lugo |
| 39 | Jonie T. Baslat | 11-2 Exodus Fr. Selga DC | 04023515 | *signed* |
| 40 | Nelson L. Campesino | Prk 5-A Bunawan D-C | 04225048 | *signed* |
| 41 | Darlene A. Librado | Peralta Subd Talomo Queen Davao City (with Librado) | 205223 | *signed* |
| 42 | Rebecca J. Timotimy | Belisario VII, Agdao, Davao City | 04096934 | *signed* |
| 43 | Fedilina E. Ignacio | 972 DE Compound, Jirodinj blast. DC | | *signed* |
| 44 | Elita Miras | Asuncion Napungas as-od na bio | | *signed* |
| | Maria Bela Miras Villanora | " " | 15490909 | — |
| 45 | Adriano D. Onon | –to– | 15441803 | Zorima Onon |
| | Tolardo D. Onon | –to– (missing) | –to– (father) | |
| 46 | Amehito D. Onon | –to– (missing) | 0414519 (son) | *signed* |
| 47 | Faustino Dumandan | San Miguel Dumandan | 11950844 | Faustino Dumandan |
| | Presillano Dumandan | Napungas, Asuncion | missing 11969051 | Porfenia G. |
| 48 | Porferia G. Buirmurada | | missing husband | |
| 49 | Julivos Magpatoc | Sitio San Miguel | 15442348 | *signed* |
| | Dominador Magpatoc | Napungas Asuncion | missing father | |
| 50 | Andres Caltigas | Sitio San Roque | 11950834 | Andres Caltigas |
| | Tiburcio Caltigas | New Carllg | (missing son) | |

Page 3 Position Paper

| # | Name | Address | C.T.C # | Signature |
|---|------|---------|---------|-----------|
| 51 | Shirley A. Madelo | 1492 Brig Dist, Tagum City | 1780 6688 | AAMadelo |
| 52 | Nestor C. Masinaring | Paramis Cpd., Madrig St.U. San Miguel, Tagum City | 17706664 | by: Aron |
| 53 | Rolieto T. Trinidad | Pk de Oro, Seminary Dr. Tagum City | 17767828 | |
| 54 | PURIFICACION T. TRINIDAD | Pink de Oro, Seminary Tagum | 17868297 | Trinidad |
| 55 | RODELIO MADELO | Purok Taosay 56, Brig. Distrid Tagum City | 17807016 | RMadelo |
| 56 | Rufina Rabos | Napungas Asuncion | | Rufina Rabos |
|  | Pablo Rabos | " " | missing husband | |
| 57 | Saturnina Anter | " " | 1187/203 | Saturnina |
| 58 | Apronio A. Anter | " " | (missing son) | 7 Anter |
|  | Hedy dele Cuesta | 991, Trading Blvd. | 15 380644 | |
| 59 | MARITO Q. BULFA | Sto. Niño, NEW CODILLA | 11881843 | Bulfa |
| 60 | Lelita P. Bulfa | P-y, Sto. Niño New Codilla | 1188 2886 | Bulfa |
|  | Lebrado Palengr. (missing) | | | |
| 61 | VICENTA SIOO | NAPUNGA ASUNCION | 11927002 | VSilo |
| 62 | JOLITO SIOO | (MAROUND) | | |
|  | MARIO DELA CUESTA III | 941 QUEZON BLVD. D.C | K362038 | M dela Cuesta III |
|  | MARIO DELA CUESTA SR. | (DECEASED) FATHER | | |
| 63 | Clito OMIT | PRK. Butaynon Tagum City | 22311248 | Clito Omit |
| 64 | DANILO F. NASIAD | 14-B GTOMPESAW B1 DC | 020P1026 | |
| 65 | NATANIO O. Tin | KM 3, Bugac, NCA | 04183112 | |
| 66 | LUZVIminda C. ILAGAN | Pearl Ave. Bankal, D.C. | 20491501 | Luzviminda C. Ilagan |
| 67 | Rocelso T. Tabay | 9 Jade St. Doña Francisco Homes, Matina, Davao City | 04100628 | |
| 68 | Ma. Brien C. Tabay | 9 JADE ST, Doña Francisca Homes, Matina, Davao City | 04124126 | |
| 69 | AGNES SAGATAN | #3 Pag-ava Homes, Davao City | 040 U5370 | |
| 70 | ROGELIO R. GONZALES | Blk 23 Lot 22 PH-I NHA Bankal D.C. | 04014269 | |
| 71 | EMMANUEL C. SAGATAN | #3 PAG ASA HMS, PANACAN | 20525108 | |
| 72 | Elizabeth C. Nuyad | Purok 4 San Vicente, Panabo City | CC 1408 27834891 | |
|  | Manuel A. Conde - deceased | claimant / husband | | |
| 73 | FRANCIS S. MORALES | KM. 20, Los Amigos D.C. | 04233231 | Francis S. Morales |

