CIVIL NO. 03-11111
(MDL 840) MARCOS
HUMAN RIGHTS LITIGATION

February 20, 2007

Clerk of Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 26 2007
DISTRICT OF HAWAII

I'm Herminigilda Samijon Echavia claimant of Human Rights Victims, Mauricio Samijon Sr. & Pantaleona Hinlo Samijon. And i'm a tortured victim too.

Lately i wasn't able to receive letters from your good office because we transfered to another residense,

This is my new address:

Purok Emiel Door 1 Goldview, Apartment
Sison Subdivision, Tagum City
Philippines 8100

Very truly yours,
Echavia
Herminigilda S. Echavia

**AIR MAIL** PAR AVION

From: Herminigilda Samijon Echavia
Purok Emiel Door 1 Goldview Apartment
Sison Subdivision
Tagum City
Philippines 8100

To: Clerk of Court
United States Courthouse
300 Ala Moana Boulevard
Honolulu, Hawaii 96850