# MINUTES

CASE NUMBER:     MDL 840

CASE NAME:     In Re: Estate of Ferdinand E. Marcos Human Rights Litigation

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:     Manuel L. Real            REPORTER:

DATE:     07/02/2007                 TIME:

COURT ACTION: EO:  "MINUTE ORDER"

Court hereby Orders the following Documents' to be Sealed-

1. The Plaintiff Class' Ex Parte Motion for Approval to Engage Consultant.

2. Two (2) Proposed Orders. (Relating to No. 1)

Submitted by Leslie L. Sai, Courtroom Manager