Case 1:03-cv-11111-MLR    Document 10533    Filed 09/25/2007    Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338

CLERK

OFFICIAL BUSINESS

RECEIVED
CLERK U.S. DISTRICT COURT
SEP 24 2007
DISTRICT OF HAWAII

ROBERT A. SWIFT, ESQ.
KOHN SWIFT & GRAF P.C.
1101 MARKET STREET SUITE 2400
PHILADELPHIA PA 19107

NIXIE    191   DE 1        00   09/17/07
        RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 968504971 95        *1297-01995-17-23

PRESORTED
FIRST CLASS



$00.37³
UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004217584
SEP 04 2007
MAILED FROM ZIP CODE 96817