UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

CONFIDENTIAL

ROBERT A. SWIFT, ESQ.
KOHN SWIFT & GRAF
ONE SOUTH BROAD ST STE 2100
PHILADELPHIA, PA 19107