ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 02 2007

at ___ o'clock and ___ min ___
SUE BEITIA, CLERK

Paul Hoffman, SBN 071244
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, CA 90291
Telephone:   (310) 396-0731
Fax:         (310) 399-7040

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br><br>ESTATE OF FERDINAND MARCOS HUMAN RIGHTS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Sison v. Marcos;<br>Piopongco v. Marcos. | **MOTION FOR SUBSTITUTION OF PLAINTIFF**<br><br>MDL NO. 840<br><br>Cv. No. 86-225<br>Cv. No. 87-138<br><br>**[Filed concurrently with Memorandum of Points and Authorities; Declaration of Elizabeth Piopongco; Declaration of Paul Hoffman; [Proposed] Order]**<br><br>Date: To be Set<br>Time: To be Set<br>Courtroom: To be Set<br>Judge: Manuel L. Real |

TO THE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

  Elizabeth Piopongco hereby moves, by and through counsel, pursuant to Fed. Rule of Civil Procedure 25, for a substitution of parties based on the following:

  1. On or about November 26, 2006, Plaintiff, Jaime Piopongco, died. A true and correct copy of the Certificate of Death is attached as Exhibit A to the Declaration of Elizabeth Piopongco filed concurrently herewith.

  2. Elizabeth Piopongco is Plaintiff's wife, heir, successor and a distributee of Plaintiff's estate.

---
1

MOTION FOR SUBSTITUTION OF PLAINTIFF

1      3. The final judgment rendered in Plaintiff's favor was not extinguished by
2  his death.
3      4. Elizabeth Piopongco therefore moves this Honorable Court to substitute
4  her as successor of Plaintiff Jaime Piopongco for all purposes concerning the
5  collection and satisfaction of the judgment entered in Jaime Piopongco's favor and
6  for such other relief as this Court may deem as just and proper under the premises.
7
8  Respectfully submitted,
9
10
11
12 Dated: October 1, 2007
13                                       Paul L. Hoffman
                                       Attorneys for Plaintiffs
                                       Jose Maria Sison
                                       Jaime Piopongco
                                       Estate of Francisco Sison

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 723 Ocean Front Walk, Venice, California 90291.

On **October 1, 2007**, I served the foregoing documents described as:

*Motion for Substitution of Plaintiff*

on all interested parties in this action. By placing the __X__ original or a ____ true copy thereof enclosed in sealed envelope addressed as follows:

Bert T. Kobayashi, Jr.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

James Paul Linn
James P. Linn Law Firm PLLC
1601 NW Expressway Ste 1710
Oklahoma City, OK 73118
405 239-6781
Fax: 405 516-5525

Lex R. Smith
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

Stephen V. Bomse
Heller Ehrman LLP
333 Bush St
San Francisco, CA 94104
415 772-6000

Robert A. Swift
Kohn Swift & Graf
One South Broad St Ste 2100
Philadelphia, PA 19107
215 238-1700

Sherry P. Broder
Davies Pacific Center
841 Bishop St Ste 800
Honolulu, HI 96813
531-1411

Carol A. Eblen
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639
547-5600

Jay R. Ziegler
Buchalter Nemer
1000 Wilshire Blvd 15th Flr
Los Angeles, CA 90017
213 896-0400

Thomas Benedict
Goodsill Anderson Quinn & Stifel LLLP
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639
547-5600

Matthew J. Viola
Law Office of Matthew Viola
707 Richards St Ste 516
Honolulu, HI 96813

Rachel M. Jones
Heller Ehrman White & McAuliffe
333 Bush St
San Francisco, CA 94104-2878
415 772-6000

Richard Cashman
Heller Ehrman LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-832-8300

Randall Scarlett, Esq.
THE SCARLETT LAW GROUP
536 Pacific Avenue
San Francisco, CA 94133

John J. Bartko
Bartko Welsh Tarrant & Miller
900 Front Street
Suite 300
San Francisco, CA 94111
(415) 956-1900

__X__ **[BY MAIL]** I caused such envelope to be deposited in the mail at Venice, California. The envelope was mailed with postage thereof fully prepaid.

_____ **[BY PERSONAL SERVICE]** I caused such envelope to be delivered by hand to the offices of the addressee(s).

_____ **[FEDERAL EXPRESS]** I caused such envelope to be delivered via federal express at Venice, California.

_____ **[BY FAX]** I transmitted the above document to the above facsimile.

_____ **[STATE]** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__ **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Melanie S. Partow*
Melanie T. Partow