cc: MLR/ls

ORIGINAL

1  Paul Hoffman, SBN 071244
   SCHONBRUN DESIMONE SEPLOW
2  HARRIS & HOFFMAN LLP
   723 Ocean Front Walk
3  Venice, CA 90291
   Telephone:  (310) 396-0731
4  Fax:        (310) 399-7040

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 2 2007

at  /  o'clock and  00  min. P M
SUE BEITIA, CLERK

6  Attorneys for Plaintiffs

           IN THE UNITED STATES DISTRICT COURT
                   DISTRICT OF HAWAII

IN RE:                              ) DECLARATION OF ELIZABETH
                                    ) PIOPONGCO IN SUPPORT OF
ESTATE OF FERDINAND MARCOS          ) MOTION FOR SUBSTITUTION OF
HUMAN RIGHTS LITIGATION             ) PLAINTIFF
                                    )
_____)
                                    )
THIS DOCUMENT RELATES TO:           ) MDL NO. 840
                                    )
Sison v. Marcos;                    ) Cv. No. 86-225
Piopongco v. Marcos.                ) Cv. No. 87-138
                                    )
                                    )
                                    ) Date: To be set
_____) Time: To be set
                                      Courtroom: To be set
                                      Judge: Manuel L. Real

1

DECLARATION OF ELIZABETH PIOPONGCO IN SUPPORT OF MOTION FOR SUBSTITUTION
OF PLAINTIFF

## DECLARATION OF ELIZABETH PIOPONGCO

I, Elizabeth Piopongco, declare as follows,

1. I am the wife and heir of the Plaintiff, Jaime Piopongco, in the above titled action. I am making this Declaration in support of the attached Motion for Substitution of Plaintiff. The matters stated herein are within my personal knowledge (except where stated on information and belief and to those matters I believe to be true) and I could therefore testify competently thereto.

2. My husband, Jaime Piopongco, passed away on November 26, 2006 at our residence in Los Angeles. Attached hereto as Exhibit A, is a true and correct copy of my husband's Certificate of Death issued by the County of Los Angeles. My husband was 86 years old when he died, and has been a Plaintiff in the In re: Marcos Human Rights Litigation for over 25 years. Prior to his death, my husband had yet to receive even partial satisfaction of the judgment that was entered in his name almost ten years ago.

3. During the week of September 17, 2007, I spoke with my husband's attorney in this action, Paul Hoffman, and informed him of Jaime's passing. In response to his request, I mailed Mr. Hoffman a copy of the Certificate of Death.

4. My husband's estate has been distributed. I am my husband's heir, successor, and the distributee of his pension. I have requested that Paul Hoffman represent my interest in the judgment awarded in this case in my husband's name. I therefore seek to be substituted for my husband as a named Plaintiff in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of September, at Los Angeles, California.

*Elizabeth Piopongco*
Elizabeth Piopongco

DECLARATION OF ELIZABETH PIOPONGCO IN SUPPORT OF MOTION FOR SUBSTITUTION OF PLAINTIFF