## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 723 Ocean Front Walk, Venice, California 90291.

On **October 1, 2007**, I served the foregoing documents described as:

*Declaration of Elizabeth Pispango in Support of Motion for Substitution of Plaintiff*

on all interested parties in this action. By placing the __X__ original **or a** ____ true copy thereof enclosed in sealed envelope addressed as follows:

| | |
|---|---|
| Bert T. Kobayashi, Jr.<br>Kobayashi Sugita & Goda<br>First Hawaiian Center<br>999 Bishop St Ste 2600<br>Honolulu, HI 96813-3889 | Sherry P. Broder<br>Davies Pacific Center<br>841 Bishop St Ste 800<br>Honolulu, HI 96813<br>531-1411 |
| James Paul Linn<br>James P. Linn Law Firm PLLC<br>1601 NW Expressway Ste 1710<br>Oklahoma City, OK 73118<br>405 239-6781<br>Fax: 405 516-5525 | Carol A. Eblen<br>Goodsill Anderson Quinn & Stifel LLLP<br>Alii Place<br>1099 Alakea St Ste 1800<br>Honolulu, HI 96813-2639<br>547-5600 |
| Lex R. Smith<br>Kobayashi Sugita & Goda<br>First Hawaiian Center<br>999 Bishop St Ste 2600<br>Honolulu, HI 96813-3889 | Jay R. Ziegler<br>Buchalter Nemer<br>1000 Wilshire Blvd 15th Flr<br>Los Angeles, CA 90017<br>213 896-0400 |
| Stephen V. Bomse<br>Heller Ehrman LLP<br>333 Bush St<br>San Francisco, CA 94104<br>415 772-6000 | Thomas Benedict<br>Goodsill Anderson Quinn & Stifel LLLP<br>1099 Alakea St Ste 1800<br>Honolulu, HI 96813-2639<br>547-5600 |
| Robert A. Swift<br>Kohn Swift & Graf<br>One South Broad St Ste 2100<br>Philadelphia, PA 19107<br>215 238-1700 | Matthew J. Viola<br>Law Office of Matthew Viola<br>707 Richards St Ste 516<br>Honolulu, HI 96813 |
| | Rachel M. Jones<br>Heller Ehrman White & McAuliffe<br>333 Bush St<br>San Francisco, CA 94104-2878<br>415 772-6000 |

| | | |
|---|---|---|
| 1 | Richard Cashman<br>Heller Ehrman LLP | Randall Scarlett, Esq.<br>THE SCARLETT LAW GROUP |
| 2 | Times Square Tower<br>7 Times Square | 536 Pacific Avenue<br>San Francisco, CA 94133 |
| 3 | New York, NY 10036<br>212-832-8300 | |
| 4 | | |
| 5 | John J. Bartko<br>Bartko Welsh Tarrant & Miller | |
| 6 | 900 Front Street<br>Suite 300 | |
| 7 | San Francisco, CA 94111<br>(415) 956-1900 | |

10  __X__  **[BY MAIL]** I caused such envelope to be deposited in the mail at Venice, California. The envelope was mailed with postage thereof fully prepaid.

11  ____  **[BY PERSONAL SERVICE]** I caused such envelope to be delivered by hand to the offices of the addressee(s).

13  ____  **[FEDERAL EXPRESS]** I caused such envelope to be delivered via federal express at Venice, California.

14  ____  **[BY FAX]** I transmitted the above document to the above facsimile.

15  ____  **[STATE]** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

17  __X__  **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Melanie T. Partow_ (signature)

Melanie T. Partow