ORIGINAL

1  Paul Hoffman, SBN 071244
   SCHONBRUN DESIMONE SEPLOW
2  HARRIS & HOFFMAN LLP
   723 Ocean Front Walk
3  Venice, CA 90291
   Telephone:  (310) 396-0731
4  Fax:        (310) 399-7040

5  Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 2 2007

at __1__ o'clock and __00__ min. P M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br><br>ESTATE OF FERDINAND MARCOS HUMAN RIGHTS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Sison v. Marcos;<br>Piopongco v. Marcos. | **DECLARATION OF PAUL HOFFMAN IN SUPPORT OF MOTION FOR SUBSTITUTION OF PLAINTIFF**<br><br>MDL NO. 840<br><br>Cv. No. 86-225<br>Cv. No. 87-138<br><br>[Filed concurrently with Motion; Memorandum of Points and Authorities; Declaration of Elizabeth Piopongco; [Proposed] Order]<br><br>Date:  To Be Set<br>Time:  To Be Set<br>Courtroom:  To Be Set<br>Judge: Manuel L. Real |

0

DECLARATION OF PAUL HOFFMAN

# DECLARATION OF PAUL HOFFMAN

1. I am an attorney duly licensed to practice law in the State of California and before this Court, with the law firm of Schonbrun DeSimone Seplow Harris & Hoffman LLP, attorneys of record for Plaintiffs in the above-entitled case. I am making this declaration in support of the Motion for Substitution of Parties. The matters stated herein are within my personal knowledge and I can therefore testify competently to these matters (except where indicated on information and belief and to those matters I believe to be true).

2. During the week of September 17, 2007, I learned of the death of my client, Jaime Piopongco from his wife ELizabeth. Mrs. Piopongco requested that I represent her interests as a substituted party in his place.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 1, 2007

Paul L. Hoffman
Attorney for Plaintiffs

1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 723 Ocean Front Walk, Venice, California 90291.

On **October 1, 2007**, I served the foregoing documents described as:

*Declaration of Paul Hoffman in Support of Motion for Substitution of Plaintiff*

on all interested parties in this action. By placing the __X__ original **or** a ____ true copy thereof enclosed in sealed envelope addressed as follows:

Bert T. Kobayashi, Jr.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

James Paul Linn
James P. Linn Law Firm PLLC
1601 NW Expressway Ste 1710
Oklahoma City, OK 73118
405 239-6781
Fax: 405 516-5525

Lex R. Smith
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

Stephen V. Bomse
Heller Ehrman LLP
333 Bush St
San Francisco, CA 94104
415 772-6000

Robert A. Swift
Kohn Swift & Graf
One South Broad St Ste 2100
Philadelphia, PA 19107
215 238-1700

Sherry P. Broder
Davies Pacific Center
841 Bishop St Ste 800
Honolulu, HI 96813
531-1411

Carol A. Eblen
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639
547-5600

Jay R. Ziegler
Buchalter Nemer
1000 Wilshire Blvd 15th Flr
Los Angeles, CA 90017
213 896-0400

Thomas Benedict
Goodsill Anderson Quinn & Stifel LLLP
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639
547-5600

Matthew J. Viola
Law Office of Matthew Viola
707 Richards St Ste 516
Honolulu, HI 96813

Rachel M. Jones
Heller Ehrman White & McAuliffe
333 Bush St
San Francisco, CA 94104-2878
415 772-6000

| | |
|---|---|
| Richard Cashman<br>Heller Ehrman LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>212-832-8300 | Randall Scarlett, Esq.<br>THE SCARLETT LAW GROUP<br>536 Pacific Avenue<br>San Francisco, CA 94133 |

John J. Bartko
Bartko Welsh Tarrant & Miller
900 Front Street
Suite 300
San Francisco, CA 94111
(415) 956-1900

__X__ **[BY MAIL]** I caused such envelope to be deposited in the mail at Venice, California. The envelope was mailed with postage thereof fully prepaid.

____ **[BY PERSONAL SERVICE]** I caused such envelope to be delivered by hand to the offices of the addressee(s).

____ **[FEDERAL EXPRESS]** I caused such envelope to be delivered via federal express at Venice, California.

____ **[BY FAX]** I transmitted the above document to the above facsimile.

____ **[STATE]** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__ **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Melanie J. Parton*

Melanie T. Parton