*ce: MLR/LS*

ORIGINAL

1  Paul Hoffman, SBN 071244
   SCHONBRUN DESIMONE SEPLOW
2  HARRIS & HOFFMAN LLP
   723 Ocean Front Walk
3  Venice, CA 90291
   Telephone:    (310) 396-0731
4  Fax:    (310) 399-7040

5

6  Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 2 2007

at  1  o'clock and  00  min. P M
SUE BEITIA, CLERK

7
8  **IN THE UNITED STATES DISTRICT COURT
   DISTRICT OF HAWAII**

9

10  IN RE:                                    ) **[PROPOSED]** ORDER
                                             )
11  ESTATE OF FERDINAND MARCOS               ) MDL NO. 840
    HUMAN RIGHTS LITIGATION                  )
12  _____          ) Cv. No. 86-225
                                             ) Cv. No. 87-138
13  THIS DOCUMENT RELATES TO:                )
                                             ) **[Filed concurrently with Motion for**
14  Sison v. Marcos;                         ) **Substitution of Plaintiff;**
    Piopongco v. Marcos.                     ) **Memorandum of Points and**
15                                           ) **Authorities; Declaration of**
                                             ) **Elizabeth Piopongco; Declaration of**
16                                           ) **Paul Hoffman in support thereof]**
                                             )
17  _____          ) Date: To be Set
                                             ) Time: To be Set
18                                           ) Courtroom: To be Set
                                             ) Judge: Manuel L. Real
19
20
21
22
23
24
25
26
27
28

0

[PROPOSED] ORDER

1

**<u>ORDER</u>**

2   This cause came on to be heard on the motion of Elizabeth Piopongco, wife, heir,

3   and successor of Plaintiff, Jaime Piopongco, to be substituted as Plaintiff in this

4   action, and it appearing to the court that Plaintiff died on November 26, 2007, and

5   that Elizabeth Piopongco is the heir, successor and distributee of Plaintiff's estate

6   and that the judgment is not extinguished by the death of plaintiff,

7

8   IT IS ORDERED that Elizabeth Piopongco, be substituted as Plaintiff in this

9   action in the place of Jaime Piopogco, deceased.

10

11

12

13

14

15

16   Dated _____                    _____
                                                      Manuel L. Real,
17                                                United States District Judge

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER

1

## **PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

4          I am a resident of the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 723 Ocean Front Walk, Venice, California 90291.

5

6          On **October 1, 2007,** I served the foregoing documents described as:

7          [Proposed] Order

8

on all interested parties in this action. By placing the __X__ original **or** a ____ true copy thereof
9    enclosed in sealed envelope  addressed as follows:

10

Bert T. Kobayashi, Jr.
11   Kobayashi Sugita & Goda
First Hawaiian Center
12   999 Bishop St Ste 2600
Honolulu, HI 96813-3889

13

14   James Paul Linn
James P. Linn Law Firm PLLC
15   1601 NW Expressway Ste 1710
Oklahoma City, OK 73118
16   405 239-6781
Fax: 405 516-5525

17

18   Lex R. Smith
Kobayashi Sugita & Goda
19   First Hawaiian Center
999 Bishop St Ste 2600
20   Honolulu, HI 96813-3889

21   Stephen V. Bomse
Heller Ehrman LLP
22   333 Bush St
San Francisco, CA 94104
23   415 772-6000

24   Robert A. Swift
Kohn Swift & Graf
25   One South Broad St Ste 2100
Philadelphia, PA 19107
26   215 238-1700

27

28

Sherry P. Broder
Davies Pacific Center
841 Bishop St Ste 800
Honolulu, HI 96813
531-1411

Carol A. Eblen
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639
547-5600

Jay R. Ziegler
Buchalter Nemer
1000 Wilshire Blvd 15th Flr
Los Angeles, CA 90017
213 896-0400

Thomas Benedict
Goodsill Anderson Quinn & Stifel LLLP
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639
547-5600

Matthew J. Viola
Law Office of Matthew Viola
707 Richards St Ste 516
Honolulu, HI 96813

Rachel M. Jones
Heller Ehrman White & McAuliffe
333 Bush St
San Francisco, CA 94104-2878
415 772-6000

1  Richard Cashman
   Heller Ehrman LLP
2  Times Square Tower
   7 Times Square
3  New York, NY 10036
   212-832-8300

4

5  John J. Bartko
   Bartko Welsh Tarrant & Miller
6  900 Front Street
   Suite 300
7  San Francisco, CA 94111
   (415) 956-1900

8

9

10  X

11

12

13

14

15

16

17  X

18

Randall Scarlett, Esq.
THE SCARLETT LAW GROUP
536 Pacific Avenue
San Francisco, CA 94133

**[BY MAIL]** I caused such envelope to be deposited in the mail at Venice, California.  The envelope was mailed with postage thereof fully prepaid.

**[BY PERSONAL SERVICE]** I caused such envelope to be delivered by hand to the offices of the addressee(s).

**[FEDERAL EXPRESS]** I caused such envelope to be delivered via federal express at Venice, California.

**[BY FAX]**  I transmitted the above document to the above facsimile.

**[STATE]** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**[FEDERAL]** I declare that I am employed in the office of a member of the bar of this court at whose direction the  service was made.

_Melanie T. Parton_

19

20

21

22

23

24

25

26

27

28