ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 02 2007

at 1 o'clock and 00 min P M.
SUE BEITIA, CLERK

1  Paul Hoffman, SBN 071244
   SCHONBRUN DESIMONE SEPLOW
2  HARRIS & HOFFMAN LLP
   723 Ocean Front Walk
3  Venice, CA 90291
   Telephone:    (310) 396-0731
4  Fax:          (310) 399-7040

6  Attorneys for Plaintiffs

   **IN THE UNITED STATES DISTRICT COURT**
   **DISTRICT OF HAWAII**

   IN RE:                              ) [PROPOSED] ORDER
                                       )
   ESTATE OF FERDINAND MARCOS          ) MDL NO. 840
   HUMAN RIGHTS LITIGATION             )
                                       ) Cv. No. 86-225
                                       ) Cv. No. 87-138
   _____     )
                                       )
   THIS DOCUMENT RELATES TO:           ) [Filed concurrently with Motion for
                                       ) Substitution of Plaintiff;
   Sison v. Marcos;                    ) Memorandum of Points and
   Piopongco v. Marcos.                ) Authorities; Declaration of
                                       ) Elizabeth Piopongco; Declaration of
                                       ) Paul Hoffman in support thereof]
                                       )
   _____     ) Date: To be Set
                                         Time: To be Set
                                         Courtroom: To be Set
                                         Judge: Manuel L. Real

---

[PROPOSED] ORDER

1  The motion of the three Sison/Piopongco Plaintiffs, to extend the Amended
2  Final Judgement pursuant to Federal Rule of Civil Procedure 69, has been
3  considered.
4  IT IS ORDERED THAT the Amended Final Judgment in favor of the three
5  Sison/Piopongco Plaintiffs is extended for an additional ten years.

13  Dated: _____            _____
14                                             Judge Manuel L. Real

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 723 Ocean Front Walk, Venice, California 90291.

On **October 1, 2007,** I served the foregoing documents described as:

**[PROPOSED] ORDER EXTENDING OF THE AMENDED FINAL JUDGMENT**

on all interested parties in this action. By placing the __X__ original **or** a _____ true copy thereof enclosed in sealed envelope addressed as follows:

Bert T. Kobayashi, Jr.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

James Paul Linn
James P. Linn Law Firm PLLC
1601 NW Expressway Ste 1710
Oklahoma City, OK 73118
405 239-6781
Fax: 405 516-5525

Lex R. Smith
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

Stephen V. Bomse
Heller Ehrman LLP
333 Bush St
San Francisco, CA 94104
415 772-6000

Robert A. Swift
Kohn Swift & Graf
One South Broad St Ste 2100
Philadelphia, PA 19107
215 238-1700

Sherry P. Broder

Davies Pacific Center
841 Bishop St Ste 800
Honolulu, HI 96813
531-1411

Carol A. Eblen
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639
547-5600

Jay R. Ziegler
Buchalter Nemer
1000 Wilshire Blvd 15th Flr
Los Angeles, CA 90017
213 896-0400

Thomas Benedict
Goodsill Anderson Quinn & Stifel LLLP
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639
547-5600

Matthew J. Viola
Law Office of Matthew Viola
707 Richards St Ste 516
Honolulu, HI 96813

Rachel M. Jones
Heller Ehrman White & McAuliffe
333 Bush St
San Francisco, CA 94104-2878
415 772-6000

Richard Cashman
Heller Ehrman LLP

| | | |
|---|---|---|
| 1 | Times Square Tower | Randall Scarlett, Esq. |
| | 7 Times Square | THE SCARLETT LAW GROUP |
| 2 | New York, NY 10036 | 536 Pacific Avenue |
| | 212-832-8300 | San Francisco, CA 94133 |
| 3 | | |
| 4 | John J. Bartko | |
| | Bartko Welsh Tarrant & Miller | |
| 5 | 900 Front Street | |
| | Suite 300 | |
| 6 | San Francisco, CA 94111 | |
| | (415) 956-1900 | |

9  __X__  **[BY MAIL]** I caused such envelope to be deposited in the mail at Venice, California. The envelope was mailed with postage thereof fully prepaid.

10  ____  **[BY PERSONAL SERVICE]** I caused such envelope to be delivered by hand to the offices of the addressee(s).

12  ____  **[FEDERAL EXPRESS]** I caused such envelope to be delivered via federal express at Venice, California.

13  ____  **[BY FAX]** I transmitted the above document to the above facsimile.

14  ____  **[STATE]** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

16  __X__  **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Jonathan A. Cotton