ORIGINAL

Paul Hoffman, SBN 071244
SCHONBRUN DESIMONE SEPLOW
HARRIS & HOFFMAN LLP
723 Ocean Front Walk
Venice, CA 90291
Telephone:    (310) 396-0731
Fax:          (310) 399-7040

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 02 2007

at 1 o'clock and __ min, P M
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br><br>ESTATE OF FERDINAND MARCOS<br>HUMAN RIGHTS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Sison v. Marcos;<br>Piopongco v. Marcos. | ) **PLAINTIFFS' MOTION FOR**<br>) **EXTENSION OF THE AMENDED**<br>) **FINAL JUDGMENT**<br>)<br>) MDL NO. 840<br>)<br>) Cv. No. 86-225<br>) Cv. No. 87-138<br>)<br>) Date:       To Be Set<br>) Time:       To Be Set<br>) Courtroom:  To Be Set<br>) Judge: Manuel L. Real |

TO THE COURT AND ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

The <u>Sison/Piopongco</u> Plaintiffs hereby move for an extension of the Amended Final Judgment entered on October 3, 1997 in favor of Jose Maria Sison, Jaime Piopongco, and the Estate of Francisco Sison. In support of their Motion, Plaintiffs hereby attach a Memorandum of Points and Authorities, and the Declaration of Paul L. Hoffman for this Court's consideration. Plaintiffs also rely on all of the pleadings and other documents on record in this action and the other actions consolidated under MDL No. 840.

Dated: October 1, 2007

_____
Paul L. Hoffman
Attorneys for Plaintiffs
Jose Maria Sison
Jaime Piopongco
Estate of Francisco Sison

1

PLAINTIFFS' MOTION TO RENEW JUDGMENT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 723 Ocean Front Walk, Venice, California 90291.

On **October 1, 2007,** I served the foregoing documents described as:

**PLAINTTIFF'S MOTION FOR EXTENSION OF
THE AMENDED FINAL JUDGMENT**

on all interested parties in this action. By placing the __X__ original **or** a _____ true copy thereof enclosed in sealed envelope addressed as follows:

Bert T. Kobayashi, Jr.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

James Paul Linn
James P. Linn Law Firm PLLC
1601 NW Expressway Ste 1710
Oklahoma City, OK 73118
405 239-6781
Fax: 405 516-5525

Lex R. Smith
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

Stephen V. Bomse
Heller Ehrman LLP
333 Bush St
San Francisco, CA 94104
415 772-6000

Robert A. Swift
Kohn Swift & Graf
One South Broad St Ste 2100
Philadelphia, PA 19107
215 238-1700

Sherry P. Broder
Davies Pacific Center
841 Bishop St Ste 800
Honolulu, HI 96813
531-1411

Carol A. Eblen
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639
547-5600

Jay R. Ziegler
Buchalter Nemer
1000 Wilshire Blvd 15th Flr
Los Angeles, CA 90017
213 896-0400

Thomas Benedict
Goodsill Anderson Quinn & Stifel LLLP
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639
547-5600

Matthew J. Viola
Law Office of Matthew Viola
707 Richards St Ste 516
Honolulu, HI 96813

Rachel M. Jones
Heller Ehrman White & McAuliffe
333 Bush St
San Francisco, CA 94104-2878
415 772-6000

| | | |
|---|---|---|
| 1 | Richard Cashman<br>Heller Ehrman LLP | Randall Scarlett, Esq.<br>THE SCARLETT LAW GROUP |
| 2 | Times Square Tower<br>7 Times Square | 536 Pacific Avenue<br>San Francisco, CA 94133 |
| 3 | New York, NY 10036<br>212-832-8300 | |
| 4 | | |
| 5 | John J. Bartko<br>Bartko Welsh Tarrant & Miller | |
| 6 | 900 Front Street<br>Suite 300 | |
| 7 | San Francisco, CA 94111<br>(415) 956-1900 | |

10  **X**   **[BY MAIL]** I caused such envelope to be deposited in the mail at Venice, California. The envelope was mailed with postage thereof fully prepaid.

11-12  ___   **[BY PERSONAL SERVICE]** I caused such envelope to be delivered by hand to the offices of the addressee(s).

13-14  ___   **[FEDERAL EXPRESS]** I caused such envelope to be delivered via federal express at Venice, California.

14-15  ___   **[BY FAX]** I transmitted the above document to the above facsimile.

15-16  ___   **[STATE]** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

17  **X**   **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*[signature]*
Jonathan A. Cotton