# DECLARATION OF PAUL L. HOFFMAN

I, Paul L. Hoffman, declare as follows:

1. I am an attorney, duly licensed to practice law in the State of California and before this court, with the law firm of Schonbrun DeSimone Seplow Harris & Hoffman LLP, attorneys of record for Plaintiffs in the above-entitled case. I am making this declaration in support of Plaintiffs Motion for Extension of Amended Final Judgment. The matters stated herein are within my personal knowledge and I can therefore testify competently to these matters (except where indicated on information and belief and to those matters I believe to be true).

2. Attached hereto as **Exhibit A**, is a true and correct copy of Judge Real's October 3, 2007 Amended Final Judgment.

3. Attached hereto as **Exhibit B**, is a true and correct copy of the parties' August 13, 1997 Stipulation for the Entry of Final Judgment.

4. Attached hereto as **Exhibit C**, is a true and correct copy of this Court's Judgment dated August 11, 1995.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 1st day of October, 2007 at Venice, California.

_____
Paul L. Hoffman
Attorney for Sison/Piopongco Plaintiffs

6

PLAINTIFFS' MOTION TO RENEW JUDGMENT