PAUL L. HOFFMAN
RALPH STEINHARDT
PETER LABRADOR
ACLU Foundation of Southern California
1616 Beverly Boulevard
Los Angeles, CA 90026
Telephone No.: (213) 977-9500

ELLEN LUTZ
Human Rights Watch
333 S. Grand Avenue, Suite 430
Los Angeles, CA 90071
Telephone No.: (213) 680-9906

ROMEO CAPULONG
Public Interest Law Center
Rm. 912, National Life Ins. Bldg.
Ayala Avenue, Makati, Metro Manila
Philippines
Telephone No.: (011-63-2) 812-3182

CARL VARADY
1164 Bishop Street, Suite 1205
Honolulu, Hawaii 96813
Telephone No.: (808) 523-8447

Attorneys for Sison/Piopongco Plaintiffs

LODGED
AUG 13 1997
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 3 1997
at 1 o'clock and ___ min. P.M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE OF FERDINAND E. MARCOS HUMAN RIGHTS LITIGATION | CASE NO. MDL 840 |
| THIS DOCUMENT RELATES TO SISON v. MARCOS Civil No. 86-0225; PIOPONGCO v. MARCOS Civil No. 87-0138 | AMENDED FINAL JUDGMENT; EXHIBIT "A" |

Based upon the August 1997 Stipulation between the defendant herein and plaintiffs Jose Maria Sison and Jaime Piopongco, the Court amends the Final Judgment dated August 11, 1995, as follows:

1.  The Court hereby incorporates all of the terms of the Judgment dated August 11, 1995 (attached hereto as Exhibit "A").

2.  Judgment for compensatory damages is entered for plaintiff Jose Maria Sison in the amount of $750,000.

3.  Judgment for compensatory damages is entered on plaintiff Jaime Piopongco's property claims in the amount of $250,000. This amount shall not reduce the amount of compensatory or exemplary damages, plus accrued interest, in favor of plaintiff Jaime Piopongco as set forth in the Final Judgment filed on August 11, 1995.

4.  ~~Plaintiff Jose Maria Sison shall share in the $1.2 billion exemplary damage~~ award in the ~~amount of $132,027.72.~~

5.  The other provisions of the Judgment dated August 11, 1995, shall remain in full force and effect and shall apply to plaintiffs Jose Maria Sison and Jaime Piopongco and the Estate of Francisco Sison.

6.  The amounts above include any costs awardable under FRCP 54(d)(1), but do not include any claim for court-awarded attorneys' fees.

DATED: ~~August ___, 1997~~
OCT 3 1997

MANUEL L. REAL
_____
MANUEL L. REAL
MDL 840 Transferee Judge

2

```
 1  PAUL L. HOFFMAN
    RALPH STEINHARDT
 2  ACLU Foundation of Southern California
    1616 Beverly Boulevard
 3  Los Angeles, CA  90026
    Telephone No.: (213) 977-9500
 4
    ELLEN LUTZ
 5  Human Rights Watch
    10951 West Pico Boulevard
 6  Los Angeles, CA  90064
    Telephone No.: (213) 475-3070
 7
    PETER LABRADOR
 8  550 Halekauwila Street, Suite 102
    Honolulu, Hawaii  96813
 9  Telephone No.: (808) 538-7761

10  Romeo Capulong
    Public Interest Law Center
11  Rm. 912, Nat'l Life Ins. Bldg.
    Ayala Avenue
12  Makati, Metro Manila
    Philippines
13
14  Attorneys for Sison/Piopongco Plaintiffs
15
16            IN THE UNITED STATES DISTRICT COURT
17                     DISTRICT OF HAWAII
18
19  _____
20  IN RE:                          :    MDL NO. 840
                                    :
21  ESTATE OF FERDINAND E. MARCOS   :
                                    :    FINAL JUDGMENT
22  HUMAN RIGHTS LITIGATION         :
                                    :
23  _____:
                                    :
24  THIS DOCUMENT RELATES TO        :
    SISON v. MARCOS                 :
25  Civil No. 86-0225;              :
    PIOPONGCO v. MARCOS             :
26  Civil No. 87-0138               :
27  _____
28
```

ORIGINAL

LODGED
JUL 31 1995
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 1 1995

at 2 o'clock and 30 min. P.M
WALTER A. H. Y. CHINN, CLERK

EXHIBIT "A"

## FINAL JUDGMENT

This action came on for trial before the Court and a jury, the Honorable Manuel L. Real, presiding, and the issues having been tried, and the jury having rendered its verdict on liability and damages,

The Court enters final judgment pursuant to FRCP 58 in favor of plaintiffs Jaime Piopongco and Estate of Francisco Sison in accordance with the unanimous verdicts of the jury on September 24, 1992, February 23, 1994 and January 20, 1995, and the Court's remittiturs announced April 24, 1995. The Court's Judgment on Liability is as follows:

1. The Court incorporates herein its Judgment on Liability entered October 20, 1992, and its Order entered December 17, 1992 denying defendant's post-trial motions re liability.

2. Judgment for compensatory damages, based upon plaintiffs' acceptance of the remittiturs, is entered for plaintiffs Jaime Piopongco and Estate of Francisco Sison as follows:

   Jaime S. Piopongco           $ 75,000
   Estate of Francisco Sison    $ 100,000

3. Judgment for exemplary damages, to make an example for the public good, is entered in the aggregate of $ 1.2 billion to be divided among the members of the class and direct action plaintiffs pro rata. ~~Each plaintiff herein included shall receive $132,027.72.~~

4. Pursuant to prior orders of the court, plaintiffs Jose Maria Sison, Ramon Sison and the Estates of Florentina and Amelia Sison shall take nothing.

5. Pursuant to FRCP 54(d)(2)(B), the Court orders that direct action plaintiffs (and their attorneys') claim for counsel fees and their submission in support thereof be deferred and postponed until further order of the Court.

6. Pursuant to FRCP 54(d)(1), direct action plaintiffs are awarded costs which must now be submitted to be taxed by the Clerk.

7. The permanent injunction entered in the class case, CV 86-0390-R shall be deemed to apply to these direct actions.

8. Any monies collected by settlement or execution on judgments entered in any of the MDL 840 cases against the defendant Estate shall be held and disbursed as directed by the Court.

DATED: 8/7/95

MANUEL L. REAL
MDL 840 Transferee Judge