```
 1  PAUL L. HOFFMAN
    RALPH STEINHARDT
 2  ACLU Foundation of Southern California
    1616 Beverly Boulevard
 3  Los Angeles, CA  90026
    Telephone No.: (213) 977-9500
 4
    ELLEN LUTZ
 5  Human Rights Watch
    10951 West Pico Boulevard
 6  Los Angeles, CA  90064
    Telephone No.: (213) 475-3070
 7
    PETER LABRADOR
 8  550 Halekauwila Street, Suite 102
    Honolulu, Hawaii  96813
 9  Telephone No.: (808) 538-7761

10  Romeo Capulong
    Public Interest Law Center
11  Rm. 912, Nat'l Life Ins. Bldg.
    Ayala Avenue
12  Makati, Metro Manila
    Philippines
13
14  Attorneys for Sison/Piopongco Plaintiffs
```

Stamps: ORIGINAL; LODGED JUL 31 1995 CLERK U.S. DISTRICT COURT DISTRICT OF HAWAII; FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII AUG 11 1995 at 2 o'clock and 30 min. P.M. WALTER A. H. Y. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br>ESTATE OF FERDINAND E. MARCOS<br>HUMAN RIGHTS LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>SISON v. MARCOS<br>Civil No. 86-0225;<br>PIOPONGCO v. MARCOS<br>Civil No. 87-0138 | MDL NO. 840<br><br>FINAL JUDGMENT |

EXHIBIT "A"

**FINAL JUDGMENT**

1. This action came on for trial before the Court and a jury, the Honorable Manuel L. Real, presiding, and the issues having been tried, and the jury having rendered its verdict on liability and damages,

2. The Court enters final judgment pursuant to FRCP 58 in favor of plaintiffs Jaime Piopongco and Estate of Francisco Sison in accordance with the unanimous verdicts of the jury on September 24, 1992, February 23, 1994 and January 20, 1995, and the Court's remittiturs announced April 24, 1995. The Court's Judgment on Liability is as follows:

   1. The Court incorporates herein its Judgment on Liability entered October 20, 1992, and its Order entered December 17, 1992 denying defendant's post-trial motions re liability.

   2. Judgment for compensatory damages, based upon plaintiffs' acceptance of the remittiturs, is entered for plaintiffs Jaime Piopongco and Estate of Francisco Sison as follows:

      Jaime S. Piopongco           $ 75,000
      Estate of Francisco Sison    $ 100,000

   3. Judgment for exemplary damages, to make an example for the public good, is entered in the aggregate of $ 1.2 billion to be divided among the members of the class and direct action plaintiffs pro rata. ~~Each plaintiff herein included shall receive $192,027.72.~~

   4. Pursuant to prior orders of the court, plaintiffs Jose Maria Sison, Ramon Sison and the Estates of Florentina and Amelia Sison shall take nothing.

5.  Pursuant to FRCP 54(d)(2)(B), the Court orders that direct action plaintiffs (and their attorneys') claim for counsel fees and their submission in support thereof be deferred and postponed until further order of the Court.

6.  Pursuant to FRCP 54(d)(1), direct action plaintiffs are awarded costs which must now be submitted to be taxed by the Clerk.

7.  The permanent injunction entered in the class case, CV 86-0390-R shall be deemed to apply to these direct actions.

8.  Any monies collected by settlement or execution on judgments entered in any of the MDL 840 cases against the defendant Estate shall be held and disbursed as directed by the Court.

DATED: 5/7/95

_____
MANUEL L. REAL
MDL 840 Transferee Judge