# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 723 Ocean Front Walk, Venice, California 90291.

On **October 1, 2007,** I served the foregoing documents described as:

**PLAINTTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR EXTENSION OF JUDGMENT; DECLARATION OF PAUL L. HOFFMAN IN SUPPORT THEREOF**

on all interested parties in this action. By placing the __X__ original **or** a _____ true copy thereof enclosed in sealed envelope addressed as follows:

Bert T. Kobayashi, Jr.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

James Paul Linn
James P. Linn Law Firm PLLC
1601 NW Expressway Ste 1710
Oklahoma City, OK 73118
405 239-6781
Fax: 405 516-5525

Lex R. Smith
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

Stephen V. Bomse
Heller Ehrman LLP
333 Bush St
San Francisco, CA 94104
415 772-6000

Robert A. Swift
Kohn Swift & Graf
One South Broad St Ste 2100
Philadelphia, PA 19107
215 238-1700

Sherry P. Broder
Davies Pacific Center
841 Bishop St Ste 800
Honolulu, HI 96813
531-1411

Carol A. Eblen
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639
547-5600

Jay R. Ziegler
Buchalter Nemer
1000 Wilshire Blvd 15th Flr
Los Angeles, CA 90017
213 896-0400

Thomas Benedict
Goodsill Anderson Quinn & Stifel LLLP
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639
547-5600

Matthew J. Viola
Law Office of Matthew Viola
707 Richards St Ste 516
Honolulu, HI 96813

Rachel M. Jones
Heller Ehrman White & McAuliffe
333 Bush St
San Francisco, CA 94104-2878
415 772-6000

| | | |
|---|---|---|
| 1 | Richard Cashman | Randall Scarlett, Esq. |
| 2 | Heller Ehrman LLP | THE SCARLETT LAW GROUP |
|   | Times Square Tower | 536 Pacific Avenue |
| 3 | 7 Times Square | San Francisco, CA 94133 |
|   | New York, NY 10036 | |
| 4 | 212-832-8300 | |

John J. Bartko
Bartko Welsh Tarrant & Miller
900 Front Street
Suite 300
San Francisco, CA 94111
(415) 956-1900

__X__ **[BY MAIL]** I caused such envelope to be deposited in the mail at Venice, California. The envelope was mailed with postage thereof fully prepaid.

_____ **[BY PERSONAL SERVICE]** I caused such envelope to be delivered by hand to the offices of the addressee(s).

_____ **[FEDERAL EXPRESS]** I caused such envelope to be delivered via federal express at Venice, California.

_____ **[BY FAX]** I transmitted the above document to the above facsimile.

_____ **[STATE]** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

__X__ **[FEDERAL]** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Jonathan A. Cotton