ORIGINAL

1  John J. Bartko, State Bar No. 37372
   BARTKO, ZANKEL, TARRANT & MILLER
2  A Professional Corporation
   900 Front Street, Suite 300
3  San Francisco, California 94111
   Telephone: (415) 956-1900
4  Facsimile: (415) 956-1152

5  Attorneys for FERDINAND R. MARCOS, JR.
   In His Capacity As A Representative of the
6  Estate of Ferdinand Marcos

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 15 2007
at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: | MDL NO. 840 |
| ESTATE OF FERDINAND MARCOS HUMAN RIGHTS LITIGATION | Cv. No. 86-225<br>Cv. No. 87-138 |
| THIS DOCUMENT RELATES TO:<br>Sison v. Marcos;<br>Piopongco v. Marcos. | OPPOSITION OF FERDINAND R. MARCOS, JR. TO PLAINTIFFS' MOTION FOR EXTENSION OF JUDGMENT<br><br>Hearing Date:  To Be Set<br>Time:          To Be Set<br>Courtroom:     To Be Set<br>Judge:         Manuel L. Real |

The Sison/Piopongco Plaintiffs' request that the Judgment be extended for an additional ten years relies in part on this Court's earlier action extending the class plaintiffs' Judgment. The legal effect of Hawaii revised statute ("H.R.S.") section 657-5 ten-year limitation on judicial discretion to extend a judgment which has already lapsed is currently the subject of a pending appeal in the Ninth Circuit. That matter No. 06-16301, in the United States Court of Appeals for the Ninth Circuit, *In Re: Estate of Ferdinand E. Marcos Human Rights Lit., Celsa Hilao, et al. v. Estate of Ferdinand Marcos, Revelstoke Inv. Corp., Inc.*, has been fully briefed for sometime and awaits argument. (C.A.9 (Hawaii).)

Inasmuch as the ten-year time limit set forth in H.R.S. section 657-5 on the Court's discretionary power to extend this Judgment under Hawaii law has already passed, it seems appropriate to await the decision of the Court of Appeals before this court considers the Sison/Piopongco application.

DATED: October 11, 2007

         BARTKO, ZANKEL, TARRANT & MILLER
         A Professional Corporation

         By _____
           John J. Bartko
          Attorneys for Defendant
         FERDINAND R. MARCOS, JR.
         In His Capacity As A Representative of the
          Estate of Ferdinand Marcos

959.000/334709.1

OPPOSITION OF FERDINAND R. MARCOS TO PLAINTIFFS' MOTION FOR
EXTENSION OF JUDGMENT - MDL NO. 840