**PROOF OF SERVICE**

I, Barbara J. Sage, the undersigned, hereby certify and declare:

1. I am over the age of 18 years and am not a party to the within cause.

2. I am employed in the office of a member of the bar of this Court, at whose direction this service was made.

3. My business address is Bartko, Zankel, Tarrant & Miller, 900 Front Street, Suite 300, San Francisco, California 94111.

On October 11, 2007, I served the true copy of the attached document(s) titled exactly

- OPPOSITION OF FERDINAND R. MARCOS, JR. TO PLAINTIFFS' MOTION FOR EXTENSION OF JUDGMENT

on the interested parties in this action as follows:

XXX  **BY MAIL:** I am readily familiar with my employer's mail collection and processing practices, know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in the interoffice mail, and know that postage thereon is fully prepaid. Following ordinary business practices, I placed for collection and mailing with the United States Postal Service such envelope(s) at Bartko, Zankel, Tarrant & Miller, 900 Front Street, Suite 300, San Francisco, California 94111, addressed, sealed and charges prepaid as follows:

**SEE ATTACHMENT A**

_____  **BY HAND DELIVERY:** I caused to be delivered such envelope(s) by hand to the address designated below.

_____  **BY FEDERAL EXPRESS:** I am readily familiar with my employer's practice for collection and processing of Federal Express courier service mail, and know that said Federal Express courier service mail is collected and deposited with a facility regularly maintained by Federal Express at San Francisco, California on the same day it is deposited in the interoffice mail. Following ordinary business practice, I placed for collection and delivery to Federal Express such envelope(s) at Bartko, Zankel, Tarrant & Miller, 900 Front Street, Suite 300, San Francisco, California 94111, addressed, sealed and charges prepaid, marked for next business day delivery as follows:

_____  **BY FACSIMILE:** On October 11, 2007 from my employer's facsimile machine telephone number (415) 956-1152, I transmitted a copy of said document(s) to the following addressee(s) at the following number(s), which is the number last given by that person on a document he or she has filed in this action and served on my employer. The transmission was reported as complete and without error, and a transmission report properly issued by the transmitting machine, a true and correct copy of which is attached hereto pursuant to California Rule of Court, Rule 2008 (e)(4).

1.

1

2      I declare under penalty of perjury under the laws of the United States of America

3  that the foregoing is true and correct and that this declaration was executed on October 11, 2007 at

4  San Francisco, California.

_____
Barbara J. Sage

2.