# ATTACHMENT A

Thomas Benedict, Esq.
Goodsill Anderson Quinn & Stifel LLLP
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, HI 96813

Stephen V. Bomse, Esq.
Rachel M. Jones, Esq.
Heller, Ehrman LLP
333 Bush Street, Suite 3100
San Francisco, CA 94104

Sherry P. Broder, Esq.
Davies Pacific Center
841 Bishop Street, Suite 800
Honolulu, HI 96813

Richard Cashman, Esq.
Heller Ehrman LLP
Times Square Tower
7 Times Square
New York, NY 10036-6524

Carol A. Eblen, Esq.
Goodsill Anderson Quinn & Stifel LLLP
Alii Place, Suite 1800
1099 Alakea Street
Honolulu, HI 96813

Paul Hoffman, Esq.
Schonbrun Desimone Seplow Harris & Hoffman LLP
723 Ocean Front Walk
Venice, CA 90291

Bert T. Kobayashi, Jr., Esq.
Kobayashi, Sugita & Goda
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, HI 96813-3889

James P. Linn, Esq.
James P. Linn Law Firm
1601 N. W. Expressway, Suite 1710
Oklahoma City, OK 73118

Honorable Manuel L. Real
United States District Court
Central District of California
312 North Spring Street
Los Angeles, CA 90012

Randall Scarlett, Esq.
The Scarlett Law Group
536 Pacific Avenue
San Francisco, CA 94133

Lex R. Smith, Esq.
Kobayashi, Sugita & Goda
First Hawaiian Center
999 Bishop Street, Suite 2600
Honolulu, HI 96813-3889

Robert A. Swift, Esq.
Kohn, Swift & Graf, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389

Matthew J. Viola, Esq.
Law Office of Matthew Viola
707 Richards Street, Suite 516
Honolulu, HI 96813

Jay R. Ziegler, Esq.
Buchalter Nemer
1000 Wilshire Blvd., 15th Floor
Los Angeles, CA 90017