LEX R. SMITH 3485-0
JOSEPH A. STEWART 7315-0
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St. Suite 2600
Honolulu, HI 86813-3889
Telephone: (808) 539-8700
Fax: (808) 539-8799
e-mail: jas@ksglaw.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN RE:<br><br>ESTATE OF FERDINAND MARCOS HUMAN RIGHTS LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Sison v. Marcos<br>Piopongco v. Marcos | **DEFENDANT ESTATE OF FERDINAND MARCOS' APPLICATION FOR HEARING ON PLAINTIFFS' MOTION FOR EXTENSION OF THE AMENDED FINAL JUDGMENT**<br><br>CIVIL NO. 03-11111<br><br>MDL NO. 840<br><br>Cv. No. 86-225<br>Cv. No. 87-138<br><br>Date: To Be Set<br>Time: To Be Set<br>Courtroom: To Be Set<br>Judge:   Manual L. Real |

DEFENDANT ESTATE OF FERDINAND MARCOS'
APPLICATION FOR HEARING ON PLAINTIFFS' MOTION FOR
<u>EXTENSION OF THE AMENDED FINAL JUDGMENT</u>

Defendant Estate of Ferdinand Marcos hereby submits its application for an oral hearing on Plaintiffs' Motion for Extension of the Amended Final Judgment filed on October 2, 2007.

This Application is brought pursuant to Local Rule 7.2 of the United States District Court of the District of Hawaii is based on the pleadings, files and records herein and on the Affidavit of Joseph A. Stewart attached hereto.

Dated: Honolulu, Hawaii October 16, 2007.

/s/ Joseph A. Stewart
LEX R. SMITH
JOSEPH A. STEWART
Attorneys for
THE ESTATE OF
FERDINAND MARCOS