IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IN RE: | DECLARATION OF JOSEPH A. STEWART |
| ESTATE OF FERDINAND MARCOS HUMAN RIGHTS LITIGATION | CIVIL NO. 03-11111 <br> MDL NO. 840 <br> Cv. No. 86-225 |
| THIS DOCUMENT RELATES TO: | Cv. No. 87-138 |
| Sison v. Marcos <br> Piopongco v. Marcos | Date: To Be Set <br> Time: To Be Set <br> Courtroom: To Be Set <br> Judge: Manual L. Real |

## DECLARATION OF JOSEPH A. STEWART

I, Joseph A. Stewart, declare as follows:

1. I am over the age of twenty-one and am competent to testify from personal knowledge regarding the matters set forth herein and if called to testify in this proceeding would do so consistently with the statements contained herein.

2. I am a partner with the law firm of Kobayashi, Sugita & Goda, who are representing the Estate of Ferdinand Marcos ("Estate") in this matter.

3. Unless otherwise indicated, I make this declaration based upon my personal knowledge and belief.

4.    On October 2, 2007, Plaintiffs filed a Motion for Extension of the Amended Final Judgment ("Motion") herein.

5.    As part of that motion, Plaintiffs stated that the hearing date and time was to be determined by the court.

6.    To date, this Court has not set a hearing for the Motion.

7.    It is the belief of the Estate that the issues addressed in this motion are critical to the resolution of the claims of Plaintiffs and for that reason, a hearing is necessary for the Motion.

8.    Accordingly, the Estate hereby submits a formal request for hearing as to Plaintiffs' Motion pursuant to Local Rule 7.2 of the United States District Court of the District of Hawaii.

I declare under penalty of law that the above is true and correct.

Dated: Honolulu, Hawaii  _____ October 16. 2007.


/s/ Joseph A. Stewart
JOSEPH A. STEWART