## PROOF OF SERVICE

On October 16, 2007, I served the foregoing documents described as:

DEFENDANT ESTATE OF FERDINAND MARCOS' APPLICATION FOR HEARING ON PLAINTIFFS' MOTION FOR EXTENSION OF THE AMENDED FINAL JUDGMENT

on all interested parties in this action. By placing the ___ original or a _X_ true copy thereof enclosed in sealed envelope addressed as follows:

Bert T. Kobayashi, Jr.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St. Ste 2600
Honolulu, HI 96813-3889

James Paul Linn
James P. Linn Law Firm PLLC
1601 NW Expressway Ste 1710
Oklahoma City, OK 73118
405-239-6781
Fax: 405-516-5525

Paul Hoffman
Schonbrun Desimone Seplow
Harris & Hoffman, LLP
723 Ocean Front Walk
Venice, CA 90291
310-396-0731
Fax: 310-399-7040

Stephen V. Bomse
Heller Ehrman LLP
333 Bush St
San Francisco, CA 94104
415-772-6000

Robert A. Swift
Kohn Swift & Graf
One South Broad St Ste 2100
Philadelphia, PA 19107
215-238-1700

Sherry P Broder
Davies Pacific Center
841 Bishop St Ste 800
Honolulu, HI 96813
831-1411

Carol A. Eblen
Goodsill Anderson Quinn & Stifel, LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639
547-5600

Jay R. Ziegler
Buchalter Nemer
1000 Wilshire Blvd 15th Flr
Los Angeles, CA 90017
213-896-0400

Document ID: 425262_1_JAS

Thomas Benedict
Goodsill Anderson Quinn & Stifel LLLP
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639
547-5600

Matthew J. Viola
Law Office of Matthew Viola
707 Richards St Ste 516
Honolulu, HI 96813

Rachel M. Jones
Heller Ehrman White & McAuliffe
333 Bush St
San Francisco, CA 94104-2878
415-772-6000

Richard Cashman
Heller Erman, LLP
7 Times Square
New York, NY 10036
212-832-8300

John J. Bartko
Bartko Welsh Tarrant & Miller
900 Front Street
Suite 300
San Francisco, CA 94111
415-956-1900

Randall Scarlett, Esq.
THE SCARLETT LAW GROUP
536 Pacific Ave
San Francisco, CA 94133

X          [BY MAIL] I causes such envelope to be deposited in the mail at <u>Honolulu, Hawaii</u>. The envelope was mailed with postage thereof fully prepaid.

_____      [BY PERSONAL SERVICE] I cause such envelope to be delivered by hand to the offices of the addressee(s).

_____      [FEDERAL EXPRESS] I caused such envelope to be delivered via federal express at _____.

_____      [BY FAX] I transmitted the above document to the above facsimile.

_____      [STATE] I declare under penalty of perjury under the law of the State of _____ that the foregoing is true and correct.

X          [FEDERAL] I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.


/s/ Joseph A. Stewart
LEX R. SMITH
JOSEPH A. STEWART
Attorneys for
THE ESTATE OF FERDINAND MARCOS