ORIGINAL

1  Paul L. Hoffman SBN 071244
   SCHONBRUN DESIMONE SEPLOW
2  HARRIS & HOFFMAN LLP
   723 Ocean Front Walk
3  Venice, California  90291-3270
   Telephone:  (310) 396-0731
4  Fax: (310) 399-7040

5  Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 3 0 2007

at __ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

6  **IN THE UNITED STATES DISTRICT COURT**
   **DISTRICT OF HAWAII**

7

8  IN RE:                                )   **REPLY MEMORANDUM IN**
                                         )   **SUPPORT OF MOTION FOR**
9  ESTATE OF FERDINAND MARCOS            )   **EXTENSION OF JUDGMENT**
   HUMAN RIGHTS LITIGATION               )
10                                       )   MDL NO. 840
   _____         )
11 ____                                  )   Cv. No. 86-225
                                         )   Cv. No. 87-138
12 THIS DOCUMENT RELATES TO:             )
                                         )
13 Sison v. Marcos;                      )
   Piopongco v. Marcos.                  )
14                                       )   DATE: To be set
                                         )   TIME: To be set
15                                       )   COURTROOM: To be set
                                         )   JUDGE: Manuel L. Real
16                                       )
                                         )
17 _____
   ____
18
19
20
21
22
23
24
25
26
27
28

1       There is no reason to defer granting the *Sison/Piopongco* Plaintiffs' motion
2   to extend the Judgment in this case because of the pendency of the appeal in In re
3   Estate of Ferdinand E. Marcos Human Rights Lit., No 06-16301.   This Court
4   should rule in the same manner and there will be time enough to consider the
5   impact of any decision in the pending appeal.

6       It should also be noted that there is no issue about the ten year period with
7   respect to the claims of plaintiffs Jose Maria Sison and Jaime Piopongco because
8   they filed their motion within ten years of the entry of the Amended Judgment in
9   their favor after the remand in the initial appeal in this case.   Thus, even an
10   adverse decision in the Court of Appeals would not effect their entitlement to the
11   extension of their Judgment.

12       The Estate has thwarted the efforts of all the plaintiffs, class or individual,
13   in these cases to collect on their Judgments for too long.   The Estate should not
14   be able to escape payment of these Judgments simply by making it difficult for
15   anyone to collect the Judgments over a long period of time.   Such a result would
16   be utterly inconsistent with the central principles of accountability underlying the
17   Alien Tort Statute in human rights cases.

18       Moreover, especially after the Supreme Court's decision in *Sosa v Alvarez-*
19   *Machain*, 542 U.S. 692 (2004), which cited this case with approval and found that
20   the Alien Tort Statute implemented federal common law, there is no room for
21   state-created limitations on the enforceability of an ATS judgment for torture,
22   disappearance and summary execution.   The Marcos Estate cannot be allowed to
23   avoid its obligations to pay compensation to all of the human rights victims who
24   brought these actions.

25
26
27
28

1        The Estate has requested oral argument on these issues.   The
2    *Sison/Piopongco* plaintiffs believe that the issues raised in this motion can be
3    resolved without a hearing given the fact that these issues have been briefed and
4    argued in the context of the class action case.

5

6                                 Respectfully submitted,

7

8    Dated: October 29, 2007

9                                 _____

10                                Paul L. Hoffman
                                  Attorney for *Sison/Piopongco* Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a resident of the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 723 Ocean Front Walk, Venice, California 90291.

On **October 29, 2007** I served the foregoing document described as:

### REPLY MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF JUDGMENT

on all interested parties in this action. By placing the ___ original **or** a __**X**__ true copy thereof enclosed in sealed envelope addressed as follows:

Bert T. Kobayashi, Jr.
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

James Paul Linn
James P. Linn Law Firm PLLC
1601 NW Expressway Ste 1710
Oklahoma City, OK 73118
405 239-6781
Fax: 405 516-5525

Lex R. Smith
Kobayashi Sugita & Goda
First Hawaiian Center
999 Bishop St Ste 2600
Honolulu, HI 96813-3889

Steven B. Bomse
Heller Ehrman LLP
333 Bush St.
San Francisco, CA 94104
415-775-6000

Robert A. Swift
Kohn Swift & Graf
One South Broad St Ste 2100
Phildelphia, PA 19107

Sherry P. Broder
Davies Pacific Center
841 Bishop St Ste 800
Honolulu, HI 96813
531-1411

Carol A. Eblen
Goodsill Anderson Quinn & Stifel LLLP
Alii Place
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639
547-5600

Jay R. Ziegler
Buchalter Nemer
1000 Wilshire Blvd. 15th Floor
Los Angeles, CA 90017

Thomas Benedict
Goodsill Anderson Quinn & Stifel LLLP
1099 Alakea St Ste 1800
Honolulu, HI 96813-2639
547-5600

Matthew J. Viola
Law Office of Matthew Viola
707 Richards St Ste 516
Honolulu, HI 96813

Rachel M. Jones
Heller Ehrman White 7 McAuliffe
333 Bush St
San Francisco, CA 94104-2878
415 772-6000

1

Richard Chasman
2   Heller Ehrman LLP
Times Square Towr
3   7 Times Square
New York, NY 10036
4   212-832-8300

5   John J. Bartko
Bartko Welsh Tarrant & Miller
6   900 Front Street
Suite 300
7   San Francisco, CA 94111
(415) 956-1900

8

Randall Scarlett, Esq.
THE SCARLETT LAW GROUP
536 Pacific Avenue
San Francisco, CA 94133

9

**X**    **[BY MAIL]** I caused such envelope to be deposited in the mail at Venice,
10   California.  The envelope was mailed with postage thereof fully prepaid.

11   ____    **[BY PERSONAL SERVICE]** I caused such envelope to be delivered by hand to
the offices of the addressee(s).
12

____    **[FEDERAL EXPRESS]** I caused such envelope to be delivered via federal
13   express at Venice, California.

14   ____    **[BY FAX]** I transmitted the above document to the above facsimile.

15   ____    **[STATE]** I declare under penalty of perjury under the laws of the State of
California that the foregoing is true and correct.
16

**X**    **[FEDERAL]** I declare that I am employed in the office of a member of the bar of
17   this court at whose direction the  service was made.

18

19

20   _____
Jonathan A. Cotton

21

22

23

24

25

26

27

28