United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date:   May 14, 2008

To:   United States Court of Appeals     Attn: (x)   Civil
      For the Ninth Circuit
      Office of the Clerk
      95 Seventh Street
      San Francisco, CA  94103

From:   United States District Court
       300 Ala Moana Blvd. Room C-338
       Honolulu, Hawaii 96813

MDL-00840-MLR   (CV 03-11111-MLR)     Appeal No:   06-16301

Short Title:   Hilao v. Revelstoke Invest.

| | | |
|---|---|---|
| Clerk's Files in | 9 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 57 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |

-certified copy of docket sheet
-sealed document nos: #429, 2 sealed envelopes
 documents: 37, 136, 794, 790
Box 1 - files 1 thru 5
Box 2 - files 6 thru 11
Box 3 - files 12 thru 18
Box 4 - files 19 thru 23
Box 5 - files 24 thru 29
Box 6 - 19 transcripts & docs. #794, 790
Box 7 - sealed doc. #429, docs. # 37, 136; 23 transcripts
Box 8 - 15 transcripts
Box 9 - 2 sealed envelopes, 1 envelope with copies of claims

Acknowledgment:_____     Date: _____

cc: counsel