ORIGINAL

IN THE UNITED DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUN 12 2008
at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

| | |
|---|---|
| IN RE: ESTATE OF FERDINAND E. MARCOS HUMAN RIGHTS LITIGATION | MDL No. 840 |
| CELSA HILAO, DANILO DELA FUENTE, RENATO PINEDA, ADORA DeVERA, DOMICIANO AMPARO, RODOLFO BENOSA, JOSE DUNCAN, JOSEFINA FORCADILLA, ARTURO REVILLA AND CHRISTOPHER SORIA,<br><br>Plaintiffs,<br><br>- versus -<br><br>ESTATE OF FERDINAND E. MARCOS through its representatives IMELDA MARCOS and FERDINAND E. MARCOS, JR.<br><br>Defendant. | No. 86-0390<br>No. 86-330<br>No. 04-16401 |

# PETITION

The undersigned victims and claimants who are all members of the Mindanao Martial Law Victims Association (MMLVA), unto this Honorable Court of the District of Honolulu, Hawaii, U.S.A., most respectfully say that:

1. We file this PETITION as members of the Mindanao Martial Law Victims Association who are supposed to benefit from the award to be given by the U. S. Supreme Court in the Arelma case and by way of settlement or other awards in the Colorado and Texas cases, as well as our claim in the pending Singapore litigation initiated by our Lead Counsel Robert Swift of Pennsylvania.

2. As the District Court Judge stationed in Honolulu, Hawaii, we are sure that you (Judge Manuel Real) are aware of the status of these cases. We are also sure that Atty. Robert Swift is more familiar, not only with the status of these cases, but on the pending negotiations in the litigations.

3. The reasons for writing this Petition to your office is to inform you directly that these cases have been pending now for more than 21 years and yet we do not seem to see any "ray of light at the end of the tunnel", so to speak. From what we have read in local newspapers and the TV coverages, particularly the oral argument of our own lawyer, Atty. Swift, and the lawyers of the other parties in the United States Supreme Court dealing on the Arelma case, we strongly believe that Atty. Swift is doing his best to give us some hope that we can win the Arelma case. But we are at the DARK as to whether we will really prevail. The newspaper reports are very DISCOURAGING.

4. We have been informed that there is a chance to effect a settlement in the recently won Singapore case wherein we are claiming the funds deposited in a bank in Singapore. In the cases of Colorado and Texas, we know that the children and cronies of the deceased Jose Y. Campos have offered at least US$10.0 million to end the cases very soon. This is an appeal that our Lead Counsel, Atty. Robert Swift, should be persuaded or instructed to effect a well-meaning and FAST settlement with the Philippine government and the Camposes in settling out of court these cases.

With the offer of US$10.0 million in the Colorado and Texas litigations, Atty. Swift should settle IMMEDIATELY the said cases if that is feasible at this time. Again, we appeal to you, Mr. Judge Real and Atty. Swift in the name of JUSTICE and for the sake of our down-trodden victims of Philippine martial law.

Our reasons are the following:

1. THERE IS A RAGING RICE CRISIS IN THE WORLD BUT MORE PARTICULARLY IN THE PHILIPPINES. The National Food Authority (NFA) in the Philippines is planning to aggravate our situation not only because of the pending RICE CRISIS. The prices of rice, which is the staple food in the Philippines, is doomed to go HIGHER. POOR PEOPLE IN METRO MANILA, MORE PARTICULARLY IN MINDANAO, DO NOT HAVE ANY FOOD TO EAT. Most have died and some more keep on dying for lack of even the necessities of prime commodities like rice, sugar, milk, vegetables and other basic food to satisfy their hungry stomachs. WE WILL RATHER GET WHATEVER MEAGER BENEFITS WE CAN GET

NOW, OR IN THE NEXT FEW WEEKS THAN BE GIVEN DOUBLE IN A YEAR OR TWO. IF OUR MONEY WILL TAKE LONGER TO COME, WE SHALL ALL BE DEAD BY THAT TIME. We can no longer wait if the intention is to give more to the poor victims particularly in Mindanao (please see enclosures coming from basic newspaper reports of the Philippine Daily Inquirer, Philippine Star and the Manila Standard Today).

2. The political turmoil in the administration of President Gloria Macapagal-Arroyo has contributed enormously in putting the people to the brink of poverty, while a few officials in the Philippine government, which has been tagged as number one corrupt country in the whole world, profit from the corruption in the Philippine government. As put in by one Senator, "hunger knows no laws, no reasons". Violence has erupted in a number of poor countries including in Mindanao, Philippines, where the prime commodities continuously rise and people are lining up under the scorching sun (please see attached news clippings) only to be able to buy cheap rice being distributed by Philippine government.

3. PEOPLE ARE MOSTLY UNEMPLOYED. This is due to the fact that the Philippine economy has NOT improved the lives of the poor people, particularly in Mindanao where people hardly have two (2) meals a day. The lack of employment of most Filipinos and the ever-increasing prices of prime commodities, particularly the "pandesal", the basic favorite breakfast of the Filipinos which has now gone 25% higher, can no longer be swallowed by our countrymen. UNLESS THIS PROBLEM IS ADDRESSED SOON, VIOLENCE IN MINDANAO, and even in Luzon and the Visayas will escalate.

4. We belong to the group of Mindanaoans who are peace-loving and non-violent. Please, Hon. Judge Real and Atty. Swift, we beg you not to tax our patience. We are appealing to your sense of JUSTICE. Our people particularly the victims of human rights violations and those who suffered during the time of the late dictator Ferdinand Marcos have reached their peak. Please do not disappoint us.

5. The Filipinos, mostly the poor victims in Mindanao, are suffering not only because of the change of temperature that resulted in droughts in the Philippines, but also root crops, which can be good substitute for rice, are hardly harvested because of lack of support from the Philippine government and due to the GLOBAL WARMING which is prevalent throughout the world.

- 4 -

6. There are more reasons for us to urge YOU and ATTY. SWIFT to accept whatever settlement you can make in these cases. Since there is already a standing offer from the Camposes in the tune of US$10.0 million, we strongly recommend a settlement of the said cases.

