FILED

SEP 11 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: ESTATE OF FERDINAND E. MARCOS HUMAN RIGHTS LITIGATION, | No. 06-16301<br><br>D.C. No. MDL-00840-MLR<br>District of Hawaii,<br>Honolulu |
| CELSA HILAO,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>ESTATE OF FERDINAND MARCOS,<br><br>      Defendant - Appellee. | ORDER |

Before: GOODWIN, RYMER, and IKUTA, Circuit Judges.

     The panel has unanimously voted to deny appellees' petition for rehearing. Judge Rymer and Judge Ikuta voted to deny the petition for rehearing en banc and Judge Goodwin recommended denial of the petition for rehearing en banc. The petition for rehearing en banc was circulated to the judges of the court, and no judge requested a vote for en banc consideration.

The petition for rehearing and the petition for rehearing en banc are DENIED.