

ca9_ecfnoticing@ca9.uscourts.gov
09/11/2008 06:24 AM

To .uscourts.gov
cc
bcc
Subject  06-16301 Hilao, et al v. Revelstoke Invest. "Order Filed (From Chambers)"

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 09/11/2008 at 9:24:29 AM PDT and filed on 09/11/2008

**Case Name:** Hilao, et al v. Revelstoke Invest.
**Case Number:** 06-16301
**Document(s):** Document(s)

**Docket Text:**
Filed order (ALFRED T. GOODWIN, PAMELA ANN RYMER and SANDRA S. IKUTA): The petition for rehearing and the petition for rehearing en banc are DENIED.

The following document(s) are associated with this transaction:
**Document Description:** Order Filed (From Chambers)
**Original Filename:** 06-16301.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=09/11/2008] [FileNumber=6641850-0] [09c1b7f3a0dc0aa32e6ba7d50c8ce2c5c410d20ecee0372aa943fdb7b40dff35fbc0eb4bed6ff30b5f 14a3807861e14c8d062c1dfbea28a80d379c10164b6706]]

**Notice will be electronically mailed to:**

Jones, Richard A., Attorney: rjones@cov.com
USDC, Honolulu: hiddkt@hid.uscourts.gov

**Notice will be mailed to:**

Bartko, John J., Attorney
BARTKO ZANKEL TARRANT & MILLER, PC
Suite 300
900 Front St.
San Francisco, CA 94111

Broder, Sherry P., Attorney
DAVIES PACIFIC CENTER
Ste. 800
841 Bishop Street
Honolulu, HI 96813

Linn, James P., Attorney
#1710
1601 NW Expressway St.
Oklahoma City, OK 73110-1427

Swift, Robert A., Attorney
KOHN SWIFT & GRAF, PC
Ste. 2100
One S. Broad St.
Philadelphia, PA 19107-3389

Van Dyke, Jon M., Attorney
UNIVERSITY OF HAWAII
William S. Richardson School of Law
Rm. 239
2515 Dole St.
Honolulu, HI 96822-2246

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 6641850
**RELIEF(S) DOCKETED:**
   for panel and en banc rehearing (panel, all active judges, any interested senior judges)
**DOCKET PART(S) ADDED:** 5811058, 5772171, 5811059