# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 03-11111MLR |
| CASE NAME: | In Re: MDL 840 Marcos, et al. |
| ATTYS FOR PLA: | Paul L. Hoffman, Esq. (phone) |
| | Jon Van Dyke, Esq. |
| ATTY FOR DEFT: | Joseph A. Stewart, Esq. |

| | | | |
|---|---|---|---|
| JUDGE: | Manuel L. Real | REPORTER: | Debra Chun |
| DATE: | September 12, 2008 - | TIME: | 10:10 - 10:30 |

COURT ACTION:

Discussion held.

PLAINTIFFS' MOTION FOR EXTENSION OF THE AMENDED FINAL JUDGMENT (CV 86-225 Sison Vs. Marcos, CV 87-138 Piopongco vs. Marcos) (Doc. 10540) is **CONTINUED**. The matter is respectfully referred to the Supreme Court of Hawaii for determination. Plaintiffs' counsel shall submit a proposed order.

DEFENDANT ESTATE OF FERDINAND MARCOS' APPLICATION FOR HEARING ON PLAINTIFFS' MOTION FOR EXTENSION OF THE AMENDED FINAL JUDGMENT (Doc. 10544) was **GRANTED**. (see Doc No. 10551.)

    Submitted by: Mary Rose Feria, Courtroom Manager