FILED

SEP 16 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: ESTATE OF FERDINAND E. MARCOS HUMAN RIGHTS LITIGATION, | No. 06-16301 <br><br> D.C. No. MDL-00840-MLR <br> District of Hawaii, <br> Honolulu |
| CELSA HILAO, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> ESTATE OF FERDINAND MARCOS, <br><br> Defendant - Appellee. | ORDER |

Before: GOODWIN, RYMER, and IKUTA, Circuit Judges.

The Motion of the Class Plaintiffs and the Class of Human Rights Victims for Stay of the Mandate Pending Petition for Certiorari is GRANTED. The mandate is stayed pending the timely filing of a petition for certiorari to the United States Supreme Court.