

ca9_ecfnoticing@ca9.uscourts.gov

09/16/2008 12:00 PM

To .uscourts.gov

cc

bcc

Subject  06-16301 Hilao, et al v. Revelstoke Invest. "Order Filed (From Chambers)"

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 09/16/2008 at 2:59:28 PM PDT and filed on 09/16/2008

**Case Name:**         Hilao, et al v. Revelstoke Invest.
**Case Number:**       06-16301
**Document(s):**       Document(s)

**Docket Text:**
Filed order (ALFRED T. GOODWIN, PAMELA ANN RYMER and SANDRA S. IKUTA): The Motion of the Class Plaintiffs and the Class of Human Rights Victims for Stay of the Mandate Pending Petition for Certiorari is GRANTED. The mandate is stayed pending the timely filing of a petition for certiorari to the United States Supreme Court.

The following document(s) are associated with this transaction:
**Document Description:** Order Filed (From Chambers)
**Original Filename:** 06-16301.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=09/16/2008] [FileNumber=6647594-0] [95268d121e2c09cb3457d77554322f28f56a2d1712d017ec732bc215e839ef90edfe23c10a49d8c0bcb4c32b68ee2923aab79c6c45531151beccd7aced9367dc]]

**Notice will be electronically mailed to:**

Jones, Richard A., Attorney: rjones@cov.com
Mr. Swift, Robert Alan: rswift@kohnswift.com
USDC, Honolulu: hiddkt@hid.uscourts.gov

**Notice will be mailed to:**

Bartko, John J., Attorney
BARTKO ZANKEL TARRANT & MILLER, PC
Suite 300
900 Front St.
San Francisco, CA 94111

Broder, Sherry P., Attorney
DAVIES PACIFIC CENTER
Ste. 800
841 Bishop Street
Honolulu, HI 96813

Linn, James P., Attorney
#1710
1601 NW Expressway St.
Oklahoma City, OK 73110-1427

Van Dyke, Jon M., Attorney
UNIVERSITY OF HAWAII
William S. Richardson School of Law
Rm. 239
2515 Dole St.
Honolulu, HI 96822-2246

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6647594
**RELIEF(S) DOCKETED:**
   motion to stay the mandate
**DOCKET PART(S) ADDED:** 5820657, 5817259, 5817258, 5820658