ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 19 2014

| | |
|---|---|
| IN RE: | MDL NO. 840 |
| | No. 86-390 |
| ESTATE OF FERDINAND E. MARCOS | No. 86-330 |
| HUMAN RIGHTS LITIGATION | |
| THIS DOCUMENT RELATES TO: | ORDER TERMINATING DISTRIBUTION OF SETTLEMENT PROCEEDS |
| Hilao et al v. Estate of Ferdinand E. Marcos, and DeVera et al v. Estate of Ferdinand E. Marcos. | |

Having considered the Motion of Class Counsel for an Order terminating distribution of settlement proceeds, the Court grants the Motion as follows:

1. Lead Counsel for the Class made extraordinary efforts to distribute payment of USD$1,176 to each eligible class member personally during a nine (9) month period. The distribution was successful in tendering payment to an estimated 96% of eligible claimants.

2. The distribution of USD$1,176 to each eligible class member, as authorized in the Court's Order of January 13, 2011, is terminated as of October 31, 2011. Class members' eligibility to receive the said payment ceases as of that date.

3. Lead Counsel shall return to the Clerk of Court for re-deposit in the Class Settlement Fund any undistributed monies.

4. Lead Counsel shall submit to the Court a final detailed accounting of the distribution and the costs incurred by December 31, 2014.

Dated: Nov 19, 2014

BY THE COURT:

*[signature]*

Manuel L. Real
MDL 840 Transferee Judge