Page 2 Position P...

| # | Name | Address | C.T.C # | Signature |
|---|---|---|---|---|
| 74 | FLORDELIZA AQUINO BALDOZA | 30W5 TIRAD PASS ST. DIGOS CITY | 17440210 / 1-16-06 Matanao, D/S | |
| 75 | FREDESWINDO B. AROJO | Cabasagan, Matanao Dvo Sur | 25588769 | |
| 76 | EUGENE C. GALLOFEN | Bangkal Matanao Dvo Sur | 17440126 | |
| 77 | LUCY EDQUILA | Cabasagan, Matanao Dvo Sur | 17440705 | Lucy Edquila |
| 78 | ANECITA X. PEDROSO | San Miguel, Matanao Dvo Sur | 25585992 | Pedroso |
| 79 | ROCELYN O. FLORES | Cabasagan, Matanao D/S | 2558853 | |
| 80 | EUFROLINA C. AROMA | Cabasagan, Mat. D/S | 2558770 | |
| 81 | ROMULO TANUDTANUD | New Katipunan Mat. D/S | 1744342 | |
| 82 | RODOLFO MALORE | Cabasagan Matanao D/S | 25586916 | Rodolfo |
| 83 | LEONARDO BATALON | Cabasagan, Matanao D/S | 1744919N | Batalon |
| 84 | FRANCISCO FLORES | Cabasagan, Matanao D/S | 1750705 | |
| 85 | MARICAR A. BILOGOT | Cabasagan Matanao D/S | 17442994 | |
| 86 | RUDY F. TAMPIPI | Cabasagan Matanao D/S | 17439108 | |
| 87 | FLORENDO L. CORONEL | New Katipunan Mat. D/S | | |
| | FLORENTINO L. CORONEL | Cabasagan, Mat. D/S | | |
| | NEMESIO L. CORONEL | New Katipunan Mat. D/S | 4173/8229 | |
| 88 | LUCY F. TAMPIPI | Cabasagan Matanao D/S | 17439106 | |
| 89 | MATILDE A. DEMELINO | San Miguel Matanao D/S | 25585992 | |
| 90 | TOLENTINO AIBINDA | San Miguel Matanao D/S | 17438319 | |
| 91 | DOMINGO ARENDAIN | Bangkal matanao D/S | 25588520 | |
| 92 | SULPICIO SAYSON | Cabasagan Matanao D/S | 7686683 | Sulpicio Sayson |
| 93 | Lemuel B. Parayon Sr. | Bangkal Matanao D/S | 25588519 | |
| 94 | Wilbert R. Secay | San Miguel Matanao D/S | 25585979 | |
| 95 | Marcelina Lobal | Cabasagan Matanao | | Marcelina Lobal |
| 96 | CRISANTA S. AQUINO | Poblacion, matanao, D/S | 1744080 / 2-2006 | |
| 97 | RUFO C. TRAZONA | cabasagan Mat. D/S | 17441934 | R. Trazona |
| 98 | Rolando B. mojado | nwkatipunan | 25585947 | |
| | Jorge Mojado Jr. | | | Jorge mojado |
| 99 | Jose Espeño | new Katipunan | | Espeño |
| | Edgardo Barominues | Pob. Matanao | | |
| 100 | LUCIO E. FLORES | DIGOS CITY | 17499609 | |
| 101 | CARLO L. AGUARB | DIGOS CITY | 17521321 | |

Page 2 Position Paper

| | Name | Address | C.T.C # | Signature |
|---|---|---|---|---|
| 102 | ANTONIO R. NAVIDAD (deceased) Rep. by Spouse, PELOMINA M. NAVIDAD 3946 San Abat Santos St., Digos City | | | pm nvr |
| 103 | Anna Marie B. Provido Raymundo C. Provido (missing/ disappeared) | Molave Hrs Inparan | 544 P13 | |
| 104 | Elizabeth C. Nuyad Manuel A. Conde | Purok 4, San Vicente, Panabo City deceased claimant / husband | 238 2684 | |