WHEREFORE, it is humbly and respectfully prayed that a settlement, particularly in the Singapore case and the Texas-Colorado litigations, be effected VERY VERY SOON in the sum of at least US$10.0 million in the latter case, in answer to our humble plea for JUSTICE among the victims and claimants in the mentioned Marcos cases.

We pray for other just and equitable remedies which we leave up to you.

Very truly yours,

MINDANAO MARTIAL LAW VICTIMS ASSOCIATION
Barangay Hall 13
Soledad Sousa Street
Cotabato City

By: *[signature]*

BENSAUDI O. TULAWIE
Chairman
E-MAIL bensaudz@yahoo.com
CP# 09176275852

MEMBERS

| NAME | ADDRESS | SIGNATURE |
|---|---|---|
| GUIAPAL MOHAMAD | GANTA DATU PIANG MAGUINDANAO | *[signature]* |
| Mustapha Tailan | Alip Datu Paglas Maguindanao | *[signature]* |
| Dalmulic Magandingan | Katidtuan Sultan Kudarat Maguin. | *[signature]* |
| Fakilid Pasawilan | Bakat Sultan sa Barungis Maguin. | *[signature]* |
| Minerva Pendatum | Matalam, Poblacion, Pagalungan Maguindanao | *[signature]* |
| Ebrahim Talip | Tenuel Dinaib Maguindanao | *[signature]* |
| Kapia Hji Hasan | Malingao Maganoy Maguindanao | *[signature]* |
| Pedlav Tagedtal | Duweden Pagtunger Maguindanao | *[signature]* |
| NORODIN MAITULA | REINA REGENTE D. PIANG MAGUIN. | NORMAITULA |
| Kalaga Keto | Reino Regente D. Piang Maguin. | *[signature]* |
| Meriam Mlok | DadTuneg Pabankhan Maguindanao | Miriam Mlok |
| Hadja Mastura | Datu Nanding Bagang Maguin. | Hadja Mastura |
| Rucaya Saban | Gadungan Bacolod Parang Maguin. | Rucaya Saban |

| NAME | ADDRESS | SIGNATURE |
|---|---|---|
| NORUDIN RADIL | TUMBAO BULUAN, MAGUIN. | Nradil |
| MAKALILAY GAMPONG | PAGATIN DATU PIANG MAGUINDANAO | Makalilay Gampong |
| UNOS TALIB | TUMBAO BULUAN MAGUIN. | Talib U. |
| Kayton Upa | Tumbao buluan Maguin. | Kayton Upa |
| Mando Kauni | Tumbao buluan maguin. | Kauni |
| Kumala Ali | Dulangan Dinaig Maguindanao | Kumala Ali |
| ZAKARIA ABDUL | REINA REGENTE, DATU PIANG MAG. | Zakaria |
| Salam Abubakar | Dulangan, dinaig, maguindanao | Salam Abubakar |
| Nasser Dagensay | Dungguan, Pagalungan, maguindanao | Nasser |
| Sunagay Malice | Malinta, buluan, maguindanao | S Malice |
| KACAN MAMALINTA | PANDAG, BULUAN, MAGUINDANAO | KACAN MAMALINTA |
| Nao Kambel | Reina Regente, datu piang Maguindanao | Nao Kambel |
| Abdulkarim Hamba | Dungguan, Pagalungan, Maguindanao | Abdulkarim Hamba |
| ampao tubac | Tumbao, buluan, Maguindanao | ampao tubac |
| Haron Abdul | Brgy, Balamatin Datu piang, Mag. | Haron Abdul |
| Demanag Dindo | Gaunang, sultan sa barungis, Mag. | Dindo |
| Gurmia Marofias | dungdang, Pagalungan, Mag. | Gurmia M. |
| MODSOL APLAL | DUNGGUAN, PAGALUNGAN, MAGUIN. | MODSOL APLAL |
| Pindilang Mababangen | Pilatap, Talayan, Maguindanao | Pindilang Mababangen |
| Gadsa Mapurok | Dungguan, Pagalungan, Maguindanao | Gadsa Mapurok |
| abdulatip mamadasobayang | Tumbao, buluan, Maguindanao | Mamadasobayang |
| Kasamila Engkadot | damabsak, Pagalungan, Maguindanao | Kasamila Engkadot |
| MOTIS KUNDAI | DAMAWATO, DATU PAGLAS MGN. | Motis Kundai |
| mangon kamama | dungguan, pagalungan, maguin. | mangon kamama |
| Semn Amon | Bagan, Talayan, Maguindanao | Amon |
| Nguday Lumambas | Sama, buluan, maguin | Nguday Lumambas |
| DEMAGUIL MAMODPON | POB. DATU PIANG, MAGUIN. | DEMAGUIL MAMODPON |
| Saud Pamerto | Dungguan, pagalungan, mag. | Saud Pamerto |
| David Pagleeed | Tula, magumoy Ampatuan, Mag. | D Baytaled |
| Sangaton Oman | dungguan, Pagalungan, mag. | Sangaton Oman |
| TUMAR MAMASALAONG | POB. BULUAN, MAGUINDANAO | TUMAR MAMASALAONG |
| Talilisen Akil | Reina Regente, datu piang, Mag. | Talilisen Akil |
| MAKALILAT GAMPONG | PAGATIN, DATU PIANG, MAG. | MAKALILAT GAMPONG |
| Toka Bituanan | sama, Buluan, maguindanao | toka bituanan |
| abusama marici | Pagatin, datu piang, mag. | amarici |
| Kenis Bensil | Pingping, sultan kudarat, mag. | Kenis Bensil |
| SAMMIE MASO | GANG SULTAN KUDARAT, MAG. | Smm |
| Sangatin Akil | Gen. K. Pendatun, maguin. | Sangatin Akil |
| Abdulgani Mamalunguia | Koyaga, Buluan, Mag. | Mamalunguia |
| Baboy Salaby Tabuan | dungguan, pagalungan, Mag. | B Tabuan |
| Kamid Pasdal | nabasampen, Talayan, Mag. | Kamid Pasdal |
| Baliwan Urop | Tumbao buluan, maguin | BALIWAN UROP |
| mamatalanang abdul | Tumbao, buluan, maguindanao | M Abdul |

| NAME | ADDRESS | SIGNATURE |
|---|---|---|
| Sagial Matkay mama | Gen. SK, Pendatun, maguindanao | Sungial |
| Midpantao Amilol | tambunan, Talayan, maguin. | Midpantao Amilol |
| Mamasalanang Abdulrahman | Tumbao, Buluan, Maguindanao | Mamasalanang Abdulrahman |
| abdullah Sangkupan | lagatin, maganoy, ampatuan, Mag. | abdullah S. |
| KAKANAKAN SOLAIMAN | TAMPAO, BULUAN, MAGUINDANAO | KAKANAKAN SOLAIMAN |
| norma Zaynal | Sitio dao-dao, pendatun, maguindanao | norma zaynal |
| Guinotan Angki | media, datu piang, maguindanao | Guinotan Angki |
| MANDO AMILOL | TAMBOENAN, TALATAN, MAG. | MANDO AMILOL |
| Pasauilan Ampan | kiladap, Talayan, maguindanao | Pasauilan Ampan |
| pamalay Makuliy | sitio pidtiguan, dao-dao, mag. | pamakuliy |
| Salami Anayatin | dulawan, datu piang, mag. | Salim Anayatin |
| NAPILAN DADIGAN | DINAIG MAGUINDANAO | NAPILAN DADIGAN |
| MIYAHID AKMAD | MELELE SULTAN SA BARONGIS, MAG. | MIYAHID DADIGAN |
| Ebrahim Latip | kalipapa, datu piang, maguindanao | Ebrahim Latip |
| Zabar Kadi | Reina Regente Datu Piang Maguindanao | Zabar Kadi |
| Luktuan Camino | tugal Sultan sa Barongis, Maguindanao | Camino |
| AUSA TUBIS | SITIO PIDTIGUAN, LAO-LAO PENDATUN MAG. | Auratyis |
| dacembay tidalnan Guialutin | Pagmo, maganoy, maguindanao | Dgambayok Yuialudin |
| lubama mukamad | magidis, datu paglas, mag. | Lubim Mukamad |
| HUSAIN UNGKAKAT | BALANAKEN, DATU PIANG, MAG. | HUSAIN UNGKAKAT |
| Fagan Balimbingan | dungguan, pagalungan, maguin. | Fagan Balimbingan |
| Uzman Ampan | kilaneg, datu piang maguindanao | U. Ampan |
| Saypudin Metol | Kiladap, Talayan, magumdanao | Saypudin Metol |
| KASIM UMAL | DUNGGUAT, PAGALUNGAN, MAGUIN. | UMAL KASIM |
| abdullah panaguman | dungguan, pagalungan, maguin. | a panaguman |
| lagindus Bulilo | rawa, buluan, maguindanao | lagindus Bulilo |
| kenencko-meto-sebanyun | Dalican, Dinaig, Maguindanao | K Sunnym |
| Makamad AMINO | alip, datu paglas, mag. | mokamad amino |
| macib kacam | Brgy. makasampem, talayan, maguin. | maybkasam |
| HALIGAPER GETO | MIDTIMPANG, TALATAN, MAG. | Hgeto |
| puac parasan | dugguan, pagalungan, mag. | puc parasan |
| emod Sauling | makasampem, talayan, mag. | emod Sauling |
| macapagal sampato | melib Sultan sa barongis, mag. | Sampato Mc |
| SALIK RADZAK | macaslong, datupiang, mag. | Salik radzak |
| faya Manlara | pidsan dawon jala si barongis mag. | nay manlara |
| GUIMAL ANOK | GEN SK PENDATUN, MAGUIN | GUIMAL ANOK |
| panfulayan Jungo | bayong maganoy, ampatuan, mag. | panfulayam Jungo |
| parok Utto | fatal kunan, ampatuan, mag. | parok Utto |
| ALIH SALAMAN | PANDAG, BULUAN, MAG. | ALIH SALAMAN |
| sandato Matiman | Dungguan, pagalungan, maguindanao | SMatiman |
| KIGA TALIB | POB. PAGALUNGAN, MAGUINDANAO | KIGA TALIB |
| armia baitij | carg, sultan kudarat, maguin. | armjawla |
| PAHM RUEL | DAYGUIAO, DATU PIANG, MAG | PAHM RUEL |

| NAME | ADDRESS | SIGNATURE |
|---|---|---|
| Sandra Paterno | Reina, Regente, Datu Piang Maguindanao | [signature] |
| Bokil Lumibao | Kilep, Datu Paglas, Maguindanao | [signature] |
| Latipa Gunsa | Malingao, Maganoy, Ampatuan Maguindanao | [signature] |
| Hessid Depak | Dagawao, Datu Piang, Maguindanao | [signature] |
| Bai Bayitao Pendatum | Poblacion, Pagalungan, Maguindanao | [signature] |
| Sinulu Bituanan | Poblacion, Buluan, Maguindanao | [signature] |
| Sabandal Dalgan | Dimampao, Ampatuan, Maguindanao | [signature] |
| Mano Ata | Poblacion, Buluan, Maguindanao | [signature] |
| Hj. Mohamad Samad | Bakat, Datu Piang, Maguindanao | [signature] |
| Bai Resina Radzak | Brgy. Marques, Dinaig, Maguindanao | [signature] |
| Laguiab Kuladon | Katipak, Datu Piang, Maguindanao | [signature] |
| Abdula Acbar | Gadugan, Parang Maguindanao | [signature] |
| Monalay Coalmak | Poblacion, Buluan, Maguindanao | [signature] |
| Zakaria Cabpeten | Dagawao, Datu Piang, Maguindanao | [signature] |
| Ahmad Mastur | Dalum Najab, Sultan Kudarat, Maguindanao | [signature] |
| Suraida Usman | Marques, Dinaig, Maguindanao | [signature] |
| Daus Sagabdelan | Bakat, Sultan sa Barongis, Maguindanao | [signature] |
| Lagundungan Makasiling | Gen. SK, Pendatun Maguindanao | [signature] |
| Nedrinna Abdul | Pedbiguim, Lao Lao Pendatun Maguindanao | [signature] |
| Bai Tabai Benito | Dinaig, Maguindanao | [signature] |
| Inaengai Buezal | Balong, Kabuntalan, Maguindanao | [signature] |
| Midtimbang Sailila | Brgy. Malingao, Maganoy, Maguindanao | [signature] |
| Alimodin Guiomay | Pedatinuan, Lao Lao Pendatun Maguindanao | [signature] |
| Sueb Pinagayas | Lambayong, Sultan sa Barongis Maguindanao | [signature] |
| Hadja Bainba Pinguiaman | Poblacion Dalican, Dinaig, Maguindanao | [signature] |
| Aguinaldo Mandag | Tadayan, Sultan Kudarat Maguindanao | [signature] |
| Abdulah Pasan | Bakat, Datu Piang, Maguindanao | [signature] |
| Kere Madros Sinapai | Militar Sultan Kudarat sa Barongis, Maguindanao | [signature] |
| Pangalaga Salgan | Dalo, Datu Piang Maguindanao | [signature] |
| Rabian Lauyan | Damawato, Datu Paglas, Maguindanao | [signature] |
| Mosdal Ampan | Kiladap, Talayan, Maguindanao | [signature] |
| Maria Teresa Recto | Nuro, Isabela, Tacurong Sultan Kudarat | [signature] |
| Reedah Saligandang | Midading, Ampatuan Maguindanao | [signature] |
| Hog Laim | Midading, Ampatuan, Maguindanao | [signature] |
| Hasim Yusup | Pidsandawan, Sultan sa Barongis Maguindanao | [signature] |
| Blah Salipada | Daladagan, Buluan, Maguindanao | [signature] |
| Cabli Alon | Bagainged, Dinaig, Maguindanao | [signature] |
| Salim Ismail | Pagatin, Datu Piang, Maguindanao | [signature] |
| Calinding Rasid | Mala la, Datu Paglas, Maguindanao | [signature] |
| Guinald Antao | Sambulawan, Datu Piang Maguindanao | [signature] |
| Abdullah Selik | Angalong, Datu Piang, Maguindanao | [signature] |
| Ando Gandigan | Datu Piang, Maguindanao | [signature] |
| Ali Macabuat | Midsayap, South Cotabato | [signature] |

| NAME | ADDRESS | SIGNATURE |
|---|---|---|
| TASIL TANGKAS | SAPAKAN, SULTAN SA BARONGIS, MAG. | TASIL TANGKAS |
| Jaluob Kamad | Jukanal, maganoy, maguin. | Kamat |
| Saris Paliwan | Pakad, datu piang, maguindanao | |
| Salim Bayao | daplavan, datu piang, maguin. | Salim Bayao |
| Guiapar Tunggal | Brason, datu piang, maguin. | L. Tunggal |
| abdul Bituanan | Buluan, maguindanao | abdul Bituanan |
| Salilama Sekong | midpandakan, pendatun, Manguin | Salilama Sekong |
| TUGAY GAMONG | UPPER CILING, BULUAN, MANGUIN. | TUGAY GAMONG |
| Sangkuan Bangsawan | Aminol Brgy. Ambulodto Rinaig. Mag. | Sangkuan |
| ating Edrer | Pakal, Kauran, Ampatuan, Mag. | ating Edrer |
| Sanny Mamipanag | tangkal, pendatun Manguindanao | Mamlanagan |
| KABAIYAN SALENDAB | GEN. SE, PENDATUN MANGUIN. | KABAIYAN SALENDAB |
| ali Unac | datu piang, maguindanao | Ali Unas |
| Tunggal ali | lambayong, Sultan Kudard | T. ali |
| Hadji Haplia Abdula | Malingao, Maganoy, Manguindanao | H. Japlia Abdula |
| Talilisen Untua | midconding, pendatun, maguindanao | Talilisen Untua |
| Akmad Mamented | midconding Gen. S. pendatun, mag. | Akmad mamented |
| Kedtong Upam | kiladap, talayan, maguindanao | kedtong upam |
| ERNIE UTTO | MILEB, SULTAN SA BARONGIS | ERNIE UTTO |
| marcos capi | Damawato, datu paglas, maguindanao | marcos capi |
| Sampiong makatilag | paghtin, datu piang, mag | sank uliluy |
| Guialel Ayob | Buleg, Valadagon, Buluan | mag. Sayot |
| Matuka Bagan | Ayol, Buluan | Matuka bagal |
| Katiguia Baluno Kayansang | Upper Sultan Kudarat, Maguindanao | Katguied |
| BAYANON SUMILING | REINA REGENTE DATU PIANG MAGUINDANAO | BAYANON SUMILING |
| peki Asi | Ambadao Datu Piang Maguindanao | Pekasi |
| Abdulatip Mamasalanang | timbo Buluan Maguindanao | |
| demerang dindo | Gauran Sultan Sa Barongis Maguin | Demerang didi |
| Adag Kaiya | Pendatun Maguindanao | Adag Kaiya |
| BAINOT TONGAO | TUKA MALANO AMPATUAN MAGUIN | BAINOT TONGAO |
| Saina Salik | Sultan Kudarat Maguindanao | Baina salik |
| Samakong Kasam | Penaguiyao Ampatuan Maguindanao | Samakong kasam |
| Tonto Atong | libutan Maguhoy, Ampatuan Maguindanao | tonto atong |
| Matalib Usman | Dugos Tuluan Maguindanao | Matalib Usman |
| ebrahim Binabalag | Kumbalad, Pagaluagan Maguindanao | Ebrahim binabalad |
| Nasser Minandang | talitay Buluan Maguindanao | Nasser minandang |
| Bagan guinapal | Reina Regente Datu Piang Maguin | Rongeis guinapal |
| SALUAN BENENGKUAN | DUNGUAN PAGALUNGAN MAGUIN | SALUAN BUJADAL |
| abdullatip Palti | Maganaking Magasoy Ampatuan Maguin | Abdullatip palti |
| Abdulkarim Kalanduyan | Datu Piang Maguindanao | Abdulkarim Kalanduyan |
| Mohammad Acab | Dado Datu Piang Maguindanao | Mohammad acab |
| EBRAHIM HUSSAIN | NADIA DATU PIANG MAGUINDANAO | Ebrahim Hussain |
| patutin Baguindan | ganti Datu piang Maguindanao | patutin Baguindan |

| NAME | ADDRESS | SIGNATURE |
|---|---|---|
| Mangabay Salaman | Labu-Labu, Magarag, ampatuan. M | M. Salaman |
| Abdulrahman Yusup | Bungga, tulayan, Maguindanao | [signature] |
| Furianto Abdul Nensil | Macasurpon, tulayan, Magui. | [signature] |
| Koma Ako | Kalumamis, tulayan, Maguin | [signature] |
| Samby Wahab | Tunggal, Pendatan, Maguin | [signature] |
| Samsudin Buat Dalig | Tunggal, Pendatan, Maguin | [signature] |
| SAMSUDIN BUAT DALIG | TUNGAL, PENDATAN, MAGUINDANAO | [signature] |
| Pinaw Kanatan | Tunggal, Pendatan, Maguindanao | [signature] |
| TUKAN KENENDO PUT | INAKAPAN, DATU PIANG, MAGUINDANAO | [signature] |
| Pembian Kardo | Kayaga, Buluan, Maguindanao | P. Kardo |
| Nakamura Ayuran | Mamatapano, Maganoy, Maguindanao | A. Yuran |
| Maskod Umol | Palagad, Magatoy, Maguindanao | [signature] |
| Gwalani Tbadung | Luruantugan, magatoy, maguindanao | [signature] |
| nino Butuan | Daberagan, Mariss, aguak, mag. | nino Rufus |
| FADIGIA SILAD | MADA, DATU PIANG, MAGUINDANAO | FADIGIA SILAD |
| Hadiguia Ali Silad | Reina, Regente, datu piang, mag. | [signature] |
| tandiang Longa | MAIDA, DATU PIANG, MAGUIND | [signature] |
| Salaminda Dilindigen | Tinggol Pendaton Maguind. | [signature] |
| ABDULA AGRAM | UNER DINAIC MAGUINDANAO | AGRERAR |
| Mantato Saidana | dulangan dinaig Maguin. | Mantas. |
| Tjing Kampuan | Tambutah I Talayan Mhguini. | Tinn Kampnan |
| Paarwida Pindalibay | Pagan talayan Maguindanao | Paarwida Pindalibay |
| GUMBAI MANDAY | TAMBUNAN I TALAYAN MAGUIN. | [signature] |
| Sanggakala ngachy | butak Pendatan Maguindanao | Sanggaday |
| Bidalia Banito | Porka Dinaig Maguindanao | [signature] |
| Mohamad Amil | Tungol Pendatun Maguin. | Moh. Amil |
| Ontao Malida | KIDATI TALAYAN MAGUIN. | ONTAO MALIDA |
| Hj. Muslimin Kalag | Midconding Pendatun Maguindanao | Hj. Muslimin |
| SAID DAUD | KATULI S. KUDARAT MAGUIN. | SAID DAUD |
| Salaam Ronaling | ako New mamagao Maguin | Salaam R. |
| Kusaida Usmak | Morgues I, nuev, Maguin. | Kusmar |
| Betol Mayoto | mala datu poglas Maguin. | betol Mayoto |
| Kason Abdul | Katuli sultan kudarat Maguin. | [signature] |
| KINTUAN DUMAGAY | PINLOG BULUAN MAGUINDANAO | KINTUAN D. |
| SALIM SILASOL | TUGAL SULTAN SA BADONGIS MAG. | SALIM SILASOL |
| OKIL KUBUGATAN | MITED SULTAN SA BADONGIS MAGUIN. | OKIL KUBUGATAN |
| UNOS TALIB | TUMBAO BULUAN MAGUINDA. | [signature] |
| Alim Anal | Reina Regente P. petang Maguin. | Alim Anal |
| DAUNGOTE NDANDILA | PRADU D. PIANG MAGUINDANAO | DAUNGOTE N. |
| guiamil daudi | bungaban s. kudarat Maguin. | guiamil daudi |
| Aisaginpa Midtumbang | Malingao Maganoy Maguin. | Aisaginpa M. |
| GUIALA GUIANDOKAN | DIGAL BULUAN MAGUINDANAO | GUIANDOKAN GUIALA |
| Jina Lidasan | Dados Dinaig Maguin. | Jina Lidasan |

| NAME | ADDRESS | SIGNATURE |
|---|---|---|
| Moen Uman | Brgy Lutay, Maganoy, Maguindanao | [sig] |
| Boniola Takding-Duka | Tunggal, Pendatun, Maguindanao | [sig] |
| Mlike Madatu | Macacamper, Talayan, Maguindanao | [sig] |
| Punjan Uman | Reina Regente, Datu Piang, Maguindanao | [sig] |
| Rahima Kameba | Poblacion, Buluan, Maguindanao | [sig] |
| AWAL ABPIT | MALINGAO, MAGANOY, MAGUINDANAO | [sig] |
| Salma Silongan | Ganang, Datu Piang, Maguindanao | [sig] |
| brain Kending | Tugal, Sultan sa Barongis, Maguindanao | Bk |
| Hunasa Pandin Paleo | Dambaluan, Datu Paglas, Mag. | [sig] |
| Nifia Ata | Mileb, Sultan sa barongis, mag. | [sig] |
| Jureang Edgel | Oer Sk, Pendatun, Maguin. | Edgel |
| MUSA ANSAWI | TUGAL, SULTAN SA BARONGIS, MGA. | MUSA [sig] |
| maguianeh akmad | melib, sultan sa barongis, mag. | [sig] |
| satar Dubpalen | Inayan, maganoy, magumdanao | satar Dubpalen |
| Taib Warim | Reina Regente, datu piang, mag | [sig] |
| Raquib talusan | Bitu, dinaig, maguindanao | Raquib Talusan |
| Balmanot Sultan | Brar, talayan, maguindanao | BSultan |
| Oli afdul | Reina Regente, datu piang, mag. | [sig] abdul |
| Bayang tamid | paka licauran, ampatuan, mag. | Bramid |
| macapanton afdal | dasauao, datu piang, magum. | macapanton afdal |
| ESMAEL ABAS | buayan, datu piang, maguin. | Esmael |
| angaig Usop | Kakal, Kauran, Ampatuan, maguindanao | Usop |
| MAMBAT UNCILENX | TUNGGAL, PENDATUN, MAGUINDANAO | MAMBAT |
| Gunapalos Ungkel | Brgy tungpot, pendatun, mag. | Gunapalos |
| mamangkas Guiabal | dunguan, pagulurgan, maguin. | Guiabal |
| tapingping Get | Upper Giling, Buluan, maguim. | Kapingping |
| MATDUALGA AKOY | LULASI, PENDATUN, MAGUIN | Akoy |
| Salic Taib | tepat, maganoy, ampatuan, mag. | Salik Taib |
| Sarah naturan | pagaluman, maguindanao | Naturan |
| Satok Samat | mileb, sultan sa barongis, mag. | Samat |
| Kanakan Bansil | Manungtaling, maganoy, mag. | Bansil |
| DATU LAGUIAD DIMASANGKAY | BRGY. KIPUNGOT, PALIMBANG, SK. | D. LAGUIAD D. |
| karmen Nangkong | Sapakan, maganoy, ampatuan, mag. | Nangkong |
| Mama Alim | adaon, talayan, maguindanao | Mama alim |
| Sapalon Pilas | paglat, Pendatun, maguin | Sapalon |
| Nungal andal matadatu | Pagatin, datu piang, mag. | NA Matadatu |
| Klog Lakim | madanding, ampatuan, mag. | Lakim |
| HADJI. PATAH BANSIL | POB. DATU PIAN, MAGUINDANAO | [sig] |
| abulmanaj. Munting | Ramauran, maganoy, ampatuan, mag. | [sig] |
| nagansatan basan | bagong, maganoy, ampatuan, mag. | [sig] |
| Ibrahim Ampatuan | Pob. Datu pialie, maguin. | ampatuan |
| abdulla Israel | TINUGAN, PRES. QUIRINO, MAG. | abdulla E |
| Kalim Bantas | uttag, Pendatun, maguindanao | Kalim Bantas |

| NAME | ADDRESS | SIGNATURE |
|---|---|---|
| RUBEN KANGA | REINA REGENTE, DATU PIANG, MAG. | Ruben |
| Lumping Makalimpas | Bulod, pagalungan, maguindanao | Makulimpas |
| Sambotuan Mabander | Bagong, maganoy, Ampatuan, mag. | S/Mabander |
| Bengy Vyag | Tambao, Buluan, mag. | Bengy Vyag |
| Mattodteg Idasan | Lauged, dinaig, maguindanao | M. Idasan |
| Akan Osong | Salimbao, Sultan Kudarat, Maguindanao. | A. Osong |
| Ali Uwal | Longgol, Pendatun, mag. | Ali Uwal |
| Hji. Ali Ginlil | Mileb, Sultan sa barongis, mag. | Hji. Ali G. |
| Matkay Sakong | Tugal, Sultan sa barongis, mag. | Matku |
| Dalang abdul | Bagong, maganoy, Ampatuan, mag. | Abdul |
| Kahal Abduvahman | Malingao, Maganoy, Ampatuan, mag. | K. Abduvahman |
| LATIP UDTD | MALINGAO, MAGANOY, AMPATUAN, MAG. | LATIP UDTD |
| dolphy Sampangan | Talitay, Buluan, mag. | Sampangan |
| Kuya Magindiryan | Bagong, maganoy, Ampatuan, mag. | Magindiryan |
| Saipa Montat | Libutan, magutay, Ampatuan, mag. | Saipa M. |
| Hji. Mohamad Kending | Pembalakan, maganoy, ampatuan mag. | Kending |
| CORONA AYUNAN | MAMASAPANO, MAGANOY, MAG. | CORONA AYUNAN |
| Kanadso Kalimbulan | talapas, pagalungan, maguindanao | Kanadso Kalimbulan |
| Abdullah Calumbo | malangi, Buluan, maguin. | Abdullah Calumbo |
| Ababunanas Taup | Tuta, maganoy, ampatuan mag. | Taup |
| Sumangten Mangnag | Tapayan, Sultan Kudarat, mag. | Mangnag |
| Abdullah dalpeng | Fatal, Lauran, Ampatuan, maguindanao | Abdullah dalpeng |
| abdulatip Mangras | Talayan, Sultan Kudarat | Mangras |
| Norodin Tawalang | Juan, Buluan, Maguindanao | Tawalang |
| Bai Duluran Utto | Mileb, Sultan sa barongis, mag. | Bai |
| Tong Masay | Pendatun, Maguindanao | Tong Masay |
| NORODIN ala | Mamasapano, talayan, mag. | NORODIN M. |
| Huimokan Angki | Madia, datu piang, mag. | Angki |
| YASSER CAILILA | BAGONG, MAGANOY, AMPATUAN, MAG. | CAILILA |
| Wahida Guad | Dimapatay, Dalican, maguindanao | Wahida Guad |
| Mintoto Anti | Labungan, Pinig, maguindanao | Anti |

| NAME | ADDRESS | SIGNATURE |
|---|---|---|
| ARFA MIDTIMBANG | BUGAWAC, DINAIG, MAGUINDANAO | arfa midtimbang |
| Iagudan Balansiam | Bakat, Sultan sa barongis, maguin. | I Balansiam |
| LIDASA MATODTAG | BUKAT, SULTAN SA BARONGIS, MGN. | LIDASA MATODTAG |
| Angkad Mgkalonos | Tapayan, Sultan kudarat, maguin. | Angkad mgkalonos |
| Salidatnay Salidata | Dungguan, Pagalungan, mag. | Sahdatang sahdata |
| BIYOL AFDAL | DASAWAO, DATU PIANG, MAG. | BIYOL AFDAL |
| gani Mingkat | madia, datu piang, maguindanao | Gani Mingkat |
| Damid Kamad | Brgy. Lipao, datu paglas, mag. | D Kamad |
| Katiguia talib | Tauran, Dinaig, Maguindanao | katiguia talib |
| Akmad aatao | Sambulawan, datu piang, maguin | aatao |
| MACOL KUBA | KABUNTALAN, MAGUINDANAO | MACOL KUBA |
| Dindo maton | Sagabagin, Kanan, ampatuan, mag. | Dindo maton |
| mokamad amino | alep, datu paglas, maguin. | mokamad amino |
| salama Ebrahem | Garg. Sultan kudarat, mag. | Galama Ebrahim |
| Brahim meto | kuden, talayan, maguindanao | Brahim meto |
| dido piang | Salitung, talayan, maguindanao | D piang |
| BALUNO MLOD | LINAPTANGAN, MAGANOY, MAG. | BALUNO MLOD |
| abdul satar naidamama | Brgy. Salbo, datupiang, mag. | aegsans |
| mohalidin Bondae | simbalod, pagalungan, mag. | Jury |
| omar Makasipi | DIGAL, Buluan, maguin. | sign |
| Salong Pong | Madidir, data paglas, mag. | Saylong |
| Aisu palao. Hadji mohamad. | Pulauan, datu piang, mag. | M Palaogalao |
| abe melo | Brgy, talayan, maguindanao | abe melo |
| Guianaid kalikay | Magedary, datu piang, mag. | Jkalikay |
| Rentay Balato | Duamuaga, datu piang, mag. | Rentay Balato |
| AMPAN MODSOL | KILADAP, TALAYAN, MAGUIN | AMPAN MODSOL |
| Buga Dalanda | digal, Buluan, mag. | Buga Dalanda |
| TALIB KATIGUN | TAURAN, DINAIG, MAG. | TALIB KATIGUN |
| miotimbang Kagi | Muragun, dinaig, maguindanao | Wkagi |
| DADIEM INDAL | BUTIER, DATU PIANG, MAG. | DADIEM INDAL |
| Fula Laliwan | palipapa, datu piang, mag. | M Laliwan |
| Pacasyan Guimba | dueguan, pagalungan, mag. | Pelacyan Guimba |
| dabai Bangkulit | Bugawas, davao del sur | Dabai |
| alonto Guinabas | ganta, datu piang, mag. | A Guinabas |
| RACQUEL ULANGFATA | GANTA, DATU PIANG, MAG. | RACQUEL ULANGFATA |
| Talib Mohamad | TANUEL, DINAIG, MAGUIN. | Talib Mohamad |
| anzed raman | Dimaroan, dinaig, maguin. | Anzed raman |
| andy puac | P P Buluan, maguindanao | andy puac |
| Julow Sumail | Talungao, Sultan sa barongis, mag. | Julow Sumail |
| Musa Guianikay | TABUNGPO, sultan sa barongis, mag. | M. GUIANIKAY |
| makalonar Angkad | Tapayan, Sultan kudarat, maguin | Mkalongs |
| Fatima Badian | Boliok, Sultan kudarat, mag. | Fatima Badian |
| MASTURA LUMONDAO | MAYO, COLUMBIO, SULTAN KUDARAT | MASTURA LUMUNDA |

| NAME | ADDRESS | SIGNATURE |
|---|---|---|
| GUALUDN MAMUCAO | GANTA, DATU PIANG, MAGUINDANAO | [signature] |
| Hagelia Abdulla | Malingao, Shiriff Aguak, Maguindanao | [signature] |
| Suri Sanjong | Dado, Datu Piang, Maguindanao | [signature] |
| Pike Hamad | Bulod, Sultan sa Barongis, Maguindanao | [signature] |
| Tananlinko Sansani | Tayla, Dinaig, Maguindanao | [signature] |
| ULISIN GUNTONG | GANTA, DATU PIANG, MAGUINDANAO | [signature] |
| Eling Sela | Dasawao, Datu Piang, Maguindanao | [signature] |
| ABDULLAH BAGLID SULEIMAN | TAPIKAN, MACANOY, MAGUINDANAO | [signature] |
| Panalalag Sendad | Digal, Buluan, Maguindanao | [signature] |
| BAGUEL SIMOMAGAN | MIDPANDAYON, Gen. SK Pendatun Maguindanao | [signature] |
| Norma Kameeza | Popol, Buluan, Maguindanao | [signature] |
| SAKMA BULAWA | TUKANALIPAO, MAGANOY, AMPATUAN, MAGUINDANAO | [signature] |
| Laakim Baol | Nalman, Sultan Kudarat, Maguin. | [signature] |
| babae Kupatnan | Bongabong, Sultan Kudarat, mag. | [signature] |
| MANGUDA SULAIMAN | DAPIAWAN D. PIANG MAGUINDANAO | MANGUDA S. |
| OMAR SALI | SAPAKAN MAGANOY MAGUINDANAO | Omar Sali |
| Fatima Guialal | Bito Puboken, S. Kudarat Maguin. | [signature] |
| KASAN SAMAD | DAVOAN DINAIG MAGUINDANAO | KASAN SAMAD |
| aga samad mindo | Kitano D. Piang Maguindanao | aga samad mindo |
| ASIN USMAN | BUAYA DATU PIANG MAGUIN. | ASIN USMAN |
| abad sinaliya | kayaga buluan Maguindanao | Sinaliya |
| Ranjoa Guiabar | Poblacion dalu paglas maguin. | Ranjoa Guiabar |
| Samaha Guimilen | Poblacion Datu Piang, Maguindanao | S. Guimilon |
| AKIL KATBUGAT | MILER, S. SK BARUNGIS MAGUIN. | Akil Katugat |
| Badon Caikali | Miled Sultan sa barongis Maguindanao | Badon S. |
| PINDULUAN SAMAD | MATINSI SULTAN KUDARAT MAGUIN. | P. Samad |
| KITUKAN KADIB | MAMASAPANO MAGANOY MAGUIN. | K.K. |
| KAYA ABAS | Gen. SK Pendatun Maguin. | KAYA ABAS |
| ARAW KAMENSA AY | KATIDTUAN PAGUNTUAN MAGUINDANAO | Araw |
| BADUDO GUIRAN | BILAL TALAYAN MAGUINDANAO | BADUDO GUIRAN |
| digamang sumiling | Runa Regente, D. Piang Maguindanao | d. sumiling |
| Borek Karam | gang kudarat Maguindanao | borek |
| BUDSAL SINGH | ANDAVIT DATU PIANG MAGUINDANAO | B. Singh |
| Usman Tagigaya | Kikudal Datu Piang Maguindanao | Usman Tagigaya |
| LAKMAN AOM | DALAGAN BULUAN MAGUINDANAO | Lakman Aom |
| ABDULRAHIM MANGOLAMAS | PIDONDANAN, SULTAN SA BARONGIS MAGUIN. | A. MANGOLAMAS |
| Edping Tagum | Brgy. digal, Buluan Maguindanao | Edping |
| Dodong Mandalait | Engal Sultan sa Barongis Mag. | Dong M. |
| Abdulkarim taib | Padatin D. Piang Maguindanao | abdulkarim |
| MAKALIMBANG SALDY | DUGUAN PAGALUNGAN MAGUIN. | M. SALDY |
| Tagura Pagundan | Diguan Maganoy Maguindanao | Tagura |
| RAKID UAMA | Reina Regente D. Piang Maguin. | RAKIDU |
| angkad Maknisnas | Taprayan S. Kudarat Maguin. | angkad Maknisnas |

| NAME | ADDRESS | SIGNATURE |
|---|---|---|
| Attug Rudy | Gen SK, Pendatun, Maguindanao | *signed* |
| Huscain Ysmael | Dungguan, Pagalungan, Maguindanao | *signed* |
| Samsodin Abdulkarim | Maganoy, Ampatuan, Maguindanao | *signed* |
| Ulap Musa | Buayan, Datu Piang, Maguindanao | *signed* |
| Sangkupan Ali | Dopiawan, Datu Piang, Maguindanao | *signed* |
| YASSER GUIANON Sr. | POBLACION, BULUAN, MAGUINDANAO | *signed* |
| Pancho Notin | Reina Regente, Datu Piang, Maguindanao | *signed* |
| Abdulsalam Edsrail | Nalinan, Sultan Kudarat, Maguindanao | *signed* |
| Manalindong Musa | Kulon, Talayan, Maguindanao | *signed* |
| TAYAN AKMAD | MATIBER, UPI, MAGUINDANAO | *signed* |
| Memod Ali | Gretu, Datu Piang, Maguindanao | *signed* |
| Hji. Mongangen Agao | Dado, Datu Piang, Maguindanao | *signed* |
| Pendatum Guimal | Mokosampen, Talayan, Maguindanao | *signed* |
| Gayak Nuur | KATICO, BULUAN, MAGUINDANAO | *signed* |
| SANGGATON OMAR | DUNGGUAN, PAGALUNGAN, MAGUINDANAO | *signed* |
| Abdula Omponegreda | Dungguan, Pagalungan, Maguindanao | *signed* |
| Magotra Manalinang | Balindkan, Datu Piang, Maguindanao | *signed* |
| Uptong Ampol | Buluan, Maguindanao | *signed* |
| Abdulrahman Mohamed | Timbao, Buluan, Maguindanao | *signed* |
| Goling Salingdang | Mondandang, Maguindanao | G. Salingdang |
| Matamad Bigaya Tunda | Bantho, Sultan Kudarat, Maguindanao | M. Tunda |
| Bangco Soumana | Timbao, Buluan, Maguindanao | *signed* |
| Lukoya Otto | Salimbao Sultan Kudarat, Magu. | L. Otto |
| Kanheen Guiapor | Dongy, Makagaling, Sultan, Magu. | L. Guiapor |
| Wasi Jalib Bonjato | Bugabong, Sultan Kudarat, Maguindanao | *signed* |
| DIDEK ESMAEL | CALSADA, SULTAN KUDARAT, MAGUINDANAO | *signed* |
| Lutipa Ceunsa | Malingao, Maganoy, Ampatuan, Maguindanao | *signed* |
| Hji. Salim Mamunting | ASN Buluan, Maguindanao | *signed* |
| ROCKY AYUNAN | CONDUNGAN, PARANG, MAGUINDANAO | *signed* |
| Kuel Pahm | Da Sawao, Datu Piang, Maguindanao | *signed* |
| Ugap Nuy | Lepat, Buluan, Maguindanao | *signed* |
| BAPAK KADIO MAMUNTA | USN BULUAN, MAGUINDANAO | *signed* |
| Nantik Notin | Reina Regente, Datu Piang, Maguindanao | M. Notin |
| MONIB PAKAD | DUNGGUAN, PAGALUNGAN, MAGUINDANAO | Monib Pakad |
| Nitakulat Juamao | Akup, Datu Piang, Maguindanao | *signed* |
| Elakama Sabpehen | Dadomao, Datu Piang, Maguindanao | *signed* |
| Dagedepan Bolawan | Inalagan, Datu Piang, Maguindanao | *signed* |
| Pandares Jugal | Reina Regente, Datu Piang, Maguindanao | *signed* |
| KADILOK PARALANGON | BUAYAN, DATU PIANG, MAGUINDANAO | *signed* |
| Julubai Datuan | Digal, Buluan, Maguindanao | *signed* |
| Rolly Datalan | Digal, Buluan, Maguindanao | *signed* |
| SAUIA PANGAYAN | POBLACION, BULUAN, MAGUINDANAO | *signed* |
| Rahid Magnikat | Brgy. Bulit, Paguagan, Maguindanao | *signed* |